UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Karen L. Bartlett, et al.</u>

    v.                    Civil No. 08-cv-358-JL

<u>Mutual Pharmaceutical Company, Inc., et al.</u>


<u>ORDER</u>

Re: Document No. 37, Motion to Compel Discovery

Ruling: The defendant argues that there has not been a meaningful attempt at resolution of these discovery disputes by plaintiffs's counsel. Counsel will meet (local counsel in person, with out-of-state counsel by telephone) for at least two hours and attempt to resolve the disputes over the requests and objections listed in plaintiff's motion to compel (document 37) no later than January 2, 2009. The court will hold a hearing, on a date to be set by the Deputy Clerk during January, 2009, on any unresolved discovery issues, if necessary based on plaintiff's counsel's notification of the Deputy Clerk on or before January 5, 2009. All counsel of record will be required to attend, in person, and the court will likely assess fees and costs against the parties and/or counsel for any discovery disputes with respect to which their positions are deemed unreasonable or not well supported by applicable law.


                                        <u>/s/ Joseph N. Laplante</u>
                                        Joseph N. Laplante
                                        U.S. District Judge

Date: December 19, 2008

cc:  Keith M. Jensen, Esq.
     Patrick J. O'Neal, Esq.
     Christine M. Craig, Esq.
     John E. Friberg, Esq.
     Joseph P. Thomas, Esq.
     Linda E. Maichl, Esq.
     Paul J. Cosgrove, Esq.