UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KAREN L. BARTLETT and GREGORY S. BARTLETT,** | **CASE NO.: 08-cv-358-JL** |
| **Plaintiffs,** | **Judge Joseph N. Laplante** |
| vs. | |
| **MUTUAL PHARMACUETICAL COMPANY, INC., UNITED RESEARCH LABORATORIES, INC., and BROOKS PHARMACY,** | |
| **Defendants.** | |

**ORDER**

The Court having considered the parties' positions regarding whether the deposition of Dr. Colleen Ryan will proceed as noticed on Wednesday, September 16, 2009, rules as follows:

Dr. Colleen Ryan will make herself available for a deposition in this case on or before Monday, September 28, 2009.

SIGNED this _15th_ day of September, 2009.

                                                /s/ Joseph N. Laplante
                                                UNITED STATES DISTRICT JUDGE