```
                     UNITED STATES DISTRICT COURT

                       DISTRICT OF NEW HAMPSHIRE
```

Karen L. Bartlett

    v.                                   Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc., et al.


## **O R D E R**

After the April 7th telephone conference regarding several dispositive and evidentiary motions, the court has concluded, based on its heavy jury trial schedule in April and May, as well as another previously filed and scheduled civil case set for trial in June, that the current trial date is not feasible for the court.  The clerk shall remove the case from the June trial calendar.

Counsel shall confer with each other and then, within 21 days of this order, confer with the Deputy Clerk to arrange a new trial date after August 1, 2010.  If counsel cannot agree on a date, they shall provide the Deputy Clerk with dates they are unavailable between August 1, 2010 and the end of 2010.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 8, 2010

cc: Keith M. Jensen, Esq.
    Bryan Ballew, Esq.
    Patrick J. O'Neal, Esq.
    Christine M. Craig, Esq.
    Timothy P. Beaupre, Esq.
    Paul J. Cosgrove, Esq.
    Joseph P. Thomas, Esq.
    Jeffrey D. Geoppinger, Esq.
    Linda E. Maichl, Esq.
    Stephen J. Judge, Esq.