```
                      UNITED STATES DISTRICT COURT

                        DISTRICT OF NEW HAMPSHIRE


Karen L. Bartlett

     v.                             Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc., et al.
```

**O R D E R**

The only events that have been continued are the Final Pretrial Conference and the trial.  The other deadlines, such as the motions in limine and responses thereto, formerly tied to the previous pretrial conference date (May 19, 2010) remain in effect (subject to modification only by agreement of the parties) as if the final pretrial conference and trial had not been continued.  Final pretrial statements are due 30 days prior to jury selection.

The court apologizes to counsel for not issuing this order sooner.  The court was involved in a string of jury trials, and was unaware counsel were still unclear on this issue.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  April 22, 2010

cc:  Keith M. Jensen, Esq.
     Bryan Ballew, Esq.
     Patrick J. O'Neal, Esq.
     Christine M. Craig, Esq.
     Timothy P. Beaupre, Esq.
     Paul J. Cosgrove, Esq.
     Joseph P. Thomas, Esq.
     Jeffrey D. Geoppinger, Esq.
     Linda E. Maichl, Esq.
     Stephen J. Judge, Esq.