```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Karen S. Bartlett

    v.                              Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc., et al.

## SCHEDULING ORDER

- Exhibit Lists; Witness Lists; Affirmative deposition designations - **May 17, 2010**

- Motions in limine; counter designations to affirmative deposition designations and objections to affirmative designations - **May 24, 2010**

- Objections to exhibit and witness lists; objections to counter designations of deposition testimony - **May 28, 2010**

- Objections and responses to motions in limine - **June 7, 2010**

- Pretrial statements, jury instructions - **July 12, 2010**

- Pretrial conference - **August 2, 2010 at 4:00 p.m.**

- Jury selection and trial - **August 16, 2010**

**SO ORDERED.**

                              /s/ Joe Laplante
                              Joseph N. Laplante
                              United States District Judge

Dated: May 3, 2010

```
cc:     Bryan Ballew, Esq.
        Keith M. Jensen, Esq.
        Patrick J. O'Neal, Esq.
        Christine M. Craig, Esq.
        Timothy B. Beaupre, Esq.
        Jeffrey D. Geoppinger, Esq.
        Joseph P. Thomas, Esq.
        Paul J. Cosgrove, Esq.
        Linda E. Maichl, Esq.
        Stephen J. Judge, Esq.
```