UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Karen L. Bartlett</u>

    v.                          Civil No. 08-cv-00358-JL

<u>Mutual Pharmaceutical</u>
<u>Company, Inc., et al.</u>

**O R D E R**

    The court will be issuing an order shortly on the pending summary judgment motions.  To give the parties sufficient opportunity to review that order before filing their pretrial statements and proposed jury instructions, the deadline for those filings (which is currently July 12, 2010, see document no. 170) shall be extended to July 19, 2010.  All other deadlines remain the same.

    The court apologizes to the parties and counsel, as this extension order should have been issued a few days previously to help them conserve resources in preparing pretrial filings.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 12, 2010

cc: Keith M. Jensen, Esq.
    Bryan Ballew, Esq.
    Patrick J. O'Neal, Esq.
    Christine M. Craig, Esq.
    Timothy P. Beaupre, Esq.
    Paul J. Cosgrove, Esq.
    Joseph P. Thomas, Esq.
    Jeffrey D. Geoppinger, Esq.
    Linda E. Maichl, Esq.
    Stephen J. Judge, Esq.