UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen S. Bartlett

    v.                                    Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc.

**ORDER**

The plaintiff's "Motion to Strike Defense Expert Dr. Stern . . . and Related Relief" (document no. 230) is granted in part. Given the significance of the recently discovered manuscript and the failure to disclose it in a timely manner, Mutual shall make Drs. Stern and Valuck available for a supplemental deposition, to be conducted as soon as possible and not to exceed two hours each.  See Fed. R. Civ. P. 37(c)(1)(C).  Bartlett is granted leave to add the manuscript to her exhibit list and expert reliance materials.  She may also request a jury instruction regarding the late production.  See Fed. R. Civ. P. 37(c)(1)(B). All other requested relief is denied as inappropriate under the circumstances.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

```
Dated:  July 16, 2010

cc:   Keith M. Jensen, Esq.
      Bryan Ballew, Esq.
      Patrick J. O'Neal, Esq.
      Christine M. Craig, Esq.
      Eric Roberson, Esq.
      Timothy P. Beaupre, Esq.
      Jeffrey D. Geoppinger, Esq.
      Joseph P. Thomas, Esq.
      Linda E. Maichl, Esq.
      Paul J. Cosgrove, Esq.
      Stephen J. Judge, Esq.
```