UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

v.                                    Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc.

## SUMMARY ORDER

Attached are the court's rulings on Mutual's objections to the deposition testimony of two of Bartlett's potential witnesses, Drs. Claes Dohlman and Nam Heui Kim, who have been deemed unavailable to testify at trial under Rule 32(a)(4) of the Federal Rules of Civil Procedure (see doc. 275).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 10, 2010

cc:  Keith M. Jensen, Esq.
     Bryan Ballew, Esq.
     Patrick J. O'Neal, Esq.
     Eric Roberson, Esq.
     Christine M. Craig, Esq.
     Timothy P. Beaupre, Esq.
     Joseph P. Thomas, Esq.
     Paul J. Cosgrove, Esq.
     Jeffrey D. Geoppinger, Esq.
     Linda E. Maichl, Esq.
     Stephen J. Judge, Esq.
     Pierre A. Chabot, Esq.

**Bartlett v Mutual**

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 1:4 - 1:19**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**
5
6     CIVIL ACTION NO. 08-CV-358-JL
7 - - - - - - - - - - - - - -
**KAREN L. BARTLETT and**
**8 GREGORY S. BARTLETT,**
**Plaintiffs**
9
**v.**
10
**MUTUAL PHARMACEUTICAL**
**11 COMPANY, INC., and UNITED**
**RESEARCH LABORATORIES, INC.,**
**12        Defendants**
- - - - - - - - - - - - - -
13
14     VIDEOTAPE DEPOSITION OF CLAES DOHLMAN,
M.D., Ph.D., taken on behalf of the
15 Plaintiffs, taken pursuant to the
applicable provisions of the Federal Rules
16 of Civil Procedure, before Carol A.
Fierimonte, Certified Shorthand Reporter
17 and Notary Public within and for the
Commonwealth of Massachusetts, (#134693),
18 at the Massachusetts Eye and Ear Infirmary,
Howe Laboratory, 243 Charles Street,
19 Boston, Massachusetts, on Thursday,
September 10, 2009, commencing at 9:20 a.m.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 6:8 - 6:20**

8 Q.  Please state your name for the record.
9 A.  Claes Dohlman.
10 Q.  And are you a doctor?
11 A.  Yes.
12 Q.  Okay.  As we sit here now, Doctor Dohlman,
13     are we at both Harvard Medical School and
14     the Massachusetts Eye and Ear Infirmary?
15 A.  If I'm what?
16 Q.  Yes, sir.  As we sit here now, are we at
17     both Harvard Medical School --
18 A.  Yes, that is correct.
19 Q.  -- as well as Mass. Eye and Ear Infirmary?
20 A.  Correct.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 7:2 - 10:10**

2 Q.  Thank you, sir.  Are you an
3     ophthalmologist, Doctor Dohlman?
4 A.  Yes.

Bartlett v Mutual

5  Q.  Are you an eye surgeon?
6  A.  Yes.
7  Q.  Are you a Harvard Medical School professor?
8  A.  Yes.
9  Q.  Do you hold any board certifications?
10  A.  Yes.
11  Q.  How many?
12  A.  In Ophthalmology only.
13  Q.  Okay.  Are you licensed to practice
14     medicine in one or more states?
15  A.  In Massachusetts, yes.
16  Q.  Thank you.  Are you an -- is there an
17     endowed chair or professorship here at
18     Harvard in your name?
19  A.  Yes.
20  Q.  Is that endowed chair or professorship in
21     your name designed to last in perpetuity,
22     also known as forever, hopefully?
23  A.  That is correct.  It's a hope.
24  Q.  Tell us about the endowed chair or
25     professorship in your name here at Harvard,
00008
1     please, sir.
2  A.  Oh, when I retired as Chief here, the
3     Former Dean Tosterson at Harvard announced
4     that the chair in my name, the Chair in
5     Ophthalmology in my name would be created.
6     It took a number of years before the
7     necessary funding could be accomplished and
8     finalized, but now it is in place and the
9     incumbent is Dr. Reisa Dana.
10  Q.  Okay.  Are endowed chairs or professorships
11     here at Harvard in part to pay honor to or
12     to pay tribute to the medical contributions
13     or work of those whom they're named after,
14     sir?
15  A.  Yes, that is the principle.
16  Q.  Okay.  And is there specific areas that the
17     endowed professorship in your name here is
18     supposed to be dedicated to, specific areas
19     of eye surgery or ophthalmology?
20  A.  It is understood that the incumbent of the
21     chair should be a person with a specialty,
22     subspecialty in corneal diseases and,
23     ideally, the Director of our Corneal
24     Service here.  And this is the case right
25     now.
00009
1  Q.  Okay.  Have you also -- how long have you
2     been an eye surgeon, Doctor Dohlman?
3  A.  How long?
4  Q.  Yes, sir.
5  A.  I graduated from the University of Lund
6     with my M.D., 1950.  And I was trained in
7     Lund for a couple of years.  I have my
8     Ph.D. in biochemistry.  And then in 1958, I
9     was invited to come here for to do corneal
10     work for three years.
11  Q.  Thank you, sir.  In addition to your work
12     as a surgeon, is it true that you've also
13     published a great deal about eye surgery?
14  A.  That is correct.

| Objection: | Ruling:  Overruled.  Some background information |
|---|---|
| -402 | about the witness is relevant and not unfairly |
| -403 | prejudicial. |
| -Cumulative | |

Page 2

**Bartlett v Mutual**

15 Q.   Is it true that many of your publications
16     involve how, when, or why eye surgery
17     should be done?
18 A.   Yes.
19 Q.   Okay.  And you just provided me a copy of
20     your Curriculum Vitae, which I'll place on
21     the screen here.
22             And is this Exhibit No. 128 a copy
23     of it, sir?  Is this it?
24 A.   Yes.
25 Q.   Okay.
00010
1 A.   Yes, it is.
2 Q.   Thank you, sir.  And I see that you've
3     published some 290 different publications
4     either as original research or as book
5     chapters or that you co-authored.  Correct?
6 A.  Correct.
7 Q.   Okay.  And your name would be in bold as
8     one of the co-authors of each of these 290
9     publications?
10 A.  Yes.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  10:11 - 10:15

Is
12     the best way to sum up these 290
13     approximate publications is pertaining to
14     how, when, and why eye surgery should be
15     done?

| Objection: | Ruling: Overruled. |
|---|---|
| -402 | |
| -Alternatively 403 | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  10:18 - 11:5

18 A.   It is not all surgery.
19 Q.   Okay.
20 A.   It -- in the beginning it was biochemistry
21     of the cornea of the eye, and then more
22     physiology of the cornea of the eye, and
23     then, then more surgery, corneal
24     transplantation.  And then for the last 20
25     years, particularly surgery pertaining to
00011
1     artificial corneas, which has been my
2     interest.
3 Q.  What is your best estimate, sir, of how
4     many eye surgeries of any type you've done
5     in your career?

| Objection: | Ruling: Overruled. |
|---|---|
| -402 | |
| -Calls for speculation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  11:8 - 11:12

8 A.   Maybe 5,000.
9 Q.   Okay.  And what's your best estimate of
10     those approximate 5,000 eye surgeries have

| Objection (11:9 to 11:12): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -Calls for speculation | |

**Bartlett v Mutual**

11    involved something called a
12    keratoprosthesis?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 11, Line 15

---

15 A.  About 500.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  11:24 - 13:2

---

24 A.  About, about 500.
25 Q.  Thank you, sir.
00012
1 A.  Keratoprosthesis, yes.
2 Q.  Okay.  Do you -- did you or do you have a
3     patient named Karen Bartlett?
4 A.  Yes.
5 Q.  Okay.  And were you the lead surgeon on a
6     number of eye operations on Karen
7     Bartlett's left eye?
8 A.  Yes.  I may have done, and I will have to
9     check that, I think, three surgeries on her
10     left eye.
11 Q.  Okay.  Have you reviewed the chart recently
12     or -- this is not a memory test.
13 A.  Yes, this morning.
14 Q.  Okay.  Thank you.
15 A.  Yes.
16 Q.  And of the approximate 500 surgeries you've
17     done involving a keratoprosthesis, how many
18     of those have involved something called the
19     Boston or Dohlman Keratoprosthesis?
20 A.  All.
21 Q.  All.  Okay.
22 A.  Yes.
23 Q.  And can we use the term "K-Pro" as short
24     for keratoprosthesis?
25 A.  Yes, correct.
00013
1 Q.  Is that how you refer to it?
2 A.  Yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  13:10 - 13:19

---

10 Q.  Is a K-Pro, a Boston Dohlman K-Pro, is that
11     a device that's used in an eye surgery?
12 A.  Yes.
13 Q.  Okay.  Who is the principal pioneer or
14     inventor of the medical device now known as
15     the Boston K-Pro?
16 A.  I was.
17 Q.  Okay.  Is that why in the literature you
18     frequently see it referred to as the either
19     the Boston or just the Dohlman K-Pro?

| Objection:          | Ruling:  Sustained as to lines 13:17 |
| -402                | through 13:19.  Otherwise overruled. |
| -611(c)             |                                      |
| -Assumes facts not in |                                    |
| evidence            |                                      |
| -No foundation      |                                      |

**Bartlett v Mutual**

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  13:22 - 14:25

```
22 A.  Some people call it the Dohlman
23     Keratoprosthesis.  But I did not like that,
24     so I invented the name Boston
25     Keratoprosthesis.
00014
1 Q.  And why did --
2 A.  And that --
3 Q.  Thank you, sir.  And why did you choose to,
4     for lack of a better word, donate, if you
5     will, instead of calling it the Dohlman
6     Keratoprosthesis, to the Boston K-Pro?
7 A.  Well, in our circles it does not look good
8     if you put your own name on something and
9     --
10 Q.  Okay.
11 A.  And the more -- the lesser of that, the
12     better.
13 Q.  Okay.  And is there another type of eye
14     surgery called a keratoplasty?
15 A.  Yes.  That is standard corneal
16     transplantation.
17 Q.  Okay.  And is a standard corneal
18     transplantation also called a penetrating
19     keratoplasty?
20 A.  Yes.
21 Q.  Okay.  A kerato -- is it correct to state
22     that your medical device in the surgery
23     called the Boston K-Pro involves both a
24     medical device as well as human tissue both
25     implanted in a person's eye?
```

Objection:
-402
-Improper opinion
testimony from non-
retained expert per FRCP
26(a)(2)

Ruling:  Sustained as to lines 13:22 through
14:20.  Otherwise overruled.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  15:3 - 15:11

```
3 A.  Yes.  That is the way we do it here.  It is
4     not always absolutely necessary to use a
5     donor corneal graft as a carrier for the
6     plastic device.
7         Many times, especially in
8     developing countries where resources are
9     scarce, they often can use the patient's
10     own cornea and then implant the plastic
11     device and then suture it back.
```

Objection:
-Move to strike as non-
responsive after "Yes"

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  15:16 - 15:19

```
16 Q.  Do you agree, sir, that all the testimony
17     you will provide today will be based upon a
18     reasonable degree of medical certainty or
19     probability?
```

Objection:
-402
-No foundation
-Speculation
-Improper opinion
testimony from non-
retained expert

Ruling: Overruled.  Arguably called for
speculation when asked, but that problem was
"cured" when the witness reviewed and
approved the transcript.

**Bartlett v Mutual**

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 15:22 - 16:2**

22 A. That, I hope. I will certainly do my best.
23 Q. Thank you, sir. What is your best
24   estimate, Doctor Dohlman, of how many
25   patients you've treated or consulted or
00016
1   operated on in your career who had SJS or
2   TEN at one time?

| Objection (15:23 to 16:2):<br>-402<br>-No foundation<br>-Speculation | Ruling: Overruled. |
|---|---|

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 16:5 - 17:3**

5 A. I cannot say with certainty. I believe
6   that -- I cannot say with certainty but it
7   is probably in the range only of about 50.
8 Q. Okay.
9 A. And the reason for that is that the
10   Stevens-Johnson are so difficult and, with
11   standard corneal transplantation, virtually
12   hopeless. And with keratoprosthesis, our
13   keratoprosthesis, in the beginning the
14   results were terrible. And they were so
15   bad so that I had a self-declared
16   moratorium in the sometime in the mid
17   '90's. Then we improved a number of things
18   and I started again. And now it's much
19   better, but still it is our worst category.
20   Maybe it will come to that, but this is our
21   worst category. And we have now in a small
22   series reached an outcome of about
23   50-percent survival or reasonable vision
24   after five years.
25 Q. And that small series you just referred to
00017
1   was a 2008 publication that you were a
2   co-author of?
3 A. Yes.

| Objection (16:5 to 16:7):<br>-Move to strike after<br>"certainly"<br>-Speculation | Ruling: Overruled. |
|---|---|

| Objection (16:9 to 16:24):<br>-Move to strike<br>-Non-responsive narrative<br>-No question pending<br>-403<br>-No foundation<br>-Improper opinion testimony from non-retained expert | Ruling: Sustained. |
|---|---|

| Objection (16:25 to 17:3): 402, No foundation, Improper opinion testimony from non-retained expert | Ruling: Sustained. |
|---|---|

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 17:6 - 17:8**

6 A. Yes. Together with Sayegh, Ang.
7 Q. Sayegh, Ang was the lead author?
8 A. Sayegh, yes, sir.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 17:17 - 17:25**

17 Q. And you understand, of course, that SJS and
18   TEN are acronyms for Stevens-Johnson
19   syndrome and toxic epidermal necrolysis,
20   correct?

Bartlett v Mutual

21  A.  Yes.
22  Q.  Okay.  Do you understand that the word or
23      the term "TEN" is reserved by doctors for
24      the more severe form of SJS but that it is
25      the same disease process?

| Objection (17:22 to 17:25):<br>-402<br>-611(c)<br>-No foundation<br>-Argumentative | Ruling:  Sustained. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  18:2 - 18:20

2  A.  Whether it is exactly the same disease
3      process, I don't know.  But it certainly
4      behaves like Stevens-Johnson, only,  only
5      worse, and the matter of quibbling among
6      the dermatologists what should be called
7      erythema multiforme and what should be
8      called Stevens-Johnson and what should be
9      called TEN, and but it's probably a
10      spectrum of the same type of disease.
11  Q.  Yes, sir.  And have you gained the
12      understanding, oh, within the last ten
13      years since it occurred that dermatologists
14      as you referenced now define SJS as up to
15      ten percent of your total body surface area
16      being involved sluffing off or exfoliating;
17      between 11 and 29 percent as SJS TEN
18      overlap; and 30 percent and above they
19      reserve for the definition TEN?
20  A.  I have heard that definition.

| Objection (18:2 to 18:10):<br>-Move to strike after "I don't know"<br>-Non-responsive<br>-402<br>-702<br>-No foundation<br>-Improper opinion from non-retained expert | Ruling:  Sustained.  Lines 18:2 through 18:3 are also stricken, since the objection to the question was sustained. |
|---|---|
| Objection (18:11 to 18:20):<br>-402<br>-611(c)<br>-No Foundation<br>-Assumes facts not in evidence<br>-Calls for speculation | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  18:23 - 19:16

23  A.  Okay.  I have heard that definition.  I
24      cannot vouch for how reasonable it is.
25  Q.  When ophthalmologists like you refer to
00019
1      Stevens-Johnson syndrome, in your mind,
2      sir, are you referring to the entire
3      spectrum of the disease, whether it is SJS
4      or TEN?
5  A.  Correct, yes.  We, we lump it altogether.
6      We only see it as a gradient in terms of
7      severity.
8  Q.  Okay.
9  A.  And we don't have -- I don't use personally
10      any other name than Stevens-Johnson
11      syndrome.
12  Q.  Thank you, sir.  Are you aware that Karen
13      Bartlett, when she was at Mass. General,
14      not too far from where we are here today,
15      that they diagnosed her with the more
16      severe form called TEN?

| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert | Ruling:  Sustained as to lines 18:23 through 18:24.  Otherwise overruled. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  19:19 - 20:18

Bartlett v Mutual

19  A.  I was not aware of that.
20  Q.  Okay.  Fair to say that you never went back
21      and looked at her, I will represent to you,
22      over 1,000 page medical record from Mass.
23      General?
24  A.  No.  It doesn't matter from, from our point
25      of view what they call it.  It is just the
00020
1       degree of severity that we can then see in
2       front of us that matters.
3  Q.  Okay.  And when you say the degree of
4       severity, sir, are you referring to the
5       amount of eye damage caused?
6  A.  Yes.
7  Q.  Okay.  Of the approximate 50 SJS or TEN
8       patients you have treated in your career,
9       sir --
10  A.  It must be more.
11  Q.  Okay.
12  A.  It must be at least, I think, at least a
13      hundred.
14  Q.  Okay.  Of the approximate hundred SJS TEN
15      patients you have treated in your career,
16      sir, what is your best estimate of how many
17      of those hundred were legally blind in one
18      or both eyes from SJS or TEN?

| Objection (19:20 to 20:18): -402 -611(c) -Argumentative -Misleading -No foundation -Misstates prior testimony | Ruling:  Overruled. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  20:22 - 20:25

22  A.  I cannot remember in detail.  But if I
23      operate on such a patient, they must be so
24      severe that they are bilaterally blind --
25  Q.  And when you say --

| Objection (20:22 to 20:24): -Move to strike as non-responsive after "detail" -402 -701 -No foundation -Improper opinion testimony from non-retained expert | Ruling:  Sustained.  The answer on line 20:22 through "detail" may stand. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  21:3 - 21:24

3       THE WITNESS:  Bilaterally blind
4       according to definitions.
5  Q.  And when you say by definition, when you
6       operate on an SJS TEN patient they are, by
7       definition, bilaterally blind, does that
8       mean that they are legally blind in both
9       eyes or worse?
10  A.  Correct.
11  Q.  Okay.  Right.
12  A.  What is worse?
13  Q.  Yes.  Well, and let me ask you.  20 -- is
14      2200 the accepted definition of what is
15      legally blind?
16  A.  In this country it is, yes.
17  Q.  Okay.  And vision does get worse than that,
18      correct?
19  A.  Yes.
20  Q.  Okay.  For -- and please explain what it
21      means when we see a recordation like
22      counting figures or hand motion.

| Objection (21:5 to 21:10): 402, Argumentative, Misleading, No foundation, 701, 702, Improper opinion testimony from non-retained expert | Ruling:  Sustained.  The court notes here that several of the upcoming sustained objections involved testimony that might have been admissible opinion testimony from a non-retained treating physician if the questions had tied or contextualized the testimony to the treatment of the plaintiff.  As the questions were posed, however, they sought inadmissible opinion testimony under Rules 701 and 703. |
| Objection (21:12 to 21:24): 402, Vague and misleading, No foundation, 701, 702, Improper opinion testimony from non-retained expert | Ruling:  Sustained. |

**Bartlett v Mutual**

```
23        First of all, are both those worse
24    than legally blind, 2200?
```

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  22:2 - 23:1**

```
2 A.  Well, anything below 2200's in this country
3    is legally blind.  And you can go down to
4    2400's, you can go down to finger counting
5    in front of the eye, you can go down to
6    even worse, just hand movements, detecting
7    the hand movements in front of the eye.
8    Worse than that is just mere light
9    perception where you cannot even see the
10   hand but just see the light.  And then of
11   course, there is total blindness when there
12   is no light perception.
13 Q.  Okay.  Let me see if I have the order
14   correct from best to worse.  Best would be
15   legally blind at 2200; then it would get
16   worst at 2400; then it would get worse at
17   counting fingers; then it would get worse
18   at hand motion; and then it would get worse
19   at light perception only.
20 A.  Correct.
21 Q.  Do I have the order correct?
22 A.  Correct.
23 Q.  Okay.  And anything in the question I just
24   gave beyond 2200 is also legally blind,
25   it's just worse, meeting the threshold of
00023
1    legally blind, correct?
```

| Objection (22:13 to 23:1): | Ruling: Sustained. |
|---|---|
| -402 -No foundation -611(c) -701 -702 -Improper opinion testimony from non-retained expert | |

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  23:6 - 23:8**

```
6 A.  Correct.
7 Q.  Thank you.  Do SJS and TEN cause legal
8    blindness?
```

| Objection (26:7 to 26:8): 402, No foundation, 701, 702, Improper opinion testimony from non-retained expert | Ruling: Sustained. |
|---|---|

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  Page 23, Line 11**

```
11 A.  It certainly can, and those are the
```

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  23:16 - 24:10**

```
16        Is what I just handed you, marked
17   Exhibit No. 134, sir, is that the 2008
18   publication that you just referenced that
19   you were one of the authors of?
20 A.  Correct.
21 Q.  Okay.  And in fact --
```

| Objection: | Ruling: Sustained. |
|---|---|
| -402 -No foundation -701 -702 -Improper opinion testimony from non-retained expert | |

Bartlett v Mutual

22 A.  I was the senior author.
23 Q.  Yes, sir.  And there you are.  And it's
24      published in 2008.
25          And the very first sentence says,
00024
1       "Stevens-Johnson syndrome often causes
2       severe ocular surface disease and
3       impairment of vision."  Correct?
4 A.  Correct.
5 Q.  Okay.  And when you published just last
6       year that SJS often causes severe ocular
7       surface disease and impairment of vision,
8       were you including in that legal blindness
9       or worse?
10 A.  Yes.

| | | |
|---|---|---|
| Witness_ Claes Dohlman, M.D., Ph.D. -:  24:13 - 24:15<br><br><br><br>13          Is there a relationship between<br>14      counting fingers at any feet and a<br>15      numerical value like 2500 or 21,000? | Objection:<br>-402<br>-No foundation<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-611(c) | Ruling:  Sustained. |
| Witness_ Claes Dohlman, M.D., Ph.D. -:  24:18 - 25:7<br><br><br><br>18 A.  There is, although we don't use that.<br>19      Below 2400, we don't use that.  We don't<br>20      use in our parlance here 2800 or less.<br>21 Q.  Why not?<br>22 A.  We -- custom.<br>23 Q.  Okay.<br>24 A.  And there is another system of measuring<br>25      vision more exactly with the Logmar system.<br>00025<br>1       And there is a correlation table there and<br>2       we use that Logmar in scientific studies<br>3       sometimes.  But it has no particular<br>4       meaning here, what we call it.<br>5 Q.  Is 2400 the last numerical value and also<br>6       the worst vision that doctors generally put<br>7       by numerical value? | Objection:<br>-402<br>-No foundation<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-611(c) | Ruling:  Sustained. |
| Witness_ Claes Dohlman, M.D., Ph.D. -:  25:9 - 25:10<br><br><br><br>9 A.  Correct.  That is the standard use of the<br>10      word. | | |
| Witness_ Claes Dohlman, M.D., Ph.D. -:  26:8 - 26:10<br><br><br><br>8 Q.  How certain are you, Doctor Dohlman, that<br>9       SJS and TEN can and do cause legal | Objection:<br>-402<br>-701<br>-702<br>-Argumentative<br>-No foundation | Ruling:  Sustained. |

Page 10

Bartlett v Mutual

10    blindness or worse?

Witness_ Claes Dohlman, M.D., Ph.D. -: 26:16 - 27:7

16 A.  Okay.  Because we, we see these patients
17      here often referred to us and with that
18      history.
19 Q.  Mm-hmm.
20 A.  And we often have records from the
21      referring hospitals and/or MGH or
22      elsewhere, clearly spelling out the
23      diagnosis and the history.  So there is no
24      question that that episode of
25      Stevens-Johnson episode and the sequels is
00027
1    what causes the blindness and not
2    necessarily anything else.
3 Q.  Okay.  And if you can, Doctor, can you put
4    a number on that?  When you say there is no
5    question, does that mean in your mind that
6    it's 100 percent certainty that SJS and TEN
7    can and, in fact, do cause legal blindness?

Objection:
-402
-701
-702
-Argumentative
-No foundation
-Improper opinion
testimony from non-
retained expert
-Vague
-Misleading
-Confusing

Ruling:  Sustained.

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 27, Line 10

10 A.  100 percent certain.

Witness_ Claes Dohlman, M.D., Ph.D. -: 28:9 - 29:17

9        Can you do us a favor, Doctor
10      Dohlman, and with this eye model, perhaps,
11      tell us how the human eye works in a
12      healthy adult or child?
13 A.  Okay.  We have a cross section of the eye
14      here.  And let's see now.  A cross section
15      of the eye, and this is the front part.
16      Here is the cornea, which is normally in
17      you and me so transparent so that we don't
18      see it.  We can see the blue or brown iris
19      and the pupil through it, but normally we
20      don't see it.
21        But if the cornea is opaque, then
22      we see it as a white scar often
23      vascularized with blood vessels, and then
24      the cornea becomes visible and often white,
25      grayish or white.
00029
1        Now, the clear cornea is necessary
2    for the image formation on the retina back
3    here.  So that light comes in through the
4    cornea and it is refracted, meaning that it
5    is bent by the curve here, it is bent
6    towards the retina.  There is more bending

Objection:
-402
-701
-702
-Improper opinion
testimony from non-
retained expert

Ruling:  Sustained.

-Improper opinion
testimony from non-
retained expert
-Vague
-Misleading
-Confusing

Bartlett v Mutual

```
7      necessary, and that is done by the
8      crystalline lens behind, behind the iris,
9      and then it is focused on the retina and
10     the image is then formed on the retina.
11     And the message from there goes to the
12     brain.
13 Q.  Thank you, Doctor.  Now, if you could keep
14     the model in your hand and tell us when you
15     are presented with a person who has SJS or
16     TEN and they are legally blind or worse,
17     what is different about the eye?
```

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  29:22 - 30:6

| | Objection:<br>-402<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert | Ruling:  Sustained. |
|---|---|---|

```
22 A.  The difference is that, as I mentioned, the
23     cornea is very scarred.  The surface is
24     irregular and there are blood vessels in
25     the cornea.
00030
1          In addition, there are other
2      problems.  As a rule, they often have
3      glaucoma, meaning high pressure, and they
4      often have cataracts, meaning that the
5      normal crystalline lens behind here becomes
6      cloudy as well.
```

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  30:9 - 30:14

| | Objection: 402, 701, 702, Improper opinion testimony from non-retained expert, Misleading, Misrepresents prior testimony, 611(c), Argumentative, Calls for speculation | Ruling:  Sustained. |
|---|---|---|

```
9          When you estimated that you
10     treated about 100 people with SJS and TEN
11     in your career and you said by definition
12     they were bilaterally legally blind, does
13     that mean that you operated on every one of
14     the SJS TEN patients that you saw?
```

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  30:17 - 31:7

| | Objection (30:17 to 30:24): 402, 701, 702, Improper opinion testimony from non-retained expert, Misleading, Misrepresents prior testimony, 611(c), Argumentative, Calls for speculation | Ruling:  Sustained. |
|---|---|---|

```
17 A.  I probably have operated on about a
18     hundred.  And that means that they are so
19     bad that nothing, nothing else can help.
20     In addition, I am sure that I have seen a
21     number of lighter cases that have come for
22     consultation and so on where I've deemed
23     that surgery would be too risky or not
24     needed at all.
25 Q.  Okay.
00031
1 A.  And how many of those, I don't remember.
2 Q.  Fair enough.  Have SJS and TEN patients
3      generally been referred to you because your
4      ophthalmology colleagues here at Harvard or
5      elsewhere in the country or the world
6      believe that they should be evaluated for
```

| | Objection (31:2 to 31:7): 402, 701, 702, Improper opinion testimony from non-retained expert, Misleading, 611(c), Argumentative, Calls for speculation, No foundation | Ruling: Sustained. |
|---|---|---|

Bartlett v Mutual

---

7     surgery?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  31:10 - 31:25

---

10 A.   Yes.  We have a corneal service here which
11     I started in 1958.  And that has developed
12     into a large referral service for not only
13     local but also national and international
14     patients.  And but that doesn't mean that
15     we see them all in the country, of course
16     not.  There are many other good cornea
17     surgeons around that are also consulted.
18     But most of them do not operate on
19     Stevens-Johnson because of the bad outcome
20     with standard corneal transplantation.
21 Q.   Okay.  Please tell us how bad the outcome
22     presently is, as understood by medicine
23     today in 2009, for using a traditional
24     standard corneal replacement in a blind eye
25     from SJS or TEN.

| Objection (31:10 to 31:20): | Ruling:  Sustained. |
|---|---|
| -Move to strike as non-responsive after "Yes" | |

| Objection (31:21 to 32:17): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Misleading | |
| -611(c) | |
| -Argumentative | |
| -Calls for speculation | |
| -No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  32:4 - 32:24

---

4 A.   It is hard to say because of the
5     differences in severity.  You can have less
6     than 2200's and still be a reasonably wet
7     that is reasonably wet and reasonably
8     comfortable and gives a little bit of
9     vision, and we turn them down for any
10     surgery.  And then that is on one end.
11         And the other end, when they have
12     totally dried up so that the whole surface
13     of the cornea in the eye is like leather
14     and there is no wetness at all.  Under
15     those harsh circumstances, a standard
16     corneal transplant is absolutely 100
17     percent hopeless.
18 Q.   You just said the eye looks like leather.
19         I'm showing you now, Doctor
20     Dohlman, you have a copy of it there,
21     pictures from your 2008 publication.  Tell
22     us what these pictures depict and how that
23     might help you explain what you just
24     testified to.

| Objection (32:18 to 35:20): | Ruling:  Sustained as to lines 33:4 through 33:24.  Otherwise overruled. The witness's explanation of his surgical technique is linked, at the end of this line of questioning, to Bartlett's surgery (see lines 42:20 through 43:7). |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Misleading | |
| -611(c) | |
| -Argumentative | |
| -Calls for speculation | |
| -No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  33:4 - 35:20

---

4         MR. JENSEN:  Yes. And here,
5     here's a copy.
6 A.   Okay.  The upper left depicts a patient
7     with Stevens-Johnson and shrinkage and
8     swelling of the conjunctiva outside the
9     cornea.  The cornea is moderately hazy.

10   The surface is irregular, as you can see
11   from the light reflex that is broken up,
12   and it is fairly dry and there have been
13   forming, there are, there have been formed
14   symblephara.  That is shrinkage of the fold
15   between the lid and the eye.
16 Q.  You are still on the top left picture, sir?
17 A.  That is the top left, yes.
18 Q.  Thank you, sir.
19 A.  And in the top right, there is an even
20   worse situation.  There, the -- it has
21   become so dry so that the surface of the
22   cornea is completely dry.
23 Q.  Okay.
24 A.  There are no tears any longer.
25 Q.  Okay.  And before we go to the next images,
00034
1    sir, is what I'm showing you now and what
2    I'm showing on the screen, is that, sir,
3    your invention?
4 A.  Yes.
5 Q.  And for the record, that is the Boston
6    K-Pro?
7 A.  Yes.
8 Q.  Okay.  And are there two different types of
9    the Boston K-Pro shown on Exhibit No. 127?
10 A.  Yes.  And the left one is one, the one we
11   are using in 98 percent of our cases or so.
12   And that is for the usually normally wet
13   eye and not autoimmune diseases.
14       But in the extremely dry eye, then
15   we -- there is no conjunctiva left.  We
16   remove --
17 Q.  What is conjunctiva, please?
18 A.  Conjunctiva is the thin mucous membrane
19   layer over the white sclera.  In other
20   words, it's outside the cornea.
21 Q.  Okay.
22 A.  And --
23 Q.  What is the sclera, please, sir?
24 A.  The sclera is the white of the eye --
25 Q.  Okay.
00035
1 A.  -- that we see outside the cornea.  And
2    covering that is a thin layer of
3    conjunctiva and a few blood vessels and so
4    on.  And it is normally invisible.  But if
5    that has dried up and then we cannot use
6    the Type 1, as we call the left one.  So we
7    -- I close the lid, I remove the tissue
8    here, I put in the Type 2 keratoprosthesis
9    that has, looks like Type 1 but has an
10   extra stem up front.  And then I lead that
11   through the lids, I close the lids and I
12   lead that stem through the upper lid, the
13   edge of the upper lid.
14       And one can see the net result in
15   the lower right corner.
16 Q.  Right here?
17 A.  There is type, Type 2.  Yes, that there.
18 Q.  Okay.  Yes, sir.
19 A.  There is the Type 2 that functions.  And I

Bartlett v Mutual

20      would come to the --

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 35:23 - 36:5

| | Objection: | |
|---|---|---|
| 23 Q.  Okay.  On this there is five pictures, sir. | -402 | Ruling:  Overruled. |
| 24     And if you would, if you would go through | -701 | |
| 25     those five pictures with us and basically | -702 | |
| 00036 | -Improper opinion | |
| 1     tell us what they are in relation to your | testimony from non- | |
| 2     surgery, we would appreciate that. | retained expert | |
| 3            And as you flip through the | -Misleading | |
| 4     pictures, I will show the jury what you're | -611(c) | |
| 5     speaking of. | -Argumentative | |
| | -Calls for speculation | |
| | -No foundation | |

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 36:8 - 37:2

| | Objection: | |
|---|---|---|
| 8 A.   The design only shows the dimensions of the | -402 | Ruling:  Overruled. |
| 9     device and the way of assembly. | -701 | |
| 10 Q.  Okay. | -702 | |
| 11 A.   And I don't think you should have much | -Improper opinion | |
| 12     interest except that we put it into a | testimony from non- | |
| 13     standard corneal graft.  We make a hole. | retained expert | |
| 14     The second layer up there to the left -- | -Misleading | |
| 15 Q.  Yes, sir. | -611(c) | |
| 16 A.   -- is the corneal graft.  And we punch that | -Argumentative | |
| 17     out. | -Calls for speculation | |
| 18 Q.  Here? | -No foundation | |
| 19 A.   And then we punch a hole in the middle. | | |
| 20     And then we stick the stem down into that | | |
| 21     hole.  And then we screw or snap that into | | |
| 22     the backplate with holes for nutrition. | | |
| 23     And then to lock it, we have a titanium | | |
| 24     locking ring that we snap on behind the | | |
| 25     backplate. | | |
| 00037 | | |
| 1 Q.  Do the -- | | |
| 2 A.  And that locks it in. | | |

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 37:8 - 41:9

| | Objection (37:8 to | |
|---|---|---|
| 8 Q.  Yes.  Or look at the fourth or fifth also. | 41:7): | Ruling:  Overruled. |
| 9     Tell us, you tell us what's best.  That is | -402 | |
| 10     the second and then there is a third, | -701 | |
| 11     fourth and fifth.  So taking a look at the | -702 | |
| 12     third, yes, sir, and then the fourth and | -Improper opinion | |
| 13     fifth and tell us what they are, please. | testimony from non- | |
| 14 A.   So here, again, we see the front part of | retained expert | |
| 15     the device.  And we have the backplate and | -Misleading | |
| 16     then we have the locking ring.  And we | -611(c) | |
| 17     clamp then the corneal graft in between. | -Argumentative | |
| 18            And then if we look at it from the | -Calls for speculation | |
| 19     back side, this is the way it looks.  And | -No foundation | |
| 20     so we have, we are looking here now at the | | |

21    locking ring where centrally we have the
22    stem of the keratoprosthesis.
23  Q.  Okay.
24  A.  And then we have the locking ring of the
25    titanium behind.  And then we see the
**00038**
1    backplate with the holes.
2            And then in front of that, of
3    course, is the cornea.  And then we put --
4  Q.  Is this eye picture a picture of an eye
5    after it has your Boston K-Pro implanted in
6    it?
7  A.  This picture is, yes.
8  Q.  Yes, sir.
9  A.  Correct.  And we then trephine out the
10    patient's cornea and then we put in the
11    cornea with the device.
12  Q.  And when you say trephine out the patient's
13    cornea, what does that mean, sir?
14  A.  Trephine is almost like a cork-boring
15    instrument.  It is like a tube with a sharp
16    edge.  And we trephine out so that we can
17    then excise the patient's cornea in about
18    eight-millimeters diameter or so.
19            And then we put our cornea that is
20    loaded with the device, we put it into the
21    eye, and then we suture it in place just
22    like a regular cornea transplant.
23  Q.  Are these 12 lines we see here on the eye,
24    are those sutures?
25  A.  Yes, they are, exactly.
**00039**
1  Q.  Are those --
2  A.  Nylon sutures.
3  Q.  Are these 12 nylon sutures through and sewn
4    through a human donor cornea?
5  A.  Yes.
6  Q.  Okay.  If you could look at the next page,
7    please, sir, and tell us what that is.
8  A.  This is part of the assembly.  And here we
9    have a patch of adhesive.  And then we have
10    the front part of the keratoprosthesis,
11    which is the front plate, and there is a
12    stem.  And then we put that upside down on
13    the adhesive for standardization, and then
14    we slide over the corneal graft, slide over
15    the stem and push it down.  And then we put
16    the backplate on top of that.
17  Q.  Is what we're looking at here the human
18    donor corneal tissue?
19  A.  Yes.
20  Q.  Okay.  Is it correct to state that the
21    Boston K-Pro is a mix of both your device,
22    the -- is your device made of plastic?
23  A.  Yes.
24  Q.  Okay.  Is it correct to state that the
25    Boston K-Pro is a mix of your device, which
**00040**
1    is plastic, with a human corneal tissue so
2    it's both live tissue as well as plastic?
3  A.  Well, I wouldn't define it that way.  I
4    think the Boston Keratoprosthesis is the

**Bartlett v Mutual**

```
5    foreign part.  And then we use a standard
6    cornea, donor cornea from an eye bank as a
7    carrier, but not necessarily.
8  Q.   And when you say carrier, please tell us,
9    Doctor, what is the vehicle that is
10   delivering sight; is it your plastic or is
11   it the cornea?  Please teach us.
12 A.   No.  The cornea only holds, holds the
13   device in place.  But the image and the
14   light goes through the stem of the
15   keratoprosthesis.
16 Q.   Look at the last page, please, and maybe
17   that will help you explain.
18 A.   So this, again, we see an assembled
19   combination from behind so we see this --
20   here is now the stem.  It looks a little
21   milky but it's transparent normally, and
22   then the locking ring of titanium.  And we
23   have the backplate with the holes.  And
24   then in front of that or under that and
25   sticking out here is the cornea.
00041
1  Q.   Okay.  So the red --
2  A.   The carrying cornea.
3  Q.   Is this red area the carrying cornea in the
4    picture?
5  A.   Yes.
6  Q.   Okay.  So why, teach us about your
7    invention, please.
8        Why mix human tissue with this
9    plastic device?
```

**Witness_ Claes Dohlman, M.D., Ph.D. -: 41:12 - 41:21**

```
12 A.   Well, a keratoprosthesis, by definition,
13   will have to be inserted into the eye
14   tissue to be of any use.  And to be
15   inserted into the cornea, you can insert it
16   directly into the cornea via incisions and
17   so on, or you can build it in just like
18   this and have that carrier graft implanted
19   with the device, which is much more
20   practical.  Not only practical but also
21   gives much less complications, much less.
```

| Objection (41:8 to 41:21): | Ruling: Overruled. |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -No foundation | |
| -Improper opinion testimony from non-retained expert | |
| -Vague | |

**Witness_ Claes Dohlman, M.D., Ph.D. -: 42:8 - 43:8**

```
8        Those two bottom pictures right
9    there, sir.
10 A.   These ones?
11 Q.   Yes, sir.
12 A.   Okay.  The bottom pictures?
13 Q.   Yes, sir.
14 A.   The bottom picture to the left is where we
15   have been able to get away with a Type 1 in
16   an eye, in a Stevens-Johnson eye which
```

| Objection: | Ruling: Overruled. |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -No foundation | |
| -Improper opinion testimony from non-retained expert | |
| -Vague | |

**Bartlett v Mutual**

17    still has been somewhat wet; in other
18    words, tears still functioning.
19 Q.  Okay.
20 A.  And it might be even have been Mrs.
21    Bartlett.  I don't know.
22        But that is roughly what -- I
23    think Ms. Bartlett was a little more
24    inflamed, but that was the type of
25    operation we did with Mrs. Bartlett.
00043
1    Because she had still a wet eye, she was
2    very vulnerable and prone to breakdown and
3    so on, but the eye was wet.
4 Q.  Right.
5 A.  So we did not have to go to a much more
6    stymying and ugly and cosmetically
7    unacceptable Type 2.
8 Q.  Right.  You raised, you raised a question

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  44:7 - 45:5

Are
8    all of the 16 people that this study was
9    done about all operated on by one surgeon,
10    namely you?
11 A.  Yes.
12 Q.  Okay.
13 A.  Yes.
14 Q.  And is it --
15 A.  And we, we took only those cases where we
16    had at least a year or two minimum
17    follow-up and most of them longer.
18 Q.  Yes, sir.
19 A.  So I don't think she qualified as for
20    follow-up.
21 Q.  Yes, sir.  And this 2008 published article
22    is entitled, to abbreviate, the Boston
23    K-Pro in SJS.  Correct?
24 A.  Yes.
25 Q.  And it wasn't the first time that you had
00045
1    been the sole surgeon of a series of
2    patients that was published.  Another time
3    was in 2001.  The lead author was Doctor
4    Yaghouti and you were a co-author but you
5    were the sole surgeon as well.  Correct?

| Objection: | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -No foundation | |
| -Improper opinion testimony from non-retained expert | |
| -611(c) | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  45:8 - 46:13

8 A.  Yes.  I was a -- yes, I have been the sole
9    surgeon all along until Doctor Chodosh
10    came.  Now he is inheriting some of my
11    patients but --
12 Q.  And let me ask you.  Is Doctor Chodosh, as
13    we sit here today in September of 2009, the
14    only other surgeon at Harvard Medical

| Objection: | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -No foundation | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -611(c) | |
| -Speculation | |

```
15      School/Mass. Eye & Ear who presently
16      performs the Boston K-Pro other than
17      yourself?
18 A.   No.  There are several.  Dr. Kathryn Colby
19      has a large number, and Dr. Roberto Pineda
20      has some.  Ula Uccunas has a few.  And I
21      think Doctor Dana has a few, and so on.
22      And Doctor Melky has a number.  So really
23      it is all spread all over the system, but
24      they don't tackle these severe cases.
25 Q.   Oh, okay.
00046
1 A.    So they, they -- we are handling the worst.
2 Q.    I -- there is a newsletter for the Mass.
3       Eye and Ear infirmary.  Correct, sir?
4           Is that correct, sir?
5 A.    Yes.
6 Q.    Okay.  And you said that only a few are
7       tackling the worst.
8           Let me ask you, is Doctor Chodosh
9       one who is tackling the worst cases of
10      Stevens-Johnson syndrome?
11 A.   Yes.
12 Q.   And hopefully curing or attempting to treat
13      those?
```

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  46:18 - 47:5**

```
18 A.   Yes, he is.
19 Q.   Okay.
20 A.   Doctor Chodosh.  Parenthetically, I will be
21      87 tomorrow, so I have a good reason to
22      look for a successor.  And we recruited
23      Doctor Chodosh, who is a very experienced
24      academic.  And so he has been here for over
25      a year.
00047
1 Q.    Okay.
2 A.    And he has a special interest and special
3       expertise in these severe autoimmune
4       diseases.  So I am asking Doctor Chodosh to
5       from now on to take care of that category.
```

| Objection: | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -701 | |
| -702 | |
| -No foundation | |
| -Improper opinion testimony from non-retained expert | |
| -611(c) | |
| -Speculation | |
| -801 | |
| -802 | |

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  47:8 - 48:11**

```
8 Q.    Let me first ask you, is Exhibit No. 130,
9       sir, a copy of a 2008 newsletter for Mass.
10      Eye and Ear Infirmary?
11          (Witness perusing document.)
12 A.   Yes.
13 Q.   Okay.  And if you flip the page there, is
14      that a picture of Doctor Chodosh, oh, about
15      six pages back, one, two, five pages back?
16          (Witness perusing document.)
17 A.   Yes.
18 Q.   Okay.  And it states --
```

| Objection (47:8 to 48:6): | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -No foundation | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -611(c) | |
| -Speculation | |
| -801 | |
| -802 | |

Bartlett v Mutual

19 A.   You can get a better copy than this.  We
20      have better.
21 Q.   Yes.  I am not trying to do a disjustice to
22      him with my copy.  I apologize.
23          But you mentioned very difficult
24      cases.  And it says here by Doctor Chodosh,
25      it shows his picture, that he, his clinical
00048
1       interests include the visual restoration of
2       hopeless cases.
3 A.   Yes.
4 Q.   Do you see that, sir?
5 A.   Yes.
6 Q.   Are SJS and TEN what you categorize as
7      hopeless cases?
8 A.   Absolutely.
9 Q.   Why are SJS and TEN blindness cases
10      categorized by you and your colleagues at
11      Harvard as hopeless cases?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  48:14 - 49:8

14 A.   Well, I would say -- I wouldn't say that.
15      I wouldn't use the term hopeless, but the
16      most severe.
17 Q.   Okay.
18 A.   Because experience has shown me, and that
19      was during -- we had a fellow here,
20      Yaghouti, who wrote up some of the early
21      cases.  And we found that there were
22      prognostic categories that varied markedly
23      from each other and in the small but
24      important category of autoimmune diseases,
25      among which Stevens-Johnson is one and
00049
1       perhaps the most severe.  But the
2       autoimmune diseases are much more
3       difficult, much much more difficult to
4       carry through than the rest.
5 Q.   And Stevens-Johnson syndrome and TEN are
6      classified by you and your colleagues as
7      autoimmune diseases.  Correct?
8 A.   Yes.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 -No foundation -701 -702 -Improper opinion testimony from non-retained expert -611(c) -Speculation -801 -802 | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  49:12 - 49:15

12          Is it correct to say that you
13      would never use the word "hopeless" when
14      speaking with a patient?
15 A.   Only if they have no light perception.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 -No foundation -Improper opinion testimony from non-retained expert -611(c) | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  50:19 - 50:21

Bartlett v Mutual

19  Q.  Okay.  Are you and now Doctor Chodosh the
20      doctors at Harvard who specialize in the
21      most difficult and severe cases?

Objection:
-402
-No foundation
-Improper opinion
testimony from non-
retained expert
-611(c)

Ruling:  Sustained.

Witness_  Claes Dohlman, M.D., Ph.D. -:  51:1 - 51:3

Objection (51:2 to
51:3):
-402
-No foundation
-Improper opinion
testimony from non-
retained expert
-611(c)
-701
-702

Ruling:  Sustained.

1  A.  Correct.
2  Q.  Okay.  As SJS and TEN the most difficult
3      and severe blindness cases?

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 51, Line 5

5  A.  In my mind, it is.

Witness_  Claes Dohlman, M.D., Ph.D. -:  51:9 - 51:11

9          Why is it the case that, in your
10      mind, SJS and TEN are the most difficult
11      and severe blindness cases?

Objection (51:9 to
52:20):
-402
-No foundation
-Improper opinion
testimony from non-
retained expert
-611(c)
-701
-702

Ruling:  Sustained.

Witness_  Claes Dohlman, M.D., Ph.D. -:  51:13 - 52:20



13  A.  I learned this early on that
14      Stevens-Johnson, outcome of
15      keratoprosthesis in Stevens-Johnson
16      syndrome was particularly bad.  In fact, in
17      the -- excuse me.
18          MR. COSGROVE: Doctor, would you
19      like a glass of water?
20          THE WITNESS:  No, it hasn't helped
21      for 87 years.  It won't help now.
22  A.  In the early '90's, I realized that our
23      results with Stevens-Johnson were so bad so
24      that I had a voluntary moratorium on them.
25      I had seven cases and they all went down
00052
1      to, to zero vision within five years.  And
2      that was in part due to glaucoma and in
3      part due to infection.  But then we learned
4      how to use prophylactic antibiotics, and we
5      introduced Vancomycin particularly.  So
6      that now we don't have any infections
7      practically as long as we used the
8      antibiotics prophylaxis.  The glaucoma
9      situation is also much better because we
10      have added techniques there also.
11          So then I took up Stevens-Johnson
12      again.  And the 16 first cases were the
13      ones that we just presented, with a couple
14      linear curve here and there, about 50

Page 21

Bartlett v Mutual

15    percent instead of zero percent had
16    reasonable vision after five years.  But 50
17    percent is not 100 percent, and there was
18    still a lot of hassle and there is still,
19    in my firm opinion as we stand now the --
20    it is our worst category.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  52:23 - 53:5

23         When SJS and TEN cause blindness,
24    are patients always legally blind in one or
25    both eyes from the time their skin is
00053
1    sluffing off, or can they get legal
2    blindness caused by SJS and TEN months or
3    years after the person gets out of the
4    hospital and their skin appears to be
5    healing?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -No foundation | |
| -Improper opinion | |
| testimony from non- | |
| retained expert | |
| -611(c) | |
| -701 | |
| -702 | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  53:9 - 54:6

9 A.  The latter is correct.  That is in fact --
10 Q.  Why?
11 A.  Why, I don't know.  But it is actually the
12    most common sequence of events that they
13    leave the hospital when they seem well and
14    often with tears, and then it takes usually
15    years until so much scarring so that the
16    outflow channels from the lacrimal glands
17    are squeezed off and dried.  That dries up
18    the eye, and then the rest is a downhill
19    course.
20 Q.  Okay.
21 A.  So it is very often that they can see well
22    for 10 years, 20 years or a little bit
23    less, and then eventually they go blind, or
24    they can go blind after a year or two.
25 Q.  Let me put some more definite times in my
00054
1    question.
2         Doctor Dohlman, is it true that
3    SJS and TEN can cause legal blindness a
4    month, a year, and even five years or more
5    after someone's skin appears to be healing
6    from their SJS and TEN?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -No foundation | |
| -Improper opinion | |
| testimony from non- | |
| retained expert | |
| -611(c) | |
| -701 | |
| -702 | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  54:11 - 55:9

11 A.  That is correct.
12 Q.  Okay.
13 A.  There is no question about it.
14 Q.  Okay.
15 A.  We see this --

**Bartlett v Mutual**

| Objection: |
|---|
| -402 |
| -No foundation |
| -Improper opinion testimony from non-retained expert |
| -611(c) |
| -701 |
| -702 |
| -Misleading |
| -Confusing |
| -Argumentative |

Ruling:  Sustained (through line 56:10).

16 Q.  Are you 100 percent certain of that?
17 A.  I am 100 percent certain.
18 Q.  Okay.
19 A.  And we, we've learned about the history, we
20    get the records and we see the
21    developments.  And they saw at that time
22    when they left the hospital 20/20 and then
23    they saw 20/70, and then now they see
24    2400's or something like that.
25 Q.  Is it correct then in your career, Doctor
00055
1    Dohlman, you've been involved with many
2    medical symposiums and continuing medical
3    education classes, and you're part of the
4    Boston K-Pro Study Group, and in many of
5    these forums would it be fair to state that
6    you discuss with your medical colleagues
7    matters which include what causes SJS and
8    TEN, what causes blindness, and how, when
9    and why you do surgery?

Witness_  Claes Dohlman, M.D., Ph.D. -:  55:13 - 55:22

13 A.  We have the largest experience with
14    Stevens-Johnson in at least in this
15    country.  But of course, we always, at
16    meetings, discuss the experience of our
17    colleagues with our colleagues and discuss
18    their experience as well.
19 Q.  Have you at any time in your career, Doctor
20    Dohlman, ever read or ever heard any doctor
21    state, suggest or opine that SJS and TEN
22    cannot cause legal blindness?

Witness_  Claes Dohlman, M.D., Ph.D. -:  55:24 - 56:7

24 A.  I have never heard that.
25 Q.  Okay.  In your entire medical career, have
00056
1    you ever heard of any doctor or have you
2    ever read any assertion or heard any doctor
3    state that, suggest or opine that SJS and
4    TEN cannot cause legal blindness months,
5    years, or even five years after a person's
6    skin appears to be healing from SJS and
7    TEN?

Witness_  Claes Dohlman, M.D., Ph.D. -:  56:9 - 56:10

9 A.  I have never read or seen or heard any such
10    opinion.

**Bartlett v Mutual**

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 56:18 - 57:20

18 Q.  Who is Doctor Papaliodis, sir?
19 A.  He is an esteemed colleague here at the
20    hospital and he has expertise in
21    inflammatory eye diseases.
22 Q.  Okay.  If you would flip to the third
23    letter there.
24 A.  Yes.
25 Q.  It is dated August 10, 2006.  And you are
00057
 1    copied on it, correct?
 2        (Witness perusing document.)
 3 A.  Third letter, okay, to Doctor Lane.
 4 Q.  And you are copied on the bottom, correct?
 5 A.  Yes.
 6 Q.  And in his last sentence of the letter he
 7    says, "I suggested evaluation by Dr. Claes
 8    Dohlman for consideration of K-Pro in left
 9    eye."  It says OS, correct?
10 A.  Okay.
11 Q.  And when you see OS, that is a reference to
12    the left eye, right?
13 A.  Correct.
14 Q.  And OD is a reference to the right eye,
15    correct?
16 A.  Correct.
17 Q.  So do you understand this letter to be one
18    that Doctor Papaliodis, another professor
19    here at Harvard, is suggesting that Karen
20    be evaluated by you?

Objection:
-402
-611(c)
-801
-802
-Speculation
-No foundation

Ruling:  Sustained.  Throughout this line of questioning (up to page 69 of the deposition), and again at the end of the deposition (pages 179-182), the witness is asked to testify about what other doctors meant in medical records that the witness has not even been asked if he recalls, and no foundation has been laid as to the role of these records in the witness's treatment of the plaintiff.  Such testimony is improper.  The witness has not been retained as an expert on the meaning of medical terms.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 57:23 - 58:11

23 A.  Correct.
24 Q.  Okay.  I just want to show you two letters
25    before that, sir, so we can just do a
00058
 1    timeline.
 2        The first letter of Doctor
 3    Papaliodis is dated March 1st, '06.
 4        Do you see that, sir?
 5 A.  Yes.
 6 Q.  And at this time, in paragraph three, he
 7    records visual acuity of 20/60 in Karen's
 8    right eye and 2100 in her left eye.
 9        And neither of those are legally
10    blind, correct?
11 A.  Right, correct.

Objection:
-402
-611(c)
-801
-802
-Speculation
-No foundation

Ruling:  Sustained.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 58:15 - 59:18

15        He says in his bottom paragraph,

**Bartlett v Mutual**

| | |
|---|---|
| 16   "She has multiple ophthalmic issues<br>17   requiring attention.  She continues to<br>18   inadequately lubricate the ocular surface<br>19   despite punctal plugs."<br>20      What are the punctal plugs, sir,<br>21   and how does that relate to inadequate<br>22   lubrication?<br>23 A.  Punctal plugs are plugging the little<br>24   outflow channels from the, from the outside<br>25   of the eye and into the nose.  That's where<br>**00059**<br>1   tears drain normally.<br>2      And if we have scant tears, there<br>3   is a technique of plugging those holes and<br>4   allowing those scant tears to be around a<br>5   little longer and be more wetting.  That is<br>6   the principle.<br>7 Q.  Okay.  And he says, "She may need lateral"<br>8   -- can you pronounce the words for me -- is<br>9   it tarsorrhaphy?<br>10 A.  Tarsorrhaphy.<br>11 Q.  What is that, sir?<br>12 A.  That is suturing the lids together.<br>13 Q.  Does that mean you're sewing the eyes shut<br>14   so the eyes can't open?<br>15 A.  Yes.  At least in part.<br>16 Q.  Okay.  Why, to your understanding, was it<br>17   being considered that Karen's eyes be sewn<br>18   shut? | Objection:<br>-602<br>-611(c)<br>-801<br>-802<br>-Speculation |

Ruling:  Sustained as to lines 58:16 through 59:15.  Otherwise overruled.

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  59:21 - 60:18**

| | |
|---|---|
| 21 A.  Because they -- it's all a matter of<br>22   preventing evaporation.  Evaporation goes<br>23   on, drying goes on from the surface of the<br>24   eye all the time.  But if one closes the<br>25   lids, that is brought to zero, those areas<br>**00060**<br>1   that are covered.  So that often helps in a<br>2   situation where the tears are drying up.<br>3   The eye is very drying.  And especially if<br>4   we get ulcers and so on, one can protect<br>5   the eye quite well with tarsorrhaphy.<br>6 Q.  Okay.  Let's go to the next letter, please,<br>7   sir, and it's just three months later than<br>8   the first letter.  And it is dated June 8,<br>9   2006.<br>10      Do you see that, sir?  Are you<br>11   there?<br>12 A.  Yes.<br>13 Q.  And in this letter, Doctor Papaliodis sends<br>14   a letter to Dr. Leo Lane, who is Karen's<br>15   primary care physician.  And he reports in<br>16   part that she has ocular surface disease<br>17   secondary to her Stevens-Johnson syndrome.<br>18      Do you see that, sir? | Objection:<br>-602<br>-611(c)<br>-Speculation<br>-No foundation |

Ruling:  Sustained as to lines 60:6 through 60:21.  Otherwise overruled.

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 60, Line 21**

Bartlett v Mutual

21  A.  Yes.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  61:3 - 61:11

3  Q.  When he used the word "secondary" here,
4      sir, does that mean the same thing as
5      caused by?
6  A.  Yes.
7  Q.  Okay.  So do you understand this to mean
8      that Doctor Papaliodis, your colleague here
9      at Harvard, has concluded that Karen's
10     ocular surface disease was caused by her
11     Stevens-Johnson syndrome?

Objection:
-602
-611(c)
-Speculation
-No foundation

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  61:16 - 61:21

16  A.  Yes.
17  Q.  Okay.  And he at this date records, three
18      months after she is here in March, that she
19      has 20/60 in her right eye, and that she is
20      legally blind with 2200 in her left eye.
21      Correct?

Objection:
-602
-611(c)
-Speculation
-No foundation
-801
-802

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  61:24 - 63:6

24  A.  Correct.
25  Q.  Okay.  And then he says that she has trace
00062
1      conjunctival injection OU.
2          OU means both eyes, right?
3  A.  Both eyes.
4  Q.  What does trace conjunctival injection
5      mean?  And he also says --
6  A.  It's slightly red.
7  Q.  Okay.  And then he says it has progressive
8      corneal vascularization in the left eye.
9          What does that mean?
10  A.  That means that blood vessels are growing
11      into the cornea in the left eye.  And that
12      is a bad sign.
13  Q.  Why?
14  A.  Because it is usually correlated with later
15      development of scarring and irregularity,
16      and perhaps even ulceration of the cornea.
17  Q.  Okay.  And he -- and then he says that she
18      had some symblephara present temporally.
19      He means in both eyes, right?  Is that
20      correct?
21  A.  Correct.
22  Q.  What does that mean?

Objection:
-602
-611(c)
-Speculation
-No foundation
-801
-802

Ruling:  Sustained.

Bartlett v Mutual

23 A.  Symblephara refers to adhesions that form
24    between the lids and the globe, and that
25    shrinks the fornix on both sides.
00063
1 Q.  If you would show us what an adhesion is
2    that he is referring to here, some
3    symblephara.
4 A.  We don't have any lids here so it cannot
5    really be shown.  But I can show it on one
6    of those images we had up.

Witness_  Claes Dohlman, M.D., Ph.D. -:  63:9 - 64:3

Do you need your
10    2008 publication?
11 A.  Yes.
12 Q.  Okay.  And these pictures right here,
13    these?
14 A.  So here, for instance.
15 Q.  On the top left, this one?
16 A.  Top left.
17 Q.  Yes, sir.
18 A.  There is an effusion between the lids and
19    the globe.
20 Q.  Okay.
21 A.  And it is also here.  That is almost
22    complete here.
23 Q.  Okay.  And let me see if -- is it correct
24    to state when you talked about symblephara,
25    that is in very lay terms your eyelid
00064
1    adhering to your eyeball or sticking to
2    your eyeball?
3 A.  Correct.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -602 | |
| -611(c) | |
| -701 | |
| -702 | |
| -No foundation | |
| -Misleading | |
| -Improper testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  64:6 - 64:8

6 Q.  Is, in very lay terms, your eyelid sticking
7    or fusing to your eyeball caused by SJS and
8    TEN?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -No foundation | |
| -Argumentative | |
| -Improper testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  64:11 - 64:16

11 A.  Very -- the end stage of Stevens-Johnson,
12    always symblephara.  But symblephara can
13    occur also in other diseases.
14 Q.  Okay.  What percent certain are you that
15    SJS and TEN can and do cause the eyeball to
16    fuse or adhere to the eyeball?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -No foundation | |
| -Argumentative | |
| -Improper testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  64:19 - 64:23

**Bartlett v Mutual**

| | |
|---|---|
| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Argumentative<br>-Improper testimony<br>from non-retained<br>expert |

Ruling:  Sustained.

19 A.   There is no question in my mind that this
20      is what, what occurs in advanced
21      Stevens-Johnson syndrome.
22 Q.   100 percent certain?
23 A.   100 percent certain.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 64:25 - 65:4**

Objection:
-402
-611(c)
-701
-702
-No foundation
-Argumentative
-Improper testimony
from non-retained
expert
-801
-802

Ruling:  Sustained.

25 Q.   So he, a second time, I am back at Doctor
00065
1      Papaliodis, in June 2006.  He says she may
2      -- he makes a second reference to lateral
3      tarsorrhaphies.
4 A.   Tarsorrhaphy, yes.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 65:20 - 66:3**

Objection:
-402
-611(c)
-701
-702
-No foundation
-Argumentative
-Improper testimony
from non-retained
expert
-801
-802

Ruling:  Sustained.

20 Q.   Okay.  And when you have a lateral
21      tarsorrhaphy like Doctor Papaliodis is
22      referring to, can you still see?
23 A.   Often you have to tilt your head, but you
24      can often see.
25 Q.   Is it to protect the eye?
00066
1 A.   Yes.
2 Q.   Why does that protect the eye, to sew it
3      partially shut?

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 66:7 - 66:17**

Objection:
-402
-611(c)
-701
-702
-No foundation
-Argumentative
-Improper testimony
from non-retained
expert
-801
-802

Ruling:  Sustained.

7 A.   Because in the normal position of the eye
8      the cornea is mostly covered; and
9      therefore, protected from evaporative
10     damage.
11 Q.   Thank you.  Let's go to now his third
12     letter.  This is again Doctor Papaliodis at
13     Harvard, writing again to Karen's primary
14     physician, Doctor Lane.
15         And he again reports that she has
16     ocular surface disease secondary to her
17     SJS.  Correct?

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 66:20 - 67:3**

Objection:
-402
-611(c)
-701
-702
-No foundation
-Argumentative
-Improper testimony
from non-retained
expert
-801
-802

Ruling:  Sustained.

20 A.   Correct.
21 Q.   Okay.  And Doctor Papaliodis copies you.
22     And by copying you, he reports to you she
23     is now 2400 in her right eye, which is well
24     beyond legally blind.  Correct?
25 A.   Correct.

Bartlett v Mutual

**00067**
1 Q.   And that she is counting fingers at one
2     feet in her left eye, which is well well
3     beyond legally blind.  Correct?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  67:8 - 67:15

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Argumentative<br>-Improper testimony<br>from non-retained<br>expert<br>-801<br>-802 | Ruling:  Sustained. |

8 A.   Correct.
9 Q.   Okay.  And he also reports that she has one
10    plus conjunctival injection in both eyes,
11    because it says OU, with progressive
12    corneal neovascularization in both eyes,
13    because it says OU.
14         And can you tell us what that
15    means?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  67:18 - 67:25

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Argumentative<br>-Improper testimony<br>from non-retained<br>expert<br>-801<br>-802 | Ruling:  Sustained. |

18 A.   The eye is moderately red and the blood
19     vessels are continuing to grow into the
20     cornea.
21 Q.   Okay.  And then he says that he explained
22     to Ms. Bartlett that her ocular surface
23     disease continues to worsen despite maximal
24     topical therapy.
25         What does that mean, sir?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  68:3 - 68:8

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Argumentative<br>-Improper testimony<br>from non-retained<br>expert<br>-801<br>-802 | Ruling:  Sustained. |

3 A.   One can only give so, so much of drops of
4     various kinds to the eye.  And then when
5     you reach the end there and then there is
6     still progression, that means that it's
7     beyond medical treatment possibility.
8 Q.   Okay.  Nonsurgical medical treatment?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  68:11 - 68:19

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Argumentative<br>-Improper testimony<br>from non-retained<br>expert<br>-801<br>-802 | Ruling:  Sustained. |

11 A.   Correct.
12 Q.   Okay.  In his next sentence Doctor
13     Papaliodis reports to you and to Doctor
14     Lane, "Given the damage to her limble stem
15     cells, she is unable to adequately
16     re-epithelialize the injured cornea and
17     develops neovascularization/corneal
18     scarring."
19         What does that mean?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  68:22 - 69:19

Bartlett v Mutual

22  A.   The -- he is referring to, to the stem
23       cells which are the mother cells out of the
24       periphery of the cornea, and they give rise
25       to the surface epithelium.  But if they are
00069
1        damaged and we have an epithelial defect,
2        then that cannot be re-generated if the
3        stem cells are, are damaged.
4            That is a conjecture because one
5        cannot see the stem cells, but we know from
6        histology that under such circumstances
7        they are not there.  But it doesn't mean
8        that Doctor Papaliodis has seen the cells
9        or to the extent of the stem cells are
10       damaged.  He has seen the epithelial defect
11       and he has observed the fact that it
12       doesn't heal.
13  Q.   Okay.
14  A.   And then there is more blood vessels and
15       there is more scarring in the cornea.
16  Q.   Okay.  Does -- do your Harvard colleagues
17       here at Mass. Eye Ear frequently take
18       pictures of new patients, and very
19       frequently take pictures of their eyes?

| Objection (68:22 to 72:3): |
| :--- |
| -602 |
| -701 |
| -702 |
| -801 |
| -802 |
| -Speculation |
| -No foundation |
| -Improper opinion from non-retained expert |

| Ruling:  Sustained as to lines 68:22 through 70:3, and as to lines 70:13 through 70:25, and as to lines 71:17 through 71:25.  Otherwise overruled. |
| :--- |

Witness_  Claes Dohlman, M.D., Ph.D. -:  69:22 - 72:3

22  A.   We, we do that at intervals.  That is
23       correct.
24  Q.   Okay.  If you could just look up at the
25       screen, Doctor, I am going to show you some
00070
1        exhibits, some pictures to take you right
2        before the surgery and then we are going to
3        go to your first surgery.
4            So Exhibit 200 is a picture taken
5        of Karen.  The date here is September 1,
6        2006.
7            And that would have been before
8        you first saw her, correct?
9  A.   Could I see a better copy?
10  Q.   Sure.  Yes, sir.  Huh?
11  A.   If I could just -- yes.  That's the way she
12       looked pre-op, yes.  This was --
13  Q.   If I could give you this one.  Here, I will
14       hand you that whole set.  Okay.
15           Then here is a picture of her in
16       November 2006, Exhibit 201.  And I am going
17       to work up to where you are.  Here is a
18       picture of in November 2006 again, Exhibit
19       202.
20  A.   Yes.
21  Q.   You have them all here in your hand.  And
22       here's a fourth --
23  A.   When was the first surgery?
24  Q.   Your first surgery, sir, was on October 31,

**Bartlett v Mutual**

25        '06.
00071
1 A.   Okay.  So this was, this was in September,
2      September 1st, this, these pictures.
3 Q.   Yes, sir.
4 A.   And they showed her preoperatively, red
5      eyes, some suturing of the lids together
6      but not very extensive, and, and dry
7      looking, broken up reflexes and scarred
8      corneas, and loss of lashes, and rigidity
9      and scarring of the lids and scarring of
10     her whole face, skin as well.
11           And then she had some lung
12     problems also, I understand, and some other
13     problems, urinary problems, and a number of
14     problems --
15 Q.  Yes, sir.
16 A.  -- from her disease.
17 Q.  What I am going to show you now two
18     documents, sir.  One is simply a list that
19     I've tried to make accurate of all of the
20     surgeries Karen has had here at Mass. Eye
21     Ear, as well as the eleventh surgery that
22     she had at Beth Israel-Deaconess.  And
23     first let me go through the first four,
24     because you see, I have listed you as the
25     surgeon in what I count as four procedures.
00072
1            First, let me ask you, did you
2      operate on Karen and perform a K-Pro
3      surgery in or about 2006?

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  72:5 - 72:17**

5      Foundation.  Also objection to Exhibit 121.
6 A.   Correct.
7 Q.   Okay.  And then did you do a suture removal
8      on or about September, in September 2007?
9 A.   Correct.
10 Q.  Okay.  And then did you do a third surgery
11     on Karen in about March 2008, which was a
12     second K-Pro operation on the same eye, the
13     left eye?
14 A.  Correct.
15 Q.  And then did you perform a fourth operation
16     in about June 2008, again, re-suturing the
17     same left eye with a corneal graft?

| Objection: -611(c) | Ruling:  Overruled. |
|---|---|

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  72:19 - 73:24**

19 Q.  Or re-suturing the corneal graft?
20 A.  Correct.
21 Q.  Okay.  And after your fourth eye operation
22     on Karen, Doctor Dohlman, did you actively
23     follow her in all her visual acuities, or
24     did you turn over her care to Doctor

Bartlett v Mutual

25     Chodosh?
00073
1  A.  I --
2           MR. COSGROVE: Objection.
3     Compound.
4  A.  Here it says Doctor Kathryn.  It should be
5     Kathryn Colby.
6  Q.  Oh.
7  A.  And then --
8  Q.  She changed her last -- she got married or
9     --
10  A.  No, no.  And then the other is the
11     assistant, and that is Masselam.  It is
12     wrongly spelled, married, Hatch.  So the
13     second name there is only the assistant.
14  Q.  Is Colby spelled C-O-L-B-Y?
15  A.  Correct.
16  Q.  Okay.  And I am going to correct that right
17     now.
18           And you are telling me that Doctor
19     Masselam Hatch is just an assistant on that
20     surgery?
21  A.  Yes.  She was a fellow.
22  Q.  Okay.
23  A.  And her name was Masselam.
24  Q.  Okay.  So she is a Harvard doctor, but she

Witness_  Claes Dohlman, M.D., Ph.D. -:  75:2 - 77:16

2  A.  I left the country and I turned over the
3     case to, Mrs. Bartlett, Bartlett's case to
4     Doctor Chodosh.  And then when I came back,
5     I asked him to continue.
6  Q.  Okay.  Thank you.  And did you -- besides
7     discussing her case with Doctor Chodosh, as
8     you do with other patients, were you
9     actively looking at her chart after your
10     fourth surgery on her every time she was
11     here or not?
12  A.  Not every time, no.  But from time to time
13     I discussed her progress with Doctor
14     Chodosh.
15  Q.  Thank you, sir.  Exhibit No. 122 is the
16     same first pages which I corrected for
17     Doctor Colby, as well as every operative
18     report of your surgeries and others here.
19     Let's flip, therefore, to the first one,
20     please, sir.
21  A.  Mm-hmm.
22  Q.  Is the very first operative report, your
23     operative report of your first eye surgery
24     on Ms. Bartlett?
25  A.  Correct.
00076
1  Q.  Okay.  And this surgery that you performed
2     was called lysis of symblephara plus, I
3     will abbreviate, Boston K-Pro, aphakic, in
4     patient's own cornea, plus ECCE, plus soft
5     contact lens in her left eye.  Correct?

Bartlett v Mutual

6 A.  Correct.
7 Q.  Can you explain, please explain to the jury
8    and me what that is?
9 A.  Okay.  So the fusion of the conjunctiva was
10    cut.  They gray grossed but we cut them
11    anyway to make place for the soft lens.
12    And then we trephine, meaning make a hole
13    in the cornea.
14 Q.  And is that, has this been trephined?  Back
15    to this other picture here, I am showing
16    you on the screen, sir.
17        Has that been trephined?  Is that
18    the trephine, the cut?
19 A.  No, no.  This is the assembly of the donor
20    material.
21 Q.  Okay.
22 A.  But in the patient, in Mrs. Bartlett's eye,
23    in her left eye we trephined a hole eight
24    millimeters.  And then I removed the
25    cataract through that opening.  And the
00077
1    cataract is then visible, the pupil is
2    dilated large, and one can cut out the
3    capsule and one can press out the nucleus
4    of the cataract and one can irrigate and
5    aspirate the rest of the cataract.  And
6    remaining only the posterior, the back
7    capsule has to be still there for support.
8    And then we put in then the corneal graft
9    with the keratoprosthesis, sutured that in
10    place in the standard way, and then we
11    always cover with a soft contact lens.
12 Q.  Okay.
13 A.  And the soft contact lens has turned out to
14    be a tremendous boon in that it distributes
15    the evaporative forces so well so that it
16    protects the eye from drying.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  78:14 - 78:18

| | Objection: | Ruling:  Sustained. |
|---|---|---|
| 14 Q.  What percent of the time now in recent<br>15    years, the last five years, let's say, just<br>16    estimate, are you using a donor from an eye<br>17    bank for the cornea as opposed to the<br>18    patient's own cornea with your K-Pro? | -402<br>-611(c)<br>-701<br>-702<br>-Improper opinion<br>testimony from non-<br>retained expert<br>-Speculation<br>-No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  78:21 - 78:23

| | Objection: | Ruling:  Sustained. |
|---|---|---|
| 21 A.  Almost 100 percent.<br>22 Q.  100 percent which?<br>23 A.  100 percent with a donor cornea. | -402<br>-611(c)<br>-701<br>-702<br>-Improper opinion<br>testimony from non-<br>retained expert<br>-Speculation<br>-No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  81:3 - 81:6

**Bartlett v Mutual**

| | |
|---|---|
| 3      Your preoperative diagnosis for<br>4     Karen was Stevens-Johnson syndrome,<br>5     February 2005, plus dryness, plus glaucoma<br>6     in both eyes.  Correct? | Objection:<br>-No foundation<br>-611(c) |

Ruling:  Overruled.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  81:8 - 82:11

8 A.  Correct.
9 Q.  Okay.  Did -- did -- before you did this
10    operation, did you see Karen Bartlett a
11    number of times to evaluate her?
12 A.  If you could --
13 Q.  Before you did this operation, did you see
14    Karen Bartlett a number of times and
15    personally evaluate her?
16 A.  I personally evaluated her.  I don't
17    remember exactly how many times.  Probably
18    only once.
19 Q.  Okay.  And is that common in your surgical
20    history that you might only evaluate a
21    person once before surgery?
22 A.  Yes.
23 Q.  Okay.
24 A.  That is standard, yes.  Let me tell you
25    this.  We have a big work up.  We send them
00082
1    to ultrasound.  We send them to
2    photography.  We send them to blood tests,
3    and the informed consents.  And all the
4    testing is all from top to bottom so we do
5    that in one sweep.

| | |
|---|---|
| 6 Q.  Would it be accurate and fair that<br>7     generally, before a SJS TEN patient comes<br>8     to you for evaluation, Doctor Dohlman, that<br>9     many Harvard Mass. Eye Ear physicians have<br>10    already evaluated them and believed going<br>11    to you is the appropriate course? | Objection (82:6 to<br>82:11): 402, 602, 611<br>(c), 701, 702, Improper<br>opinion testimony from<br>non-retained expert,<br>No foundation |

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  82:14 - 82:22

| | |
|---|---|
| 14 A.  Often.  But many times they come from the<br>15   outside and they have been evaluated or<br>16   followed for a long time by the physician,<br>17   referring physician there.<br>18 Q.  Yes.  Either way, whether they come from<br>19   outside or within Harvard, before<br>20   they get to you, a number of physicians<br>21   have evaluated them and believe they need<br>22   to be considered for Boston K-Pro surgery? | Objection:<br>-402<br>-602<br>-611(c)<br>-701<br>-702<br>-Improper opinion<br>testimony from non-<br>retained expert<br>-No foundation |

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  83:1 - 83:24

1 A.  Yes.

Bartlett v Mutual

2 Q.   Okay.  When you evaluated Karen, of course,
3       did you review a lot of the materials that
4       were done by your colleague physicians here
5       at Harvard?
6 A.   I believe she had been, had been seen also,
7       well, by Doctor Papaliodis, but also by
8       Doctor Foster, I believe.
9 Q.   Okay.  Yes, sir.  And Doctor Foster is who,
10      please?
11 A.  Is what?
12 Q.  And Doctor Foster is who, please?
13 A.  He is a senior clinical professor at
14      Harvard and perhaps the ultimate expert on
15      inflammatory diseases of the eye.
16 Q.   Okay.  Is SJS and TEN an inflammatory
17      disease of the eye?
18 A.  Yes.
19 Q.   Okay.  When you diagnose -- when your
20      pre-op diagnosis said Stevens-Johnson
21      syndrome, had you at that time made a
22      conclusion as to whether or not
23      Stevens-Johnson syndrome was the cause of
24      Karen Bartlett's legal blindness?

| Objection: | Ruling:  Overruled. |
|---|---|
| -403 | |
| -602 | |
| -Speculative | |
| -No foundation | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  84:2 - 84:8

2 A.   There was no reason whatsoever to doubt
3       that from the history.
4 Q.  Okay.  What percent certain were you when
5       you did this operation that Karen's legal
6       blindness that you were operating on in the
7       left eye was caused by Stevens-Johnson
8       syndrome or TEN?

| Objection: | Ruling:  Overruled. |
|---|---|
| -403 | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  84:11 - 84:22

11 A.  Well, I was absolutely certain.  I had no,
12      no, no other evidence or suggestion that it
13      could be caused by anything else.
14 Q.  Okay.
15 A.  And I cannot -- it's so typical for
16      Stevens-Johnson, you cannot mistake it.
17 Q.  Okay.
18 A.  It is absolute typical.
19 Q.  Were you 100 percent certain that Karen's
20      legal blindness you were operating on in
21      her left eye was caused by Stevens-Johnson
22      syndrome?

| Objection: | Ruling:  Overruled. |
|---|---|
| -403 | |
| -611(c) | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  84:25 - 85:4

25 A.  Yes.
00085

**Bartlett v Mutual**

1 Q.  Were you also 100 percent certain that her
2     legal blindness in her right eye that you
3     at this time did not operate on was also
4     caused by her Stevens-Johnson syndrome?

Objection:
-403
-611(c)

Ruling:  Overruled.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  85:7 - 85:9

7 A.  Yes.
8 Q.  Okay.  And in this surgery you opted to use
9     Karen's own cornea.  Correct?

Objection:
-611(c)

Ruling:  Overruled.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  85:11 - 85:17

11 Q.  You see your third paragraph there.
12         (Witness perusing document.)
13 A.  Yes.  I see that now.
14 Q.  Okay.  And please read through your
15     operative report to the extent you need to
16     and tell us why you made that decision,
17     sir.

Objection:
-611(c)

Ruling:  Overruled (through line 86:8).

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  86:2 - 86:23

2 A.  I see that now.  I had forgotten that.
3     But, but I must have thought at that time
4     that the cornea was sufficiently full and
5     that we had preformed blood vessels so to
6     speak.  These blood vessels in the cornea
7     can re, re, easily be re-canalized and the
8     whole healing be speeded up that way.
9         Healing is, in the autoimmune
10    disease, Stevens-Johnson, is a problem,
11    especially since we have to give
12    corticosteroids, prinisolone, to suppress
13    postoperative inflammation, and that cuts
14    down the wound healing rate as well.  So
15    starting out with blood vessels speeds up
16    healing.  We do that occasionally.
17 Q.  Yes, sir.  And before we take a break, one
18    word in statistics, and we will come back
19    in your papers, but generally speaking, is
20    it common, Doctor Dohlman, that when a
21    patient gets a K-Pro surgery on an SJS TEN
22    eye that they will likely need more than
23    one surgery down the road?

Objection:
-402
-701
-702
-Improper opinion
testimony from non-
retained expert
-611(c)

Ruling: Sustained as to lines 86:9 through
87:3.  Otherwise overruled.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  87:2 - 87:21

2 A.  That is just the problem.
3 Q.  Okay.

Bartlett v Mutual

4  A.  The problem is that in all autoimmune
5     diseases the retention of the artificial
6     cornea, the device, is almost 100 percent.
7     There is no ulceration.  There is no
8     melting of the tissue and so on.
9          But, but this small important
10    group of autoimmune diseases, and
11    Stevens-Johnson is the worst, can start
12    after a year or two or three years and
13    begin to melt down and perforate here and
14    melt down next to the stem and leak and so
15    on.
16 Q.  Okay.
17 A.  And then we have a complication that can
18    occur in those cases because of the leak.
19    No infection anymore with our prophylactic
20    antibiotics schedule, but we can get
21    retinal detachment.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -611(c) | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  88:8 - 88:25

8  Q.  Back to your 2008 publication, Doctor
9     Dohlman.
10 A.  Mm-hmm.
11 Q.  Your first sentence reads, "Stevens-Johnson
12    syndrome often causes severe ocular surface
13    disease and impairment of vision."
14          And the very last sentence in that
15    one year old publication reads, "Patients
16    with SJS who elect to have the procedure,"
17    that's a reference to the Boston K-Pro,
18    correct?
19 A.  Yes.
20 Q.  Okay.  "Patients with SJS who elect to have
21    the procedure must be prepared for a
22    lifelong follow-up with an experienced
23    K-Pro surgeon."
24          Is this that what you published,
25    sir?

| Objection: | Ruling:  Sustained. |
|---|---|
| -403 | |
| -701 | |
| -702 | |
| -611(c) | |
| -Argumentative | |
| -Improper publication | |
| -Improper opinion testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  89:5 - 89:8

5  A.  That is what we published and this is what
6     I believe.
7  Q.  Tell us why it is -- tell us what it is
8     true, please, Doctor.

| Objection (89:5 to 89:12): | Ruling:  Sustained. |
|---|---|
| -701 | |
| -702 | |
| -No foundation | |
| -Improper opinion testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  89:10 - 89:12

10 Q.  Tell us why it is true, please, Doctor.
11 A.  Why it is true?
12 Q.  Yes, sir.

Bartlett v Mutual

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  89:15 - 89:24

15  A.   Because of -- it is true because of the
16      risk of tissue melt, handling that with
17      medication, with contact lenses and also
18      with surgery, glue and so on, in these
19      cases which is so frequent in the worst
20      cases.
21  Q.   All right.  You mentioned, Doctor Dohlman,
22      you will be 87 years young tomorrow.
23          Is Doctor Chodosh such an
24      experienced K-Pro surgeon?

Objection:
-402
-701
-702
-Improper opinion
testimony from non-
retained expert
-No foundation

Ruling:  Sustained.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  90:2 - 90:12

2  A.   He has less experience than me.  He is in
3      his early 50's.  But he is, has
4      considerable experience already when he was
5      down in Oklahoma, and now even more.  And
6      he is taking over this category of patients
7      and working with Doctor Papaliodis on the
8      future treatments.
9  Q.   Fair to say that, to your knowledge, you
10      are the most or certainly one of the most
11      experienced K-Pro surgeons in the world?
12  A.  I am probably --

Objection:
-402
-701
-702
-Improper opinion
testimony from non-
retained expert
-No foundation

Ruling:  Sustained.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  90:17 - 90:23

17  A.   It is not speculation.  I am the most
18      experienced.
19  Q.   Okay.
20  A.   I am just kidding.
21  Q.   You're not kidding about being the most
22      experienced?
23  A.   No, no.  I am not kidding about that.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  90:25 - 91:5

25  Q.   Thank you, sir.  And in fact, you did, and
00091
1      let's just go through them here, and what I
2      put before you, sir, after your first
3      surgery in October '06, you did a second
4      surgery on Karen in September '07.
5      Correct, sir?

Objection:
-611(c)
-No foundation

Ruling:  Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  91:7 - 91:13

Page 38

**Bartlett v Mutual**

7 Q.   Just flip those pages there in your right
8     hand.  Yes.
9 A.  Correct, yes.
10 Q.   And your second surgery was examination
11     under anesthesia plus suture removal, plus
12     sutured canthotomy of her left eye.
13     Correct?

| Objection: | Ruling:  Overruled. |
|---|---|
| -611(c) | |
| -No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  91:18 - 91:20

18 A.   That is correct.
19 Q.   Okay.  Tell us what that surgery is,
20     please, sir, why you did it.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  91:23 - 93:10

23 A.   During one of the visits just before that,
24     I noticed that she had a leak and she had a
25     fistula, meaning that there was an opening
00092
1     in the cornea, a thinning, melting and
2     thinning and digestion of the tissue and a
3     leak and fluid came out.
4         This can be very easily
5     demonstrated by a dye that is diluted by
6     the fluid that leaks out, and the fact that
7     the pressure inside the eye is close to
8     zero.  No question about it.
9         So I took her to the operating
10     room and was prepared to repair that.  But
11     when she was on the table, I found that the
12     leak had stopped, and it had probably
13     stopped because I had stopped previously
14     just a couple of days beforehand the
15     steroid treatment to the cornea,
16     prinisilone.  And that prinisilone keeps
17     the wound healing down, and some
18     Stevens-Johnson patients are very sensitive
19     to that.  So I had stopped that and then,
20     voila, on the table no more leak.  The
21     fistula was closed.  So the only thing I
22     did was do a few minor things to take out a
23     couple of sutures and put the -- yes, I
24     just repaired everything that I had opened
25     just to be able to see it.
00093
1 Q.   Okay.  And what is a canthotomy?
2 A.   A canthotomy is when the lids are too close
3     or the opening is too small to really be
4     able to work on the eye, and we had to make
5     a cut out into the periphery.
6 Q.   Okay.
7 A.   And then I suture that back at the end.
8 Q.   Thank you.  Your third operation on Karen
9     was, oh, I guess, about six months later in
10     March of 2008.  Correct, sir?

**Bartlett v Mutual**

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  93:12 - 94:23**

12 A.   Correct.
13 Q.   Okay.  And this third surgery was a Boston
14      K-Pro.  This would be the second one,
15      correct, sir?
16 A.   Correct.
17 Q.   And fresh corneal graft plus anterior
18      vitrectomy, plus soft contact lens OS.
19              Let's start with the anterior
20      vitrectomy.  Tell us what that is, please,
21      sir.
22 A.   Anterior vitrectomy is when the vitreus is
23      cloudy because of collapse and a leak that
24      has been there for a short time before.
25      And then we remove the jelly-like vitreus,
00094
1      front part of the vitreus, with a
2      vitrector, which is a cutting suction
3      little pipe, and the light pipe.  We shine
4      down in with the light pipe and then we go
5      in with this device that has a little
6      guillotine action inside an opening and at
7      the same time it sucks out what is cut.
8      And so one can cut that jell, the front
9      portion of the jell, which I did.
10 Q.   Okay.  And you said the preoperative
11      diagnosis was Stevens-Johnson syndrome
12      status post K-Pro, left eye with leak.
13              What does that mean, sir?
14 A.   Are you talking about the March --
15 Q.   March '08, yes, sir.
16 A.   Yes.  Well, just as it says, we have had,
17      had a K-Pro before, but that was a massive
18      leak and I felt that we had to do the whole
19      thing over again.
20 Q.   And do any of these pictures help you
21      describe what a leak is and why did
22      surgery, this, a second K-Pro was needed
23      for Karen?

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  95:2 - 95:6**

2 A.   I would just have to look here exactly
3      where the leak was.  Sometimes it's around
4      the stem, sometimes it's further out.  But
5      it would take me only a second.  That was
6      March.  Okay.  Around the stem.

---

**Witness_  Claes Dohlman, M.D., Ph.D. -:  95:13 - 95:15**

13 Q.   And sir, the jury can see what I am

Bartlett v Mutual

**14**     pointing at so you tell me where to point.
**15 A. Okay. All right.**

Objection: 402, 701, 702, Improper opinion testimony from non-retained expert, No foundation, Testimony not based on document that is fair and accurate representation of patient plaintiff

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 95:22 - 96:18

**22 A. All this is the cornea. All this here is**
**23**     the cornea.
**24**         Here is the corneal graft with the
**25**     keratoprosthesis. And here is the central
**00096**
**1**     stem. It is only three, three and a half
**2**     millimeters in diameter.
**3**         And this is where you see through.
**4**     And --
**5 Q. I am going to turn off the light so that**
**6**     you can see better. Okay.
**7**         Go ahead, Doctor?
**8 A. So here is now the three-millimeter stem.**
**9**     And this is crystal clear, nothing can
**10**     happen to that and you see through that.
**11**     But here is now the tissue, the corneal
**12**     tissue outside here holding the device.
**13**     And here, the tissue had started to melt
**14**     away on the just outside the stem, not in
**15**     this case, but this is what happened in, in
**16**     Mrs. Bartlett's case. So that it started
**17**     to leak around here and then the whole
**18**     thing had to be repeated.

Objection: 402, 701, 702, Improper opinion testimony from non-retained expert, No foundation, Testimony not based on document that is fair and accurate representation of patient plaintiff

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 97:20 - 97:22

**20 Q. And how common, Doctor Dohlman, are these**
**21**     leaks which require a second operation like
**22**     the second K-Pro you did on Karen?**

Objection (97:20 to 98:2):
-402
-701
-702
-Improper opinion testimony from non-retained expert
-No foundation
-Speculation

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 97:25 - 98:11

**25 A. Unfortunately, in very severe**
**00098**
**1**     Stevens-Johnson, which this was, it is
**2**     quite common.
**3 Q. Okay.**
**4 A. And she disappointed us in that sense that**
**5**     she was so prone to meltdown and necrosis
**6**     and leak, and it was not the last time.
**7 Q. We have not addressed that. We talked**
**8**     about that SJS and TEN are one of the worst
**9**     preoperative diagnoses for K-Pro. We
**10**     hadn't talked about how severe Karen's was,
**11**     and you just brought that up.



---

Witness_ Claes Dohlman, M.D., Ph.D. -: 98:15 - 98:19

Bartlett v Mutual

15    severe Karen's case was.
16            MR. COSGROVE: Objection.  Form.
17    Foundation.
18 A.  She behaved like one of the worst we've
19    had.

Witness_  Claes Dohlman, M.D., Ph.D. -:  98:24 - 99:2

24            Why is it true in your evaluation
25    and operations that Karen was one of the
00099
1    worst blindness caused by SJS TEN cases
2    you've had?

Witness_  Claes Dohlman, M.D., Ph.D. -:  99:6 - 100:6

6 A.  Because of the repeated and frequent
7    episodes of disintegration, disintegration
8    of the tissue, the corneal tissue around
9    the keratoprosthesis resulting in
10    perforations and leaks and risks to the
11    inside of the eye.
12 Q.  Okay.
13 A.  It is impossible to -- you can ask why do
14    we do this at all with these complications.
15    But we don't know beforehand.
16            After all, in our latest 16 cases,
17    we had 50 percent, 50 percent, 50 percent
18    who did well after five years and 50
19    percent did not.  And of course, we
20    explained the risks and the bad prognosis
21    in general.  But one can still not predict
22    how an eye will behave after surgery.
23 Q.  And on the point you just made, you raised
24    the question why do we do this at all.  You
25    have, in fact, published on that.
00100
1            You published a paper called "Do
2    We Do Keratoplasty?  Do We Do K-Pro?  Or Do
3    We Do Nothing At All?"  And then the title
4    of the paper went on to say an examination
5    of, I will paraphrase, the overlapping
6    indications for surgeries.  Correct?

Objection (99:23 to 101:2):
-402
-701
-702
-Improper opinion testimony
from non-retained expert
-Speculation
-611(c)

Ruling:  Sustained.

Witness_  Claes Dohlman, M.D., Ph.D. -:  100:9 - 101:2

9 A.  Yes.  And these indications are the, the
10    borders between these indications will
11    probably forever be fluid as
12    keratoprostheses develops further, which

Bartlett v Mutual

```
13      undoubtedly they will, it is going very
14      well, in general, there will be more and
15      more of them.  And it will be less and less
16      a standard corneal transplantation and
17      maybe less also of doing nothing in the
18      severe cases as an example.  We have the
19      demand for our Boston Keratoprosthesis is
20      going up like this, and which shows that it
21      does work in the hands of surgeons around
22      the world and they are interested in doing
23      more.  So this is a constantly perennial is
24      shifting and in the long run there will be
25      some bright young people coming up with
00101
1       something much better and that is
2       development in medicine.
```

Witness_ Claes Dohlman, M.D., Ph.D. -:  101:6 - 101:9

```
6 Q.  Doctor, your fourth surgery on Karen was
7      what, March, April, May, June, about four
8      months after your third operation on
9      Karen's left eye.  Correct, sir?
```

| Objection: |
| --- |
| -602 |
| -611(c) |
| -No foundation |

| Ruling:  Overruled. |
| --- |

Witness_ Claes Dohlman, M.D., Ph.D. -:  Page 101, Line 11

```
11 A.  In June.
```

Witness_ Claes Dohlman, M.D., Ph.D. -:  101:20 - 102:9

```
20 Q.  Hold on.  And this fourth eye surgery you
21      did on Karen's left eye was about four
22      months after your third eye surgery on her
23      left eye.  Correct, sir?
24 A.  Correct.
25 Q.  Okay.  What was this fourth eye operation
00102
1      you performed on Karen Bartlett?
2 A.  Again, I was worried about a leak because
3      the pressure of the eye was very low, it
4      was very soft.  And but I couldn't find any
5      leak.  But the lower wound margin of the
6      graft, the corneal graft had poor healing;
7      so therefore, I put in a string of sutures
8      to hold that together.  And it worked well
9      for a while.
```

| Objection (101:20 to 101:24): |
| --- |
| -No foundation |
| -602 |
| -611(c) |

| Ruling:  Overruled. |
| --- |

Witness_ Claes Dohlman, M.D., Ph.D. -:  102:14 - 102:19

```
14 Q.  Okay.  And generally, is it your present
```

**Bartlett v Mutual**

15     understanding, sir, that Karen Bartlett as
16     we sit here now, just about a year and
17     three or four months after your fourth
18     surgery, has now had four K-Pro surgeries
19     in her left eye?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  102:22 - 103:7

22 A.  She had one in the right eye.
23 Q.  She had a standard corneal transplant in
24     the right eye.  I am just sticking with the
25     left eye right now.
00103
1 A.  Oh, okay.
2 Q.  The question is is it your understanding
3     now --
4 A.  Yes.  That is my understanding, yes.
5 Q.  Thanks. Okay.  And there is always in K-Pro
6     surgeries, there is always lead surgeons
7     and assistant surgeons.  Correct?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  103:10 - 103:13

10 A.  Correct.
11 Q.  And for all four of the eye operations we
12     have discussed so far, you were the lead
13     surgeon for Karen Bartlett.  Correct?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  Page 103, Line 17

17 A.  Yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  104:5 - 104:9

5 Q.  Doctor Dohlman, in terms of Karen and
6     through your four surgeries of her and to
7     the extent you have knowledge beyond your
8     four surgeries, why has she required so
9     many?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  104:12 - 105:5

12 A.  This is just a fundamental question that we
13     still do not understand.  Why do the
14     autoimmune diseases behave so badly, for
15     lack of a better word, compared to
16     non-autoimmune diseases.  And there is

Bartlett v Mutual

17  something in the tissue that triggers the
18  breakdown and melting away, and disease and
19  chronic inflammation that we do not
20  understand.
21       We are here mounting a rather
22  massive research project just on this
23  issue.  And Doctor Chodosh, Doctor
24  Papaliodis, Doctor Foster, myself and other
25  people, we are particularly interested in
00105
1  Stevens-Johnson and Pemphigoid and what we
2  can do by --
3       COURT REPORTER:  And what?
4       THE WITNESS:  Pemphigoid,
5  P-E-M-P-H-I-G-O-I-D, I guess.

| Objection (104:20): -Move to strike as non-responsive after "understand" | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  105:10 - 105:14

10 Q.  And you've published on Stevens-Johnson
11      syndrome and that other one, Pemphigoid,
12      you just referred to, in relation to K-Pro.
13      Correct?
14 A.  Yes.

| Objection: -402 -611(c) -No foundation | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  105:18 - 105:21

18 A.  Yes.
19 Q.  And we will get to it later.  But you are
20     also a member of the Boston K-Pro Study
21     Group, correct?

| Objection: -402 -611(c) -No foundation | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 105, Line 23

23 A.  Yes.

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 106, Line 16

Q.  Yes, sir.

Witness_  Claes Dohlman, M.D., Ph.D. -:  107:1 - 107:7

1       This picture is taken about four
2  and a half months after your first surgery
3  in October '06.  And it is taken March 14,
4  '07.  Now, with those -- now please tell us
5  what is going on with Karen's eyes here in
6  these pictures.

Page 45

**Bartlett v Mutual**

7  A.  March --
_____

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 107, Line 10

10  A.  No.  Everything was fine then.
_____

Witness_  Claes Dohlman, M.D., Ph.D. -:  107:13 - 109:12


13  A.  There was no, there was no problem at that
14     stage.
15  Q.  Thank you, sir.  Now, please go to Exhibit
16     206, the next page.
17           MR. JENSEN:  Thanks.
18  Q.  And that is taken on April 16, 2007, so
19     about seven months after your first
20     surgery.
21           Tell us what we see here.  First
22     of all, is this Karen's left eye on Exhibit
23     206?
24  A.  We saw March, March '07.  We looked at
25     that.
00108
1  Q.  Yes, sir.
2  A.  That was fine.  The next is May.  Are you
3     interested in that or --
4  Q.  Yes, sir.  Yes.  Tell us what is going on
5     there, please.
6  A.  The soft lens seemed to be removed.  And we
7     have an epithelial defect which is stained
8     by a green dye.
9  Q.  Okay.
10  A.  That means that the epithelium is, is off
11     because of the inflammation, and it is set
12     up for further melt of the underlying
13     tissue.
14  Q.  These pictures are numbered two through
15     ten.  Tell us which picture I should focus
16     in on so you can show us, if you can, where
17     the epithelial defect is.
18  A.  We can say number six.
19  Q.  Okay.  I will zoom in on number six.
20           And tell us what we can see there
21     from Karen's picture of her left eye in
22     number six?
23  A.  In other words, this area here which is
24     stained by a green dye, this here, and also
25     a little bit here.  And that dye stains the
00109
1     underlying tissue if there is no epithelium
2     covering, so that means that there is an
3     epithelial defect.  And that means that the
4     underlying tissue is in jeopardy and can
5     melt down, actually, at any time.
6  Q.  What is a corneal melt?
7  A.  Well, it's when the tissue just simply
8     fades away, it disappears.

Bartlett v Mutual

9   Q.   Did Karen Bartlett have a corneal melt?
10  A.   Yes, she has had several.
11  Q.   Did Stevens-Johnson syndrome cause Karen
12       Bartlett's several corneal melts?

Witness_ Claes Dohlman, M.D., Ph.D. -:  Page 109, Line 15

Objection (109:11 to 110:8):
-611(c)
-701
-702
-No foundation
-Duplicative
-Improper opinion testimony
from non-retained expert

Ruling:  Overruled.

15  A.   Yes.

Witness_ Claes Dohlman, M.D., Ph.D. -:  109:18 - 109:20

18  Q.   What percent certain are you that Karen
19       Bartlett's several corneal melts were
20       caused by Stevens-Johnson syndrome?

Witness_ Claes Dohlman, M.D., Ph.D. -:  109:22 - 110:6

22  A.   The reason is that this is how
23       Stevens-Johnson patients behave in contrast
24       to all others.
25  Q.   Okay.
00110
1   A.   With 95 percent or 99 percent of the world
2       population.
3   Q.   Are you 100 percent certain that Karen
4       Bartlett's several corneal melts were as a
5       result and caused by her Stevens-Johnson
6       SJS TEN?

Witness_ Claes Dohlman, M.D., Ph.D. -:  110:8 - 110:24

8   A.   Yes, I am.  100 percent.
9   Q.   Now, so when you say a corneal melt is the
10      tissue, tell me if I have it right, the
11      tissue is disappearing?
12  A.   Yes.
13  Q.   Okay.
14  A.   It melts away.
15  Q.   And what tissue is melting away or
16      disappearing?
17  A.   On the surface, from the surface because
18      the enzymes are regulated, up regulated for
19      some reason and they digest away the
20      tissue.  The corneal tissue becomes thinner
21      and thinner and then we can have a
22      perforation.
23  Q.   Okay.  Is there a relationship between
24      epithelial defect and corneal melt or not?

Objection (110:9 to
110:24):
-611(c)
-701
-702
-No foundation
-Improper opinion
testimony from non-
retained expert

Ruling:  Overruled.

Bartlett v Mutual

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  111:3 - 111:15

3 A.  Definitely.  There can be no corneal melt
4     without epithelial defect.
5 Q.  Okay.  Let me ask you, were you treating
6     Karen's epithelial defect and Karen's
7     corneal melt, melts?
8 A.  I don't remember offhand the treatment.
9     But normally, we use a small amount of
10    steroids in addition to the antibiotics to
11    protect from infection, plus a soft contact
12    lens.
13 Q.  Okay.
14 A.  And try to protect these epithelial
15    defects.  They take a long time to heal.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 111:23 - 112:9

| Objection (111:23 to 112:1): -611(c) -701 -702 -Improper opinion testimony from non-retained expert | Ruling:  Overruled. |

23 Q.  Is the very reason for the Boston K-Pro
24    surgeries you did an attempt to save
25    Karen's vision?
00112
1 A.  Well, of course.  Yes.
2 Q.  Okay.  Yes, sir.  And now let me ask you,
3    based upon your care and treatment of her,
4    let's hypothetically assume that you did
5    not do these four surgeries for a moment,
6    Doctor Dohlman.  If you hypothetically had
7    not done them, and let's say she never got
8    any surgeries on her left eye at all, what
9    would be her vision today --

| Objection (112:2 to 113:9): -611(c) -701 -702 -Improper opinion testimony from non-retained expert -Speculation -Argumentative -Assumes facts not in evidence | Ruling:  Overruled. |

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  Page 112, Line 11

11 Q.  -- in her lifetime?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  112:15 - 113:4

15 A.  I can, I can say with certainty that we
16    would be at the most light perception only,
17    possibly no light perception.
18 Q.  Okay.
19 A.  One cannot leave an open eye for any length
20    of time without the severe risk of retinal
21    detachment and destruction of the eye,
22    collapse of the eye.
23 Q.  Let me see if I have it right.
24         You are certain that had she never
25    had operations on her left eye, her vision
00113

**Bartlett v Mutual**

```
1    would have been worse than counting
2    fingers, worse than hand motion, and light
3    perception at best?
4  A.  Yes.
```

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  113:8 - 113:15

```
8  Q.  Your answer?
9  A.  Yes.
10 Q.  Okay.  Now, let's go to the next picture,
11     sir.  It is Exhibit 207.  And it is taken
12     on nine, on September 12th of 2007.
13         And that is about nine days before
14     your second surgery.  Tell us what we see
15     here, sir, please.
```

| Objection (113:10 to 113:19): | Ruling:  Overruled. |
|---|---|
| -No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  113:18 - 116:6

```
18 A.  I see a blanching of the corneal tissue
19     around the keratoprosthesis.
20 Q.  Which image should I hone in on, please.
21     Give me a number.
22 A.  Yes.
23 Q.  Which number?
24 A.  For instance, any of them, for instance,
25     six.
00114
1  Q.  Okay.  And what do you see here about nine
2      days before your second operation, please,
3      sir?
4  A.  And there is, there is a blanching of the
5      tissue around here.  And that blanching
6      means that there are no, no blood vessels.
7      There are blood vessels here, there are
8      blood vessels out here, but there are no
9      blood vessels here.  And this means that
10     the whole tissue is necrotizing,
11     necrotizing meaning that it's sort of
12     nonviable.  There are no cells.  It
13     doesn't, it doesn't live.  It just sits
14     there waiting to be, fall apart,
15     essentially.
16 Q.  Does necrosis mean --
17 A.  It was alarming.
18 Q.  Does necrosis mean death?
19 A.  Yes.
20 Q.  Does that --
21 A.  Cell death and breakdown of the tissue.
22 Q.  When you said this necrotizing process was
23     alarming, what do you mean?
24 A.  That necrosis, meaning that it's nonviable,
25     not vascularized, there are no blood
00115
1      vessels and no life in the tissue.  And it
2      is being digested away, melted away by
3      enzymes.  And it is a predictably downhill
```

| Objection (114:1 to 114:15): | Ruling:  Overruled. |
|---|---|
| -No foundation | |

| Objection (114:16 to 116:6): | Ruling:  Overruled. |
|---|---|
| -No foundation | |
| -611(c) | |

4    course after that.
5         And that must have been the reason
6    why I decided to do the whole thing over
7    again, including the donor cornea.
8 Q.  Okay.  And show us again, please, visually
9    where this blanching is or this evidence of
10    the dying process or the necrotizing
11    process you told us about, please.
12 A.  So everything that is white here means that
13    there are no blood vessels in it.  And, and
14    that is a sitting duck for just total
15    disintegrations sooner or later.
16 Q.  Now, I think I see a ring right there.
17    Isn't that the -- do I see the ring?
18 A.  No.  That, that is the edge of the front
19    plate.
20 Q.  Okay.
21 A.  It is -- I don't -- I don't think that you
22    see the ring.
23 Q.  I see.  So that circle that we see there is
24    the edge of the front plate of her K-Pro?
25 A.  Yes.
**00116**
1 Q.  Thank you, sir.  Now, let's go to Exhibit
2    208.  And this, Exhibit 208, was done on
3    September 19, 2007, which is two days
4    before your second eye operation.
5         Tell us what we see here, please,
6    sir.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  116:18 - 119:20

18 Q.  Yes.
19 A.  September '07, the 19th.  She had a
20    pressure --
21 Q.  Okay.
22 A.  -- in the eye.
23 Q.  Tell us what date you are talking about
24    now, please, sir.
25 A.  Well, for instance, three.  Number three
**00117**
1    here.
2 Q.  Okay.  And tell us on September 19th --
3 A.  Here, September 19th.
4 Q.  Okay.  What --
5 A.  It is not so much a question of what we see
6    here, which hasn't changed much.
7 Q.  Okay.
8 A.  But the fact that she has had episodes of
9    low pressure, which she noticed herself.
10    And I measured the pressure that was close
11    to zero and that was since that morning.
12    And that was the fifth episode of collapse
13    of the eye, meaning leak; and therefore,
14    the pressure goes down.
15 Q.  Okay.
16 A.  So and the Sidell, which is a test for
17    leak, was positive.  And this actually
18    happened to be not around the stem this

Bartlett v Mutual

19    time, but out in the periphery, the
20    periphery of the graft.
21 Q.   Okay.
22 A.   And therefore, I decided that I had to do
23    the whole thing again.  It was just too
24    dangerous.  She had had five episodes of
25    very soft eye, meaning leak.
00118
1 Q.   Okay.  Explain to us what you meant by five
2    episodes of either low pressure in the eye
3    or leak in the eye.
4        What does that mean?
5 A.   Well, she noticed herself, she could feel
6    the pressure.  And when the vision dims,
7    then she realizes that something is not
8    right; so then she palpates the globe and
9    finds that it is zero, totally without
10    pressure.  And that has only one meaning
11    and that is there has been a leak.  And but
12    it has fluctuated evidently, but she had
13    five such episodes.  And during those
14    episodes, and now it's we're talking about
15    a melt out in a more periphery of the
16    graft, and epithelium can wander in and
17    cause an epithelialized fistula and then
18    you are in for endless trouble.
19 Q.   Okay.  Is that what occurred?  Did she have
20    an epithelialized, epithelialized fistula?
21 A.   Most, most likely.
22 Q.   Okay.  Why -- strike that.
23        Is the fact that you do a Boston
24    K-Pro commonly result in pressure going
25    down in the eye?
00119
1        MR. COSGROVE: Objection.  Form.
2    Foundation.  Calls for expert testimony.
3    Beyond the scope of --
4        MR. JENSEN: Better question.
5 Q.   Is pressure going down in the eye a common
6    complication after a Boston K-Pro surgery?
7        MR. COSGROVE: Same objection.
8 A.   No, not at all.  As a rule, the other
9    categories, it rarely happens, very rarely.
10    But in the autoimmune diseases,
11    Stevens-Johnson, entirely different.
12 Q.   Okay.  And is Stevens-Johnson syndrome -- I
13    will ask you the question again.
14        In SJS eyes, is pressure going
15    down a common complication after a Boston
16    K-Pro surgery?
17        MR. COSGROVE: Same objection.
18 A.   Yes.
19 Q.   Why?
20 A.   I wish I knew.

| Objection (119:14 to 119:20): | Ruling:  Sustained. |
| --- | --- |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  116:19 - 118:21

19 A.  September '07, the 19th.  She had a
20    pressure --

Bartlett v Mutual

21 Q.  Okay.
22 A.  -- in the eye.
23 Q.  Tell us what date you are talking about
24     now, please, sir.
25 A.  Well, for instance, three.  Number three
00117
1     here.
2 Q.  Okay.  And tell us on September 19th --
3 A.  Here, September 19th.
4 Q.  Okay.  What --
5 A.  It is not so much a question of what we see
6     here, which hasn't changed much.
7 Q.  Okay.
8 A.  But the fact that she has had episodes of
9     low pressure, which she noticed herself.
10     And I measured the pressure that was close
11     to zero and that was since that morning.
12     And that was the fifth episode of collapse
13     of the eye, meaning leak; and therefore,
14     the pressure goes down.
15 Q.  Okay.
16 A.  So and the Sidell, which is a test for
17     leak, was positive.  And this actually
18     happened to be not around the stem this
19     time, but out in the periphery, the
20     periphery of the graft.
21 Q.  Okay.
22 A.  And therefore, I decided that I had to do
23     the whole thing again.  It was just too
24     dangerous.  She had had five episodes of
25     very soft eye, meaning leak.
00118
1 Q.  Okay.  Explain to us what you meant by five
2     episodes of either low pressure in the eye
3     or leak in the eye.
4          What does that mean?
5 A.  Well, she noticed herself, she could feel
6     the pressure.  And when the vision dims,
7     then she realizes that something is not
8     right; so then she palpates the globe and
9     finds that it is zero, totally without
10     pressure.  And that has only one meaning
11     and that is there has been a leak.  And but
12     it has fluctuated evidently, but she had
13     five such episodes.  And during those
14     episodes, and now it's we're talking about
15     a melt out in a more periphery of the
16     graft, and epithelium can wander in and
17     cause an epithelialized fistula and then
18     you are in for endless trouble.
19 Q.  Okay.  Is that what occurred?  Did she have
20     an epithelialized, epithelialized fistula?
21 A.  Most, most likely.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  119:14 - 119:16

14          In SJS eyes, is pressure going
15     down a common complication after a Boston
16     K-Pro surgery?

Page 52

Bartlett v Mutual

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  121:1 - 121:4**

1 Q.  When approximately, in relation to your
2     four surgeries that is, were these five
3     episodes of Karen, of that pressure going
4     down in Karen's eyes?

| Objection (121:1 to 121:8):<br>-611(c)<br>-Argumentative<br>-Assumes facts not in evidence<br>-Speculation | Ruling:  Overruled. |
| --- | --- |

**Witness_ Claes Dohlman, M.D., Ph.D. -:  121:7 - 121:8**

7 A.  Just before the surgery on September 21,
8     '07.

**Witness_ Claes Dohlman, M.D., Ph.D. -:  121:11 - 121:15**

11        What were the most biggest
12     problems with Karen's eyes that led to this
13     second surgery?  Was it low pressure?  Was
14     it this death or necrotizing process, or
15     what was it?

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  121:18 - 122:17**

18 A.  The low pressure means that the eye is
19     open.  There is a leak to the outside.  And
20     if that is left alone, sooner or later in
21     these cases we would end up with an
22     irreparable retinal detachment and loss of
23     the eye, loss of vision, possibly light
24     perception remaining but not more.
25 Q.  Okay.  Then you did the surgery two days
00122
1     after this 208.  Let's go to 209.  And this
2     is in January of 2008, so about four months
3     after your second surgery.
4         And tell us what we see there,
5     please, Doctor.
6 A.  It looks pretty good to me.  There is a
7     little blanching.
8 Q.  Which image should I focus on, please, sir?
9 A.  You can say six.
10 Q.  Okay.  And tell us what we see there.  I
11     will turn the light off.  Hold on.
12 A.  It is a little blanched here where you see
13     the white.  There are no vessels and no --
14     the normal redness that you can see up
15     here, and that is possibly a little
16     disconcerting.  But I think she did well at
17     that time.

Bartlett v Mutual

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  123:4 - 123:10

4 Q.   And this would have been taken two days
5      before your second K-Pro on March 26th,
6      sir.  So this is two days before your third
7      operation.
8 A.   Correct.
9 Q.   Tell me what you see there that is
10     relevant, sir, please.

| Objection: | Ruling:  Overruled. |
| -611(c) | |
| -Argumentative | |
| -Assumes facts not in evidence | |
| -No foundation | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  123:13 - 125:23

13 A.   It is not so much what one can see because
14      one really cannot see it well on the
15      photos.  But she did have a clear melt
16      around the stem this time and --
17 Q.   Understanding you can't see it well in the
18      photos, just kind of give us an idea of
19      what this is in the eye and which picture
20      we should look at, please, sir.
21 A.   We can look at seven, for instance.
22 Q.   Okay.
23 A.   And I have a feeling that there is around
24      here, around here that tissue has
25      disappeared; and therefore, there is a
00124
1      leak.
2 Q.   Is that a corneal melt, sir?
3 A.   I think so.
4 Q.   Okay.
5 A.   Next to the stem.
6 Q.   Yes, sir.
7 A.   And that left us with no other option than
8      to repeat it.
9 Q.   Okay.
10 A.   Repeat the procedure.
11 Q.   Your first post-op picture after your third
12      eye surgery is Exhibit 211, and it is dated
13      in April of '08, which is about a month
14      post-op.
15         Please tell us what we see there,
16      sir.
17 A.   Here we look at a different appearance
18      because at that time we had solid evidence
19      that titanium backplate was better than a
20      plastic backplate.
21 Q.   Is that what we see on the picture, a
22      titanium backplate, sir?
23 A.   Yes.
24 Q.   Okay.  This is still her left eye?
25 A.   Still the left eye.
00125
1 Q.   Okay.
2 A.   And it looks very solid.
3 Q.   What picture should we hone in on, please?
4 A.   For instance, seven.

| Objection (124:11 to 124:15): | Ruling:  Overruled. |
| -No foundation | |
| -Vague | |

Bartlett v Mutual

5 Q.  Okay.
6 A.  I don't see, I don't see anything wrong
7    with that at all.  There is some healthy
8    vascularization out here and we see in
9    front of the titanium backplate the cornea
10   is fine, as we would expect at that time so
11   soon after surgery.
12        But the titanium backplates are
13   better.  That is the only material that I
14   am using nowadays as a backplate.
15 Q.  Okay.  Let me show you a picture of Karen
16   that was taken, of her eye taken after her
17   tenth eye surgery at Harvard, before her
18   eleventh eye surgery which was at Beth
19   Israel, a non-professional picture.
20        And those were her eyes there.
21   Can we see on her left eye there the
22   corneal graft?  Can you see it, Doctor
23   Dohlman?

| Objection (125:15 to 125:23):<br>-No foundation<br>-Assumes facts not in evidence<br>-611(c) | Ruling:  Sustained. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  126:2 - 126:13

2 A.  I -- I cannot see the details here.
3 Q.  Okay.
4 A.  It looks a little red, but otherwise I
5    cannot see.
6 Q.  What is -- do you know, can you tell what
7    the white material here is I am pointing
8    out?  What is that?
9 A.  It is sort of roped and hardened mucous.
10 Q.  Okay.
11 A.  And mucous forming in an inflamed eye and
12   then lack of tears and then it is sort of
13   hardness.

Witness_  Claes Dohlman, M.D., Ph.D. -:  127:2 - 128:2

And then let's go to the next
3    picture which is 214.  And 214 is taken
4    June 13, 2008, which is the day before your
5    fourth eye surgery.
6        Please tell us what we see here
7    the day before your fourth eye surgery
8    which was your re-suturing of her corneal
9    graft.
10 A.  Here has been a --
11 Q.  Number seven.
12 A.  For instance, seven, yes.  On the lower
13   portion here, it has necrotized here so the
14   tissue is mushy and --
15 Q.  So again, that is a death process we
16   discussed?  The necrotizing meaning it is a
17   death process?
18 A.  Yes.
19 Q.  Okay.
20 A.  Yes.  And it has not healed in well.  It

| Objection (127:2 to 127:9):<br>-No foundation<br>-Assumes facts not in evidence<br>-602 | Ruling:  Sustained as to lines 127:7 through 127:9.  Otherwise overruled. |
|---|---|

| Objection (127:15 to 127:18): 611(c), Assumes facts not in evidence, Argumentative | Ruling:  Overruled. |
|---|---|

Bartlett v Mutual

21    has not vascularized well and it is just
22    breaking down.  And I believe that this is
23    when we decided we had to try to re-suture.
24    That is 6/14.
25 Q.  And you performed your surgery -- you
00128
1    performed your surgery the day after those
2    pictures were taken?

| Objection (127:25 to 128:12): -611(c) -Assumes facts not in evidence -Argumentative | Ruling:  Overruled. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 128, Line 4

4 Q.  Is that correct, sir?

Witness_  Claes Dohlman, M.D., Ph.D. -:  128:6 - 128:19

6 Q.  I will show you your operative report here,
7    sir.  It is on the screen.
8 A.  Yes.
9 Q.  Okay.
10 A.  And there was actually a leak also down
11    below where that disintegrating tissue
12    existed.
13 Q.  Back to this picture you showed us the day
14    before your fourth eye surgery, Doctor
15    Dohlman.
16        What percent certain are you that
17    this necrotizing death process, corneal
18    melt was as a result of Karen's
19    Stevens-Johnson syndrome TEN?

| Objection (128:13 to 128:25): -No foundation -Argumentative -Misleading | Ruling:  Overruled. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  128:23 - 129:8

23 A.  I would say, of course.
24 Q.  Okay.
25 A.  There is no question, 100 percent certain.
00129
1 Q.  Thank you, sir.  Okay.  What are cataracts,
2    Doctor Dohlman?
3 A.  I beg your pardon?
4 Q.  What are cataracts, please, sir?
5 A.  Cataracts are clouding of the natural
6    crystalline lens.
7 Q.  Are cataracts a common complication of SJS
8    TEN eyes that undergo K-Pro's?

| Objection (129:1 to 129:8): -701 -702 -Improper opinion testimony from non-retained expert | Ruling:  Overruled. |
|---|---|

Witness_  Claes Dohlman, M.D., Ph.D. -:  129:11 - 129:21

11 A.  Yes.
12 Q.  Okay.
13 A.  If the situation is so severe and so

Bartlett v Mutual

14    advanced so that the K-Pro is indicated,
15    they usually have a cataract also.  And
16    this was, in her case, the lens was taken
17    out early, at the earliest surgery.
18 Q.   Okay.  Based upon your treatment and
19    evaluation of Karen, were Karen's cataracts
20    caused by her SJS and TEN and/or her K-Pro
21    surgeries that she got for her SJS or TEN?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  129:24 - 130:4

24 A.   Well, this is a nonspecific complication
25    but easily explained by the events that
00130
1    preceded her surgery at that time.  The
2    cataract was taken out in October '06.
3 Q.   Exhibit 136, sir, is a publication by
4    Doctor Zerbe, Z-E-R-B-E.

Objection (130:3 to 131:1):
-402
-611(c)
-No foundation
-Improper publishing

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  130:11 - 130:16

11 Q.   And while you are --
12 A.   Et al.
13 Q.   And while you are not a listed author on
14    this 2006 publication, it was by the Boston
15    K-Pro Study Group, in which you are a part.
16    Correct?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  130:18 - 131:6

18 A.   Yes.  I am part of it in the sense that we
19    send in our cases for evaluation.  We do
20    that on a constant basis.  But at that time
21    it was in my interest to distance myself
22    from this particular publication.  I wanted
23    it, our device to be evaluated
24    independently from the outside, and this
25    was one of several such publications of
00131
1    that kind.
2 Q.   Yes, sir.  And on the second to last page
3    they list the study, the Boston K-Pro Study
4    Group, and they don't list them
5    alphabetically, and they list you first.
6    Do you see that, sir?

Objection (131:2 to 131:12):
-402
-611(c)
-No foundation
-Improper publishing

Ruling:  Sustained.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  131:8 - 131:12

8 A.   Well, that was nice of them.  But we had
9    the largest, largest material so that it

Bartlett v Mutual

10    probably was because of that.
11 Q.  Yes, sir.  And I would like to refer your
12    attention to 17, 1782, Table 7.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 131, Line 16

| Objection: 402, 611(c), No foundation, Improper publishing | Ruling:  Sustained. |

16 A.  Yes.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  131:25 - 132:2

Generally, this study is
00132
1    about Boston K-Pro and how patients are
2    doing with it.  Fair?

| Objection (131:25 to 132:10):<br>-402<br>-611(c)<br>-No foundation<br>-Improper publishing | Ruling:  Sustained. |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  132:4 - 132:8

4 A.  Yes.
5 Q.  Okay.
6 A.  Yes.
7 Q.  Table 7 lists occurrences of nonsurgical
8    post-op complications.  Correct?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  132:10 - 132:15

10 A.  Correct.
11 Q.  What I would like you to do, please, sir,
12    is just go through that list.  And if Karen
13    had such a nonsurgical post-op
14    complications, could you, please, identify
15    it for us.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  132:18 - 132:20

| Objection:<br>-No foundation | Ruling:  Overruled. |

18 Q.  Please take a look at Table 7.  And if
19    Karen had one of these nonsurgical post-op
20    complications, please identify it for us.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  132:25 - 133:20

| Objection:<br>-701<br>-702<br>-Argumentative<br>-Compound<br>-Improper opinion testimony from non-retained expert | Ruling:  Overruled. |

25 A.  It would be listed under Other.
00133
1 Q.  Okay.  And then --
2 A.  And particularly --

**Bartlett v Mutual**

3  Q.  You identify it, and I will highlight it,
4      please.
5  A.  Wound leak.
6  Q.  Yes, sir.
7  A.  Peripheral corneal thinning.
8  Q.  Yes, sir.
9  A.  Corneal melting.
10  Q.  Yes, sir.
11  A.  Wound dehiscence.
12          COURT REPORTER:  Wound what?
13          THE WITNESS:  Dehiscence,
14      D-E-H-I-S-C-E-N-C-E.  That's it.
15  Q.  Okay.  What percent certain are you that
16      Karen Bartlett's wound leak, peripheral
17      corneal thinning, corneal melting and wound
18      dehiscence are as a result of and caused by
19      her SJS and TEN or the surgeries she had to
20      attempt to restore her vision?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  133:22 - 134:2

---

22      Foundation.  Compound.  Calls for expert
23      testimony.  Assumes facts.  Misleading.
24  A.  There is no question about the correlation
25      in my mind.
00134
1  Q.  Are you 100 percent certain?
2  A.  100 percent certain.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  134:4 - 134:7

| | |
|---|---|
| Objection: 402, 611 (c), Argumentative, No foundation, 701, 702, Improper opinion testimony from non-retained expert, Improper publishing | Ruling:  Sustained. |

4  Q.  Now, what I would like to refer your
5      attention to, sir, is a paper that you were
6      a co-author of in 2001, whose lead author
7      was Doctor Yaghouti.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  134:19 - 135:3

---

19  Q.  Is that a 2001 publication that you
20      co-authored, sir?
21  A.  That is correct.
22  Q.  Okay.  And this told us or reported how
23      long, on the fourth page it has a chart of
24      percentage of eyes retaining a vision of
25      between 20/20 and 2200 for a given period
00135
1      of years based on what their preoperative
2      condition was.
3          Is that correct, sir?

| | |
|---|---|
| Objection (134:19 to 135:15):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert<br>-Improper publishing | Ruling:  Sustained. |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  135:6 - 135:15

**Bartlett v Mutual**

6  A.  Table 2?
7  Q.  Yes, sir.
8  A.  Yes.
9  Q.  Okay.  And for example, it lists Graft
10    Failure and the Pemphigoid that you
11    discussed, and it also lists Chemical Burns
12    and it also lists as a fourth category
13    Stevens-Johnson syndrome.
14        Correct, sir?
15  A.  Yes.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  135:17 - 135:22

---

| | | |
|---|---|---|
| 17  Q.  And do you agree this reported, this study<br>18    that you co-authored, that Stevens-Johnson<br>19    syndrome had the worst presentation; and<br>20    that is at four, that at four and a half<br>21    years, zero percent had vision that was<br>22    better than legal blindness.  Correct? | Objection (135:17 to 136:1):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert<br>-Improper publishing | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  136:1 - 136:4

| | | |
|---|---|---|
| 1  A.  That is correct.<br>2  Q.  Okay.  All -- even chemical burns had a<br>3    better course after operations than<br>4    Stevens-Johnson syndrome.  Correct? | Objection (136:2 to 136:6):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert<br>-Improper publishing | Ruling: Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  136:6 - 136:20

| | | |
|---|---|---|
| 6  A.  Correct.<br>7  Q.  Are you familiar, sir, with the Bersudsky<br>8    2001 publication entitled --<br>9  A.  Yes.<br>10  Q.  -- "The Profile of Repeated Corneal<br>11    Transplantation"?<br>12  A.  Yes.<br>13  Q.  Okay.  That is Exhibit No. 132.  And it<br>14    reported on page three what the expectancy<br>15    was for patients who were followed of how<br>16    long their grafts would last after a first<br>17    re-graft, which would mean a second<br>18    operation, or a subsequent re-graft which<br>19    would mean a third operation.<br>20        Correct, sir? | Objection (136:7 to 136:25):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert<br>-Improper publishing | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  136:23 - 137:7

---

23 A.  Right.
24 Q.  And your answer, sir?
25 A.  Correct.

**Bartlett v Mutual**

**00137**
1 Q. And these grafts that they are referring
2    to, those are K-Pro's, correct?
3 A. No.
4 Q. Okay. What grafts --
5 A. No, no.
6 Q. What grafts are they?
7 A. Standard corneal transplant.

Objection (137:1 to 137:7):
-402
-611(c)
-701
-702
-Argumentative
-No foundation
-Improper opinion testimony from non-retained expert
-Improper publishing

Ruling: Sustained.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 137:10 - 137:13**

10     This graph reports from the study
11    that for standard corneal transplants, non
12    K-Pro surgeries, what the expected course
13    of those such surgeries are. Correct?

Objection:
-402
-611(c)
-701
-702
-Argumentative
-No foundation
-Improper opinion testimony from non-retained expert
-Improper publishing

Ruling: Sustained.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 137:16 - 138:1**

16 A. Correct. That is an outcome study for
17    standard corneal transplantation in Israel.
18    And it is not the first graft, but it is
19    the second graft, which is a thin line, and
20    the thick line is subsequent grafts.
21 Q. So for standard corneal transplants, non
22    K-Pro, this reports that when you get your
23    third operation, meaning your second
24    re-graft, at five years there is a zero
25    expectancy that you would still be able to
**00138**
1    retain such a graft. Correct?

Objection (137:21 to 138:4):
-402
-611(c)
-701
-702
-Argumentative
-No foundation
-Improper opinion testimony from non-retained expert
-Improper publishing

Ruling: Sustained.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: Page 138, Line 4**

4 A. Yes.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 138:7 - 138:8**

7 Q. Well, first of all, is that correct, my
8    question?

Objection (138:7 to 138:20):
-402
-611(c)
-701
-702
-Argumentative
-No foundation
-Improper opinion testimony from non-retained expert
-Improper publishing

Ruling: Sustained.

---

**Witness_ Claes Dohlman, M.D., Ph.D. -: 138:10 - 138:20**

10 A. That is correct. But this has -- this is
11    correct, but it has very little if anything
12    to do with Stevens-Johnson because what
13    they did, they had a -- they had all the
14    cases that they found, and the number with

Bartlett v Mutual

15    severe Stevens-Johnson or autoimmune
16    diseases were just a couple of cases out of
17    70 something, so and they were not
18    separated out.  And you would think that
19    they would probably be the first to go, but
20    that doesn't -- it is not shown here.

---

Witness_  Claes Dohlman, M.D., Ph.D. -: 139:21 - 139:24

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion<br>testimony from non-<br>retained expert<br>-Improper publishing | Ruling:  Sustained. |

21            You are listed here as amongst the
22    22 surgeons that contributed to this poster
23    presentation.
24            Correct, sir?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  140:1 - 140:20

| | |
|---|---|
| Objection (140:1 to<br>141:2):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion<br>testimony from non-<br>retained expert<br>-Improper publishing | Ruling:  Sustained. |

1 A.  Oh, I see down there.  Okay.  Oh,
2    absolutely.
3 Q.  Okay.  And then --
4 A.  Yes, yes.
5 Q.  Thank you, sir.  Do you know whether or not
6    the results from this poster presentation
7    have been published yet, sir?
8 A.  One early publication has been published
9    in, I believe, in Ophthalmology.  And then
10    there have been follow-ups.
11            And it is interesting that the
12    Stevens-Johnson, the autoimmune category is
13    dropping way down.  The others are having a
14    very nice retention.
15 Q.  Okay.  And --
16 A.  Let me see here.
17 Q.  And the purpose of this poster
18    presentation, it says right here under
19    Purpose --
20 A.  Yes.  You can see that already here.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  140:21 - 141:2

21 Q.  Hold on, Doctor.  Let me get the questions
22    out and then you can give answers.
23 A.  All right.
24 Q.  Was the purpose of this presentation to
25    report the causes of failure to retain the
00141
1    Boston K-Pro?
2 A.  Correct.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  141:5 - 141:8

**Bartlett v Mutual**

5  Q.   Okay.  And did this report that patients
6     with autoimmune disease had the poorest
7     K-Pro retention mostly due to corneal
8     melting around the implant --

| Objection (141:5 to 141:12):<br>-402<br>-611(c)<br>-701<br>-702<br>-Argumentative<br>-No foundation<br>-Improper opinion testimony from non-retained expert<br>-Improper publishing | Ruling:  Sustained. |
|---|---|

Witness_ Claes Dohlman, M.D., Ph.D. -:  141:11 - 141:12

11  Q.   Was that the conclusion, Doctor.
12  A.   That is correct.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  141:15 - 142:3

15  A.   That is correct.
16  Q.   Okay.  Is that what happened to Karen
17     Bartlett?
18  A.   Yes.
19  Q.   And Karen Bartlett had --
20  A.   She was in that category.
21  Q.   Yes, thank you.
22  A.   That lower group that separates itself from
23     the other groups.
24        COURT REPORTER:  The lower group
25     that what?
00142
1        THE WITNESS:  That separates,
2     separates itself from the other groups so
3     markedly.

| Objection (141:16 to 142:3):<br>-611(c) | Ruling:  Sustained. |
|---|---|

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  142:16 - 143:1

16  Q.   Okay.  And then this poster presentation
17     references these two figures.  And it says
18     Figures 1 and 2 demonstrate repeat corneal
19     transplant survival.
20        And that is the Boston K-Pro
21     survival, correct, sir?
22  A.   Correct.  And that is the first is a
23     quotation from the Israeli study.
24  Q.   The one we just --
25  A.   The one we just talked about.
00143
1  Q.   Yes, sir.  And that is Bersudsky.  Okay.

| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |
|---|---|

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  143:15 - 145:5

15  Q.   And then Figure 2, sir, is what, please?
16  A.   I beg your pardon?
17  Q.   What is Figure 2?
18  A.   Yes.
19  Q.   What is it, please?

| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |
|---|---|

**Page 63**

Bartlett v Mutual

20 A.  Survival of the Boston K-Pro Stratified by
21     Preoperative Diagnosis.
22 Q.  Okay.  And what -- tell us what that means,
23     please, sir.
24 A.  This is the so-called Kaplan-Meyer Survivor
25     Curve, meaning that the so-called other,
00144
1      plus the chemical burns, they are retained
2      very well.  Those are the two lines up
3      there.
4 Q.  Okay.
5 A.  And the third group is the small but
6      important autoimmune category, and this is
7      the lower group that falls down here, way
8      down.
9 Q.  Okay.
10 A.  And subsequent data are reinforcing this
11     very markedly --
12 Q.  Okay.
13 A.  -- so that the autoimmune diseases are
14     going way down.
15 Q.  First let me ask, so this, this blow up
16     here of Figure 2 is the same Figure 2 that
17     is on the first page in smaller form.
18     Correct?
19 A.  Yes.
20 Q.  Okay.  And let's take a look at this bigger
21     one.  Okay.
22          So survival probability is on this
23     axis, and this would be 100 percent, and
24     this would be 20 percent.  Correct?
25 A.  Correct.
00145
1 Q.  Okay.  And then what is on this axis is
2      months, right, so --
3 A.  Correct.
4 Q.  -- 48 months is five years or 48 months is
5      four years, right?

| Witness_ Claes Dohlman, M.D., Ph.D. -: 145:7 - 145:12 | Objection (145:8 to 145:12):<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |
|---|---|---|
| 7 A.  Yes.<br>8 Q.  Okay.  So what this study reported from<br>9      the 23 surgeons, one of which was you, that<br>10     if you have an autoimmune disease like SJS,<br>11     that at more than four years the retention<br>12     was about 25 percent? | | |

| Witness_ Claes Dohlman, M.D., Ph.D. -: 145:18 - 145:22 | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |
|---|---|---|
| 18 A.  Correct.<br>19 Q.  Okay.  And is what that means is you have a<br>20     75 percent chance after four years of not<br>21     being able to keep in the original K-Pro<br>22     from your first surgery? | | |

Bartlett v Mutual

| Witness_ Claes Dohlman, M.D., Ph.D. -: Page 145, Line 25 | Objection: 402, 611(c), 701, 702<br>Improper opinion testimony from non-retained expert<br>Argumentative<br>Improper publishing | Ruling: Sustained. |
| --- | --- | --- |
| 25 A. Correct. | | |

Witness_ Claes Dohlman, M.D., Ph.D. -: 146:10 - 146:18

| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative | Ruling: Sustained (through line 147:5). |
| --- | --- | --- |
| 10 Q. Okay. Is there any study that would tell<br>11    us or that reports, just case series, case<br>12    report, that tells us what percent of SJS<br>13    TEN patients with ocular surface diseases<br>14    from SJS and TEN keep K-Pro's how long --<br>15    strike that.<br>16        Is there any study or report or<br>17    case series that tells us how many K-Pro<br>18    surgeries SJS and TEN patients get? | | |

Witness_ Claes Dohlman, M.D., Ph.D. -: 146:20 - 147:5

20 A. Foundation. Calls for expert testimony.
21 A. Well, the Kaplan-Meyer --
22      COURT REPORTER: Kaplan-Meyer?
23 A. Kaplan, K-A-P-L-A-N, hyphen, M-E-Y-E-R,
24    presentation technique shows just that
25    because it shows at which time was there a
00147
1   loss.
2      So here, for instance, here was
3   one, here was one, here was one, here was
4   one, here was one, and here was one and
5   here was one. They are not --

Witness_ Claes Dohlman, M.D., Ph.D. -: 147:9 - 148:6

| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling: Sustained. |
| --- | --- | --- |
| 9 Q. Well, your answer? Go ahead, Doctor.<br>10 A. These are not, were not that many cases at<br>11   this time. There are many many more up<br>12   here.<br>13      But the problem, we can go to the<br>14   Sayegh and Ang study. There we can see<br>15   with a little better with 16 cases --<br>16 Q. Okay.<br>17 A. -- of Stevens-Johnson.<br>18 Q. I am going to go there next. But before we<br>19   do, look at the screen, please, Doctor.<br>20   Okay.<br>21      Tell us every time it drops here,<br>22   what does that mean, sir?<br>23 A. That means that one case is dropping out,<br>24   meaning, meaning it has to be replaced.<br>25 Q. I see. So does that mean that if we count, | | |

Bartlett v Mutual

00148
1    there is one, two, three, four, five, six,
2    seven dropouts?
3 A.  And seven, yes.
4 Q.  And does a dropout mean someone who needed
5    a K-Pro replacement?
6 A.  Yes.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  149:12 - 149:17

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -No foundation | |

12 Q.  Yes.  What do you think best resulted in or
13    why was there better results in this 2008
14    series of 15 patients than, for example,
15    the 2001 series from Yaghouti which had --
16 A.  Seven.
17 Q.  --many -- seven SJS patients?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  149:19 - 150:18

19 A.  The reason was, number one, that we have
20    eliminated infections.  And that has been a
21    dramatic improvement for the whole, for the
22    whole field.  Previously, virtually all
23    severe cases succumbed to endophthalmitis,
24    meaning infection of the inside of the eye
25    or loss of the eye.  But now with our
00150
1    prophylactic antibiotics schedules,
2    particularly the introduction of
3    Vancomycin, has been enormously effective.
4    And so we haven't, for ten years we haven't
5    had a single acute bacterial
6    endophthalmitis while treated with
7    Vancomycin.  They have been dramatic.  So
8    that has been one, one, one reason.
9        The other reason is we are more
10    aware of the danger of glaucoma in those
11    cases.  Karen Bartlett did not have
12    glaucoma but, but, but other people had.
13    And so that together brought five-year
14    results in our hands from zero to 50
15    percent.
16 Q.  And here is your results on page 441,
17    correct, sir, and there is the graph that
18    shows them?

| Objection (150:16 to 150:18): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -Improper publishing | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  150:20 - 151:1

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -Improper publishing | |

20 A.  Yes.
21 Q.  Okay.
22 A.  That is correct.
23 Q.  And you actually compared these results to
24    the Yaghouti 2001 publication, which is

Bartlett v Mutual

25    here that we have been discussing, correct?
00151
1  A.  Yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  151:3 - 151:5

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |

3  Q.  And here in the blue and red lines were the
4     results from this study, correct?
5  A.  Correct.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  151:7 - 151:15

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing | Ruling:  Sustained. |

7  Q.  And in comparing this group of 15 patients
8     to the Yaghouti group of seven patients and
9     the surgeries involved, you were comparing
10    your own surgeries to your own prior
11    surgeries because you had --
12 A.  Correct.
13 Q.  -- all the surgeries in the Yaghouti series
14    and you did all the surgeries in this
15    series?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  151:17 - 151:21

| | |
|---|---|
| Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-Improper publishing<br>-Speculation | Ruling:  Sustained. |

17 A.  That is correct.
18 Q.  Let me ask you, sir, do you think that from
19    the 2001 series of patients to this 2008
20    series of patients that your surgical
21    techniques improved?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  151:25 - 152:4

25 A.  Not really the surgical technique.  But
00152
1     postoperative treatment, I would say.
2  Q.  Okay.  Has endophthalmitis resulting in
3     loss of the eye due to infection been
4     virtually eradicated by Vancomycin?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  152:7 - 153:10

| | |
|---|---|
| Objection (152:7 to 152:24):<br>-402<br>-No foundation | Ruling:  Sustained. |

7  A.  That is correct.  And that has at long last
8     been published just this month in a large
9     number of cases.
10        COURT REPORTER:  What?
11 A.  The effect of Vancomycin in preventing
12    infection after keratoprosthesis has been

Bartlett v Mutual

13    published this month.  Durand, our
14    infectious disease specialist, is the first
15    author and me, all my cases.  And the net
16    effect that we had not a single, for ten
17    years, while on Vancomycin, not a single
18    acute bacterial endophthalmitis or loss of
19    the eye.  We cultured what is technically
20    called slow growing microbacterium from one
21    disintegrating eye but it can be also
22    virtually neglected.  But so it has
23    enormous, enormous effect, preventive
24    effect.
25 Q.  I spoke with you earlier, Doctor Dohlman,
00153
1    about timeline up to first surgeries.  Now
2    I would like to speak with you, sir, if I
3    might, about timelines after surgeries.
4        My question, sir, is does the
5    ocular surface disease caused by SJS when
6    it is significant enough to result in legal
7    blindness or worse, how ever you want to
8    teach us that that disease is defined, does
9    it ever get cured or go away, the physical
10   results of SJS or TEN?

| Objection (152:25 to 152:10): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -No foundation | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  153:14 - 154:2

14 A.  No, it doesn't really go, go completely
15    away.  But I have observed that many times
16    people who had had Stevens-Johnson episode,
17    ten, 20, 30 years earlier, they have a more
18    benign course than somebody like Karen
19    Bartlett, who had the episode the year
20    before.
21 Q.  Okay.
22 A.  They are more acutely inflamed.
23 Q.  Can the ocular surface disease caused by
24    SJS and TEN when it is significant to
25    result in legal blindness last 10 or 20
00154
1    years despite the best treatments known to
2    modern medicine?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -No foundation | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  154:6 - 154:10

6 A.  Absolutely.
7 Q.  Can the ocular surface disease and
8    blindness when it's caused by SJS when it's
9    significant enough to cause legal
10    blindness, or worse, be permanent?

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -611(c) | |
| -701 | |
| -702 | |
| -Improper opinion testimony from non-retained expert | |
| -Argumentative | |
| -No foundation | |

Witness_  Claes Dohlman, M.D., Ph.D. -:  154:12 - 154:15

**Bartlett v Mutual**

| | Objection (154:13 to 154:15): 402, 611(c), 701, 702, Improper opinion testimony from non-retained expert, Argumentative, No foundation | Ruling: Sustained. |

12 A.  Again, absolutely.
13 Q.  Okay.  You've been working on K-Pro's since
14    your first series of patients was published
15    in 1974.  Correct, sir?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  154:18 - 154:21

| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |

18 A.  Correct.
19 Q.  Okay.  You've been publishing on K-Pro's
20    and their potential use for SJS since what
21    year, sir, approximately?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  154:24 - 155:17

| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |

24 A.  I think really Yaghouti was the first
25    meaningful publication and --
00155
1 Q.  It's the one we have been discussing?
2 A.  We just discussed that, yes.
3 Q.  Yes, sir.
4 A.  And Ang, sir, was the second.
5        COURT REPORTER:  And who?
6        THE WITNESS:  Ang, A-N-G, Ang is
7    from Singapore.
8 Q.  And when was that published, sir?
9 A.  A year ago.
10 Q.  Okay.  And the title of it?
11 A.  You had it there.  It was Sayegh, Ang
12    actually.
13 Q.  Yes.  Sayegh, Ang, got it, which I have
14    been referring to as your 2008 publication?
15 A.  Yes.
16 Q.  You are the senior listed author, correct?
17 A.  Yes.  All my cases.

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  155:19 - 155:24

| | Objection (155:19 to 156:10):<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |

19 Q.  So is it correct to state, sir, that the
20    two biggest analyses of K-Pro treatment and
21    SJS were 2001, that you were a co-author
22    of; and in 2008, that you were a co-author
23    of; and both times you did 100 percent of
24    the operations?

---

Witness_ Claes Dohlman, M.D., Ph.D. -:  156:2 - 156:10

2 A.  That is correct.  But there is one larger
3    study and that is, that comes from
4    Barcelona, and it is Temprano is the senior
5    surgeon there.  I don't have the -- this

Bartlett v Mutual

6    came out about a year ago.
7        And it shows rather similar
8    results in Stevens-Johnson, but in more
9    cases than what we had, to what we had with
10    Sayegh and Ang.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 156:22 - 157:1

| | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |
|---|---|---|

22 Q.  In cases where the person does not have SJS
23    or an autoimmune disease, which is SJS as
24    you have taught us, have the results of
25    your Boston K-Pro provided vision to many
00157
1    people who would otherwise be blind?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 157, Line 5

5 A.  That is correct.  In the --

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 157:7 - 157:10

| | Objection:<br>-402<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |
|---|---|---|

7        How effective and good is the
8    Boston K-Pro in cases unlike Karen's, where
9    people don't have SJS or an autoimmune
10    disease, please?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 157:12 - 158:9

12 A.  Our, our internal results unpublished is
13    that the non-autoimmune disease, in
14    non-severe chemical burn cases, sort of the
15    standard bulk of corneal failures for
16    scarring and so on, which on a worldwide
17    basis, I am sure, would be at least 98
18    percent of all corneal blindness.  There
19    they can, can do wonderfully well.  There
20    the problem is more than in advanced
21    disease that could happen, glaucoma
22    occurring and/or even retina problems and
23    so on.  But not the cornea, the cornea we
24    can replace now.
25 Q.  Okay.
00158
1 A.  It is an entirely different shift in, a
2    paradigm shift in the treatment.
3 Q.  To your knowledge, Doctor Dohlman, based
4    upon your care and treatment of Karen
5    Bartlett, did she have any preexisting eye
6    conditions or other eye conditions which
7    predisposed her to having these corneal

| Objection (157:12 to 158:2):<br>-402<br>-611(c)<br>-701<br>-702<br>-Improper opinion testimony from non-retained expert<br>-Argumentative<br>-No foundation | Ruling: Sustained. |
|---|---|

| Objection (158:3 to 158:9):<br>-No foundation<br>-Argumentative<br>-611(c) | Ruling: Overruled. |
|---|---|

Bartlett v Mutual

8    melts and adhesions and leaks which
9    resulted in all these operations?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 158, Line 11

| Objection: |
| -No foundation |
| -Argumentative |
| -611(c) |

Ruling: Overruled.

11 Q.  And her blindness?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 158:14 - 158:17

14 A.  Not to my knowledge.  She had LASIX, but
15    that doesn't lead to any Stevens-Johnson
16    symptoms and it would have been totally
17    irrelevant in this situation.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 160:1 - 160:7

1        Did you and your colleagues at
2    Harvard start using Remicade to attempt to
3    save Karen's vision?
4 A.  Yes.
5 Q.  What's Remicade?  What is Remicade?
6 A.  It is technically an antagonist blocker of
7    tumor necrosis alpha.

| Objection (160:1 to 160:3): |
| -No foundation |
| -Argumentative |
| -611(c) |

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 160:13 - 160:20

13        THE WITNESS: Factor.  Tumor
14    necrosis factor alpha.  And which is an
15    ugly component causing inflammation.  And I
16    have a couple of spectacular results in
17    Stevens-Johnson, other patients than Karen.
18 Q.  Approximately how much does Remicade cost
19    per year?
20 A.  About 25,000.

| Objection (160:18 to 160:20): |
| -402 (Plaintiff is not on Remicade) |

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 161:1 - 161:15

1 Q.  Did Karen continue Remicade through now, or
2    did you and your colleagues take her off
3    it?
4 A.  We took her off.
5 Q.  Why?
6 A.  Because I thought that we, we did -- she
7    had some lung symptoms of, asthma-like lung
8    symptoms from before, undoubtedly, in my
9    interpretation, related to Stevens-Johnson
10    because lung problems can occur in

Bartlett v Mutual

| | | |
|---|---|---|
| 11    **Stevens-Johnson.  I had a young lady die**<br>12    **from it, from lung complications with**<br>13    **Stevens-Johnson, one of my patients.  But**<br>14    **and then I did not want to push the**<br>15    **Remicade under those circumstances.** | Objection (161:11 to<br>161:13):<br>-402<br>-Move to strike as non-<br>responsive answer | Ruling:  Overruled. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  161:18 - 161:22

| | | |
|---|---|---|
| 18 **Q.  Understanding that you don't publish in the**<br>19    **area of all the things that SJS can cause,**<br>20    **is it true that you also told the video**<br>21    **technician here today, he's commented that**<br>22    **SJS and TEN can cause basically everything?** | Objection:<br>-402<br>-611(c)<br>-701<br>-702<br>-801<br>-802<br>-Improper opinion<br>testimony from non-<br>retained expert | Ruling:  Sustained. |

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 161, Line 25

25 **A.  Yes, almost everything.**

Witness_  Claes Dohlman, M.D., Ph.D. -:  164:7 - 164:19

7 **Q.  Are all of your opinions, observations, and**
8    **prognoses, in other words, everything that**
9    **you saw and did with respect to Ms.**
10    **Bartlett is contained within this binder.**
11    **Correct?**
12 **A.  Yes.  And, and reasons are not doing this**
13    **or that are not well spelled out.  We don't**
14    **have the time in the heat of the clinic to**
15    **go into details.  We cannot refer to**
16    **literature and we cannot -- we just say**
17    **that this is what we are going to do and**
18    **it's not a question of explaining exactly**
19    **why.**

Witness_  Claes Dohlman, M.D., Ph.D. -:  165:15 - 166:2

15 **Q.  Okay.  Fair to say that you did not**
16    **specifically rely upon any of those studies**
17    **during the course and treatment, your**
18    **course and treatment of Ms. Bartlett?**
19 **A.  Well, those studies are forming part of my**
20    **knowledge base and overall Gestalt**
21    **information of the SJS.  And that -- this**
22    **is how we work and physicians work in**
23    **general by long-term experience and, and**
24    **sort of intuition of where to go.  But we**
25    **don't have the time in the clinic to**
00166
1    **justify a legal opinion why we do every**
2    **step this way or that way.**

**Bartlett v Mutual**

---

**Witness_ Claes Dohlman, M.D., Ph.D. -:  172:23 - 175:3**

23       And my question to you is is Ms.
24    Bartlett's case a hopeless case?
25 A.  No.  It is a question of nomenclature.  I
00173
1    think when Doctor Chodosh talks about
2    hopeless cases, hopeless cases, hopeless by
3    standard treatment, standard eye treatment.
4    And that is common jargon.
5       But here we can take many cases a
6    bit further; and those who have been
7    previously deemed hopeless, particularly
8    with regard to standard corneal
9    transplantation, we can now tackle with
10    success.
11 Q.  Would you agree that Ms. Bartlett was, in
12    fact, very fortunate to have the service of
13    you and your clinic?
14 A.  Well, we, we'll see about that ten years
15    from now how much, how much help we have
16    been to her.
17 Q.  Mm-hmm.  And what is your, based on what
18    you know of her, the course and scope of
19    her treatment up to your fourth eye surgery
20    on her and your intermittent check ins with
21    Doctor Chodosh, what would you say is her
22    prognosis now with respect to her vision?
23 A.  I would say that it's highly uncertain.
24    She has reacted with more inflammation,
25    more necrosis, more melts than was
00174
1    expected, and more than most other
2    Stevens-Johnson cases we have had.  So she
3    has been really permanent in terms of her
4    inflammation.
5 Q.  Would you say that, with respect to
6    Stevens-Johnson patients, her course has
7    been unique or an outlier?
8 A.  Well, not entirely but, but certainly on
9    the, on the very complicated side, yes.
10 Q.  All right.  Can you identify on a going
11    forward basis if there will be some tipping
12    point or threshold at which it will be able
13    to be determined if her vision will improve
14    or get worse?
15 A.  If everything stabilizes and there will be
16    no more melts or very little inflammation
17    in the corneal carrier, then there is hope.
18    But with these repeated melts and leaks,
19    the risk of retinal detachment is very
20    high.
21 Q.  Mm-hmm.
22 A.  And I have only recently been digging into
23    that topic and I will give a presentation
24    in Slovinia in two weeks on that topic.
25    And we have in Stevens-Johnson a very high
00175

Objection (174:21 to 175:3):
-Move to strike as non-responsive

Ruling:  Sustained.

**Page 73**

Bartlett v Mutual

```
1    rate of retinal detachment.  And half of
2    them can be repaired, but they, they don't
3    see well.
```

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  175:19 - 175:21

| | Objection (175:19 to 176:11): 402, 611(c), 602, 701, 702, No foundation, Speculation, Improper opinion testimony from non-retained expert | Ruling:  Sustained. |
|---|---|---|
| 19 Q.  What is the risk of retinal detachment in<br>20    SJS cases, Doctor?<br>21 A.  The risk of retinal detachment -- | | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  175:25 - 176:11

```
25 A.  A retinal detachment after keratoprosthesis
00176
1    is very high.
2 Q.  How high?
3 A.  In Stevens-Johnson, we have, I think, of
4    all the Stevens-Johnson that we have done,
5    I don't remember how many there were, but I
6    think that 40 percent ended up with a real
7    retinal detachment, which is extremely
8    high.
9 Q.  For the approximately 60 percent who don't
10    have retinal detachment, can those 60
11    percent be repaired to restored vision?
```

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  176:15 - 176:21

| | Objection:<br>-402<br>-602<br>-611(c)<br>-701<br>-702<br>-No foundation<br>-Speculation<br>-Improper opinion testimony from non-retained expert | Ruling:  Sustained. |
|---|---|---|
| 15 A.  The 60 percent have no retinal detachment.<br>16 Q.  Okay.<br>17 A.  So far.<br>18 Q.  Okay.<br>19 A.  But 40 percent have.<br>20 Q.  And what does that lead to in that you have<br>21    retinal detachment? | | |

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  176:24 - 177:14

```
24 A.  When you have the retinal detachment, an
25    attempt is to repair.  And one cannot
00177
1    anatomically repair and put back the retina
2    and reattach it in nearly half the cases of
3    detachment.  But and very few see well,
4    very very few.
5 Q.  Defining opinions arising or relating to
6    your care and treatment of Karen Bartlett
7    as including any literature that relates to
8    preoperative diagnoses, postoperative
9    retention rates of K-Pro's meaning how long
```

| Objection (177:5 to 177:14): 403, 602, 611 (c), 701, 702, Argumentative | Ruling:  Sustained. |
|---|---|

Page 74

Bartlett v Mutual

10     people can keep them, and complications
11     including corneal melts, did you have all
12     the literature we discussed today in mind
13     in the course of your care and treatment of
14     Karen Bartlett?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 177:20 - 178:4

20 A.  Yes.  If I have the literature in my mind,
21     is that what your question?
22 Q.  Yes.
23 A.  I think so.
24 Q.  Yes.  Is it correct to state that you have
25     many opinions about prognosis for patients,
00178
1     including Karen Bartlett, through the last
2     time you were actively treating her, that
3     you do not write down in your medical
4     record?

Objection (177:20 to 177:23): Misleading, Confusing, No foundation, Speculation

Ruling: Sustained.

Objection (177:24 to 178:4):
-602
-611(c)
-No foundation

Ruling: Overruled.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 178:9 - 178:15

9 A.  Of course.
10 Q.  Let me ask, why is it true, Doctor, that
11     you don't write down every single opinion
12     you have, specific opinion regarding Karen
13     Bartlett in Karen Bartlett's medical chart?
14 A.  In the heat of the battle in the clinic
15     there is simply no time.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 179:2 - 179:25

The first document I am going to
3     show you, sir, is I will represent to you
4     is written by Dr. John T. Schulz.  If you'd
5     look at the screen, it's probably easier,
6     sir.
7         And Dr. John T. Schulz, I will
8     represent to you, was an attending burn
9     surgeon for Karen at Mass. General.  And on
10     August, excuse me, October 6, 2005, here is
11     what he said.  I will blow it up.
12         He said, "Karen's bracelet needs
13     to add NSAID Sulindac."  And then he said,
14     "The risk of TEN to other meds,
15     parenthetically, probably more than one per
16     million discussed," he says, "Emphasized
17     that she must avoid all NSAID's and that
18     this should be on her Med Alert bracelet."
19     And he said, "Other meds probably okay
20     unless they have chemical structure
21     resembling Sulindac.  Any class of meds she
22     tolerated during her admission should be

Objection:
-402
-602
-611(c)
-No foundation

Ruling: Sustained.

Bartlett v Mutual

23    okay."
24        Did I read that correctly, first
25    of all, Doctor?

---

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 180, Line 2

| Objection: 402, 602, 611(c), No foundation | Ruling: Sustained. |

2 A.  I think so, yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 180:7 - 180:19

| Objection: 402, 602, 611(c), No foundation | Ruling: Sustained. |

7 A.  Yes.
8 Q.  Thank you.  Okay.  The second document is
9    Exhibit 38.  And it is seven pages from
10    here at Mass. Eye Ear clinic.  And the
11    first one is by Doctor Papaliodis where he
12    lists NSAID's Sulindac.  The second one,
13    the Mass. Eye Ear, and it is on 10/31/06,
14    and it says NSAID, it looks like it has got
15    an arrow, it says Sulindac caused
16    Stevens-Johnson syndrome, and it says
17    Sulfa.
18        Do you see that, Doctor?
19 A.  Yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 180:24 - 181:6

| Objection: 402, 602, 611(c), No foundation | Ruling: Sustained. |

24 Q.  Okay.  The third page at Mass. Eye Ear
25    again lists NSAID Sulindac, Stevens-Johnson
00181
1    syndrome.  And that is signed by Doctor
2    Gupta, who you have --
3 A.  One of our fellows, yes.
4 Q.  And he has done surgeries with you on Karen
5    Bartlett.  Correct?
6 A.  Yes.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: Page 181, Line 10

| Objection: 402, 602, 611(c), No foundation | Ruling: Sustained. |

10 A.  Correct.

---

Witness_ Claes Dohlman, M.D., Ph.D. -: 181:16 - 181:24

| Objection: 402, 602, 611(c), No foundation | Ruling: Sustained. |

16 Q.  Okay.  This document at Mass. Eye Ear says
17    Sulfa, NSAID Sulindac.
18        The next page says NSAID Sulindac,
19    Stevens-Johnson syndrome.
20        The next page says NSAID Sulindac,

Bartlett v Mutual

21    and that has got an arrow, and it says
22    caused Stevens-Johnson syndrome.  And it
23    has got your name on it, it is dated
24    10/31/06.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  182:6 - 182:8

Objection:
402, 602, 611(c), No
foundation

Ruling:  Sustained.

The next page says NSAID
7    Sulindac, Stevens-Johnson syndrome,
8    10/31/06, also signed by Doctor Gupta.

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  182:11 - 182:14

Objection:
402, 602, 611(c), No
foundation

Ruling:  Sustained (through line 182:22).

11  Q.  The next page says NSAID Sulindac Sulfa, it
12    says allergies/reactions, NSAID's Sulindac.
13          Do you recognize that signature,
14    sir?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  182:17 - 183:3

Objection:
402, 602, 611(c), No
foundation, Misleading,
Confusing, Argumentative

Ruling:  Overruled.

17  A.  Dauger.
18  Q.  Okay.
19  A.  Mona Dauger, a cornea fellow.
20  Q.  Thank you, sir.  And the last page on
21    9/28/07, also at Mass. Eye Ear, says
22    allergies, Sulindac, NSAID.
23          My question, sir, is to your
24    knowledge did anyone at Mass. Eye Ear,
25    including yourself, ever reach a conclusion
00183
1    contrary, let's be clear, to this
2    statement, NSAID's Sulindac caused
3    Stevens-Johnson syndrome?

---

Witness_  Claes Dohlman, M.D., Ph.D. -:  Page 183, Line 6

6  A.  No,

---

Page 77

**Bartlett v Mutual**

---

Witness_ Nam Heui Kim - Vol. 1.txt: 1:1 - 1:24

UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF NEW HAMPSHIRE
3
4  -------------------------------x
5  KAREN L. BARTLETT and
6  GREGORY S. BARTLETT,
7             Plaintiffs
8                         Civil Action
9  vs.                    No. 08-CV-358-JL
10
11  MUTUAL PHARMACEUTICAL COMPANY,
12  INC., and UNITED RESEARCH
13  LABORATORIES, INC.,
14             Defendants
15  -------------------------------x
16
17
18       VIDEOTAPED DEPOSITION OF NAM HEUI KIM, a witness
19  called by and on behalf of the Plaintiffs, taken
20  pursuant to Federal Rules of Civil Procedure, before
21  Nicole E. Guilbert, a Notary Public in and for the
22  Commonwealth of Massachusetts, at UMass Medical
23  Center, 55 Lake Avenue North, on Wednesday, September
24  30, 2009, commencing at 9:14 a.m.

---

Witness_ Nam Heui Kim - Vol. 1.txt: 4:24 - 7:8

24  Q.  Please state your name for the record.
25  A.  Nam Heui Kim.
00005
1  Q.  And what do you do for a living?
2  A.  I am a trauma and general surgeon and
3  intensivist at UMass Medical Center.
4  Q.  And are we at UMass Medical Center today?
5  A.  Yes, we are.
6  Q.  And do you hold any board certifications,
7  Doctor?
8  A.  I hold board certification in general surgery
9  and surgical critical care.
10  Q.  And are you licensed to practice in any states?
11  A.  I'm licensed to practice in Massachusetts.
12  Q.  And did you previously do either a residency or
13  an internship or a fellowship, Doctor?
14  A.  Yes.  I've done an internship, a residency, and
15  a number of fellowships.
16  Q.  Okay.  If you take us through chronologically,
17  please, first, where'd you go to medical school,
18  please, Doctor?
19  A.  I went to medical school at Einstein in New York
20  City.
21  Q.  And what year did you graduate from Albert
22  Einstein Medical School?
23  A.  Let's see, that was 1993.
24  Q.  And what did you do after you -- and did you
25  become a doctor in 1993 licensed to practice in New
00006
1  York?
2  A.  No.  I became a doctor without a license and
3  started a residency in Boston.
4  Q.  Okay.  And what year did you start that

**Bartlett v Mutual**

5  residency in Boston, please?
6   A.  1993.
7   Q.  And what was the residency -- where was it at?
8   A.  St. Elizabeth.
9   Q.  What was the residency, tell us about the
10  residency, please.
11   A.  It was in general surgery.
12   Q.  And how many years did you do your residency in
13  general surgery at St. Elizabeth?
14   A.  Five years.
15   Q.  Are all surgery residencies that long, Doctor?
16   A.  Some are longer.  Five years is if there is no
17  research or time taken off.
18   Q.  So you went to medical school for four years?
19   A.  I went to medical school for four years.
20   Q.  And then you did a residency in general surgery
21  for another five years, so you --
22   A.  Right.
23   Q.  -- had nine years of medical training?
24   A.  Right.
25   Q.  What did you do next, please?
00007
1   A.  I did a fellowship in tissue engineering at the
2  Center for Engineering and Medicine at Shriners Burn
3  Center and Mass General Hospital.
4   Q.  And how many years was that fellowship?
5   A.  About two and a half years.
6   Q.  Okay.  And I got to 1998 through your five years
7  of general surgery.
8   A.  Right.

---

Witness_  Nam Heui Kim - Vol. 1.txt:  7:19 - 9:1

And so tell us when your fellowship
20  in tissue engineering at Shriners and Mass General
21  ended, please?
22   A.  It ended in September of 2000.
23   Q.  Thank you.  And what did you do -- and then
24  September 2000, you went to Brigham Hospital?
25   A.  No.  In July of 2002 I went to the Brigham
00008
1  Hospital.
2   Q.  And that was your surgical critical care
3  fellowship?
4   A.  Surgical critical care fellowship.
5   Q.  And what did you do next?
6   A.  Then I became assistant in surgery or also known
7  as a fellow on the burn service at Mass General
8  Hospital.
9   Q.  And when you were the assistant in surgery at
10  Mass General Hospital and also doing a fellowship
11  there, was that -- were you also seeing and treating
12  patients at Shriners at the time?
13   A.  Yes.
14   Q.  Tell us about the relationship, please, between
15  Shriners and Mass General and Harvard Medical School.
16   A.  Well, they're both teaching hospitals of Harvard
17  Medical School.  They -- the relationship is kind of
18  difficult.  They're almost -- they both have burn
19  services.  The Shriners only treats pediatric burns or
20  almost only.  There is -- there has been exceptions but
21  they're fairly rare.  And the Mass General treats the

**Bartlett v Mutual**

22  adults.  The -- Shriners doesn't really have an ED.  So
23  even the pediatrics will go through the Mass General ED
24  before they get to Shriners.
25    Q.   You're referring to the emergency department?
00009
1    A.   Right.  Emergency department, ED.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  9:2 - 10:18

2    Q.   Got it.  Tell us, please, about what types of
3  surgeries you did while you were assistant in surgery
4  at Mass General.
5    A.   I did mostly excisions and debridements.
6    Q.   And were most of these excisions and
7  debridements virtually all on burn patients?
8    A.   Yes.
9    Q.   How long -- I've seen records, Dr. Kim, which
10  both list you as an attending physician and some list
11  you as not the attending physician while you were at
12  Mass General in relation to Karen Bartlett.
13    A.   Right.
14    Q.   Can you please explain that to us.
15    A.   The Mass General has a different system than a
16  lot of hospitals, and fellows there are sometimes also
17  assistants in surgery, okay, and they are --
18  essentially have attending privileges, all right.  So
19  they have the right to admit, to treat, to operate on
20  their own.
21    Q.   And for the ladies and gentlemen of the jury who
22  might have never heard of the difference between an
23  attending and a fellow with or without admission or
24  treatment or operation privileges, please explain what
25  those things are.
00010
1    A.   Fellows tend to be in training.  Many places the
2  fellows will not have admitting privileges, will not
3  have the right to operate on their own, and to treat on
4  their own except under the supervision of an attending.
5  So an attending is someone who has ultimate
6  responsibility of the patient.
7    Q.   Were you one of the treating physicians for
8  Karen Bartlett at Mass General Hospital in 2005?
9    A.   Yes, I was.
10    Q.   When you were one of Karen Bartlett's treating
11  physicians, did you have full admission and treatment
12  and operation privileges just like Dr. Ryan and Dr.
13  Schultz and Dr. Sheridan?
14    A.   Yes, I did.
15    Q.   And were the four main doctors, if you will, at
16  Mass General when Karen Bartlett was treated yourself,
17  Dr. Kim, Dr. Schultz, Dr. Sheridan, and Dr. Ryan?
18    A.   Right

| Objections: | Ruling:  Overruled. |
|---|---|
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  Page 10, Line 22

22    A.   Yes

| Objections: | Ruling:  Overruled. |
|---|---|
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  11:4 - 11:15

tell us, then, how it worked on a
5  day-to-day basis or week-to-week basis in terms of who
6  was in charge of the patient like Karen Bartlett on a

**Bartlett v Mutual**

7  given day between the four of you, please.
8   A.  Well, if -- if any of the -- if Rob Sheridan or
9  Colleen Ryan or Dr. John Schultz, if any of them were
10  there, I would say that they had the say in whatever
11  was going on.  If they were absent, just by default it
12  would be myself.
13   Q.  And their absence created a lot of times where
14  you were Karen's primary physician, correct?
15   A.  Yes.

| Objections:<br>-611 (includes 611(c)) | Ruling:  Overruled. |
|---|---|

---

**Witness_  Nam Heui Kim - Vol. 1.txt:  11:19 - 11:21**

19   Q.  You did a number of or participated in a number
20  of line placements for Karen Bartlett while you were
21  there, correct?

| Objections:<br>-611 (includes 611(c)) | Ruling:  Overruled. |
|---|---|

---

**Witness_  Nam Heui Kim - Vol. 1.txt:  12:2 - 12:17**

I know I was involved with at least one.
3  I don't recall how many exactly I was involved with.
4   Q.  Fair enough.  What is a line placement, please,
5  Doctor?
6   A.  Well, patients who are, you know, fairly sick,
7  and she was fairly sick, they would need access, IV
8  access for -- a venous access for fluids and for
9  medications and sometimes for blood draws.  And often
10  peripheral for the access available on their arms would
11  be insufficient or we would run out of access, meaning
12  that the veins would eventually just sort of blow out
13  and not be appropriate for use for intravenous lines,
14  or IVs.  So then we would have to put in a central line
15  which would go into one of the larger veins of the
16  body, typically it would go into the internal jugular,
17  the subclavian, or the femoral veins.

---

**Witness_  Nam Heui Kim - Vol. 1.txt:  12:25 - 13:24**

Did you do one
00013
1  or more bronchoscopies on Karen Bartlett while you were
2  a treating physician of hers?
3   A.  Yes, I did.
4   Q.  What is a bronchoscopy?
5   A.  A bronchoscopy is performed by taking a flexible
6  scope, okay, so a fiberoptic scope and typically taking
7  down the endotracheal tube, that's the breathing tube,
8  or a tracheostomy tube, depending on what they have,
9  and sometimes it can also be done without a tube at all
10  in an awake patient.  And essentially you thread it
11  down to look at their airway, usually the trachea and
12  the more distal airways like the main stem airways
13  which branches to the right and left lung and sometimes
14  you can get to some of the secondary airways and
15  essentially to -- it's done for either just cleaning it
16  out or what we sometimes call toileting, essentially
17  cleaning it out, or to look for diagnostic purposes.
18   Q.  What was the main condition for which Karen
19  Bartlett needed treatment at Mass General burn hospital
20  when you were one of her physicians?
21   A.  Well, she was diagnosed with TENS.
22   Q.  And what is that, please, Doctor?
23   A.  Oh, toxic epidermal necrolysis, essentially

Bartlett v Mutual

---

24  where the body just sloughs off part of their skin.

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  14:23 - 15:17**

Doctor, have I just placed
24  on the screen a copy of the resume you were kind enough
25  to provide me?
00015
1   A.  Yes.
2   Q.  Okay.  Thank you.  And this shows your medical
3   degree --
4   A.  Right.
5   Q.  -- and your two prior degrees in mechanical
6   engineering and bioengineering, correct?
7   A.  Right.
8   Q.  And it shows now that you're or in -- excuse me,
9   it shows that in '05 and '06, you were a trauma fellow
10  at Hartford Hospital in Connecticut?
11  A.  Right.
12  Q.  Is that after Mass General?
13  A.  That is after Mass General.
14  Q.  So when you were treating Ms. Bartlett, that's
15  when you were a burn fellow and clinical fellow in
16  surgery at Mass General Hospital, correct?
17  A.  Right

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  17:15 - 17:18**

both when you
16  were at Mass General and now in saving lives that but
17  for treatment would not be saved?
18  A.  Yes.

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  17:25 - 18:3**

Have I thanked you on
00018
1  Karen Bartlett's behalf for your excellent --
2  A.  Yes.
3  Q.  -- and life-saving care and treatment?

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  18:8 - 19:8**

Dr. Kim,
9  I'm going to show you a record and represent to you
10  it's a record that happened three days before Karen
11  Bartlett saw Dr. John Schultz in 2006, and it's a
12  record of Karen Bartlett's primary care physician,
13  Dr. Leo Lane.  And Dr. Lane states, in part, "When
14  she," referring to Karen, "speaks with a specialist in
15  Boston, I have requested," that'd be the doctor, "that
16  she ask him if she is at increased risk for
17  for Stevens-Johnson syndrome if we need to be concerned
18  about any of the drug classes as I just spoke with Ms.
19  Bartlett that our concern will be that some day we will
20  need to give her medication and just the concern where
21  she has already had this once."
22       And then show you that three days after this --
23  Karen's doctor made this request, Dr. Schultz saw Karen
24  and he documented that Karen's med alert bracelet needs
25  to add NSAIDs/sulindac, and he also said, "Other meds
00019

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |

Bartlett v Mutual

1  probably okay unless they have a chemical structure
2  resembling sulindac.''
3      Do you interpret Dr. Schultz's words that she
4  should -- ''other meds probably okay unless they have a
5  chemical structure resembling sulindac'' to mean that
6  Dr. Schultz has concluded that sulindac was the cause
7  of Karen Bartlett's TEN that you treated her for along
8  with Dr. Schultz and others?

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  19:15 - 19:20**

| | | |
|---|---|---|
| 15  A.  Most likely the sulindac is suspected of being<br>16  the most likely cause of her TENS, and therefore all<br>17  medications in the same family of sulindac and -- or<br>18  with a similar structure of sulindac should be avoided.<br>19  That's actually very, very typical of medication<br>20  allergies. | Objections:<br><br>-702 (improper opinion from<br>non-retained expert)<br>-402<br>-403 | Ruling:  Sustained. |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  20:18 - 21:9**

| | | |
|---|---|---|
| These pages that I'm<br>19  showing you now, Dr. Kim, are all medication<br>20  administration records from Mass General while you were<br>21  one of her treating physicians.  And I did write on<br>22  them.  I wrote a number on the top of every page and<br>23  the reason I did that is just so we would know how many<br>24  pages all say:  Adverse reaction to drugs, either<br>25  sulindac or, at the very end, we'll get to sulindac and<br>00021<br>1  NSAIDs.<br>2      And was it your -- did you have knowledge while<br>3  you were treating Ms. Bartlett that sulindac was a drug<br>4  that had been either at the top of the differential or<br>5  identified to be the most likely causative agent of her<br>6  TEN as according to these Mass General medication<br>7  administration records sulindac is listed as the drug<br>8  that she had an adverse reaction to?<br>9  A.  Yes. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | Ruling:  Sustained as to lines<br>20:18 through 21:1.  Otherwise<br>overruled. |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  21:13 - 21:17**

| | | |
|---|---|---|
| knowledge that<br>14  sulindac was the drug that was concluded to be the one<br>15  most likely to be the precipitating or causative agent<br>16  in Karen Bartlett's TEN from both her history and from<br>17  these medication administration records? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | Ruling:  Overruled. |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  21:21 - 22:5**

| | | |
|---|---|---|
| Well, I wouldn't just<br>22      take it from the medical records but from<br>23      her history, it is the -- the most recent<br>24      medication that she had that has been known<br>25      to potentially cause TENS.<br>00022<br>1  Q.  (By Mr. Jensen)  To your knowledge based upon<br>2  your care and treatment of Karen Bartlett, was any<br>3  medication or drug other than sulindac ever identified<br>4  as a possible causal agent in her TEN as opposed to<br>5  sulindac? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | Ruling:  Overruled. |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  22:8 - 22:13**

**Bartlett v Mutual**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 8  THE WITNESS: Not to my knowledge.<br>9  Q. (By Mr. Jensen) Restated, based upon your care<br>10 and treatment of Karen Bartlett, sulindac was the sole<br>11 identified drug to be the one that explained why she<br>12 had TEN and why she was in the burn unit; is that<br>13 correct? | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

| Witness_ Nam Heui Kim - Vol. 1.txt: 22:16 - 22:20 | Objections: | Ruling: Overruled. |
|---|---|---|
| 16  THE WITNESS: At the time, yes.<br>17 Q. (By Mr. Jensen) And did your understanding that<br>18 sulindac was the drug that most likely caused Karen's<br>19 TEN ever change or did it remain the same?<br>20 A. Remained the same. | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

| Witness_ Nam Heui Kim - Vol. 1.txt: 22:25 - 23:4 | Objections: | Ruling: Overruled. |
|---|---|---|
| 25 A. Remained the same.<br>00023<br>1 Q. Thank you. And did you know in 2005 that<br>2 sulindac was in the class of drugs called nonsteroidal<br>3 anti-inflammatory drugs or, for short, NSAIDs?<br>4 A. Yes. | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

| Witness_ Nam Heui Kim - Vol. 1.txt: 23:15 - 23:18 | Objections: | Ruling: Overruled. |
|---|---|---|
| 15 Q. (By Mr. Jensen) He's got a good point. As of<br>16 2005, why would it have been the case as you pointed<br>17 out when sulindac was concluded to have caused her TEN<br>18 to avoid other drugs in that class, please? | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

| Witness_ Nam Heui Kim - Vol. 1.txt: 23:21 - 24:9 | Objections: | Ruling: Sustained as to "and<br>Dr. Ryan, I'll represent to you."<br>Otherwise overruled. |
|---|---|---|
| 21  THE WITNESS: Because they often have<br>22   similar mechanisms of action and similar<br>23   chemical forms, and therefore we do not<br>24   want to risk exposure of a medication in<br>25   the same family to someone who had an<br>00024<br>1   adverse reaction.<br>2 Q. (By Mr. Jensen) Is the following correct<br>3 statement, Dr. Kim: To your knowledge in 2005 that<br>4 while sulindac was concluded by you and Dr. Ryan, I'll<br>5 represent to you, to be the medication that had caused<br>6 Karen Bartlett's TEN, you didn't know whether or not<br>7 other NSAIDs would have an adverse reaction with Karen<br>8 but you avoided them to be safe?<br>9 A. Yes. | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

| Witness_ Nam Heui Kim - Vol. 1.txt: 24:12 - 24:16 | Objections: | Ruling: Sustained. |
|---|---|---|
| 12  THE WITNESS: Yes.<br>13 Q. (By Mr. Jensen) Thank you. Is that your<br>14 understanding of why Dr. Schultz said: Avoid sulindac<br>15 and any drugs with a chemical structure similar to<br>16 sulindac? | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from<br>non-retained expert) | |

Witness_ Nam Heui Kim - Vol. 1.txt: 24:18 - 25:7

18  THE WITNESS: Yes. It's very
19   standard.

Bartlett v Mutual

| | Objections: | Ruling: Sustained as to lines |
| --- | --- | --- |

20  Q.  (By Mr. Jensen)  Tell us about what happens to
21  someone's skin when they have TEN, please, Dr. Kim.
22  A.  Well, the skin tends to slough off, it first
23  blisters and then sloughs off.  The adhesions of the
24  skin to the underlying base layer is disrupted.  I
25  don't think it's actually clearly understood exactly
00025
1  why, but it's disrupted.  So it's essentially like a
2  burn.
3  Q.  Were you involved in treating Karen with
4  Acticoat, silver nitrate, aqua gel, and other
5  techniques and materials to attempt to treat her skin
6  wounds?
7  A.  Yes.

**Objections:**
-402
-403
-611 (includes 611(c))
-Foundation
-702 (improper opinion from
non-retained expert)

**Ruling:**  Sustained as to lines
24:18 through 25:2.  Otherwise
overruled.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  25:23 - 27:4

23  Q.  Without checking your records, do you recall
24  whether or not xenografts were also used with
25  Ms. Bartlett?
00026
1  A.  I believe they were.
2  Q.  And what is a xenograft, please, Doctor?
3  A.  A xenograft is skin from another animal other
4  than a human.  Typically at Mass General, we used pig
5  skin.
6  Q.  Tell us, please, about the teams when -- when
7  you were Karen's primary physician on any given day,
8  you used the word "by default."  I'll use the words
9  "Karen was lucky enough to have you that day."  Tell us
10  about the team that you worked with in treating Karen,
11  please.
12  A.  Well, there was always the physician team which
13  included myself or another physician, attending
14  physician as well as a resident team, okay.  There was
15  a number of nursing members of the team.  There was
16  also psychiatry involved.  Also, Mass General utilized
17  physical therapy and occupational therapy team as well.
18  And I'm sure there were nursing support systems such
19  as, you know, a personal care provider of some kind.
20  I'm not sure, can't remember exactly what they may have
21  called them at Mass General but these are people who
22  are not certified as nurses but can help them.
23      So there's, you know, the team at Mass General
24  is actually quite extensive.  Oh, and nutritionists,
25  there's always a nutritionist on the Mass General team.
00027
1  Q.  How would you describe Dr. Schultz and
2  Dr. Sheridan's and Dr. Ryan's standing, if you will, or
3  reputation on a national or international basis in the
4  burn community for being excellent at what they do?

**Objections:**
-402
-403
-611 (includes 611(c))
-Foundation
-Calls for speculation

**Ruling:**  Sustained as to "I'll use
the words 'Karen was lucky
enough to have you that day'"
and as to lines 27:1 through
27:4.  Otherwise overruled.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  27:7 - 27:9

7  Q.  (By Mr. Jensen)  Based upon your knowledge in
8  2005?
9  A.  They --

**Objections:**
-402
-403
-611 (includes 611(c))
-Foundation

**Ruling:**  Sustained.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  27:11 - 27:17

11      THE WITNESS:  They're experts in
12  their field.  They're very well known.

Bartlett v Mutual

| | |
|---|---|
| 13  Q.  (By Mr. Jensen)  To your knowledge in 2005, are<br>14  all three of them, Dr. Schultz, Dr. Ryan, and<br>15  Dr. Sheridan, to your knowledge, regarded as some of<br>16  the premier burn surgeons in the world?<br>17  A.  Yes. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  27:19 - 27:20

| | |
|---|---|
| 19  Q.  (By Mr. Jensen)  No doubt of that in your mind?<br>20  A.  No doubt. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  28:2 - 28:8

| | |
|---|---|
| Let me show you a record of<br>3  Dr. Ojikutu and it's dated March 8, 2005, so after<br>4  Karen's been there approximately a month and four days.<br>5  She got there on February 4.  And Dr. Ojikutu<br>6  documents, in part, "45-year-old female with TEN<br>7  questioning NSAIDs in burn unit."  See that, Doctor?<br>8  A.  Mm-hmm. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-improper publishing | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  28:10 - 28:16

| | |
|---|---|
| 10      THE WITNESS:  Yes.<br>11  Q.  (By Mr. Jensen)  And just with that line, would<br>12  you understand from reading that that this infectious<br>13  disease doctor had NSAIDs at the top of their<br>14  differential and was not including anything else in<br>15  their differential as the potential cause of Karen<br>16  Bartlett's TEN? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-improper publishing<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  Page 28, Line 19

| | |
|---|---|
| 19      THE WITNESS:  Yes. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-improper publishing<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  29:2 - 29:11

| | |
|---|---|
| Now I'm going to show you<br>3  another note, this one typed up by Dr. Ojikutu or<br>4  somebody typed up for her.  It's Exhibit 26 and it's<br>5  about two weeks later on March 24, a little more than<br>6  that.  And she lists allergies:  NSAIDs, if you can see<br>7  that.  There you go.  There's the date.  And she goes<br>8  on.  On her fourth page, there's Dr. Ojikutu's<br>9  signature, and her impression is, "This is a<br>10  45-year-old woman with TEN likely secondary to NSAIDs."<br>11      Did I read that correctly, Doctor? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-improper publishing<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  29:13 - 29:18

| | |
|---|---|
| 13      THE WITNESS:  You did read that<br>14      correctly.<br>15  Q.  (By Mr. Jensen)  Would it have been your<br>16  interpretation of those words that this doctor was now<br>17  concluding that Karen Bartlett's TEN was likely<br>18  secondary to NSAIDs? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-improper publishing<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  29:21 - 29:24

21      THE WITNESS:  That was they are
22      likely secondary to NSAIDs.  I don't think
23      there's any conclusion there but that's

**Bartlett v Mutual**

| | Objections: |
| | -402 |
| | -403 |
| | -611 (includes 611(c)) |
| | -improper publishing |
| | -702 (improper opinion from non-retained expert) |

Ruling: Sustained.

24      their leading suspect.

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 30:7 - 30:11**

7  Q.  (By Mr. Jensen)  And NSAIDs -- of all of the
8  NSAIDs, the only one you knew of as Karen Bartlett's
9  treater that she had taken was sulindac, correct?
10  A.  Yes.
11  Q.  So do you --

| Objections: | Ruling: Overruled. |
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 30:14 - 30:17**

14  Q.  (By Mr. Jensen)  -- interpret likely as this
15  doctor saying that the most likely cause is NSAIDs and
16  the only one you know of is sulindac?
17  A.  Yes.

| Objections: | Ruling: Sustained. |
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |
| -Calls for speculation | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 30:21 - 31:10**

21  A.  Yes.
22  Q.  Thank you.  Karen Bartlett was actually
23  readmitted to Mass General after being at Northeast
24  Rehab Hospital for a number of days, and Dr. Schultz
25  wrote or signed Karen Bartlett's second discharge
00031
1  summary, which I'm going to show to you.  I'll find it.
2  Sorry, Doctor.  There we go.
3      This is Exhibit 117 for the record.  Now,
4  Dr. Schultz authored Karen Bartlett's second discharge
5  summary and it's Exhibit 117 and it shows a second
6  discharge date of 4/27/05 and a second admission date
7  of 4/18/05.  And there's Dr. Schultz's electronic
8  signature on the last page dictated by Nurse
9  Practitioner Sally Morton.  Did you know Sally Morton?
10  A.  Yeah.

| Objections: | Ruling: Sustained. |
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 31:11 - 31:19**

And
12  Dr. Schultz lists allergies as sulindac and NSAIDs.
13  A.  Mm-hmm.
14  Q.  Based upon seeing his other note, was it --
15  would it be your interpretation of this second
16  discharge summary that Dr. Schultz was still concluding
17  that sulindac was the most likely cause and also
18  instructing by listing an allergy for NSAIDs that she
19  should avoid that entire class of drugs?

| Objections: | Ruling: Sustained. |
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 31:22 - 32:18**

22      THE WITNESS:  Yes.
23  Q.  (By Mr. Jensen)  Sally Morton also, like she
24  apparently dictated this discharge summary for
25  Dr. Schultz, she dictated the first discharge summary
00032
1  for you, correct, Doctor?
2  A.  Yes.
3  Q.  Okay.  And tell us who Sally Morton is, please.
4  A.  She's a nurse practitioner on the burn unit.
5  She does a lot of the things that makes -- made the
6  life much easier on the physicians including --
7  including dictating discharge summaries and other

| Objections: | Ruling: Overruled. |
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

**Bartlett v Mutual**

| | Objections: | Ruling: Overruled. |
| --- | --- | --- |
| 8  clinical duties as well.<br>9   Q.  I'm going to show you three documents in<br>10  succession now, Doctor, and talk about the language in<br>11  each of them and ask you some questions about it.  The<br>12  first one I'm going to show you is Dr. Austen's<br>13  February 18, '05 consult, and Dr. Austen states, in<br>14  part, "She was," for Karen of course, "She was<br>15  transferred to" -- Northeast -- excuse me, "New England<br>16  Medical Center February 4 where biopsy revealed TEN<br>17  attributed to NSAIDs versus Chinese food."<br>18      Do you see that? | -402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 32:20 - 32:25**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| 20      THE WITNESS:  Yes.<br>21   Q.  (By Mr. Jensen)  In the second document I'm<br>22  going to show you is a couple weeks later and it's an<br>23  ID consult.  It doesn't have the similar language,<br>24  Doctor.  It has the exact same language.  Please tell<br>25  me if that's true. | -402<br>-403<br>-611 (includes 611(c)) | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 33:13 - 33:20**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| 13   Q.  (By Mr. Jensen)  The second document I'm going<br>14  to show you, Dr. Kim, is on March 4, 2005.  It also<br>15  reads, "She was transferred to NEMC 2/4 where biopsy<br>16  revealed TENS attributed to NSAIDs versus Chinese<br>17  food."<br>18      Does that appear to be the identical language<br>19  that Dr. Austen wrote down a couple weeks earlier?<br>20   A.  Yes. | -402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 33:22 - 34:2**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| 22   Q.  (By Mr. Jensen)  And then in the discharge<br>23  summary that Sally Morton dictated for you, it says:<br>24  She was transferred, I'll abbreviate, to NEMC, on 2/4<br>25  where a biopsy revealed, I'll abbreviate, TEN syndrome<br>00034<br>1  attributed to NSAIDs versus Chinese food.<br>2      Is that what it says? | -402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 34:4 - 34:8**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| 4      THE WITNESS:  Yes.<br>5   Q.  (By Mr. Jensen)  Please explain how you believe<br>6  that sentence got in your discharge summary and whether<br>7  or not it relates to these prior statements which are<br>8  nearly identical? | -402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 34:11 - 35:23**

| | Objections: | Ruling:  Sustained as to lines 35:12 through 35:23.  Otherwise overruled. |
| --- | --- | --- |
| 11      THE WITNESS:  Well, typically, what<br>12  happens is when a patient is transferred<br>13  from one hospital to the other hospital,<br>14  not only are they -- come with some sort of<br>15  a summary of their hospitalization from the<br>16  previous hospital, but they also come with<br>17  a verbal sign-out from another physician at<br>18  the previous hospital, whether it's an<br>19  attending versus a resident.  But they come<br>20  out with some sort of verbal -- verbal | -402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Foundation | |

Bartlett v Mutual

21    information that's not on paper.
22        And what's happens is typically you
23    include their incoming history of the
24    current illness along with their transfer.
25    So if New England Medical Center was
00035
1    unclear as to what the potential cause was
2    and they said:  Well, you know, she had
3    Chinese food and had a -- had some belly,
4    you know, abdominal complaints and she also
5    took a nonsteroidal anti-inflammatory for
6    that, that would most likely get into the
7    history and physical on her admission at
8    the accepting hospital and often will also
9    get into the discharge summary of her
10    discharge from that particular hospital
11    that she has been transferred to.
12   Q.  (By Mr. Jensen)  Okay.  If you had
13 hypothetically been asked on this date, April 14, '05:
14 Dr. Kim, do biopsies attribute cause to TEN, what would
15 your answer have been?
16   A.  Biopsies do not determine cause.
17   Q.  Okay.  Because it was your belief and
18 understanding, of course, correctly in 2005 that
19 biopsies do not attribute cause, do you agree that to
20 the extent this is repeated in the records by
21 Dr. Austen and this infectious disease fellow and in
22 the discharge summary, that's not a correct statement?
23   A.  No, it's not correct.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  36:8 - 36:16

| 8   Q.  (By Mr. Jensen)  And first, let me ask you,<br>9 Dr. Kim, did you ever conclude in your care and<br>10 treatment of Karen Bartlett that her TEN was attributed<br>11 to Chinese food?<br>12   A.  No.<br>13   Q.  Okay.  Did you ever believe there was any<br>14 realistic possibility that her TEN was attributed to<br>15 Chinese food or Chinese food poisoning or the stomach<br>16 flu or gastroenteritis? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Foundation | Ruling:  Overruled. |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  36:19 - 36:24

| 19        THE WITNESS:  No.<br>20   Q.  (By Mr. Jensen)  Why was it never your<br>21 conclusion that there was any realistic possibility<br>22 that any of those things could have caused it, Chinese<br>23 food caused it, Chinese food, Chinese food poisoning,<br>24 gastroenteritis, and stomach flu? | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Foundation | Ruling:  Overruled. |

Witness_ Nam Heui Kim - Vol. 1.txt:  37:2 - 37:4

| 2        THE WITNESS:  Well, those -- those<br>3 mechanisms are not known in the literature<br>4 to cause TENS. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Foundation | Ruling:  Overruled. |

Witness_ Nam Heui Kim - Vol. 1.txt:  37:6 - 38:6

Do you
7 frequently get discharge summaries dictated for you
8 that you review to some extent and then electronically

**Bartlett v Mutual**

9  sign?
10  A.  Yes.
11  Q.  Okay.  Tell us how carefully you review
12  discharge summaries while you were at Mass General in
13  2005 to make sure every sentence and every word is
14  accurate.
15  A.  I just make sure that they're not huge bloopers.
16  Q.  Why is that the case, Doctor?
17  A.  Well, there are so many of these summaries that
18  you just want to give whoever's accepting the patient a
19  general idea of what has happened, what their diagnoses
20  are, and how they were treated, what complications they
21  may have had.  And if that suffices without major
22  errors, we're -- you know, I generally sign them
23  without looking through the details of the grammar.
24      For instance, this sentence would be correct if
25  there was a period and a few additional words.  For
00038
1  instance, if she said:  She was transferred to New
2  England Medical Center on February 4 where a biopsy
3  revealed toxic general -- epidermal necrolysis
4  syndrome, period.  The TENS was attributed to possible
5  NSAIDs versus Chinese food at New England Medical
6  Center, period.

| Objections: | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  38:7 - 38:17**

If I were to represent
8  to you that I've had the opportunity to ask questions
9  of then a third-year resident at Tufts New England
10  Medical Center and he testified, Dr. Deon Wolpowitz, to
11  the following:  A, he never attributed Karen Bartlett's
12  TEN to Chinese food; and B, to his knowledge -- and
13  Karen Bartlett was only there a day.  It's a very small
14  medical record.  And B, to his knowledge, no one at
15  Tuft's New England Medical Center ever attributed Karen
16  Bartlett's TEN to Chinese food, would that surprise you
17  in 2005?

| Objections: | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  38:20 - 38:24**

20      THE WITNESS:  It -- it wouldn't
21      surprise me.
22  Q.  (By Mr. Jensen)  Why would it not surprise you
23  that no one at Tufts ever thought Karen Bartlett got
24  TEN from Chinese food?

| Objections: | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  39:1 - 40:7**

1      THE WITNESS:  Well, it is like that
2      telephone game where someone makes a call
3      to someone else, relays some information,
4      and then someone -- that person makes a
5      call to another person, a third person, and
6      then that third person makes a call to a
7      fourth person and then it gets back around
8      after a few people to the first person who
9      originated that they called and gave the
10      information and you find that the
11      information has been a little garbled and
12      not completely recognizable anymore.
13          So if someone at New England Medical

| Objections: | Ruling:  Sustained as to lines 39:1 through 40:2.  Otherwise overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |

**Bartlett v Mutual**

14      Center said:  Well, you know, this all
15      started when she had Chinese food and had a
16      stomach upset and she took some, you know,
17      some medications for that and then this
18      happened, it could easily be misinterpreted
19      by the receiving person to have said:
20      Well, they thought it was attributed to
21      either that Chinese food or the medications
22      she took for her stomach upset.
23        So it is unfortunately why a written
24      record is preferable in many ways to a
25      verbal record.  However, I think often the
00040
1      verbal record has more depth of information
2      than the written one.
3   Q.  (By Mr. Jensen) I needed to ask you, has all
4  the testimony you've been providing today and do you
5  agree that all the testimony you will provide today
6  will be based upon a reasonable degree of medical or
7  scientific certainty?

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  40:21 - 40:22**

| | | |
|---|---|---|
| 21      THE WITNESS:  Reasonable amount of<br>22      scientific certainty, yes. | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c)) | Ruling:  Overruled, as far as grounds asserted by the defendant are concerned. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  40:24 - 41:3**

| | | |
|---|---|---|
| was it your<br>25  conclusion when you were treating Karen Bartlett in<br>00041<br>1  2005 to a reasonable degree of medical and scientific<br>2  certainty that the cause of her TEN was her prior<br>3  ingestion of sulindac? | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Foundation | Ruling:  Overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  41:8 - 41:18**

| | | |
|---|---|---|
| 8      THE WITNESS:  Yes.<br>9  Q.  (By Mr. Jensen)  To your knowledge, was there<br>10  anyone at Mass General who disagreed with you, and I'll<br>11  represent to you Dr. Ryan, who yesterday testified that<br>12  it was her belief at the time that sulindac was the<br>13  most likely cause of Karen Bartlett's TEN, and asking<br>14  you to accept that as true for purposes of my question,<br>15  to your knowledge, Dr. Kim, was there anyone at Mass<br>16  General Hospital that disagreed with your belief and<br>17  Dr. Ryan's belief that sulindac was the most likely<br>18  cause of Karen Bartlett's TEN? | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Foundation | Ruling:  Sustained as to lines 41:11 through 41:14, and as to "and Dr. Ryan's belief." Otherwise overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  41:20 - 41:22**

| | | |
|---|---|---|
| 20      THE WITNESS:  No.<br>21  Q.  (By Mr. Jensen)  To your knowledge, there was<br>22  not? | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-801<br>-802 | Ruling: Overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  41:24 - 41:25**

| | | |
|---|---|---|
| 24      THE WITNESS:  Not that was made known<br>25      to me. | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-801<br>-802<br>-Calls for Speculation | Ruling:  Overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  44:3 - 45:13**

**Bartlett v Mutual**

3   Q.  Do you believe that February 12, based upon your
4   recollection, was the first time you saw Karen Bartlett
5   or was the first time you were directly involved in her
6   care?
7   A.  It may -- I really wouldn't be able to know
8   because if notes had been written by another physician,
9   another -- if it had been written by either Dr. Ryan,
10  Dr. Schultz, or Dr. Sheridan, I may still have been
11  involved but they would have done all the
12  documentation.
13  Q.  And this day you spoke of an SVT yesterday.
14  What is that, please?
15  A.  Supraventricular tachycardia.
16  Q.  And you say, "Self-Limited episode of SVT
17  yesterday without hemodynamic instability."  What does
18  that mean?
19  A.  That means she had a fast heart rate but her
20  blood pressure was okay.
21  Q.  Did you ever reach any conclusions or make any
22  assessments in your mind as to what was causing or
23  precipitating Karen's SVTs?
24  A.  I do not document it but I suspect that from
25  this entire case, that most likely one of our leading
00045
1   causes would be either dehydration or pain or a
2   combination of both.
3   Q.  Okay.  And why would either dehydration or pain
4   or a combination cause an SVT, please, Doctor?
5   A.  Well, when someone is dehydrated, their
6   circulating blood volume decreases and in order to make
7   what blood you have go around sufficiently, people will
8   often develop a tachycardia if there is -- if they are
9   able to mount that response.  And pain causes a lot of
10  people to become tachycardic.
11  Q.  And tachycardic means what, please?
12  A.  Fast heart rate.  It's a heart rate a hundred or
13  above.

| | |
|---|---|
| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Calls for Speculation | Ruling:  Overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  45:18 - 45:21**

As of 2005 why did
19  pain cause a lot of people as you just testified to
20  have a high heart rate, in particular Karen Bartlett
21  maybe?

| | |
|---|---|
| Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Calls for Speculation | Ruling:  Overruled. |

**Witness_ Nam Heui Kim - Vol. 1.txt:  45:24 - 46:15**

24          THE WITNESS:  It's part of the
25      sympathetic response.
00046
1   Q.  (By Mr. Jensen)  Fair to say I provided you some
2   Mass General medical records before we began here today
3   so you could refresh your recollection about your care
4   and treatment of Karen Bartlett?
5   A.  Yes.
6   Q.  Fair to say we had one substantive conversation
7   regarding your care and treatment of Karen Bartlett?
8   A.  Yes.
9   Q.  Do you recall telling me in that conversation
10  about Karen's chart that something about a fight or
11  flight mechanism?
12  A.  Yes.  Well, that's --

| | |
|---|---|
| Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Calls for Speculation | Ruling:  Sustained as to lines 46:9 through 46:15.  Otherwise overruled. |

Bartlett v Mutual

13   Q.   Tell us what that -- tell us what a fight or
14   flight mechanism is in relation to what we're
15   discussing now of pain and SVTs.

---

Witness_ Nam Heui Kim - Vol. 1.txt:   46:18 - 47:17

18      THE WITNESS:   Well, the flight or
19     fight, we also, more scientifically, we
20     call it the sympathetic response.   So
21     essentially when your -- one is either
22     scared or are threatened in some manner,
23     the heart rate may go up.   Most people, I
24     would say, the heart rate goes up.   There
25     are some people who may actually go
00047
1     bradycardic, meaning the heart rate may go
2     down.
3      But it's not an uncommon response for
4     the heart rate to go up when someone is in
5     pain or is in fear or feels jeopardized in
6     some way.
7   Q.   (By Mr. Jensen)   Explain the relationship in
8   Karen Bartlett's specific situation and others like her
9   in 2005 of the fact that she was sedated in whole or in
10   part but still feeling pain?
11   A.   Well, we do our best to decrease their pain and
12   we also do our best to decrease their awareness of
13   what's going on because when people are intubated and
14   in a critical care unit, it can be a very, very scary
15   thing, okay.   So they are sedated for the anxiety and
16   the fear, and then pain medications for whatever pain
17   they might be in.

| Objections: | Ruling:   Sustained as to |
|---|---|
| -402 | lines 46:18 through |
| -403 | 47:6.   Otherwise |
| -611 (includes 611(c)) | overruled. |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -Calls for Speculation | |
| -Improper publishing | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:   48:14 - 49:15

14   Q.   (By Mr. Jensen)   You go on in your note to say,
15   "Bolus area is sloughing."   And then you say, "Will
16   plan for extubation when wounds have healed better and
17   mucosal involvement improving."   Is that what you say?
18   A.   I'm trying to find it -- yeah, "Bolus" -- "Bolus
19   areas are sloughing," okay, and "Plan for extubation
20   when wounds have healed better and mucosal involvement
21   improving," yes.
22   Q.   Was she intubated at the time?   Is that why
23   you're planning for an extubation?
24   A.   Yes, she is intubated at this time.
25   Q.   What does it mean to be intubated, Doctor?
00049
1   A.   That is having a breathing tube in from --
2   typically into the -- through the mouth into the
3   trachea to allow ventilation with a mechanical
4   ventilator.
5   Q.   Does that commonly in patients like Karen
6   Bartlett in 2005 create problems; in other words,
7   they're in pain, they're sedated, and they have a
8   breathing tube?
9   A.   Yes.   Well, the breathing tube itself can cause
10   pain and anxiety, and being on a mechanical ventilator
11   intubated can put the patient at risk for what we call
12   ventilator-associated pneumonia.
13   Q.   And Karen is -- would Karen, in your estimation,
14   have been surviving at the time without mechanical

| Objections: | Ruling:   Sustained as to |
|---|---|
| -402 | lines 48:14 through |
| -403 | 48:21, and as to lines |
| -611 (includes 611(c)) | 49:5 through 49:12. |
| -702 (improper opinion from non-retained expert) | Otherwise overruled. |
| -Foundation | |
| -Calls for Speculation | |
| -Improper publishing | |

Bartlett v Mutual

15  ventilation?

Witness_ Nam Heui Kim - Vol. 1.txt:  49:18 - 49:21

18        THE WITNESS:  Unlikely.
19   Q.  (By Mr. Jensen)  Why is that true that it's
20  unlikely she could have lived on her own without
21  mechanical ventilation at the time?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -Calls for Speculation | |

Witness_ Nam Heui Kim - Vol. 1.txt:  49:24 - 50:8

24        THE WITNESS:  Her mucosa was involved
25        including the mucosa of her airway, so
00050
1        essentially means that the TENS impacted
2        her airway as well.  So essentially it's
3        like having burns in the airway.
4   Q.  (By Mr. Jensen)  Was that an ongoing medical
5   concern in Karen Bartlett's care and treatment by you
6   and the others at Mass General, the fact that she had
7   burning not only on her outside on her skin but she had
8   burning in her esophageal tract?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -Calls for Speculation | |

Witness_ Nam Heui Kim - Vol. 1.txt:  50:10 - 52:1

10        THE WITNESS:  She had mucosal
11        involvement in her -- both probably her GI
12        and her -- and her respiratory tract.
13   Q.  (By Mr. Jensen)  And tell us how -- tell us why
14  that was an issue and how it was dealt with, please.
15   A.  Well, it's an issue because the area can swell
16  and cause a mechanical obstruction for breathing,
17  that's one; two, it can cause debris that can impact
18  the airways and make, essentially, the airways cause
19  another obstruction of there.  So you have two ways:
20  One, it is -- it can cause a mechanical swelling; and
21  two, the debris itself from the sloughing can cause
22  essentially junk in the airways that she would not be
23  able to breathe.
24   Q.  And is that why you did what you referred to as
25  the toilet bronchoscopies?
00051
1   A.  Yes.  That's often done.  It can also be done if
2   someone has a pneumonia or secretions that are so bad
3   that they need to be cleaned out because they're unable
4   to clean it out themselves.
5   Q.  I flip to the first bronchoscopy report that has
6   your name on it and actually, as we mentioned earlier,
7   lists you as the attending physician, correct?
8   A.  Yes.
9   Q.  Okay.  And perhaps in relation to this diagram,
10  you can please ex -- perhaps you can point your page
11  towards the jury, Doctor, forget about mine, and tell
12  the jury in relation to that diagram how a bronchoscopy
13  is done, please.
14   A.  Okay.  I'm actually holding it upside down
15  because it's easier to understand upside down for most
16  people.  This is essentially the main airway, we call
17  the trachea, and this is the -- would be the left main
18  stem and this is the right main stem.  And essentially
19  what happens is your endotracheal tube or your
20  breathing tube would be -- come down right about here,

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -Calls for Speculation | |

Bartlett v Mutual

21  and you would take the flexible fiberoptic bronchoscope
22  and thread it through the endotracheal tube and thread
23  it down these airways and suck up whatever mucus,
24  debris, blood, whatever may be there for whatever
25  patient is undergoing this procedure.  Then you would
00052
1  come back up and then do the same for the other side

---

Witness_ Nam Heui Kim - Vol. 1.txt:  52:12 - 52:14

12  Q.  And why was -- why didn't one bronchoscopy solve
13  this problem for Karen Bartlett?  Why did she need
14  multiple based upon your care and treatment?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  52:17 - 54:5

17        THE WITNESS:  Well, first of all, the
18        -- all the mucosa will not slough at once.
19        It will -- it will be doing that on a, you
20        know, it just doesn't happen all at once.
21        Just some will happen today, tomorrow, the
22        next day.  And gradually when the process
23        finishes, then it's done.  Also, you know,
24        when someone is intubated, they often have
25        a more difficult time clearing their
00053
1        secretions, any debris in there that they
2        might have, and so it may have to be done a
3        number of times until they improve.
4  Q.  (By Mr. Jensen)  On your 2/20 -- what is the
5  date of the second page, Doctor, please?
6  A.  Second page?
7  Q.  Yes, please.
8  A.  2/20.
9  Q.  Thank you.  So on February 20, you, under Neuro,
10  say, "Ativan IV," and tell us why you gave her Ativan
11  by intravenous method, please.
12  A.  Well, Ativan is an anxiolytic.  It's one of the
13  benzodiazepines.  And we would be giving it IV either
14  for fast effect or we would be giving it IV because we
15  didn't have access to the GI tract.
16  Q.  And then you say, "Methadone in place to prep
17  for wean."  What does that mean, please?
18  A.  Methadone is used for pain.  And so essentially
19  we started her on Methadone, and if we want to wean --
20  we want to wean the morphine and Versed grips is
21  what's, I think, it's implying.
22  Q.  Can you read your entry under GI, please.
23  A.  "Still has extensive perioral lesions.  Ongo
24  tube feeds."
25  Q.  And perioral lesion is what, please?
00054
1  A.  Lesions around the mouth.
2  Q.  Were you involved in many decisions in your care
3  and treatment of Karen Bartlett as to how much and what
4  types of blood products or transfusions she needed?
5  A.  Yes.

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  54:6 - 54:19

Why
7  did Karen need blood transfusions?

Bartlett v Mutual

| | Objections: | Ruling: Sustained. |
|---|---|---|
| 8   A.   Well, her -- I wouldn't be able to tell you<br>9 without the record exactly as to what she needed when,<br>10 but typically a person needs blood transfusions when<br>11 the hematocrit goes down for packed red blood cells.<br>12 For fresh frozen plasma, it might be as a volume<br>13 expander or because they're developing a coagulopathy<br>14 of some kind, meaning their inability to coagulate or a<br>15 compromise in their coagulation.  So without<br>16 specific -- specifically what days and what days she<br>17 had the transfusions and what her blood work was at the<br>18 time, I can't tell you specifically exactly when and<br>19 why she needed something. | Objections:<br>-402<br>-403<br>-speculation<br>-702 (improper opinion from non-retained expert)<br>-Foundation | Ruling:  Sustained. |

Witness_  Nam Heui Kim - Vol. 1.txt:  56:1 - 56:19

| | Objections: | Ruling:  Sustained.<br>Speculation (Rule 602). |
|---|---|---|
| 1   Q.   Let's pick one out.  The first day you<br>2 apparently saw Karen was February 12, and if you look<br>3 at the blood transfusions on the next day, she got 500<br>4 of albumin and it's page 685.  We can flip to page 685.<br>5 Does that help you tell us why -- on Exhibit 141, if<br>6 you flip to page 685 --<br>7   A.   685?<br>8   Q.   Yeah.  The far right column is the page numbers.<br>9   A.   Okay.<br>10   Q.   Yes.  And then when you flip to page 685, does<br>11 that help you tell us, Doctor, why she needed the<br>12 albumin that day or does that just report that she got<br>13 it?<br>14   A.   Yeah, that's just to report that she got it.  I<br>15 mean, essentially, I would say albumin is typically<br>16 used as a volume expander.  So if her urine output was<br>17 low or if her blood pressure was low or if her heart<br>18 rate was high would be the typical situations where<br>19 albumin might be used. | Objections:<br>-402<br>-403<br>-speculation<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Non-responsive<br>-Improper publishing | Ruling:  Sustained.<br>Speculation (Rule 602). |

Witness_  Nam Heui Kim - Vol. 1.txt:  56:22 - 57:1

| | Objections: | Ruling: Sustained. |
|---|---|---|
| 22   Q.   (By Mr. Jensen)  And let's go now to your second<br>23 day was February 20 and stay on February 20.  On that<br>24 day she got all three.  She got packed blood cells,<br>25 fresh frozen plasma, and albumin.  So was the very day<br>00057<br>1  you saw her, can you tell us why, please. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Speculation<br>-Improper publishing | Ruling: Sustained. |

Witness_  Nam Heui Kim - Vol. 1.txt:  57:3 - 57:14

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| 3        THE WITNESS:  Unfortunately this note<br>4  is not timed.  20.1 percent would be<br>5  considered adequate.  It would be helpful<br>6  to know what her hematocrit was on the<br>7  19th.  Her blood pressure was a little bit<br>8  soft, 105 over 68, which -- or 115 over 60.<br>9  Urine output was adequate, 40 to 80 CCs an<br>10   hour.<br>11   Q.   (By Mr. Jensen)  Here's Dr. Ryan's note from the<br>12 19th.  It's page 143 of Exhibit 137.  Does that help<br>13 you?<br>14   A.   Okay. | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | Ruling:  Sustained. |

Witness_  Nam Heui Kim - Vol. 1.txt:  57:16 - 58:8

16        THE WITNESS:  Okay.  Her hematocrit

Bartlett v Mutual

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Speculation | Ruling: Sustained.<br>Speculation (Rule 602). |

17    was somewhat lower, 25.4 from the previous
18    day, from the day that I saw her, which was
19    28.  So it's likely she got a blood
20    transfusion between when Dr. Ryan saw her
21    and when I saw her.  And her blood pressure
22    was soft at 105, meaning that, you know,
23    typically 120 over 80 is a typical number.
24    And her urine output, at some point in
25    time, had gone to 30 CCs an hour which is a
00058
1    little bit low.
2  Q.  (By Mr. Jensen)  Okay.  So in lay terms, why the
3  day you saw her did she get all three of these blood
4  products?
5  A.  It is not absolutely clear to me but I suspect
6  she got them because her blood pressure was a little
7  bit soft, her urine output had dropped a little bit,
8  and -- and her hematocrit was a little bit low.

**Witness_ Nam Heui Kim - Vol. 1.txt:  58:22 - 59:7**

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | Ruling: Overruled. |

22  Q.  So does that note tell us that the -- at least
23  part of the reason she needed it -- that blood
24  transfusion for was because her mouth was bleeding from
25  TEN?
00059
1  A.  Well, my note documents that she got FFP at the
2  time for the bleeding.
3  Q.  In her mouth?
4  A.  Perioral, around her mouth, yes.
5  Q.  Let's go to your next note, please, Doctor, of
6  March 2 and there under the exam, do you say, "Sedated
7  but agitates easily"?

**Witness_ Nam Heui Kim - Vol. 1.txt:  Page 59, Line 10**

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | Ruling: Overruled. |

10  A.  Yes

**Witness_ Nam Heui Kim - Vol. 1.txt:  59:13 - 59:25**

| | Objections:<br>-611 (includes 611(c))<br>-Speculation<br>-Improper publishing | Ruling: Sustained.<br>Speculation (Rule 602). |

And then you also
14  say, "Wounds" -- "Wounds back very oozy on Acticoat."
15  What --
16  A.  Yes.
17  Q.  What does that mean?
18  A.  It probably means there was -- there was some
19  bleeding from the back, not discrete bleeding like a
20  vessel bleeding but just oozy, just, you know, just
21  sort of a low grade sort of a blood loss from the back.
22  Q.  And then under Neuro, do you say, "Sedated on
23  Dilaudid and Versed," and those are both to -- Dilaudid
24  is a pain medication and Versed is a sedative, correct?
25  A.  Right.

**Witness_ Nam Heui Kim - Vol. 1.txt:  60:2 - 60:5**

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Improper publishing | Ruling: Overruled. |

2  Q.  (By Mr. Jensen)  And then you say, "Will
3  increase pain medication for possibility of pain
4  causing tachycardia"?
5  A.  Yes.

**Witness_ Nam Heui Kim - Vol. 1.txt:  60:8 - 60:10**

**Bartlett v Mutual**

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Calls for speculation | Ruling: Overruled. |
|---|---|---|

**Were**
**9** you concerned that Karen was having fight or flight
**10** reactions to the totality of her treatment?

Witness_ Nam Heui Kim - Vol. 1.txt: 60:13 - 60:15

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Calls for speculation | Ruling: Overruled. |
|---|---|---|

**13**      THE WITNESS:  I was concerned that
**14**   she may be in some pain and that might be
**15**   causing tachycardia.

Witness_ Nam Heui Kim - Vol. 1.txt: 61:3 - 61:12

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert) | Ruling: Overruled. |
|---|---|---|

**3**   Q.   So far in these first three days, February 12
**4** and 20th and March 2, in lay terms give us a general
**5** picture of what your medical concerns are regarding
**6** Karen.
**7**   A.   Well, it looks like she is in respiratory
**8** failure on a ventilator.  She has wounds that are
**9** oozing to the point where some clinician at some time
**10** felt she needed both FFP to support her ability to
**11** coagulate and some blood from bleeding.  Generally,
**12** she's -- she's very sick.

Witness_ Nam Heui Kim - Vol. 1.txt: 61:19 - 62:23

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c))<br>-Foundation<br>-Improper publishing | Ruling: Overruled. |
|---|---|---|

**19**   Q.   (By Mr. Jensen)  Please tell us from a lay
**20** perspective how she's doing two days later when you see
**21** her on March 4.
**22**   A.   On March 4 -- okay.  Well, she has a fever and
**23** she's requiring blood pressure support with Levophed.
**24** She remains tachypneic.  She remains on the ventilator.
**25** Urine output is acceptable.  So essentially she -- it
**00062**
**1** sounds like over the few days that I've seen her, that
**2** she is somewhat sicker but actually may be coming out
**3** of her decline, because it is saying that the events
**4** were that she required Levophed, which is a blood
**5** pressure -- for blood pressure support but down in my
**6** drips, it also says that the Levophed is off, so
**7** therefore she must have just come off the Levophed,
**8** which is -- would be interpreted at least as an
**9** improvement.
**10**   Q.   Can you please read your first line under your
**11** neuro statement.
**12**   A.   "Sedated.  Not consistently opening eyes.  May
**13** be secondary to edema."
**14**   Q.   And what does that mean?
**15**   A.   Well, it's saying she is sedated but we like
**16** people to be responsive enough that they can, you know,
**17** respond to stimulus.  Otherwise they may be
**18** oversedated, okay.  She's not opening her eyes
**19** persistently, and I'm questioning whether or not it's
**20** because she cannot mechanically open her eyes because
**21** her eyelids are too swollen.
**22**   Q.   Were you aware that Karen was receiving multiple
**23** eye or ophthalmologic consults at the time?

Witness_ Nam Heui Kim - Vol. 1.txt: 63:1 - 64:1

**1**      THE WITNESS:  I'm likely to have
**2**   known about it.  It is not documented in

Bartlett v Mutual

3      this note.
4   Q.  (By Mr. Jensen)  About six days later on March
5  10, please read us your neurological statement there.
6   A.  "Oversedated.  Will decrease Dilaudid and
7  decrease Versed.  Methadone 20 BID."
8   Q.  And what does that mean, oversedated?
9   A.  Means that her sedation is too high.
10   Q.  How could you tell?
11   A.  Well, if they're not responding to stimuli you
12  would expect them to respond to, like, you know,
13  preferably respond to your voice.  Their anxiety
14  is sufficiently taken care of that they can still
15  respond to you.  She may not be, you know -- typically
16  I would consider someone oversedated if they're not
17  responding to physical stimuli, verbal stimuli and --
18  and/or even pain.
19   Q.  And what did you do by way of physical stimuli
20  to determine whether they were sedated properly or not
21  back in '05?
22   A.  I don't know.  All I know is that she does react
23  to pain.  So I did at some point give her some noxious
24  stimuli, potentially in a sternal rub or a pinch to see
25  if she woke up and would open her eyes or something to
00064
1  indicate that she felt it

| Objections: | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -Improper publishing | |
| -Calls for speculation | |

---

Witness_ Nam Heui Kim - Vol. 1.txt: 65:6 - 66:4

6   Q.  We talked about your bronchoscopy.  And then the
7  very next day, you see her on March 11.  And so that
8  would have been after she was at Mass General for about
9  a month and five days.  Please tell us based upon your
10  perception how she's doing that day.
11   A.  How she's doing?
12   Q.  Yes, ma'am, please.
13   A.  Well, she has some bright red blood per rectum.
14  So she's bleeding from below.
15   Q.  Where's that note so I can find it?
16   A.  This is number 282 and it's at the top.  It
17  says, "Events," and it says:  Some BRBRP -- "Some
18  BRBPR," that's bright red blood per rectum.  She also
19  has some red blood cells in her urine.  Her sputum is
20  bloody as well.  She remains, you know, mildly febrile
21  at 101.4.  Her blood pressure remains soft.  She's
22  still on the mechanical ventilator.  Her respiration
23  rate is still tachypneic but improved.
24      She is on vasopressin, which is providing some
25  blood pressure support.  She's on tube feeds and, of
00066
1  course, she's still on the mechanical ventilator.
2   Q.  Tell us what this stands for again under Events,
3  the five letters.
4   A.  B --

| Objections: | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -Improper publishing | |

---

Witness_ Nam Heui Kim - Vol. 1.txt: 66:6 - 66:7

6      THE WITNESS:  BRBPR, bright red blood
7      per rectum.

| Objections: | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt: 66:14 - 66:23

14   Q.  (By Mr. Jensen)  I'm going to show you the

Bartlett v Mutual

15 initial diagram done the day Karen was admitted to Mass
16 General and it's entitled "Burn Diagram" and it's dated
17 the day she arrived, February 4, and it provides this
18 diagram of where Karen had TEN versus rash. Do you
19 understand this diagram to tell us, or its reader, that
20 Dr. Sabatini believed that Karen's rash was on her
21 lower arms and lower legs and posterior and -- first of
22 all, is that yes?
23   A.  Yes.

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -Improper publishing | |
| -801 | |
| -802 | |

Witness_ Nam Heui Kim - Vol. 1.txt:  66:25 - 67:3

25   Q.  (By Mr. Jensen)  Did you understand Dr. Sabatini
00067
1 was also communicating that on Karen's arrival, her
2 TENS was on her chest, her upper arms, her back, her
3 neck, her face as well as her rectal area?

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |
| -Foundation | |

Witness_ Nam Heui Kim - Vol. 1.txt:  67:6 - 67:18

6       THE WITNESS:  Well, unfortunately,
7     Dr. Sabatini did not use the correct
8     diagram.  So essentially he's documenting
9     for a male.  He does seem to imply that it
10     is affecting the perineum.
11   Q.  (By Mr. Jensen)  The perineum is what, Doctor?
12   A.  The area where the -- between the -- that has
13 like the vagina, the labia, and the anus.
14   Q.  And would you have interpreted this, because of
15 the cross-marked nature for TEN and the cross-marked
16 nature by the vaginal area, that Dr. Sabatini was
17 concluding that upon arrival, Karen had TENS involving
18 her vaginal area?

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |
| -Foundation | |

Witness_ Nam Heui Kim - Vol. 1.txt:  67:20 - 68:5

20       THE WITNESS:  Well, once again,
21     Dr. Sabatini used the wrong diagram.  He
22     used the diagram for a male.  But, you
23     know, assuming that he -- that he's still
24     using the same areas, that would be that it
25     did affect the area involving at least the
00068
1     posterior vaginal or labial area and the
2     anus as well, but I cannot see -- that
3     little dot right there in the lower diagram
4     would be the anus.
5   Q.  (By Mr. Jensen)  Thank you.

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |
| -Non-respopnsive | |

Witness_ Nam Heui Kim - Vol. 1.txt:  68:8 - 68:10

8   Q.  (By Mr. Jensen)  Did you become aware that
9 Dr. Ryan had documented a vaginal adhesion in her care
10 and assessment of Ms. Bartlett?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |
| -Foundation | |

Witness_ Nam Heui Kim - Vol. 1.txt:  68:13 - 68:16

13       THE WITNESS:  I don't know who
14     documented but I know that the GYN service
15     was involved for -- for the adhesions in
16     the vaginal area.

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -801 | |
| -802 | |
| -Foundation | |

**Bartlett v Mutual**

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 68:20 - 69:5**

What are the mucosal areas that you
21 understood in 2005 that TEN attacks or affects?
22   A.   Well, it can affect any of the mucosal areas,
23 the mouth --
24   Q.   Tell us what those are, please.
25   A.   The mouth, the respiratory tract, the vagina,
00069
1 potentially, I guess, your anus too, though that's very
2 uncommon.  So...
3   Q.   Is it your understanding in 2005 that TEN
4 primarily attacks those mucosal areas you just
5 identified as well as the skin?

Objections:
-402
-403
-702 (improper opinion from non-retained expert)
-611 (includes 611(c))
-Foundation

Ruling:  Sustained.

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 69:8 - 70:18**

8         THE WITNESS:  The mucosal involvement
9      is not as well known as the skin.
10   Q.   (By Mr. Jensen)  But you knew then it attacks
11 and affects both?
12   A.   It can, yes.
13   Q.   And it was your belief that it did affect the
14 mucosal areas and attack them of Karen Bartlett?
15   A.   Well, it definitely attacked the mucosa of her
16 perioral area and her respiratory tract, and it is my
17 understanding from the other practitioners that it
18 affected her vagina as well.
19   Q.   I'd now like to turn your attention to your --
20 is it March 14 entry, Doctor?
21   A.   Is that 298?
22   Q.   Yes, ma'am.  Is that the date on it?  I'm just
23 trying to --
24   A.   Day number 39, yes.
25   Q.   Okay.  And so here we know from your note that
00070
1 she's still in the actual ICU, one of the five ICU beds
2 at Mass General on her 39th day?
3   A.   Yes.
4   Q.   And tell us from a lay perspective how she's
5 doing on day number 39 in one of the five ICU beds.
6   A.   Okay.  She remains intubated.  Her temperature
7 still remains with a moderate fever, though it's
8 improving.  Her blood pressure is adequate.  Her heart
9 rate is acceptable and improving.  Her oxygenation is
10 not requiring an extensive amount of support since
11 she's only on 35 percent FIO2.  She is, as far as I can
12 tell, she is not on any blood pressure support.
13       She's not following commands, so neurologically
14 she is still either delirious or oversedated or -- or
15 something because she is not following commands.  She's
16 not alert enough or oriented enough to protect her
17 airway so a trach is being planned for, it looks like,
18 March 16 possibly.

Objections:
-402
-403
-702 (improper opinion from non-retained expert)
-611 (includes 611(c))
-Foundation
-Improper publishing

Ruling:  Sustained as to lines 69:8 through 69:12. Otherwise overruled.

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 70:20 - 71:9**

20   A.   She is tolerating tube feeds.  She's moving her
21 bowels.  There's a question of hemorrhoids because of
22 the bleeding over the weekend from her rectum.  She
23 remains on multiple antibiotics and she's had some
24 positive blood cultures.  I mean, generally, it looks

Objections:
-402
-403
-702 (improper opinion from non-retained expert)
-611 (includes 611(c))
-Foundation
-Improper publishing

Ruling:  Overruled.

**Bartlett v Mutual**

25  like she's still very sick but actually has shown some
**00071**
1  improvement.
2   Q.  Thank you, Doctor.  I'm going to ask you a
3  couple questions about your neuro notes, and you start
4  by saying, "Well sedated, attempts to further reduce
5  Versed," which is a sedative, "cause tachypnea"?
6   A.  Tachypnea.  So that means that when I or when
7  attempts to decrease the amount of sedative that she's
8  getting, which is Versed, that she's -- her breathing
9  rate goes high.

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  72:12 - 73:3**

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| 12   Q.  (By Mr. Jensen)  Now, you told us that as of | -402 | |
| 13  this day, she's still intubated with the breathing | -403 | |
| 14  tube, correct? | -702 (improper opinion from non-retained expert) | |
| 15   A.  Yes. | -611 (includes 611(c)) | |
| 16   Q.  And you told us that there's a plan for a | -Foundation | |
| 17  possible tracheostomy, correct? | | |

18   A.  Yes.
19   Q.  Tell us the difference between the two, please.
20   A.  Well, an endotracheal tube goes through,
21  typically, the either the mouth and sometimes the nose
22  into the trachea and that is essentially the way the
23  ventilator can essentially breathe for the patient.  A
24  tracheostomy would go through the anterior neck
25  directly into the trachea.
**00073**
1   Q.  What are the pros and cons medically for Karen
2  Bartlett in 2005 to potentially getting this
3  tracheostomy versus not getting it, please?

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  73:6 - 74:25**

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| 6        THE WITNESS:  Well, the benefits of a | -402 | |
| 7      tracheostomy is that it is often more | -403 | |
| 8      comfortable for the patient because they | -702 (improper opinion from non-retained expert) | |
| 9      can -- there's nothing in their mouth. | -611 (includes 611(c)) | |
| 10     They can have better dental and oral | -Foundation | |
| 11     hygiene.  Potentially if they're awake and | | |
| 12     alert enough, they may attempt speech or at | | |
| 13     least mouthing words.  The potential | | |
| 14     benefit of a trachea -- of a tracheostomy | | |
| 15     is that most people will wean off the | | |

16     ventilator quicker.  It's easier to do
17     pulmonary toileting, for instance, with
18     just sucking out secretions blindly, which
19     the nurses can do.
20        The risks, of course, include that,
21     you know, the tracheostomy is a surgical
22     procedure.  It can cause bleeding.  There
23     can be loss of airway during the process.
24     As all surgical procedures, they could
25     potentially get infected.  They could have
**00074**
1      long-term problems with tracheal malacia.
2   Q.  (By Mr. Jensen)  What's that, Doctor?
3   A.  It's when the cuff of the trach or the
4  endotracheal tube -- both of them can cause tracheal
5  malacia -- it causes pressure on the wall of the
6  trachea, decreasing blood flow to the area and

Bartlett v Mutual

7 essentially that area, it just is not -- is not
8 healthy. The cartilage does not support the trachea as
9 well, and it could potentially, like, collapse when you
10 breathe. So when you breathe, you cause negative
11 airway pressure in your lungs and then you suck air in.
12 Well, that's a problem if your trachea doesn't -- the
13 cartilage is not working very well. And when you
14 breathe, instead of sucking the air through, it causes
15 collapse of the trachea.
16   Q.   What, if any, are the further risks as you were
17 describing for us, or the cons, of getting a
18 tracheostomy, please?
19   A.   Bleeding. I would say bleeding is one of the
20 major ones.
21   Q.   Did this decision between keeping the breathing
22 tube in versus getting a potential tracheostomy have
23 anything to do with when or whether Karen Bartlett
24 could be discharged from the burn unit and go to a
25 rehab facility?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  75:2 - 76:3

| | Objections: | Ruling:  Sustained as to |
|---|---|---|
| 2       THE WITNESS:  It is not clear from | -402 | lines 76:1 through 76:3. |
| 3       the notes. However, most -- unless you | -403 | Otherwise overruled. |
| 4       want to send someone to a ventilator rehab | -702 (improper opinion from non-retained expert) | |
| 5       facility, they have to be off the | -611 (includes 611(c)) | |
| 6       ventilator. | | |

7 Q.  (By Mr. Jensen)  Okay.
8   A.   It is typically easier to wean someone off the
9 ventilator when they have a tracheostomy.
10   Q.   Why is that true?
11   A.   Well, it's -- one, it's a shorter airway.  So
12 instead of having to have the air go all the way
13 through an endotracheal tube, I mean, think about how
14 long that is.  Think about trying to suck through a
15 straw, breathe through a straw for days and days at a
16 time.  It makes more energy and more effort to breathe
17 through a straw that's long than to breathe through a
18 straw that's short.  It's also easier for pulmonary
19 toileting and it's also more secure.
20       I mean, if this tube comes out in a vent
21 facility of some kind, there has to be people expert in
22 the ability to intubate, to put the tube back in the --
23 meanwhile, she may potentially, you know, either die or
24 have anoxic or lack of oxygen.  So in a vent facility,
25 you would have to have a tracheostomy for instance.
00076
1   Q.   If, heaven forbid, you needed a trach, can you
2 tell -- show us where, the jury, where on your neck
3 that would -- the surgical hole would be, please?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  76:5 - 76:19

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| 5       THE WITNESS:  The -- typically it is | -402 | |
| 6       placed above the sternal notch. This is | -403 | |
| 7       right where your -- your manubrium or this | -702 (improper opinion from non-retained expert) | |
| 8       little bone right at the top of your chest | -611 (includes 611(c)) | |
| 9       is and then you can feel your thyroid | | |
| 10       cartilage or -- in me it would be the | | |
| 11       Adam's Apple and right below that there's | | |
| 12       another very hard ring that's called a | | |
| 13       cricoid.  So between the cricoid and the | | |

**Bartlett v Mutual**

| | Objections: | Ruling:  Sustained as to |
| --- | --- | --- |
| | -402 | line 76:14.  Otherwise |
| | -403 | overruled. |
| | -702 (improper opinion from non-retained | |
| | expert) | |
| | -611 (includes 611(c)) | |

14    sternal notch.
15   Q.  (By Mr. Jensen)  Thank you.  Now, would Karen
16  Bartlett at the time, Doctor, would she have had input
17  or say in whether she got a trach or not or would it be
18  the case that she would not have had input because she
19  couldn't really communicate; she had a breathing tube?

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 76:21 - 77:9**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained | |
| | expert) | |
| | -611 (includes 611(c)) | |

21        THE WITNESS:  It would -- the
22       decision would have been made by either her
23       proxy or next of kin.
24   Q.  (By Mr. Jensen)  And have you just told us that
25  Karen Bartlett, because a proxy had to speak for her,
00077
1  would not have had a say in whether that procedure was
2  done or not?
3   A.  Right.
4   Q.  Would it be correct to state that Karen was so
5  ill through this time, March 14, that based upon your
6  care and treatment, she didn't have any say in whether
7  or not she got any medical procedures.  It was
8  authorized by her husband or her proxy?
9   A.  Yes.

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 77:11 - 78:6**

| | Objections: | Ruling:  Overruled. |
| --- | --- | --- |
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained | |
| | expert) | |
| | -611 (includes 611(c)) | |
| | -Improper Publishing | |
| | -Foundation | |

11  Your next note, Doctor, or part of that note says, "Not
12  alert or oriented enough to protect airway."  What does
13  that mean?
14   A.  Well, there's several criteria we often used for
15  whether or not a patient can be extubated, okay.  That
16  means whether or not we can take the breathing tube
17  out.  One is they have to be able to show that
18  mechanically, they can breathe on their own, okay.  The
19  other one is that they can -- are neurologically awake
20  enough so that they don't aspirate because your -- your
21  mechanisms to protect your lungs from, for instance,
22  aspiration is very dependent on your neurological
23  processes.  So if -- if those mechanisms are awry
24  because neurologically you're not there, then we worry
25  that someone cannot protect their airway, that they
00078
1  will potentially aspirate their own saliva or
2  regurgitate instead of being able to, you know, throw
3  it down the side, they breathe it in.
4   Q.  Protecting the airways, is that, in part, that
5  they're neurologically active enough to be able to
6  vomit to protect their airway?

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 78:9 - 79:9**

| | Objections: | Ruling:  Sustained. |
| --- | --- | --- |
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained | |
| | expert) | |
| | -611 (includes 611(c)) | |
| | -Foundation | |

9        THE WITNESS:  It's hard to -- it's
10       hard to explain but you have a lot of
11       neurological processes that you're not
12       consciously aware of but that you use to
13       protect your airway.  So you swallow, and
14       when you swallow, you have it go down the
15       esophagus and not the trachea.  People who
16       are not neurologically in tact may have
17       lost that mechanism.  So they may swallow
18       or aspirate.  They -- they may vomit and

Bartlett v Mutual

```
19      instead of having the vomit go out, they
20      may actually breathe it in.
21          There's -- it's unfortunately not
22      simple and it's difficult to explain, but
23      we do consider it a risk when someone is
24      not neurologically in tact that they are
25      unable to protect their airway from either
00079
1       aspiration, from vomit, and that they
2       just -- they are unable to have the
3       appropriate mechanisms.
4    Q.  (By Mr. Jensen)  You touched on this but please
5    teach us the relationship between the mechanical
6    ventilator, also known as the breathing machine, and
7    either the line she's breathing through or the
8    potential tracheostomy; is it easier to get off the
9    breathing machine if you get trached?
```

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 79:11 - 80:3**

```
11          THE WITNESS:  Yes.
12   Q.  (By Mr. Jensen)  Why is that true?
13   A.  Typically it's easier to get -- once again,
14   because it's the tracheostomy is a more secure access
15   for, one, pulmonary toileting, for suctioning; two,
16   it's a shorter airway so it's a shorter straw to
17   breathe through versus a long straw to breathe through
18   like the endotracheal tube.  It's easy to attach and
19   unattach, meaning that it's always there.  If you
20   extubate someone and take them off the breathing
21   machine and take the tube out, then if they are
22   failing, you would have to reintubate them, which is a
23   process that can have complications.  In order to see
24   if someone can breathe on their own, it's very simple
25   with a tracheostomy.  You can just take them off the
00080
1    mechanical ventilator, and when they look like they're
2    not doing well, you can simply reattach it.
3    Q.  Would you have usually in the course of your
```

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 81:5 - 81:13**

```
let me show you part
6  of Exhibit 135, Dr. Sheridan asked for this RICU
7  consult and it's seven pages long and it's signed at
8  the bottom of the seventh page by Dr. Ken Shepherd.
9  And he first says on page one of his consult, he
10 crosses out NKDA.
11  A.  That is no known drug allergies.  And then he
12 crosses it out because he understands that she does
13 have an allergy listed which is sulindac.
```

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -Calls for speculation | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 82:20 - 83:2**

```
20  Q.  So based upon this note, her RICU consult, would
21 it be your understanding that Dr. Shepherd is likely a
22 lung doctor, also known as a pulmonologist?
23  A.  Well, yes.  Most often the respiratory intensive
24 care unit is taken care of by pulmonologists.
25  Q.  And this lung doctor, or pulmonary specialist,
00083
1  writes, "No history of preexisting lung disease,"
```

| Objections: | Ruling:  Sustained. |
|---|---|
| -611 (includes 611(c)) | |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -801 | |
| -802 | |

Bartlett v Mutual

2  correct?

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 83:4 - 83:10**

4       THE WITNESS: Yes.
5   Q.  (By Mr. Jensen) Would you have interpreted that
6  in your care and treatment of Karen Bartlett to mean
7  that this lung specialist is communicating to other
8  healthcare providers like you who read this note that
9  he believes that Karen Bartlett's lung issues are not a
10  result of anything she had before she got TEN?

| Objections: | Ruling: Sustained. |
|---|---|
| -611 (includes 611(c)) | |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -801 | |
| -802 | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 83:14 - 83:17**

14       THE WITNESS: Yes.  Essentially he's
15       saying that before this illness, she didn't
16       have any lung diseases like COPD, asthma,
17       or other typical diseases.

| Objections: | Ruling: Sustained. |
|---|---|
| -611 (includes 611(c)) | |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -801 | |
| -802 | |
| -Foundation | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 83:19 - 84:10**

What's ARDS, acute respiratory
20  distress syndrome, please, Doctor?
21   A.  ARDS is a -- it's a syndrome where the lung is
22  damaged.  It's often -- well, essentially, the damage
23  is in the alveoli or the alveoli wall is typically very
24  thin like a cell layer thick and allows easy diffusion
25  of oxygen and carbon dioxide from the air space to the
00084
1  bloodstream, okay.  What happens is in ARDS this
2  typically becomes very thickened, fibrous, and it
3  becomes more difficult for oxygen, typically oxygen --
4  CO2 usually diffuses easier anyways -- but it makes it
5  more difficult for gases to exchange across the cell
6  barrier.
7   Q.  And do you recollect that Karen Bartlett was
8  diagnosed with ARDS, and I guess here as of March 1,
9  '05, in relation to this bronchoscopy done by a
10  resident and supervised by Dr. Ryan?

| Objections: | Ruling: Sustained. |
|---|---|
| -611 (includes 611(c)) | |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 84:12 - 85:1**

12       THE WITNESS: Well, the -- she -- it
13       says the diagnosis but ARDS is, you know,
14       typically requires a certain criteria
15       which, you know, you would have to list
16       whether or not, you know, they had a
17       certain -- a gradient, whether or not they
18       had certain pressures, etc., whether they
19       had findings on chest x-ray.  So typically
20       you would not diagnose this by
21       bronchoscopy.
22   Q.  (By Mr. Jensen) Thank you for that explanation.
23  That in mind, was it your understanding based upon your
24  care and treatment of Ms. Bartlett that she didn't have
25  ARDS, didn't have COPD, and didn't have any need for a
00085
1  mechanical ventilatory support before she got TEN?

| Objections: | Ruling: Sustained as to |
|---|---|
| -611 (includes 611(c)) | lines 84:12 through 84:22. |
| -402 | Otherwise overruled. |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper Publishing | |
| -Calls for speculations | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 85:2 - 85:10**

2       MR. GEOPPINGER:  Objection; form.

Bartlett v Mutual

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 3      THE WITNESS:  Before she got sick,<br>4     she had none of these.  I mean...<br>5  Q.  (By Mr. Jensen)  Was it -- was it at this point<br>6 in your care and treatment of Karen Bartlett, Dr. Kim,<br>7 a true statement that based upon everything you knew<br>8 about Karen Bartlett and her condition, that everything<br>9 you were treating was a direct or indirect consequence<br>10 of her toxic epidermal necrolysis, or TEN? | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained<br>expert)<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 85:13 - 85:18**

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| 13      THE WITNESS:  Yes.<br>14  Q.  (By Mr. Jensen)  Restated, was it your belief<br>15 and clear understanding that if Karen Bartlett would<br>16 have never had TEN secondary to, most likely, sulindac<br>17 as concluded by you and Dr. Ryan, that she would have<br>18 never needed to be in a burn unit? | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained<br>expert)<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 85:22 - 86:25**

| | Objections: | Ruling:  Sustained as to<br>lines 86:16 through 86:25.<br>Otherwise overruled. |
|---|---|---|
| 22      THE WITNESS:  If she never had TENS,<br>23     she would not have required a burn unit.<br>24  Q.  (By Mr. Jensen)  You --<br>25  A.  If she didn't have TENS, she would not have<br>00086<br>1 needed a burn unit.<br>2  Q.  And you say, "Suspicious for possible<br>3 coagulation disorder," correct, Doctor?<br>4  A.  Which page is that?<br>5  Q.  On page 298, the bottom of your March 14 note,<br>6 please.<br>7  A.  Okay.  So --<br>8  Q.  Just for -- is that what it says, Doctor?<br>9  A.  It says, "Suspicious for possible coagulation<br>10 disorder."<br>11  Q.  Can coagulation disorders cause something called<br>12 a deep vein thrombosis?<br>13  A.  Yes.<br>14  Q.  Did Karen Bartlett get a deep vein thrombosis?<br>15  A.  I do not remember.<br>16  Q.  Okay.  Does immobility or, as doctors call it,<br>17 stasis often result in deep vein thrombosis?<br>18  A.  It is a risk factor.<br>19  Q.  Representing to you there's documentation that<br>20 Karen Bartlett had a DVT and was, therefore, treated<br>21 with blood thinners or what doctors call anticoagulants<br>22 in the Mass medical chart, do you believe based upon<br>23 your care and treatment of Ms. Bartlett that that DVT<br>24 also would have been an indirect consequence of her<br>25 TEN? | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained<br>expert)<br>-Improper Publishing<br>-Calls for speculations<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt: Page 87, Line 3**

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| 3      THE WITNESS:  Most likely. | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 89:21 - 89:23**

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| 21  Q.  Disseminated intravascular coagulopathy is a<br>22 condition that, if it progresses, can quickly lead to<br>23 death, correct? | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation | |

**Witness_ Nam Heui Kim - Vol. 1.txt:  90:1 - 90:20**

Bartlett v Mutual

| | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Improper publishing<br>-Calls for speculation | Ruling: Sustained.<br>Speculation (Rule 602). |
|---|---|---|

1      THE WITNESS: Yes. But according to
2     this note --
3  Q. (By Mr. Jensen) Let me ask a new question. Was
4 DIC ever a concern of yours in the treatment of Karen
5 Bartlett?
6  A. She's hospitalization number 41 on that note on
7 the -- on the 16th, and on the 14th I'm concerned that
8 she has some sort of coagulation disorder, though I do
9 not mention DIC. So someone on the 15th must have
10 started a DIC workup. So someone apparently was
11 suspicious for DIC because on the 16th I have the
12 results and say that it's not consistent with DIC.
13  Q. Is DIC strongly associated with multiorgan
14 failure and --
15  A. It can be, yes.
16  Q. Is DIC and multiorgan failure strongly
17 associated with end-stage of death process?
18  A. Yes, it can be.
19  Q. Hence, someone did a DIC workup to hopefully
20 avoid that from happening?

---

Witness_ Nam Heui Kim - Vol. 1.txt: 90:23 - 91:19

| | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Improper publishing<br>-Calls for speculation | Ruling: Sustained as to lines 90:23 through 91:15. Otherwise overruled. |
|---|---|---|

23     THE WITNESS: Well, sometimes when
24 someone is bleeding or has a DVT or doing
25 both at the same time, there's concern that
00091
1  she is not coagulating appropriately. The
2 whole thing about DIC is that you may be
3 coagulating in the wrong places and not
4 coagulating in the wrong places.
5 Q. (By Mr. Jensen) Let's just quickly catalog, if
6 we might, Doctor, I have you seeing Karen Bartlett four
7 times over the 10th; the 11th is the fifth; 14th is the
8 sixth; 16th is the seventh -- 17th -- 18th would be the
9 ninth; the 21st would be the tenth; 23rd would be the
10 12th; 24th, thirteenth; 25, fourteenth; 28th is the
11 fifteenth; 30th is the sixteenth; 31st, seventeenth;
12 April 1st, the eighteenth; April 3 the nineteenth;
13 April 4 the twentieth; April 10 the twenty-first; April
14 11 the twenty-second; April 12 the twenty-third; and
15 April 24 the twenty-fourth time.
16     With that approximate catalog in mind, does it
17 appear to you that you actually saw Karen Bartlett
18 approximately 24 times in a critical care setting at
19 Mass General?

---

Witness_ Nam Heui Kim - Vol. 1.txt: 91:22 - 91:25

| | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Improper Publishing | Ruling: Overruled. |
|---|---|---|

22     THE WITNESS: Yes.
23  Q. (By Mr. Jensen) And would you approximate that
24 on each of these occasions, you spent over 35 minutes
25 or so with Karen?

---

Witness_ Nam Heui Kim - Vol. 1.txt: 92:3 - 92:5

| | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-Calls for speculation<br>-Improper publishing | Ruling: Overruled. |
|---|---|---|

3     THE WITNESS: Yes. I mean, it's
4 roughly 30-some minutes is very, very
5 typical from most of these notes.

Witness_ Nam Heui Kim - Vol. 1.txt: 93:20 - 93:21

**Bartlett v Mutual**

Is that your signature on the bottom
21 of 412, Doctor?  The date is March 28, '05.

Witness_ Nam Heui Kim - Vol. 1.txt:  Page 94, Line 6

6   A.  Yes.  The bottom of the page is mine.

| | | |
|---|---|---|
| Witness_ Nam Heui Kim - Vol. 1.txt:  94:16 - 94:21<br><br>And had you read it before you<br>17 started writing on the same page, you would have seen<br>18 that Dr. Ojikutu here said, Impression Recommendations,<br>19 "45-year-old female with TEN secondary to NSAIDs,<br>20 clinically improving," correct?<br>21   A.  Yes. | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802 | Ruling:  Sustained. |
| Witness_ Nam Heui Kim - Vol. 1.txt:  96:5 - 96:14<br><br>5   Q.  (By Mr. Jensen)  I'd like now to direct your<br>6 attention, please, Doctor, to your March 18 entry.<br>7 Tell me when you're there, please.<br>8   A.  Okay.  All right.<br>9   Q.  And there you say, "The trach," that we've been<br>10 discussing, "is cancelled due to patient's family<br>11 reluctance to proceed with feelings of doom and<br>12 forboding associated with the prospect of the procedure<br>13 delayed to Monday, the 21st," correct?<br>14   A.  Yes. | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802 | Ruling:  Sustained. |
| Witness_ Nam Heui Kim - Vol. 1.txt:  96:18 - 97:1<br><br>18   Q.  Let me show you Dr. Sheridan's note of a similar<br>19 date or -- strike that.  Let me first show you the<br>20 pulmonologist's note of -- let's get a date here --<br>21 same day, 3 -- March 18.  And he says, "I feel she is<br>22 not ready for extubation now and likely for some time<br>23 to come."  Would you have understood that to be talking<br>24 about the same topic whether or not she should get<br>25 trached?<br>00097<br>1   A.  Yes. | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Calls for speculation<br>-801<br>-802 | Ruling:  Sustained. |
| Witness_ Nam Heui Kim - Vol. 1.txt:  97:24 - 98:8<br><br>24   Q.  (By Mr. Jensen)  Dr. Kim, the same day you made<br>25 this note on March 18, '05, about the trach being<br>00098<br>1 cancelled, Dr. Sheridan made this typed up note and he<br>2 said, "She has been considered for tracheostomy over<br>3 the past few weeks.  This has been delayed because of<br>4 extensive bleeding she has had from visceral locations,<br>5 including her airway, in fear of operating in that<br>6 environment."<br>7   What are the visceral locations he'd be<br>8 referring to, please? | Objections:<br>-611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-Calls for speculation<br>-801<br>-802 | Ruling:  Sustained. |

Witness_ Nam Heui Kim - Vol. 1.txt:  98:10 - 98:18

10      THE WITNESS:  Well, he's not precise
11      about it, but from her history I would
12      suspect that the perioral area, the airway,

**Bartlett v Mutual**

| | Objections: | Ruling: Sustained. |
|---|---|---|
| 13    you know, and -- well, actually, including<br>14    her airway, he says, and from her GI tract.<br>15  Q.  (By Mr. Jensen) Dr. Sheridan also on March 18,<br>16  '05 says here at the bottom that "Certainly prognosis<br>17  for her survival remains guarded and the family is<br>18  aware." Do you see that? | -611 (includes 611(c))<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802 | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 98:21 - 99:2**

| | Objections: | Ruling: Sustained as to "with what Dr. Sheridan reported that day." Otherwise overruled. |
|---|---|---|
| 21  A.  Yes.<br>22  Q.  Okay. Based upon you treating and evaluating<br>23  and caring for Karen the same day, would you concur<br>24  with what Dr. Sheridan reported that day that her<br>25  survival remained or -- her prognosis for survival<br>00099<br>1  remained guarded at that time?<br>2  A.  Yeah. She's still critically ill. | -402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 99:19 - 99:24**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 19  Q.  Did Karen have a feeding tube? Is that how she<br>20  was being fed --<br>21  A.  Yes. It says, "tube feeds." She's on tube<br>22  feeds.<br>23  Q.  When you see a TF, that's tube feeds?<br>24  A.  Typically it's tube feeds. | -402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 100:13 - 100:20**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 13  Q.  And when's the last time you've seen her on a<br>14  tube feed according to your review of the records,<br>15  please?<br>16  A.  From my review of the records you gave me of<br>17  notes I wrote, the last time is on April 12.<br>18  Q.  So that would have been approximately two months<br>19  and eight days after she got to the hospital on<br>20  February 4, correct? | -402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-611 (includes 611(c)) | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 100:22 - 101:4**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 22      THE WITNESS: I'd have to do the<br>23    math.<br>24  Q.  (By Mr. Jensen) That's why I said,<br>25  "approximately."<br>00101<br>1  A.  Yeah, approximately.<br>2  Q.  Okay. On March 21 you make a note that says,<br>3  "Status post tracheostomy today." Does that mean she<br>4  got it that day? | -402<br>-403<br>-Improper publishing<br>-611 (includes 611(c)) | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 101:7 - 101:8**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 7  A.  Yes, that would mean that she had it done that<br>8  day. | -402<br>-403<br>-Improper publishing | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 102:11 - 102:15**

| | Objections: | Ruling: Overruled. |
|---|---|---|
| 11  Q.  (By Mr. Jensen) And in lay terms to Karen<br>12  Bartlett on this date, what did it mean that she was<br>13  still in respiratory failure?<br>14  A.  That means she still required a mechanical<br>15  ventilator. | -402<br>-403<br>-702 (improper opinion from non-retained expert) | |

Bartlett v Mutual

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  103:16 - 104:3**

16  Q.  And here you enter "Prophylactic Nexium,
17  Fragmin."  Does prophylactic mean precautionary?
18  A.  It's to prevent -- to prevent something.
19  Q.  And because they're blood thinners or Fragmin
20  is --
21  A.  Fragmin is a blood thinner.
22  Q.  -- would that have meant you're trying to
23  prevent a coagulation problem like a --
24  A.  Like a DVT, yes.
25  Q.  Okay.  And you document in the next day after
00104
1  her trach, March 22, that she remains in the ICU,
2  correct?
3  A.  Yes.

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  104:25 - 105:13**

25  Q.  Were you actually interpreting Karen's chest
00105
1  x-rays?
2  A.  Yes.
3  Q.  And the next day on March 23, you said, "The
4  chest x-ray showed pleural effusions worsening."
5  First, tell us what a pleural effusion is when a doctor
6  like you saw it on her x-ray?
7  A.  On which day, sorry?
8  Q.  March 23.
9  A.  March 23.
10  Q.  So, first, please tell us what a pleural
11  effusion is.
12  A.  A pleural effusion is fluid between the lung and
13  the chest wall.

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  106:14 - 106:18**

On March 24, the
15  next day, you spend another 39 minutes, it looks like,
16  in critical care and treatment of Karen, and there you
17  state, in part, that she's sedated and not adequately
18  waking up yet?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt:  106:21 - 107:15**

21  A.  Yes.
22  Q.  And you say, "Weaning the sedative Versed is
23  tolerated.  Methadone, Ativan, and Haldol to be
24  continued."  We haven't spoke about Haldol yet.  What
25  is that, please?
00107
1  A.  Haldol is a -- trying to remember the name of
2  the class -- but it's an antipsychotic.
3  Q.  Ativan is a what, please?
4  A.  Benzodiazepine.
5  Q.  Is it used for antiseizure?
6  A.  Ativan can be used in seizures but --
7  Q.  Oh -- Sorry.
8  A.  Go ahead.
9  Q.  Is it also used for pain control?
10  A.  No.  It's used for -- it's an anxiolytic, like

| Objections: | Ruling.  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |

Bartlett v Mutual

11 Versed.  It's in the same family.
12  Q.   Why was she being given an antipsychotic drug
13 Haldol?
14  A.   Because often it will decrease their need for
15 anxiolytics.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  109:7 - 109:24

7   Q.  (By Mr. Jensen)  On March 25, the next day, you
8  document hospital day 50, it looks like, and you say,
9  "Chest tube placed yesterday with excellent result.
10  New central line today."  And that was entered why?
11   A.   Well, I usually go over the events and that's
12  why I place events of pertinence there.  The chest tube
13  was placed because of the pleural effusions.  If it's
14  gets large enough, then we worry that it can impact the
15  mechanical -- the mechanical -- the ability for the
16  lung to ventilate.
17  Q.   Okay.
18   A.   It just takes up space.
19  Q.   Based on your entries here that she was awake
20  and under Neuro, you say, "A little more agitated but
21  more awake," would it have been, from your review of
22  your notes, would Karen have, at that point, been able
23  to communicate with her doctors and participate in her
24  care decisions or not?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Improper publishing | |
| -Calls for speculation | |
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  110:1 - 110:14

1         THE WITNESS:  To a low level because
2     I also state in her exam that she is awake
3     and she's nodding to questions.  So she's
4     at least able to answer simple questions,
5     like:  Are you in pain, are you not in
6     pain, are you hungry, not hungry, things
7     like that.
8  Q.  (By Mr. Jensen)  Hence, would it, therefore,
9  based upon what you just told us still have been your
10  impression based upon your review of your notes that at
11  that point Karen was not able to participate actively
12  in her care yet, but she would still need her husband
13  or her sister or whoever her proxy was to make
14  decisions for her?

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -Calls for speculation | |
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  110:17 - 111:1

17         THE WITNESS:  At this point it's most
18     likely that all major medical decisions
19     were made by her proxy.
20  Q.  (By Mr. Jensen)  On the same day, second page,
21  you say, under Wounds, can you read us your note there,
22  please.
23  A.   Okay.  Yes.
24  Q.   Can you read it, please.
25  A.   Oh, "Granulating back wound, some
00111
1  epithelialization but still very raw and oozy."

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -Foundation | |
| -Improper publishing | |
| -611 (includes 611(c)) | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  111:8 - 111:11

Let's go, then, to March 28.  And you
9  write, "Waking up nicely as we decrease medications,"

| Objections: | Ruling:  Overruled. |
|---|---|
| -Improper publishing | |

Bartlett v Mutual

10  correct?
11  A.  Yes.

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 112:7 - 113:15**

Were you involved in making
8  decisions as to what would be used on different
9  portions of Karen's body for her skin care?  Dr. Ryan,
10  I'll represent to you testified that to the effect that
11  different things can be used on different locations of
12  her body.  Pig skin might be used on her chest, for
13  example, and Acticoat might be used on other portions.
14  Were you involved in those decisions?
15  A.  Yes.
16  Q.  Tell us what the most severe areas would get.
17  A.  It depends really on the location, I mean, and
18  what -- what state they were in.  So -- and for
19  instance, the back and Acticoat, for instance, on the
20  back would be very easy.  We have huge, very large
21  Acticoat sheets that could just be placed on the bed
22  and she could lie on the Acticoat.  I mean, none of
23  these -- none of these wounds required excision and
24  grafting, so our primary goal of care was, one, to take
25  care of -- to prevent infection, to provide support, to
00113
1  hopefully prevent a lot of losses of fluid from open
2  raw areas.  So...
3  Q.  On March 30 you document, in part, that the
4  wounds back slowly closing, correct?
5  A.  Mm-hmm.
6  Q.  What -- was the back a primary area of bleeding
7  for Karen and skin care?
8  A.  Well, multiple -- many of these notes say that
9  her back was oozy.  So her back was fairly -- sounds
10  like it was fairly raw and was a source of some, you
11  know, oozy bleeding.
12  Q.  For a layperson who might not understand, why
13  can a person be at Mass General for 55 days and still
14  have their back be bleeding?  Tell us how it's possible
15  that that can still be true.

| Objections: | Ruling:  Sustained as to |
| --- | --- |
| -402 | lines 112:10 through |
| -403 | 112:13.  Otherwise |
| -702 (improper opinion from non-retained expert) | overruled. |
| -Foundation | |
| -Improper publishing | |
| -Calls for speculation | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 113:17 - 114:16**

17        THE WITNESS:  Well, it has to
18        epithelialize.  That means that your own
19        body has to create the epidermis to go over
20        the back.  And one, you lie on your back
21        all the time and she had wounds all over.
22        So it's like you can't -- it's very
23        difficult to have someone on their stomachs
24        when they're intubated.  So she's on her
25        back a lot.
00114
1  Q.  (By Mr. Jensen)  Is a lay definition of
2  reepithelialize the body's creation of new skin where
3  skin has fallen off?
4  A.  It is -- you know how you have a layer of skin
5  over your -- well, the skin is actually very complex,
6  and the dermis is the living layer of skin and the
7  epidermis is the top layer of it.  Essentially in TENS
8  you don't lose the entire dermis.  So you're not
9  technically completely making new skin but you have to

| Objections: | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |

Bartlett v Mutual

10  have a protective layer on top of the skin.  So that's
11  what she needed.
12     Q.  With the teaching you just provided us, and
13  thank you for it, Doctor, is a correct lay definition
14  of reepithelialize your body's creation of the top
15  layer of your dermis that has fallen off?
16     A.  Yes.

---

Witness_ Nam Heui Kim - Vol. 1.txt: 114:18 - 116:8

18     Q.  (By Mr. Jensen) On hospital day 56, March 31,
19  you say, "Versed off."  Does that mean she's completely
20  off that --
21     A.  She is completely off the Versed.  However, she
22  is now on Ativan.  She's getting it three milligrams
23  four times a day, if that -- is that the little 4 --
24  that little 4 on top, okay.
25     Q.  Still getting Methadone and now getting Haldol
00115
1  six times a day?
2     A.  Six times a day.
3     Q.  And you document the next day, her wounds back
4  slowly healing, still has TEN, correct?
5     A.  Mm-hmm.
6     Q.  And on April 1 you say, "Exam: Sedated but
7  awakens."  Have you further decreased her sedatives or
8  painkillers at this time?
9     A.  No.  It sounds like I probably did not make any
10  changes from the previous day on her Ativan, Methadone,
11  and Haldol.
12     Q.  And you note in the second page that she still
13  has some open spots scattered throughout but her wounds
14  are better, correct?
15     A.  Yes.  And it does seem like we were treating her
16  with Acticoat and Mepitel.  So we --it was Acticoat.
17     Q.  And what's -- thank you for that.  And what's
18  Mepitel?
19     A.  It's just a -- it's like a flexible plastic
20  sheet that goes between the Acticoat just to prevent
21  sticking.  So it itself doesn't have any therapeutic
22  properties.  It just helps the Acticoat from sticking
23  against her.
24     Q.  And what's Acticoat?
25     A.  Acticoat is the silver dressing.  It has silver
00116
1  as the active agent.
2     Q.  What's aqua gel?
3     A.  Aquacel.
4     Q.  Aquacel.
5     A.  It's a cellulose type of agent.  It can be
6  absorbent but that was not used on her back.
7     Q.  Was Aquacel used on Karen Bartlett for her --
8     A.  I don't recall if Aquacel was used on her.

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -Improper publishing | |
| -Calls for speculation | |

---

Witness_ Nam Heui Kim - Vol. 1.txt: 116:14 - 116:20

14     Q.  (By Mr. Jensen) Here's Dr. Ryan's note of
15  February 28 and she says, "Wounds:  Xenograft to back
16  and silver nitrate.  Sloughs reepithelializing.  Mouth
17  still very bloody.  She has vaginal adhesion."  Does
18  that refresh your recollection that Karen had pig skin
19  as one of the treatments that you and your colleagues

| Objections: | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -702 (improper opinion from non-retained expert) | |
| -611 (includes 611(c)) | |
| -Improper publishing | |
| -801 | |
| -802 | |

Bartlett v Mutual

20  were using?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  116:22 - 118:3

| | |
|---|---|
| 22        THE WITNESS:  Well, yeah, clearly.<br>23        She documents that xenograft was used.<br>24   Q.  (By Mr. Jensen)  And tell us -- we've heard it's<br>25  pig skin but beyond it being called a xenograft and we<br>00117<br>1 know it's pig skin, tell us what it is and how it's<br>2 applied to help the wound heal.<br>3   A.  Well, it prevents -- it's used essentially as a<br>4 barrier, okay.  It's a biological dressing and it helps<br>5 prevent fluid loss but -- and often if someone does<br>6 need grafting -- in her, I don't think she ever needed<br>7 grafting -- but if they do need grafting, if the<br>8 xenograft takes, it's a good indication that your skin<br>9 graft, when you harvest from the patient herself or<br>10 himself, will -- is likely to take as well.  So you<br>11 don't waste an excision and grafting episode in -- on<br>12 an area that is not ready for a graft.<br>13   Q.  I'm going to skip to April 4, Doctor, and on<br>14 that day on the second page, do you state that Karen<br>15 still has too many pulmonary secretions to try PM value<br>16 [sic] on trach?<br>17   A.  Yes.<br>18   Q.  What does that mean?<br>19   A.  Essentially it still has too many pulmonary<br>20 secretions to try a Passy-Muir valve on the trach.<br>21   Q.  What is that?<br>22   A.  The Passy-Muir valve actually plugs up the trach<br>23 enough so that she can have air going past her vocal<br>24 cords so she can talk.<br>25   Q.  Does that mean she was able to talk at that<br>00118<br>1 time?<br>2   A.  Well, no because we couldn't use a Passy-Muir<br>3 valve because I felt her secretions were too much. | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br><br><br>Ruling:  Overruled. |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  118:11 - 118:18

| | |
|---|---|
| 11   Q.  On April 10, which I guess is about two months<br>12 and a week into her hospitalization, you document,<br>13 "Patient pulled out IntroFlex.  It was replaced<br>14 yesterday."  What is that that was pulled out?<br>15   A.  IntroFlex is a feeding tube.<br>16   Q.  And is it -- is it not uncommon as of 2005, in<br>17 your experience, Doctor, that patients both, A, want to<br>18 pull out their feeding tube; and B, pull them out? | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-611 (includes 611(c)) |
| | Ruling:  Sustained as to lines 118:16 through 118:18.  Otherwise overruled. |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  118:21 - 118:25

| | |
|---|---|
| 21        THE WITNESS:  Unfortunately, it's not<br>22        uncommon.<br>23   Q.  (By Mr. Jensen)  Why is it not uncommon based<br>24 upon your care and treatment of Karen Bartlett that<br>25 this occurs? | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (includes 611(c)) |
| | Ruling:  Sustained. |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  119:3 - 119:24

3        THE WITNESS:  Because people don't
4        like foreign bodies in their nose going

Bartlett v Mutual

5      down into their stomachs, and when they're
6      uncomfortable and they're not thinking,
7      they pull it out.
8  Q.  (By Mr. Jensen)  On the next day, April 11, I
9  guess is the day before her discharge, you write,
10  "Stable.  Fiberoptic endoscopic evaluation swallow FEES
11  tomorrow."  Tell us what that's about, please.
12    A.  Essentially, we want to know that if she can
13  safely swallow.  So if she can safely swallow, then she
14  can be fed.
15    Q.  And you -- did you do that test to determine
16  whether she could safely swallow?
17    A.  No.  It's done by another service.
18    Q.  And what does FEES stand for?
19    A.  Fiberoptic endoscopic evaluation of swallow.
20    Q.  And then the next day on 4/12, which I think is
21  the date of Karen's first of two discharges from Mass
22  General, you say, "If okay, will decannulate the
23  tracheostomy."  What does that mean, Doctor?
24    A.  It means take the tracheostomy out.

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained expert) | |
| | -Improper publishing | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  120:6 - 120:13

6  Q.  And I'll show you and refresh your recollection
7  in a moment that at least for some of those twelve
8  days, she was at Northeast Rehab Hospital.  I'll show
9  you the discharge summary from her second
10  hospitalization where she got back to Mass General on
11  4/18 and left for a second time on 4/27.  And
12  Dr. Schultz documents that she was --
13    A.  So she failed her FEES.

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained expert) | |
| | -Improper publishing | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  120:14 - 120:19

I'll show you what
15  happened for some of the time period that you just
16  referred to when she was out at a different hospital,
17  then came back to Mass General.  And you see Karen
18  while she came back for her second hospitalization on
19  April 24?

| | Objections: | Ruling:  Sustained as to lines 120:14 through 120:17, up to "Mass General."  Otherwise overruled. |
|---|---|---|
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained expert) | |
| | -Improper publishing | |
| | -801 | |
| | -802 | |

---

Witness_ Nam Heui Kim - Vol. 1.txt:  Page 120, Line 24

24    A.  I wrote a note so I must have seen her.

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained expert) | |
| | -Improper publishing | |

Witness_ Nam Heui Kim - Vol. 1.txt:  121:15 - 122:5

please, to tell us
16  what your understanding would have been when you were
17  treating her in her second hospitalization as to why
18  she needed that treatment, please.
19    A.  So she was readmitted for respiratory issues.
20  Apparently she was very secretional.  It appeared she
21  grew out multiple organisms during her stay, including
22  respiratory and urinary organisms.  So she both had,
23  looks like, some sort of either pneumonia or
24  tracheobronchitis with copious secretions as well as a
25  urinary tract infection.  She was also deemed to be
00122
1  dehydrated with a free water deficit of four liters.
2  Q.  So in summary, very briefly, the first
3  hospitalization, you were involved from day 8 all the

| | Objections: | Ruling:  Overruled. |
|---|---|---|
| | -402 | |
| | -403 | |
| | -702 (improper opinion from non-retained expert) | |
| | -Improper publishing | |
| | -801 | |
| | -802 | |

Bartlett v Mutual

4  way to day -- the last day of her service, which was
5  April 12, 2005, correct, Doctor?

| | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing | Ruling: Overruled. |
|---|---|---|
| **Witness_ Nam Heui Kim - Vol. 1.txt: Page 122, Line 8**<br><br>8  A.  Yes. | | |

**Witness_ Nam Heui Kim - Vol. 1.txt: 124:7 - 124:12**

7   Q.  Based upon this review we've done and your
8  review of other portions of the record, was it your
9  belief and impression for all of Karen's treatment at
10 Mass General in 2005 that it was all needed as a direct
11 or indirect result of her TEN which was concluded to be
12 a likely consequence of her ingestion of sulindac?

| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-801<br>-802<br>-611 (Includes 611(c)) | Ruling: Overruled. |
|---|---|

**Witness_ Nam Heui Kim - Vol. 1.txt: 124:15 - 124:25**

15       THE WITNESS:  It -- her
16       hospitalization and whatever she needed was
17       a consequence of her TENS, and her TENS was
18       thought to be due to sulindac.
19  Q.  (By Mr. Jensen)  Have you seen patients this
20  week, Doctor?
21  A.  Yes.
22  Q.  Are you to see patients tomorrow?
23  A.  Yes.
24  Q.  Did you see patients last night?
25  A.  Yes.

| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Foundation<br>-801<br>-802<br>-611 (Includes 611(c)) | Ruling:  Sustained as to lines 124:19 through 124:25.  Otherwise overruled. |
|---|---|

**Witness_ Nam Heui Kim - Vol. 1.txt: 125:19 - 125:22**

have you ever
20 heard as of 2005 that anyone ever got TENS from
21 anything they ate in Chinatown or, for that matter,
22 anywhere in Boston?

| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802<br>-611 (Includes 611(c)) | Ruling:  Sustained. |
|---|---|

**Witness_ Nam Heui Kim - Vol. 1.txt: 125:24 - 126:1**

24       THE WITNESS:  No.
25  Q.  (By Mr. Jensen)  No, you have not heard that?
00126
1  A.  I have not heard that.

| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802<br>-611 (Includes 611(c)) | Ruling:  Sustained. |
|---|---|

**Witness_ Nam Heui Kim - Vol. 1.txt: 126:16 - 126:25**

16   Q.  (By Mr. Jensen)  I asked Dr. Ryan, I'll
17  represent to you yesterday, whether she likes Chinese
18  food.  She told me yes.  And I asked her then whether
19  she's cut down her Chinese food consumption having
20  anything to do as a result of Karen Bartlett's care and
21  treatment, and she told me no.  Asking you to assume
22  those facts are true, have you in any way cut down on
23  where you eat or what Chinese food you might eat as a
24  result of your care and treatment of Karen Bartlett?
25  A.  No.

| Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-Improper publishing<br>-801<br>-802<br>-611 (Includes 611(c)) | Ruling:  Sustained. |
|---|---|

**Witness_ Nam Heui Kim - Vol. 1.txt: 127:2 - 127:6**

2       THE WITNESS:  No.
3  Q.  (By Mr. Jensen)  And have you occasioned the
4  Chinatown area to eat not too far from Mass General in

**Bartlett v Mutual**

| | Objections: | Ruling: Sustained. |
|---|---|---|
| | -402 | |
| | -611 (Includes 611(c)) | |

5  Boston?
6  A.  Yes.

---

**Witness_ Nam Heui Kim - Vol.1.txt: 127:9 - 127:19**

| | Objections: | Ruling:  Sustained. |
|---|---|---|
| 9   Q.  I'm going to show you an exhibit, Dr. Kim, that | -402 | |
| 10  Dr. Ryan physically wrote on, and those are her | -403 | |
| 11  initials CMR on Exhibit 157.  And it's a blow-up of a | -702 (improper opinion from non-retained expert) | |
| 12  table from a publication of Dr. Ryan's, and she agreed | -Improper publishing | |
| 13  that when I added, systemic features and complications, | -801 | |
| 14  I added, "of TEN," that that was an accurate statement | -802 | |
| 15  of what those things are on the chart. | -611 (Includes 611(c)) | |
| 16       In your review of that one page, do you agree | -Foundation | |
| 17  that, to your knowledge in 2005, those are some of the | -Improper publishing | |
| 18  systemic features and complications that occur with | -Best Evidence | |
| 19  TEN? | | |

---

**Witness_ Nam Heui Kim - Vol.1.txt: 127:22 - 128:8**

| | Objections: | Ruling:  Sustained as to |
|---|---|---|
| 22       THE WITNESS:  Yes, these are some of | -402 | lines 127:22 through |
| 23    the systemic features and potential | -403 | 127:24, and as to Dr. |
| 24    complications of TENS. | -702 (improper opinion from non-retained expert) | Ryan's conclusions. |
| 25  Q.  (By Mr. Jensen) Like you, of course, Dr. Kim, | -Improper publishing | Otherwise overruled. |
| 00128 | -611 (Includes 611(c)) | |
| 1  Dr. Ryan didn't see Karen every day because either you | -Foundation | |
| 2  were or Dr. Schultz or Sheridan.  What she did is she | -Improper publishing | |
| 3  initialed for me things that she knew of that Karen | -Best Evidence | |
| 4  Bartlett had in relation to her TEN.  I'd like you to | | |
| 5  please review it and tell us whether or not you can add | | |
| 6  any additional complications or features that | | |
| 7  Ms. Bartlett had as a result of her TEN that you know | | |
| 8  of, please. | | |

---

**Witness_ Nam Heui Kim - Vol.1.txt: 128:11 - 128:20**

| | Objections: | Ruling:  Sustained as to |
|---|---|---|
| 11       THE WITNESS:  So what she initialed | -402 | lines 128:13 through |
| 12    is essentially correct. | -403 | 128:20.  Rule 602 -- |
| 13  Q.  (By Mr. Jensen)  Okay.  And do you know of any | -702 (improper opinion from non-retained expert) | witness admits having no |
| 14  additional complications, direct or indirect, of | -Improper publishing | personal knowledge. |
| 15  Karen's TEN that you know of that Dr. Ryan did not | -611 (Includes 611(c)) | |
| 16  initial? | -Foundation | |
| 17  A.  The vulvovaginal synechiae, which I did not | -Improper publishing | |
| 18  observe myself.  It's -- Dr. Ryan diagnosed that. | -Best Evidence | |
| 19  Q.  And would you put your initials by that, please, | -801 | |
| 20  on 157. | -802 | |

---

**Witness_ Nam Heui Kim - Vol.1.txt: 128:24 - 128:25**

24  Q.  And you put NK by that for the record?
25  A.  Yeah.

---

**Witness_ Nam Heui Kim - Vol.1.txt: 129:1 - 129:11**

| | Objections: | Ruling:  Sustained as to |
|---|---|---|
| And then I'll show it to you on the | -402 | Dr. Ryan's conclusions. |
| 2  screen.  It's easy to see.  I went through this list | -403 | Otherwise overruled. |
| 3  with Dr. Ryan also, it's a publication of Dr. Ryan's, | -702 (improper opinion from non-retained expert) | |
| 4  and it says, "General Treatment Strategy for" -- I'll | | |
| 5  hand you Exhibit 158 that Dr. Ryan also put her | -611 (Includes 611(c)) | |
| 6  initials on and she agreed that that was a list of the | | |
| 7  general treatment strategies for burn patients | | |
| 8  including patients with TEN, and ask you if you agree | | |
| 9  that Karen got each one of these. | | |

Bartlett v Mutual

10      Did Karen get an early referral to a specialist
11 in a burn unit?

| Witness_ Nam Heui Kim - Vol. 1.txt:  129:13 - 129:15 | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (Includes 611(c)) | Ruling:  Overruled. |
|---|---|---|
| 13      THE WITNESS:  Yes.<br>14   Q.  (By Mr. Jensen)  Did Karen have prompt<br>15 withdrawal of the causative agent? | | |

| Witness_ Nam Heui Kim - Vol. 1.txt:  129:19 - 129:23 | Objections:<br>-402<br>-403<br>-702 (improper opinion from non-retained expert)<br>-611 (Includes 611(c))<br>-Foundation | Ruling:  Overruled. |
|---|---|---|
| 19      THE WITNESS:  Well, it wasn't<br>20 withdrawn.  It just wasn't given.<br>21   Q.  (By Mr. Jensen)  The causative agent sulindac<br>22 had been ceased before she got to Mass General?<br>23   A.  Right. | | |

| Witness_ Nam Heui Kim - Vol. 1.txt:  Page 130, Line 16 | Objections:<br>-Non-responsive<br>-611 (Includes 611(c))<br>-Foundation | Ruling:  Overruled. |
|---|---|---|
| 16   A.  Yes | | |

Witness_ Nam Heui Kim - Vol. 1.txt:  131:7 - 131:14

7   Q.  Good afternoon, Dr. Bartlett [sic].  My name is
8 Jeffrey Geoppinger.  I represent the defendant in this
9 case and I just have a few quick follow-up questions
10 and then we'll hopefully have you on your way, all
11 right.
12      Doctor, you and I have never met before,
13 correct?
14   A.  Right.

Witness_ Nam Heui Kim - Vol. 1.txt:  131:20 - 132:22

20   Q.  Is this the discharge summary that you completed
21 at the time of Karen Bartlett's discharge from
22 Massachusetts General on 4/14/2005?
23   A.  I signed it.
24   Q.  Did you dictate the information that's included
25 in here?
00132
1   A.  No.
2   Q.  Who did?
3   A.  That would be our nurse practitioner, Sally
4 Morton.
5   Q.  All right.  How did that work, did you -- how
6 did you convey the information to the nurse
7 practitioner such that she could get it into this
8 record?
9   A.  What she does is she reviews the record, does a
10 dictation.  And then I review her dictation and sign
11 it.
12   Q.  So Ms. --
13   A.  I don't tell her what to dictate.  She just goes
14 through the record.
15   Q.  So the information contained in, for instance,
16 this first section, history of present illness, was
17 obtained from Karen Bartlett's medical records by Nurse
18 Practitioner Sally Morton, correct?
19   A.  Yes.
20   Q.  That was not information that you yourself
21 placed into the history of present illness, correct?

22   A.  No.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  135:1 - 137:24

1   Q.  We've gone through those in quite some detail
2  today, and correct me if I'm wrong, but is it a fair
3  statement to say that nowhere in this exhibit did you
4  make any notation regarding NSAIDs being a triggering
5  or a hypothetical cause of Ms. Bartlett's TENS?
6   A.  I don't think I have put it there, you know,
7  without reviewing everything, but it wouldn't -- it
8  wouldn't be something that I would note because it's
9  not an event and it's not a new allergy.  It's not
10  anything new that's happened since her admission.  So
11  it's very likely I may not have mentioned anything.
12   Q.  Okay.  As we sit here today, you can't point me
13  to anything that I missed --
14   A.  No.
15   Q.  -- because I believe I've read it.
16   A.  I can't --
17   Q.  Obviously it's your handwriting and --
18   A.  I can't pinpoint anything at this, you know,
19  maybe if I took a microscope, maybe I could find
20  something.  But from my review, I would say that no.
21   Q.  Thank you.  Doctor, is it a fair statement to
22  say that your primary concern with respect to
23  Ms. Bartlett is providing treatment for her TENS,
24  correct?
25   A.  Yes.
00136
1   Q.  Your primary concern during her hospitalization
2  and during the course and scope of your treatment is
3  not to determine the etiology of her TENS, correct?
4   A.  It is not to determine the etiology.  It is --
5  except for the fact that we have to stop exposure to
6  it.  But no.  If we believe we've stopped exposure to
7  it, it's not something that I would spend a lot of time
8  investigating.
9   Q.  Is it a fair statement to say that in the
10  interest of stopping exposure to potential reasons for
11  TENS, you're overly cautious in that respect?
12   A.  You mean like prescribing the other drugs in the
13  same classification or with similar chemical
14  structures?
15   Q.  What I mean is that in the interest of making
16  sure that you don't expose the patient to any potential
17  or hypothetical or possible reason why they had
18  initially contracted the TENS, that you're going to be
19  -- would it be fair to say that you're overly cautious
20  in that regard?
21   A.  Well, we don't like to be overly but we like to
22  be reasonably cautious --
23   Q.  All right.  Fair.
24   A.  -- okay, because you can rule out all sorts of
25  drug classes if you say that everything potentially
00137
1  could be causing it.  So we would like to be reasonably
2  cautious and make sure that the most likely culprits
3  are at least she's not exposed to again.
4   Q.  Right.  And when you say, "the most likely
5  culprits," is it a fair statement that your
6  determination, if you made one, that the most likely

**Bartlett v Mutual**

7 culprit in this case would be the use of an NSAID was
8 based upon her history and physical, correct?
9   A.  It would be based on her history.  Her physical
10 would give you no clue.
11  Q.  Okay.  And her history was what?
12   A.  Her history was that she came in from New
13 England Medical Center with biopsy-proven TENS after
14 exposure to sulindac and eating Chinese food.
15  Q.  And when -- another way of saying exposure to
16 sulindac is that she had taken sulindac in temporal
17 proximity to the diagnosis of TEN, correct?
18  A.  Yes.
19  Q.  Other than that temporal proximity, did you do
20 any type of experiment or any other type of process by
21 which to attempt to determine that --
22  A.  No.
23  Q.  -- sulindac had something to do with the TEN?
24  A.  No.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  145:5 - 145:9

Is there an identifiable class of people who
6 develop TENS?
7   A.  Yes.  Someone who may have had it before.
8  Q.  Okay.  Beyond that?
9   A.  Beyond that, no.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  148:2 - 148:13

2   Q.  Were you compensated for your time spent
3 reviewing the medical records prior to coming to your
4 deposition today?
5  A.  No.
6  Q.  Do you intend to be?
7  A.  I hope so.
8  Q.  Are you going to bill for it?
9  A.  Yes.  I'm going to bill for it.  It's a lot of
10 hours here.
11  Q.  Sure.  I understand.  And you're going to bill
12 Mr. Jensen for it?
13  A.  Yes.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  148:18 - 149:7

18 BY MR. JENSEN:
19  Q.  My first question, Doctor, is how much per hour
20 are you going to bill me for, please, ma'am?
21   A.  Well, that's been a matter of debate.  So I just
22 asked my boss what he charges and he said 500 an hour.
23  Q.  Okay.  So that will likely be the charge per
24 hour for your time spent away from your patients
25 reviewing your whole chart for Karen Bartlett?
00149
1  A.  Yes.
2  Q.  The defense attorney for Mutual just pointed out
3 that you didn't get the entire medical chart from me.
4 Representing to you that it was over 1500 pages, at
5 $500 an hour would that have been something that you
6 would have reviewed the entire thing of?  Would you
7 have even had time?

| Objections:<br>-402<br>-403 | Ruling:  Overruled. |
|---|---|

---

Witness_ Nam Heui Kim - Vol. 1.txt:  149:9 - 149:18

Bartlett v Mutual

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained as to lines 149:11 through 149:14.  Otherwise overruled. |
|---|---|---|

9     THE WITNESS:  I would not have
10    reviewed the entire record.
11  Q.  (By Mr. Jensen)  Would it -- of course the
12 defense attorney had the opportunity to provide you the
13 entire record today and so far they haven't, correct?
14  A.  Correct.
15  Q.  Okay.  As of 2005, Dr. Kim, did you write down
16 every thought that entered your mind in your medical
17 records regarding the cause or etiology of a person's
18 TEN or other burn condition at Mass General?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  149:22 - 150:2

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained as to lines 149:25 through 150:2. |
|---|---|---|

22     THE WITNESS:  No.
23  Q.  (By Mr. Jensen)  Is your answer no?
24  A.  No.
25  Q.  Why did you not write down every thought that
00150
1 entered your head as to cause or etiology of a person's
2 TEN or other burn condition at Mass General?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  150:4 - 150:11

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |
|---|---|---|

4     THE WITNESS:  While I was at Mass
5    General -- it's really not important to my
6    care of the patient.
7  Q.  (By Mr. Jensen)  Would you also as a matter of
8 practice not write down things that were already
9 documented in the medical records such as the repeated
10 statement that NSAIDs or sulindac was the cause of
11 Karen Bartlett's TEN?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  150:14 - 150:17

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |
|---|---|---|

14     THE WITNESS:  I wouldn't be writing
15    down that information.  I also don't write
16    down -- always write down treatment unless
17    it changes.

---

Witness_ Nam Heui Kim - Vol. 1.txt:  151:2 - 151:11

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |
|---|---|---|

2  Q.  (By Mr. Jensen)  Do you recall the questions you
3 were asked about a mechanism of action just a couple
4 minutes ago?
5  A.  Yes.
6  Q.  As of 2005, Dr. Kim, did you know of any
7 examples where doctors like yourself did not know what
8 the mechanism of action was between an agent and a
9 condition or between Condition A and Condition B but
10 still believed there was a causal relationship between
11 the two?

---

Witness_ Nam Heui Kim - Vol. 1.txt:  151:15 - 151:20

| | Objections:<br>-402<br>-403<br>-611 (includes 611(c))<br>-Foundation<br>-702 (improper opinion from non-retained expert) | Ruling:  Sustained. |
|---|---|---|

15     THE WITNESS:  Yeah.
16  Q.  (By Mr. Jensen)  In other words, in 2005 is it
17 correct to state that Dr. Kim knew that doctors didn't
18 need to know the cause of action to make sound medical
19 conclusions about causal relationships in certain
20 instances; is that fair?

Bartlett v Mutual

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 151:23 - 152:4**

23    THE WITNESS:  In certain instances,
24    yes.
25  Q.  (By Mr. Jensen)  Can you give us some examples
00152
1  that you would have known of in 2005 of when doctors
2  like yourself did not know the mechanism of action but
3  still believed there was a causal relationship between
4  the two?

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 152:8 - 153:1**

8    THE WITNESS:  Well, ARDS.  It's like
9    we don't always know the cause of ARDS.
10    Often it's infection or fluid overload, but
11    we still treat it the same way.  Pneumonia
12    we just treat with antibiotics and hope we
13    get the right ones, broad spectrum, and
14    then tailor down if we get the information.
15  Q.  (By Mr. Jensen)  So you're telling us about you
16  don't know the mechanism of action between treatment
17  and cure, but you still believe there's a relationship,
18  a positive one between the two?
19  A.  For --
20  Q.  For ARDS and for pneumonia?
21  A.  Well, sometimes the exact mechanism is unknown
22  but you treat it the same way, okay.  And often it's
23  like if you delay treatment, for instance, in
24  infection, like a pneumonia, for waiting for the exact
25  mechanism, you have delayed for several days and the
00153
1  patient is doing worse for it.

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -Foundation | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 153:11 - 153:12**

Is -- does idiopathic or idiosyncratic mean you
12  do not know the cause?

| Objections: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 153:14 - 154:5**

14    THE WITNESS:  They actually mean two
15    different things, okay.  Idiosyncratic
16    means that someone has a reaction that is
17    different than anyone else's reaction, and
18    idiopathic means it's an unknown cause.
19  Q.  (By Mr. Jensen)  So when you speak of an
20  idiopathic disease, that's not a cause for the disease.
21  That means doctors don't know the cause for the
22  disease, correct?
23  A.  Yes.
24  Q.  And is it correct to state that based upon your
25  care and treatment of Karen Bartlett, you knew of
00154
1  nothing that but for the events that led to her TEN,
2  taking sulindac specifically, would have made her
3  predisposed or more likely to get TEN than anyone else
4  in this room or in the world?
5  A.  Yes.  We just don't know.

| Objections: | Ruling:  Sustained as to lines 153:14 through 153:23.  Otherwise overruled. |
|---|---|
| -402 | |
| -403 | |
| -611 (includes 611(c)) | |
| -702 (improper opinion from non-retained expert) | |

---

**Witness_ Nam Heui Kim - Vol. 1.txt: 154:14 - 155:11**

Bartlett v Mutual

Is it correct to state that you knew
15 of nothing about Karen Bartlett's past medical history
16 or her medical and physical conditions which
17 predisposed her to getting TEN based upon your care and
18 treatment?
19   A.   Yes.
20   Q.   Yes, you did not know of any such things,
21 correct?
22   A.   I did not -- I do not know of any such things.
23   Q.   Okay.  Do you recall the question you were asked
24 about whether you did an experiment to determine if
25 sulindac caused her TEN?
00155
1   A.   Would I do an experiment?
2   Q.   No.  Do you recall being asked by Mutual's
3 attorney whether you did an experiment or not to
4 determine if sulindac caused Ms. Bartlett's TEN?
5   A.   Yeah, something like that.
6   Q.   In 2005, Dr. Kim, was there any experiment that
7 you knew of or that, to your knowledge, was known to
8 medicine other than a positive rechallenge that could
9 have been done to confirm your conclusion and Dr.
10 Ryan's conclusion that sulindac had caused Karen
11 Bartlett's TEN?

| Objections: | Ruling:  Sustained as |
|---|---|
| -402 | to "and Dr. Ryan's |
| -403 | conclusion."  Otherwise |
| -702 (improper opinion from non-retained | overruled. |
| expert) | |

Witness_ Nam Heui Kim - Vol. 1.txt:  155:14 - 156:2

14        THE WITNESS:  I don't know of any way
15        to do that test except rechallenging
16        someone with the -- what is believed to be
17        the causative agent.
18   Q.   (By Mr. Jensen)  And a rechallenge, do you
19 agree, would mean reintroducing or giving her sulindac
20 again, which would be highly unethical to do?
21   A.   Yes.  It could potentially have very harmful
22 effects if it is the causative agent.
23   Q.   So in short, as you knew it in 2005, there was
24 no test known to modern medicine other than that highly
25 unethical option to do what the defense attorney asked
00156
1 you about, to do an experiment to confirm causation,
2 correct?

| Objections: | Ruling:  Overruled. |
|---|---|
| -611 (includes 611(c)) | Limiting instruction |
| -Foundation | restricting the |
| | admissibility of |
| | testimony to explaining |
| | witness's treatment of |
| | plaintiff may be |
| | appropriate (Rule 105). |

Witness_ Nam Heui Kim - Vol. 1.txt:  Page 156, Line 6

6   A.   Yes.

| Objections: | Ruling:  Overruled. |
|---|---|
| -611 (includes 611(c)) | |
| -Foundation | |
| -Misrepresents prior testimony | |