UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

                v.                          Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc.


**SUMMARY ORDER**

Plaintiff Karen Bartlett's motion in limine seeking to
exclude from trial any evidence that her doctor Tahsin Ergin
failed to read Sulindac's warning label and/or failed to warn her
of the drug's safety risks (document no. 261) is GRANTED as to
parts (a) and (b), but DENIED as to part (c).  Such evidence was
originally relevant to Bartlett's failure-to-warn claims and to
defendant Mutual Pharmaceutical Company's apportionment and
superseding cause defenses, but this court recently granted
summary judgment on those claims and defenses.  See Bartlett v.
Mut. Pharm. Co., 2010 DNH 112, 11-22 (failure-to-warn claims);
document no. 329 (Mutual's defenses).  The evidence is not
relevant to any other claim or defense remaining in the case.
See Fed. R. Evid. 401, 402.  Bartlett's request to exclude it is
therefore granted.

Since Bartlett has notified the court that she no longer
intends to call Dr. Ergin as a witness (document no. 334), her
request that she be allowed to ask certain warning-related

questions of him during direct examination without "opening the door" to cross-examination by Mutual on the matters referenced above is denied as moot.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 12, 2010

cc:  Keith M. Jensen, Esq.
     Bryan Ballew, Esq.
     Patrick J. O'Neal, Esq.
     Eric Roberson, Esq.
     Christine M. Craig, Esq.
     Timothy P. Beaupre, Esq.
     Joseph P. Thomas, Esq.
     Paul J. Cosgrove, Esq.
     Jeffrey D. Geoppinger, Esq.
     Linda E. Maichl, Esq.
     Stephen J. Judge, Esq.
     Pierre A. Chabot, Esq.