UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

v.                                    Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc.

## SUMMARY ORDER

Attached are the court's rulings on Mutual's objections to the deposition testimony of one of Bartlett's potential witnesses, Robert Dettery, who has been deemed unavailable to testify at trial under Rule 32(a)(4) of the Federal Rules of Civil Procedure (see doc. 275).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 17, 2010

cc:    Bryan Ballew, Esq.
       Keith M. Jensen, Esq.
       Patrick J. O'Neal, Esq.
       Eric Roberson, Esq.
       Christine M. Craig, Esq.
       Timothy P. Beaupre, Esq.
       Jeffrey D. Geoppinger, Esq.
       Joseph P. Thomas, Esq.
       Paul J. Cosgrove, Esq.
       Linda E. Maichl, Esq.
       Stephen J. Judge, Esq.
       Pierre A. Chabot, Esq.

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 1.txt:  1:1 - 1:22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
2
3
4
5  KAREN L. BARTLETT and
GREGORY S. BARTLETT,
6     Plaintiffs,
Case No.: 08-cv-358-JL
7                     Judge Joseph N. Laplante
V
8
9  MUTUAL PHARMACEUTICAL
COMPANY, INC. and UNITED
10  RESEARCH LABORATORIES, INC,
Defendants.
11
12
13        Videotaped deposition of
14  ROBERT DETTERY, taken at the law offices
15  of Segal, McCambridge, Singer & Mahoney,
16  Ltd., United Plaza, 30 South 17th
17  Street, Suite 1700, Philadelphia,
18  Pennsylvania, on Friday, August 28,
19  2009, at 9:10 a.m., before Jennifer L.
20  Bermudez, a Registered Professional
21  Reporter, and Notary Public, pursuant to
22  notice.

---

Witness_ Robert Dettery - Vol. 1.txt:  5:18 - 6:9

Q.  What do you do for a living,
19  Mr. Dettery?
20  A.  I am a vice president of
21  regulatory affairs.
22  Q.  For...?
23  A.  Mutual Pharmaceutical Company.
24  Q.  And you have held that position
25  for how long?
00006
1  A.  Since 1993.
2  Q.  And what was your position before
3  that?
4  A.  I was director of regulatory
5  affairs at Mutual Pharmaceutical
6  Company.
7  Q.  And you held that position since
8  when?
9  A.  Since 1989.

---

Witness_ Robert Dettery - Vol. 1.txt:  6:12 - 6:19

Q.  You joined Mutual in '89, 20 years
13  ago?
14  A.  Yes.
15  Q.  And so in that 20 years, you have
16  either been the director of regulatory
17  affairs or now you are the vice
18  president of regulatory affairs?
19  A.  Correct.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 7:5 - 8:11**

Q.  And when was Mutual established?
6 A.  Mutual was established in 1984.
7 Q.  And Mutual is owned by who?
8 A.  Presently, it's privately owned by
9 an investment group and by our
10 president/CEO.
11 Q.  And who is that?
12 A.  The president and CEO, his name is
13 Dr. Richard Roberts.
14 Q.  What is the relationship between
15 Mutual Pharmaceutical Company and URL
16 Pharma, Inc., formerly known as
17 Pharmaceutical Holding or URL Pharma?
18 A.  Mutual and URL are separate, but
19 related business entities, under a
20 common ownership and common management.
21 And the common ownership is the -- was
22 previously known as Pharmaceutical
23 Holdings, it's now known as URL Pharma.
24 Q.  What are the other separate
25 business entities owned by URL Pharma,
00008
1 other than Mutual?
2 A.  There's AR Scientific,
3 Incorporated, and AR Holding.
4 Q.  So there are basically three legs,
5 as you understand it, to URL, AR
6 Scientific, AR Holding, and Mutual
7 Pharmaceutical?
8 A.  I would say AR Scientific, Mutual
9 Pharmaceutical, and URL, which has
10 recently now been changed to URL
11 Distributing.

| Objection (7:7 to 7:13): | Ruling:  Sustained. |
|---|---|
| -402 | |

| Objection (7:14 to 8:11): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 (Mutual is only defendant) | |

---

**Witness_ Robert Dettery - Vol. 1.txt: 9:9 - 9:23**

Q.  How many ANDAs does Mutual
10 presently have?  A best estimate is
11 fine.
12 A.  An estimate, around 250.
13 Q.  And about four NDAs?
14 A.  Yes.
15 Q.  And what are those four NDAs?
16 A.  An NDA for Bactrim tablets and an
17 NDA for Qualaquin capsules.  We have an
18 NDA for Colcrys tablets.
19 Q.  Can you spell that, please.
20 A.  C-O-L-C-R-Y-S.
21 Q.  Okay.
22 A.  And we have an NDA for Fibricor
23 tablets.

| Objection (9:9 to 11:3): | Ruling:  Overruled.  Some limited reference to other drugs that Mutual manufactures is permissible as background information. |
|---|---|
| -402 | |

---

**Witness_ Robert Dettery - Vol. 1.txt: 10:22 - 11:3**

Q.  And how long has Mutual held the
23 NDA for Bactrim?
24 A.  I believe we purchased it around
25 2004.
00011

**Bartlett v Mutual**

1 Q.  When in 2004?
2 A.  It was late in the year, November
3 or December, something like that.

---

Witness_  Robert Dettery - Vol. 1.txt:  11:4 - 11:7

Q.  And when did Mutual start its
5  analysis, due diligence investigation of
6  whether or not it might want to purchase
7  Bactrim tablet's NDA?

| Objection: | Ruling:  Sustained. |
| -402 | |

---

Witness_  Robert Dettery - Vol. 1.txt:  Page 11, Line 10

THE WITNESS:  I don't know.

| Objection: | Ruling:  Sustained. |
| -402 | |

---

Witness_  Robert Dettery - Vol. 1.txt:  15:3 - 15:6

Q.  So since you began at Mutual in
4  1989, Mutual was an ANDA holder for the
5  generic Bactrim, correct?
6  A.  Correct.

| Objection (15:3 to | Ruling:  Overruled. |
| 15:9): | |
| -402 | |
| -403 | |

---

Witness_  Robert Dettery - Vol. 1.txt:  Page 15, Line 9

THE WITNESS:  Correct.

---

Witness_  Robert Dettery - Vol. 1.txt:  15:23 - 17:24

Has Mutual manufactured generic
24  Bactrim and then an RLD Bactrim in only
25  one place since you have been with
00016
1  Mutual or many places?
2  A.  One place.
3  Q.  Where is that place?
4  A.  At our main facility, 1100
5  Orthodox Street, Philadelphia.
6  Q.  And what company or companies'
7  names appear on that main facility?
8  A.  I don't understand your question.
9  Q.   Sure.
10      If we looked on your Web page,
11  would it say URL Pharma on the marquee
12  before you walked into that location?
13  A.  I believe it does say URL Pharma.
14  Q.  Is there a place where you
15  would -- headquarters where you would
16  see Mutual Pharmaceutical on any marquee
17  or is Mutual contained within URL Pharma
18  at that location at that address?
19  A.   Mutual is contained within URL
20  Pharma.
21  Q.   And these separate businesses with
22  a common ownership by URL Mutual, AR
23  Scientific, AR Holding, and URL
24  Distributing, is it also true for those
25  three entities that they have no
00017
1  headquarters, but they all do business
2  out of that same address under the
3  marquee URL Pharma?
4  A.  That's correct.

**Bartlett v Mutual**

5  Q.   And approximately how many
6  employees are there now of URL Pharma
7  and its various subsidiaries?
8  A.   Approximately 700.
9  Q.   And '07 sales were greater than
10 $480 million?
11 A.  I'm not sure.
12 Q.   And if it says $480 million on the
13 URL Pharma website, is that something
14 that you would dispute or does it sound
15 familiar to you?
16 A.   I have no reason to dispute it.
17 If it's truly on the website, then I
18 would have to accept that it would be
19 correct.
20 Q.   And if I just used the number,
21 does it sound correct to you that '07
22 sales were greater than $450 million?
23 Does that sound correct or outlandish to
24 you?

| Objection (15:23 to 18:3): | Ruling:  Sustained as to lines 17:9 through 18:3. |
| --- | --- |
| -402 | Otherwise overruled. |
| -403 (sales not only irrelevant, but also not Mutual's) | |

Witness_ Robert Dettery - Vol. 1.txt:  18:2 - 18:3

THE WITNESS:  It sounds like
3  it would likely be correct.

Witness_ Robert Dettery - Vol. 1.txt:  19:14 - 20:8

Q.   Is it correct to state,
15 Mr. Dettery, that you are the top
16 regulatory affairs person within URL for
17 all its ANDAs and NDAs?
18 A.   Within URL Pharma, yes.
19 Q.   And if I ask you the same question
20 for Mutual, would the answer be same
21 for Mutual?
22 A.   Yes.
23 Q.   Of the 250 approximate ANDAs, I
24 think I asked if they -- how many there
25 were for URL, how many approximate ANDAs
00020
1  are under Mutual's name?
2  A.   All of the ANDAs are under
3  Mutual's name.
4  Q.   Okay.  How many of the four NDAs
5  are under Mutual's name?
6  A.   None.
7  Q.   What name are they under?
8  A.   AR Holdings.

| Objection (19:23 to 20:8): | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |

Witness_ Robert Dettery - Vol. 1.txt:  21:13 - 21:16

Q.   Does Mutual still have a generic
14 allopurinol on the market?
15 A.   I think we are selling one
16 strength of it currently.

| Objection: | Ruling:  Overruled. |
| --- | --- |
| -402 | |

Witness_ Robert Dettery - Vol. 1.txt:  24:9 - 24:20

Q.   Is tolmetin the only other NSAID
10 that Mutual has ever sold other than
11 sulindac?

**Bartlett v Mutual**

12 A. No.
13 Q. What are the other ones?
14 A. Indomethacin. At one time we sold
15 ibuprofen. That's all I remember at the
16 moment.
17 Q. Okay. So the only four you
18 remember are tolmetin, indomethacin, the
19 formerly sold ibuprofen, and sulindac?
20 A. That's all I remember now, yes.

| Objection: | Ruling: Overruled. |
|---|---|
| -402 | |
| -403 | |

---

Witness_ Robert Dettery - Vol. 1.txt: 26:4 - 26:22

Q. Do you understand, Mr. Dettery,
5 that you have been designated by
6 attorneys for Mutual to provide
7 testimony on behalf of the corporation
8 for a number of topics pursuant to a
9 deposition notice?
10 A. Yes.
11 Q. Please tell the ladies and
12 gentlemen of the jury what regulatory
13 affairs is.
14 A. Well, regulatory affairs is the
15 department within the company that deals
16 with the regulatory agencies,
17 particularly FDA and DEA, and we are
18 responsible for the submissions of
19 applications to FDA.
20    In our company, we are also
21 responsible for basically any
22 interaction between FDA and DEA.

---

Witness_ Robert Dettery - Vol. 1.txt: 27:8 - 27:14

Q. What is the Physicians' Desk
9 Reference?
10 A. It's a book of -- a published
11 document, also now available online, in
12 which brand companies will pay to have
13 their product inserts published so that
14 physicians have a reference source.

---

Witness_ Robert Dettery - Vol. 1.txt: 29:2 - 29:4

To your knowledge, is there a
3 Bactrim label in the PDR?
4 A. To my knowledge, it's not.

| Objection: | Ruling: Overruled. This testimony about |
|---|---|
| -402 | Bactrim is later linked up to testimony about |
| -403 | how Bactrim's label warned of SJS/TEN |
| | (see lines 126:17 through 127:15) and is |
| | thus relevant to whether Sulindac's |
| | different warning of SJS/TEN avoided an |
| | unreasonable risk of harm. |

---

Witness_ Robert Dettery - Vol. 1.txt: 29:13 - 29:20

Is that the 2000 Bactrim label
14 that's published in the PDR?
15 A. Well, it's the Bactrim insert, and
16 the bottom of the page does indicate
17 it's the 2000 PDR, so it appears to be.
18 Q. So this is a place where a doctor
19 can go look for the risk benefit profile
20 of Bactrim, correct?

| Objection (29:13 | Ruling: Overruled. |
|---|---|
| to 30:15): | |
| -402 | |
| -403 | |

---

Witness_ Robert Dettery - Vol. 1.txt: 29:23 - 30:12

THE WITNESS: Yes, this would

Bartlett v Mutual

24  be available to a doctor.  He could
25  refer to it.
00030
1  BY MR. JENSEN:
2  Q.   What are the purpose of labels
3  like the one we are looking at for
4  Bactrim?
5  A.   To instruct the health care
6  professional in the safe and effective
7  way of using the product.
8  Q.   And you are a regulatory affairs
9  expert, which means you know a lot about
10  the regulations which govern what needs
11  to be in a label and what shouldn't be
12  in a label, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 30, Line 15

---

THE WITNESS:  Yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  31:2 - 31:4

---

You know that the regulations in
3  part say that a label for a drug cannot
4  be false in any particular, correct?

| Objection (31:2 to 31:22): |
| -402 |
| -702 (not a qualified expert) |
| -Not a designated expert under 26(a)(2) |

Ruling:  Sustained.  The witness may not testify about the meaning of FDA regulations.

---

Witness_ Robert Dettery - Vol. 1.txt:  31:7 - 31:19

THE WITNESS:  Well, yes.  The
8  labeling is part of an application and
9  the application cannot contain false
10  information.  So I would say then the
11  answer to your question is that's
12  correct.
13  BY MR. JENSEN:
14  Q.   Okay.  And let's separate it.  If
15  a doctor is seeking out information
16  about a label, he doesn't have access to
17  the drug company's application you are
18  referring to, he or she just has access
19  to the label, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 31, Line 22

---

THE WITNESS:  Correct.

---

Witness_ Robert Dettery - Vol. 1.txt:  33:6 - 33:8

---

Isn't it
7  true the regulations state that labels
8  cannot be misleading in any particular?

| Objection (33:6 to 36:12): |
| -402 |
| -602 |
| -Not a qualified expert |
| -Not a designated expert under 26(a)(2) |
| -Calls for opinion testimony from a law witness |

Ruling:  Sustained as to lines 33:11 through 33:21 and as to lines 35:12 through 36:2.  Otherwise overruled.

---

Witness_ Robert Dettery - Vol. 1.txt:  33:11 - 33:18

THE WITNESS:  Yes.
12  BY MR. JENSEN:
13  Q.   Isn't it true that the -- you
14  agree that the purpose of the
15  regulations is that labels can neither
16  overstate the benefits associated with a
17  drug nor can they understate the risks
18  associated with a drug?

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 33:21 - 34:1**

THE WITNESS: That's correct.
22 BY MR. JENSEN:
23 Q. Why is it important that labels
24 neither overstate the benefits nor
25 understate the risks associated with a
00034
1 drug?

---

**Witness_ Robert Dettery - Vol. 1.txt: 34:4 - 34:16**

THE WITNESS: So the doctor
5 has a clear understanding of the usage
6 of the product.
7 BY MR. JENSEN:
8 Q. Do you agree that when a doctor
9 lacks a clear understanding of the
10 product, if, hypothetically, a label
11 overstated benefits or understated
12 risks, it might, might, lead to the use
13 of the product when that doctor might
14 not have otherwise done it had they
15 known the accurate benefit and risk
16 profile?

---

**Witness_ Robert Dettery - Vol. 1.txt: 34:19 - 35:2**

THE WITNESS: That's
20 possible, yes.
21 BY MR. JENSEN:
22 Q. And that's the obvious purpose of
23 making sure the labels doesn't overstate
24 risks -- excuse me -- that's the obvious
25 purpose of having a label that does not
00035
1 overstate benefits nor understate
2 risks. Fair?

---

**Witness_ Robert Dettery - Vol. 1.txt: Page 35, Line 5**

THE WITNESS: Yes.

---

**Witness_ Robert Dettery - Vol. 1.txt: 35:12 - 35:15**

Q. There's also regulations that very
13 much in detail state what information
14 needs to be in what specific section of
15 a label, correct, Mr. Dettery?

---

**Witness_ Robert Dettery - Vol. 1.txt: 35:18 - 35:24**

THE WITNESS: Yes.
19 BY MR. JENSEN:
20 Q. And those sections include the
21 Warnings section, the Indications and
22 Usage section, the Precaution section,
23 and the Adverse Reaction section,
24 correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 36:2 - 36:6**

**Bartlett v Mutual**

THE WITNESS:  Yes.
3  BY MR. JENSEN:
4  Q.   And tell us, Mr. Dettery, what the
5  purpose of the Warnings section of the
6  label is.

---

**Witness_ Robert Dettery - Vol. 1.txt:  36:9 - 36:12**

THE WITNESS:  To provide the
10  health care professional with the
11  significant warnings pertaining to the
12  use of the product.

---

**Witness_ Robert Dettery - Vol. 1.txt:  37:5 - 37:12**

| My question is, don't you agree | Objection (37:5 to 37:17): | Ruling:  Sustained.  The witness may not testify about the meaning of FDA regulations. |
|---|---|---|
| 6  that the regulations require that when a | -402 | |
| 7  serious adverse reaction is associated | -602 | |
| 8  with a drug, and serious, as you know, | -Not a qualified expert | |
| 9  is defined as one that can lead to death | -Not a designated | |
| 10  or require hospitalization, that such an | expert under 26(a)(2) | |
| 11  adverse reaction needs to be put in the | -Calls for opinion | |
| 12  Warnings section of the label? | testimony from lay witness | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  37:16 - 37:17**

THE WITNESS:  No, I don't
17  understand the regulations to say that.

---

**Witness_ Robert Dettery - Vol. 1.txt:  38:5 - 38:14**

| Q.   Is it your testimony that you | Objection (38:5 to 38:15): | Ruling:  Sustained. |
|---|---|---|
| 6  don't know whether or not the | -402 | |
| 7  regulations say that when a reaction is | -602 | |
| 8  serious, which they define as one that | -Not a qualified expert | |
| 9  can lead to death or require | -Not a designated | |
| 10  hospitalization, that such an adverse | expert under 26(a)(2) | |
| 11  reaction needs to be put in the Warnings | -Calls for opinion | |
| 12  section, is it your testimony you don't | testimony from lay | |
| 13  know one way or the other or you are | witness | |
| 14  disagreeing with that proposition? | -Calls for speculation | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  38:17 - 38:19**

THE WITNESS:  I'm saying I
18  can't answer without referring to the
19  regulations.

---

**Witness_ Robert Dettery - Vol. 1.txt:  40:14 - 40:22**

| Do you agree that the definition | Objection (40:14 to 41:7): | Ruling:  Sustained. |
|---|---|---|
| 15  of a serious adverse reaction is one | -402 | |
| 16  that can lead to death or require | -602 | |
| 17  hospitalization? | -Not a qualified | |
| 18  A.  Yes. | expert | |
| 19  Q.   And that understanding that you | -Not a designated | |
| 20  have comes from the regulations, | expert under 26(a)(2) | |
| 21  correct? | -Calls for opinion | |
| 22  A.  Yes. | testimony from law witness | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 41, Line 7**

**Bartlett v Mutual**

**A.  Yes.**

---

**Witness_ Robert Dettery - Vol. 1.txt:  41:19 - 41:24**

| | | |
|---|---|---|
| When an adverse event that's<br>20  associated with a drug is serious, as we<br>21  both agree is one that can lead to death<br>22  or require hospitalization, it has legal<br>23  ramifications as to where it needs to be<br>24  put in the label, right? | Objection (41:19 to<br>42:5):<br>-402<br>-602<br>-Calls for speculation<br>-Not a qualified expert<br>-Not a designated<br>expert under 26(a)(2)<br>-Calls for opinion<br>testimony from lay<br>witness | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  42:3 - 42:5**

THE WITNESS:  Again, I would
4  need to refer to the regulations in
5  order to answer that.

---

**Witness_ Robert Dettery - Vol. 1.txt:  42:7 - 42:16**

| | | |
|---|---|---|
| Q.  How many annual reports have been<br>8  filed in relation to sulindac since its<br>9  market approval?<br>10  A.  Well, if it was approved in 1991,<br>11  there would be approximately 17 annual<br>12  reports.<br>13  Q.  Are they all still in the custody<br>14  and possession of Mutual, those 17<br>15  annual reports?<br>16  A.  Probably not. | Objection:<br>-402<br>-403<br>-602 | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  42:25 - 43:3**

| | | |
|---|---|---|
| Where are<br>00043<br>1  the annual reports that you are telling<br>2  me were likely filed with the FDA that<br>3  have not been produced in this lawsuit? | Objection (42:25<br>to 44:9):<br>-402<br>-403<br>-602 | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  43:7 - 43:12**

THE WITNESS:  Well, I would
8  assume that they have been destroyed.
9  BY MR. JENSEN:
10  Q.  And how many of the 17 annual
11  reports have been destroyed?
12  A.  I don't know.

---

**Witness_ Robert Dettery - Vol. 1.txt:  43:17 - 43:19**

Q.  What's your best estimate of how
18  many of the 17 annual reports for
19  sulindac have been destroyed?

---

**Witness_ Robert Dettery - Vol. 1.txt:  43:22 - 43:24**

THE WITNESS:  Well, if I had
23  to estimate, I would say maybe about ten
24  or 12.

---

**Witness_ Robert Dettery - Vol. 1.txt:  44:1 - 44:5**

**Bartlett v Mutual**

Q.  And in relation to the 17 that you
2  say were filed, the estimation that ten
3  or 12 have been destroyed would have
4  been in which year, starting from 1991,
5  obviously, through the present?

---

Witness_ Robert Dettery - Vol. 1.txt:  44:8 - 44:15

THE WITNESS:  They would be
9  the oldest ones.
10  BY MR. JENSEN:
11  Q.  What is your understanding, if you
12  have one, as to when and whether a drug
13  company is ever permitted by regulation
14  or otherwise to destroy annual reports
15  that it's filed?

| Objection (44:11 to 44:22):<br>-402<br>-403<br>-602<br>-Seeks opinion for lay witness not designated under 26(a)(2) | Ruling:  Sustained. |
|---|---|

---

Witness_ Robert Dettery - Vol. 1.txt:  44:19 - 44:22

THE WITNESS:  Documents may
20  be destroyed a year after the last
21  expiration date of the products produced
22  during that period.

---

Witness_ Robert Dettery - Vol. 1.txt:  45:9 - 45:15

Q.  So it's your testimony that it's
10  your understanding that, for example, if
11  an annual report's filing covering April
12  of 1995 through March of 1996, that in
13  March of 1997 the company would be free
14  to destroy that report for that annual
15  period I just mentioned?

| Objection (45:9 to 45:20):<br>-402<br>-403<br>-602<br>-Seeks opinion for lay witness not designated under 26(a)(2) | Ruling:  Sustained. |
|---|---|

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 45, Line 20

THE WITNESS:  No.

---

Witness_ Robert Dettery - Vol. 1.txt:  46:8 - 46:23

Q.  What is your understanding in that
9  regard, sir?
10  A.  It is one year after the
11  expiration of the -- the last expiration
12  of the products manufactured during the
13  reporting period.
14  Q.  And what regulation says that?
15  A.  I believe it might be in the GMP
16  regulations.
17  Q.  And GMP stands for what, please?
18  A.  Good manufacturing practices.
19  Q.  So that wouldn't be a regulation,
20  that would be a document produced, as
21  you understand it, by the FDA talking
22  about what you can do or not do in
23  relation to the regulations?

| Objection (46:8 to 47:21):<br>-402<br>-403<br>-602<br>-Seeks opinion for lay witness not designated under 26(a)(2) | Ruling:  Sustained. |
|---|---|

---

Witness_ Robert Dettery - Vol. 1.txt:  46:25 - 47:3

THE WITNESS:  No.
00047
1  BY MR. JENSEN:

**Bartlett v Mutual**

2 Q.  Okay.  What is it, then?
3 A.  It's a regulation.

---

**Witness_  Robert Dettery - Vol. 1.txt:  47:5 - 47:10**

so listen to my example.
6     An annual report that covers March
7  1995 -- excuse me -- April 1995 through
8  March 1996, when, to your understanding,
9  could that annual report for that period
10  be destroyed?

---

**Witness_  Robert Dettery - Vol. 1.txt:  47:12 - 47:21**

THE WITNESS:  It depends on
13  the expiration of the product.  So, say,
14  during that 12-month period, the
15  product -- say, it had a 36-month
16  expiration period.  Okay?
17          So if a product was
18  manufactured March 1996, it has a three-
19  year expiration period, it would take it
20  to March 1999, the annual report could
21  be destroyed after March 2000.

---

**Witness_  Robert Dettery - Vol. 1.txt:  54:12 - 54:14**

Q.  You have seen Regulation 20157
13  before, correct, that I just handed you?
14  A.  Yes.

| Objection (54:12 to 55:13): |
| -402 |
| -403 |
| -702 |
| -Calls for opinion from lay witness |
| -Not designated under 26(a)(2) |

Ruling:  Sustained.

---

**Witness_  Robert Dettery - Vol. 1.txt:  54:18 - 54:20**

Q.  And you read that all before you
19  ever heard about this lawsuit, right?
20  That entire regulation, correct?

---

**Witness_  Robert Dettery - Vol. 1.txt:  54:23 - 55:5**

THE WITNESS:  Most likely,
24  yes.
25  BY MR. JENSEN:
00055
1 Q.  And you know that to be the
2  regulation that governs what information
3  needs to be in what section of the
4  package insert that might go into the
5  Physicians' Desk Reference, correct?

---

**Witness_  Robert Dettery - Vol. 1.txt:  55:7 - 55:13**

THE WITNESS:  Yes.
8  BY MR. JENSEN:
9 Q.  And you know that, as we discussed
10  before, the warnings, it's under sub
11  E -- can you read me the first sentence
12  as to what needs to be in the Warnings
13  section of the label?

---

**Witness_  Robert Dettery - Vol. 1.txt:  55:22 - 56:7**

A.  "Warnings:  Under this section

**Bartlett v Mutual**

| | Objection (55:22 to 56:10):<br>-402<br>-403<br>-602<br>-702<br>-Calls for opinion from lay witness<br>-Not designated under 26(a)(2)<br>-Improper publishing | Ruling: Sustained. |

23  heading the labeling shall describe
24  serious adverse reactions and potential
25  safety hazards, limitations in use
00056
1  imposed by them and steps that should be
2  taken if they occur."
3  Q.  So now that I have shown you this
4  regulation, do you agree that, based on
5  our conversation, when an adverse
6  reaction is serious, it needs to be in
7  the Warnings section of the label?

---

Witness_ Robert Dettery - Vol. 1.txt:  56:9 - 56:16

THE WITNESS:  That's what it
10  appears to say, yes.
11  BY MR. JENSEN:
12  Q.  And you have known for -- is it
13  true that you have known for well over a
14  decade that Stevens-Johnson Syndrome and
15  toxic epidermal necrolysis are serious
16  adverse reactions?

| | Objection (56:12 to 57:5):<br>-402<br>-702<br>-Calls for opinion from lay witness | Ruling: Overruled. |

---

Witness_ Robert Dettery - Vol. 1.txt:  56:20 - 57:2

THE WITNESS:  Are you asking
21  if I personally knew that for over a
22  decade?
23  BY MR. JENSEN:
24  Q.  Yes.
25  A.  I don't know how long I have known
00057
1  that.
2  Q.  You knew it before 2003, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 57, Line 5

THE WITNESS:  Yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  57:18 - 57:22

Q.  Okay.  Do you -- are you telling
19  the jury you don't know that SJS and TEN
20  are associated with a high mortality
21  rate, meaning the percent by which they
22  result in death?

| | Objection (57:18 to 58:12):<br>-402<br>-403<br>-602<br>-702<br>-Calls for expert opinion from lay witness<br>-Not designated under 26(a)(2) | Ruling: Sustained. |

---

Witness_ Robert Dettery - Vol. 1.txt:  57:25 - 58:9

THE WITNESS:  I am saying I
00058
1  don't know that it's a serious adverse
2  event because of a -- what you
3  characterize as a high mortality rate.
4  BY MR. JENSEN:
5  Q.  Well, you agree that the
6  definition in the CFR is that what is a
7  serious event is an event that can
8  either result in death or require
9  hospitalization, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  58:11 - 58:12

**Bartlett v Mutual**

THE WITNESS:  Among other
12  things, yes.

---

**Witness_ Robert Dettery - Vol. 1.txt:  58:25 - 59:1**

Q.  You know that SJS and TEN can and
00059
1  do result in death, correct?

| | |
|---|---|
| Objection (58:25 to 59:15):<br>-402<br>-403<br>-602<br>-702<br>-Calls for expert opinion from lay witness<br>-Not designated under 26(a)(2) | Ruling:  Overruled. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  59:4 - 59:8**

THE WITNESS:  Yes.
5  BY MR. JENSEN:
6  Q.   Okay.  And you know that SJS and
7  TEN can and do require hospitalization,
8  correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  59:10 - 59:13**

THE WITNESS:  Yes.
11  BY MR. JENSEN:
12  Q.  You know that SJS and TEN can and
13  do result in blindness, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 59, Line 15**

THE WITNESS:  No.

---

**Witness_ Robert Dettery - Vol. 1.txt:  60:13 - 60:20**

Q.  Do you have knowledge that Karen
14  Bartlett has undergone a number of eye
15  surgeries?
16  A.  No.
17  Q.  Do you have knowledge that Karen's
18  eye surgeons and ophthalmologists have
19  frequently described her as legally
20  blind?

| | |
|---|---|
| Objection (60:13 to 61:15):<br>-402<br>-403<br>-602<br>-Argumentative | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  60:22 - 61:5**

THE WITNESS:  No.
23  BY MR. JENSEN:
24  Q.  So if I were to represent to you
25  that it's true, because it is, that
00061
1  Karen Bartlett's had now over nine
2  surgeries and she's still legally blind
3  in both eyes, worse than 2200 visual
4  acuity in both eyes, that's completely
5  new information to you?

---

**Witness_ Robert Dettery - Vol. 1.txt:  61:8 - 61:15**

THE WITNESS:  Yes.
9  BY MR. JENSEN:
10  Q.   And if I were to represent to you
11  that everyone, "everyone" defining her
12  as her doctors who treat her, believed
13  her blindness resulted from her SJS and
14  TEN, would that be completely new

**Bartlett v Mutual**

15 information to you?

---

**Witness_ Robert Dettery - Vol. 1.txt: 61:18 - 61:25**

THE WITNESS: Yes.
19 BY MR. JENSEN:
20 Q. Has it always been true that
21 there's never been a doubt in your mind,
22 since you learned about SJS and TEN,
23 that they constituted serious adverse
24 reactions as defined by the regulations
25 that you understand?

| Objection (61:20 to 62:8): | Ruling: Sustained. |
|---|---|
| -402 | |
| -403 | |
| -602 | |
| -702 | |
| -Calls for expert opinion from lay witness | |

---

**Witness_ Robert Dettery - Vol. 1.txt: 62:4 - 62:8**

THE WITNESS: Yes.
5 BY MR. JENSEN:
6 Q. Yes, there's never been any doubt
7 in your mind, correct?
8 A. Correct.

---

**Witness_ Robert Dettery - Vol. 1.txt: 62:18 - 62:21**

Q. Nonetheless, SJS and TEN were
19 never in the Warnings section of the
20 sulindac label all the way through the
21 end of 2004, correct?

| Objection (62:18 to 62:24): | Ruling: Overruled. |
|---|---|
| -Argumentative | |
| -Misleading | |
| -403 (condition in Warning, but not terms SJS and TEN) | |

---

**Witness_ Robert Dettery - Vol. 1.txt: 62:24 - 63:7**

THE WITNESS: Correct.
25 BY MR. JENSEN:
00063
1 Q. In 2005, after Karen Bartlett
2 spent over a hundred days in five
3 hospitals and was still on a G-tube,
4 then, for the first time, there was a
5 change to the label and sulindac got an
6 SJS/TEN warning in the Warnings section
7 of the label, correct?

| Objection (63:1 to 63:23): | Ruling: Overruled. |
|---|---|
| -402 | |
| -403 | |
| -Foundation | |
| -Misleading (condition is in Warning, but not term) | |
| -407 (Rx date 12/04) | |

---

**Witness_ Robert Dettery - Vol. 1.txt: 63:10 - 63:19**

THE WITNESS: I would need to
11 review the labeling history to confirm
12 that.
13 BY MR. JENSEN:
14 Q. You do know that in 2005, the year
15 after Karen Bartlett took sulindac, that
16 there was, for the first time, a label
17 change, which included SJS and TEN in
18 the Warnings section of the label,
19 correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 63:22 - 63:23**

THE WITNESS: That sounds
23 correct, yes.

---

**Witness_ Robert Dettery - Vol. 1.txt: 64:13 - 64:19**

In the March 2006 letter before

Bartlett v Mutual

| | | |
|---|---|---|
| 14  you is Mutual telling the FDA that it is<br>15  now changing its label, for the first<br>16  time since you have been with the<br>17  company, to have for the first time an<br>18  SJS and TEN warning in the Warnings<br>19  section of the label, correct. | Objection (64:13 to<br>64:22):<br>-402<br>-403<br>-407<br>-Misleading | Ruling:  Sustained. |

Witness_  Robert Dettery - Vol. 1.txt:  Page 64, Line 22

THE WITNESS:  Correct.

---

Witness_  Robert Dettery - Vol. 1.txt:  66:18 - 66:22

| | | |
|---|---|---|
| The March 2006 letter that Mutual<br>19  provided the FDA is the first time that<br>20  Mutual would ever have a medication<br>21  guide that would accompany their label<br>22  for sulindac, correct? | Objection (66:18 to<br>67:17):<br>-402<br>-403<br>-407 | Ruling:  Overruled.  The patient medication<br>guide is relevant to the presence and<br>efficacy of a warning to avoid an<br>unreasonable risk of danger.  Mutual may<br>request a limiting instruction, if appropriate,<br>to avoid any risk of unfair prejudice. |

Witness_  Robert Dettery - Vol. 1.txt:  66:25 - 67:17

THE WITNESS:  Yes.
00067
1  BY MR. JENSEN:
2  Q.  Tell the jury what a medication
3  guide is, please.
4  A.  A medication guide is a document
5  that goes with the product.  It's
6  written in layperson's terms and is
7  summarizing the product to the -- how to
8  take the product, the side effects and
9  precautions to take while taking the
10  product, and is intended to be
11  distributed by the pharmacist to each
12  person getting a prescription for that
13  product.
14  Q.  So the medication guide is a
15  document designed for the patient, not
16  the doctor?
17  A.  Correct.

---

Witness_  Robert Dettery - Vol. 1.txt:  68:12 - 68:17

| | | |
|---|---|---|
| Q.  And for the first time, in March<br>13  of 2006, two years after Karen Bartlett<br>14  ingested sulindac, is the first time<br>15  that a patient-designed medication guide<br>16  ever accompanied Mutual's sulindac,<br>17  correct? | Objection (68:12<br>to 70:23):<br>-402<br>-403<br>-407 | Ruling:  Overruled. |

Witness_  Robert Dettery - Vol. 1.txt:  68:20 - 69:4

THE WITNESS:  Correct.
21  BY MR. JENSEN:
22  Q.  And that March 2006 medication
23  guide, for the first time, advised
24  patients that they should stop their
25  NSAID and call their health care
00069
1  provider right away if they have any of
2  the following symptoms, and it lists,
3  under those symptoms, skin rash or

**Bartlett v Mutual**

---

4  blisters with fever, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 69, Line 25

---

THE WITNESS:  Yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  70:2 - 70:9

---

Q.  And do you understand that was to
3  alert patients that if they got skin
4  rash or blisters with fever, which,
5  unfortunately, are commonly associated
6  when they progress or get worse with SJS
7  or TEN, that if they start to get a skin
8  rash, they should call their doctor
9  right away?

---

Witness_ Robert Dettery - Vol. 1.txt:  70:12 - 70:20

---

THE WITNESS:  Yes.
13 BY MR. JENSEN:
14 Q.  And you agree that, for the first
15 time, in March 2006, two years after
16 Karen Bartlett took sulindac, the label,
17 also for the first time, not only had a
18 warning about SJS and TEN, it actually
19 said that NSAIDs, including sulindac,
20 therefore, caused SJS and TEN, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  Page 70, Line 23

---

THE WITNESS:  Yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  74:1 - 75:8

---

Q.  And what you are looking at is a
2  side-by-side comparison of the March '06
3  label and the RLD's label, correct?
4  A.  That's correct.
5  Q.  Other than the difference between
6  the words Clinoril, the brand name, and
7  sulindac, the generic name, and other
8  minor differences, do you agree,
9  Mr. Dettery, that the sulindac label was
10  always substantively the same as the
11  Clinoril branded label?
12 A.  That's correct.
13 Q.  I refer your attention to Exhibit
14 3, which is on here.  Okay.  Does that
15 appear to you to be the Clinoril branded
16 label?
17      This one is dated 2004.  You can
18 see it in the bottom of the second
19 page.  As published in the Physicians'
20 Desk Reference.
21 A.  Yes.
22 Q.  And, to your knowledge -- I'm not
23 asking you to tell me what other people
24 think or know, sir, but, to your
25 knowledge, do physicians, as you being a
00075
1  20-year regulatory person, know that if

| Objection (74:1 to 75:23): | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 | |
| -407 (Rx date 12/04) | |

**Bartlett v Mutual**

2  they are looking for the risk/benefit
3  profile of a drug, they can either look
4  at the RLD drug or they can look at the
5  generic drug, because they know, but for
6  minor differences in words, like brand
7  name versus generic name, they are going
8  to be substantively the same?

---

Witness_ Robert Dettery - Vol. 1.txt:  75:11 - 75:23

THE WITNESS:  Yes.
12 BY MR. JENSEN:
13 Q.  So do you agree that if we look at
14 the 2004 brand name label for sulindac,
15 we will substantively know what was in
16 the same time in 2004 for the Mutual
17 sulindac label?
18 A.  Yes, I would agree with that.
19 Q.  So now let's do that.
20    And do you agree that this 2004
21 brand name label for sulindac doesn't
22 have anything in the Warnings section
23 about SJS or TEN?

---

Witness_ Robert Dettery - Vol. 1.txt:  76:6 - 76:11

Now that you have reviewed the
7  2004 brand name label for sulindac,
8  isn't it true that the Warnings section
9  says nothing about Stevens-Johnson
10 Syndrome, toxic epidermal necrolysis, or
11 any abbreviation of them?

> Objection (76:6 to 78:10):
> -402
> -403
> -602
> -702
> -Calls for medical opinion from lay witness
> -Not designated under 26(a)(2)
> -Misleading
> -Argumentative

> Ruling:  Sustained as to lines 77:4 through 77:18.  Otherwise overruled.

---

Witness_ Robert Dettery - Vol. 1.txt:  76:14 - 76:22

THE WITNESS:  It does refer
15 to rash, but it does not, that I can
16 see, refer to Stevens-Johnson Syndrome
17 or TEN.
18 BY MR. JENSEN:
19 Q.  You would agree, sir, that there
20 is a world of difference between a rash
21 and toxic epidermal necrolysis, do you
22 not?

---

Witness_ Robert Dettery - Vol. 1.txt:  76:25 - 77:14

THE WITNESS:  I'm not a
00077
1  medical professional, so I don't know
2  what a world of difference would be.
3  BY MR. JENSEN:
4  Q.  Well, let me define a world of
5  difference for you.
6     Do you agree that a rash, which
7  might be as minor as something that
8  might last three or four days, on your
9  arm or your leg or your scalp, is not
10 anywhere near, in your mind, in your
11 estimation, as serious as toxic
12 epidermal necrolysis, which can result
13 and often does result in half, three-

**Bartlett v Mutual**

---

14  quarters, or all your skin burning off?

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 77, Line 18**

---

THE WITNESS:  Well, if you

---

**Witness_ Robert Dettery - Vol. 1.txt:  77:22 - 78:2**

Q.  You agree, sir, do you not, that
23  telling people of a rash does not put
24  them on notice of a serious adverse
25  reaction that's supposed to be in the
00078
1  Warnings section, like Stevens-Johnson
2  Syndrome or TEN, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  78:7 - 78:22**

THE WITNESS:  All I'm saying
8  is, it does not mention Stevens-Johnson
9  Syndrome in the Warnings section of the
10  previous labeling.
11  BY MR. JENSEN:
12  Q.  Now, given that the March 2006
13  label, for the first time, had a
14  medication guide that told patients that
15  if they got a skin rash, which might,
16  heaven forbid, develop into all their
17  skin burning off, that they should call
18  their doctor, and the 2004 label in
19  existence when Karen Bartlett took the
20  drug had no such medication guide, do
21  you agree, sir, that the March 2006
22  sulindac label was better?

| Objection (78:12 to 79:5): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -407 | |
| -602 | |
| -Calls for expert opinion from lay witness | |
| -Not designated under 26(a)(2) | |
| -Argumentative | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  79:2 - 79:5**

THE WITNESS:  You are asking
3  me for an opinion, and I can't say
4  whether it's better or not.  It's
5  different.

---

**Witness_ Robert Dettery - Vol. 1.txt:  79:23 - 80:18**

Q.  Did you speak with your attorney
24  during the break?
25  A.  Yes.
00080
1  Q.  Are you ready to continue now?
2  A.  Yes.
3  Q.  Before our break and before you
4  spoke with the attorney, I asked you
5  about the label in March 2006, which
6  first had a medication guide, which
7  first advised patients to call their
8  doctor if they got a rash or a fever.
9      And I asked you if that label was
10  better than the one that existed when
11  Karen Bartlett took the drug in 2004,
12  which had no medication guide at all for
13  a patient, and you said they are
14  different, but not better.

| Objection (79:23 to 80:2): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |

| Objection (80:3 to 82:14): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -407 | |
| -Calls for expert opinion from lay witness | |

**Bartlett v Mutual**

15    My question, sir, is, just
16 defining better as everyone does, wasn't
17 the March 2006 label better than the
18 2004 label?

---

Witness_ Robert Dettery - Vol. 1.txt:  80:21 - 81:18

THE WITNESS:  Well, again, I
22 don't know what you -- what the meaning
23 is as far as you are concerned of what
24 the word "better" is.
25       It is different.  Labels
00081
1 change over time and this one is
2 different.  Information in them
3 changes.  I don't know if you can say
4 one is better than the other.
5 BY MR. JENSEN:
6 Q.  Well, if we define better as
7 putting a patient on notice through a
8 medication guide that if they get a
9 rash, they should call their doctor, and
10 their doctor hopefully will tell them to
11 stop taking the drug before it
12 progresses to all their skin burning
13 off, and the prior one had no such
14 mechanism, nothing for the patient to
15 read in that regard, if we limit our
16 definition of better to that, don't you
17 agree that the March 2006 label was
18 better than the 2004 label?

---

Witness_ Robert Dettery - Vol. 1.txt:  81:23 - 82:9

THE WITNESS:  Well, if you
24 are defining better as whether it has a
25 med guide or not, then this one does
00082
1 have a med guide.
2 BY MR. JENSEN:
3 Q.  Specifically, this one had a
4 medication guide, the March '06 one,
5 that Karen Bartlett didn't have the
6 benefit of, that first advised patients
7 specifically that if they got a rash or
8 fever, they should call their doctor,
9 correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  82:12 - 82:14

THE WITNESS:  If her incident
13 was before -- before this insert went
14 into effect, then that's correct.

---

Witness_ Robert Dettery - Vol. 1.txt:  83:13 - 83:15

Do you know that rash and fever
14 are commonly associated with progressing
15 to SJS and TEN?

---

Witness_ Robert Dettery - Vol. 1.txt:  83:19 - 83:23

| Objection (83:13 to 83:23): | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -403 | |
| -602 | |
| -702 | |
| -Calls for expert opinion from lay witness | |
| -Plaintiff does not designate answer | |

**Bartlett v Mutual**

THE WITNESS:  No.
20 BY MR. JENSEN:
21 Q.  Do you know that when people get
22 SJS and TEN, they invariably started out
23 with a rash and fever?

---

Witness_ Robert Dettery - Vol. 1.txt:  88:11 - 88:13

Q.  Do you agree that the 2004 label
12 that Ms. Bartlett and her physician had
13 to rely on says nothing of blindness?

| Objection (88:11 to 90:7): |
| -602 |
| -702 |
| -Question requires witness to have medical expertise |

Ruling:  Overruled.

---

Witness_ Robert Dettery - Vol. 1.txt:  88:16 - 88:22

THE WITNESS:  I do not see
17 the word "blindness" in there.
18 BY MR. JENSEN:
19 Q.  Do you agree that the 2004
20 sulindac label that Ms. Bartlett and her
21 physician had to rely on says nothing of
22 a coma?

---

Witness_ Robert Dettery - Vol. 1.txt:  88:25 - 89:9

THE WITNESS:  Again, in my
00089
1 cursory read here, I didn't see the word
2 "coma."
3 BY MR. JENSEN:
4 Q.  Do you also agree that the 2004
5 label said nothing of the potential need
6 for a hospital-induced coma, a medical
7 protective coma, or that you might need
8 to be sedated for weeks or months on end
9 after you take sulindac?

---

Witness_ Robert Dettery - Vol. 1.txt:  89:12 - 89:20

THE WITNESS:  I did not see
13 that in that insert.
14 BY MR. JENSEN:
15 Q.  Is there anything in the 2004
16 label that says that if you get SJS or
17 TEN, that as much as half or three-
18 quarters, or maybe even all, your skin
19 might exfoliate, slough off, peel off,
20 or, in colloquial terms, burn off?

---

Witness_ Robert Dettery - Vol. 1.txt:  90:4 - 90:7

A.  I did not see that.
5 Q.  Are blindness and comas serious
6 adverse reactions, Mr. Dettery?
7 A.  Yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  91:18 - 91:21

Isn't it true that neither
19 blindness nor coma nor SJS nor TEN are
20 anywhere in the Warnings section of the
21 2004 label?

| Objection (91:18 to 91:25): |
| -602 |
| -702 |
| -Question requires witness to have medical expertise |

Ruling:  Overruled.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt:  91:24 - 91:25**

THE WITNESS:  I do not see
25  it.

---

**Witness_ Robert Dettery - Vol. 1.txt:  92:2 - 92:12**

Q.   Since Mutual Pharmaceutical
3  Company learned that Karen Bartlett was
4  in a coma for weeks or months on end,
5  and since Mutual Pharmaceutical Company
6  learned that Karen Bartlett has been,
7  for the most part, legally blind in both
8  eyes after three, six, nine, and ten eye
9  surgeries, most of which have been at
10  Harvard, what has Mutual Pharmaceutical
11  Company done to put coma or blindness in
12  the label?

| Objection (92:2 to 93:22):<br>-402<br>-403<br>-407<br>-Argumentative | Ruling:  Sustained (Rule 403). |
|---|---|

**Witness_ Robert Dettery - Vol. 1.txt:  93:18 - 93:22**

THE WITNESS:  If I recall the
19  dates correctly, I believe we learned of
20  this incident in early 2008, and as far
21  as I'm aware, we have not had any
22  labeling changes required since then.

---

**Witness_ Robert Dettery - Vol. 1.txt:  94:24 - 95:6**

Isn't it true that since Mutual
25  Pharmaceutical Company has learned of
00095
1  Karen Bartlett's blindness, isn't it
2  true that since Mutual learned of
3  Karen's coma that she was in for weeks
4  or months on end, it has done nothing
5  since it learned to try to put either
6  coma or blindness in the label?

| Objection (94:24 to 95:13):<br>-402<br>-403<br>-407<br>-Argumentative | Ruling:  Sustained (Rule 403). |
|---|---|

**Witness_ Robert Dettery - Vol. 1.txt:  95:9 - 95:13**

THE WITNESS:  Well, as I
10  answered before, there has been no
11  labeling changes, so you can interpret
12  that as there being no changes to the
13  label.

---

**Witness_ Robert Dettery - Vol. 1.txt:  95:25 - 96:16**

Q.   Isn't it true that Mutual has
00096
1  never picked up the phone through today,
2  to your knowledge, and called anyone at
3  the FDA and said, we, at Mutual, believe
4  that because blindness and coma are
5  serious adverse events, and Ms. Bartlett
6  clearly has had blindness, likely in
7  both eyes for most of the last four or
8  five years, she was in a coma for weeks
9  or months on end, and that's a serious
10  adverse reaction, we think, you guys,
11  the FDA, should allow us to, or we think

| Objection (95:25 to 96:23):<br>-402<br>-403<br>-407<br>-Argumentative | Ruling:  Sustained. |
|---|---|

**Bartlett v Mutual**

12 you guys, the FDA, should require that
13 everyone who sells sulindac should put
14 coma and blindness in the label?
15     No such hypothetical call has ever
16 occurred, to your knowledge, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 96:22 - 96:23

THE WITNESS: To my
23 knowledge, no such call has made.

---

Witness_ Robert Dettery - Vol. 1.txt: 97:9 - 97:14



Mutual, since it learned of
10 Karen's coma, Mutual, since it learned
11 of Karen's blindness, has never filed a
12 citizen's petition to advocate for a
13 label change to put coma or blindness on
14 the sulindac label, correct?

Objection (97:9 to 98:1):
-402
-403
-407
-Argumentative

Ruling: Sustained.

---

Witness_ Robert Dettery - Vol. 1.txt: 97:16 - 97:24

THE WITNESS: Correct.
17 BY MR. JENSEN:
18 Q. Mutual, since it learned of
19 Karen's blindness and coma, has never
20 sent out a "Dear Doctor" letter to
21 advise doctors that their patients might
22 need a medically-induced coma and might
23 go blind if they take sulindac, have
24 they?

---

Witness_ Robert Dettery - Vol. 1.txt: Page 98, Line 1

THE WITNESS: No.

---

Witness_ Robert Dettery - Vol. 1.txt: 98:15 - 98:18

Mutual has never sent out a "Dear
16 Doctor" letter regarding sulindac since
17 1991 when they started selling it
18 through today in August 2009, correct?

Objection (98:15 to 99:6):
-402
-403
-407
-Argumentative

Ruling: Sustained.

---

Witness_ Robert Dettery - Vol. 1.txt: 98:22 - 99:3

Q. Mutual has never filed a citizen's
23 petition advocating enhanced or stronger
24 warnings about incidents information
25 regarding SJS and TEN, regarding any
00099
1 complications of SJS and TEN, like
2 blindness or coma, from 1991 through
3 today, in August 2009, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 99:6 - 99:12

THE WITNESS: Correct.
7 BY MR. JENSEN:
8 Q. Mutual has always had the ability
9 to file a citizen's petition to advocate
10 for enhanced SJS/TEN warnings or for
11 warnings like blindness and coma for the

**Bartlett v Mutual**

| | |
|---|---|
| | Objection (99:8 to 99:24):<br>-402<br>-403<br>-702<br>-Calls for expert opinion from lay witness |

Ruling: Sustained.

12 sulindac label, correct?

**Witness_ Robert Dettery - Vol. 1.txt: 99:15 - 99:20**

THE WITNESS: Anyone has that
16 ability to file a citizen's petition.
17 BY MR. JENSEN:
18 Q. And anyone includes you and it
19 includes everyone with whom you work at
20 Mutual, correct?

**Witness_ Robert Dettery - Vol. 1.txt: 99:23 - 99:24**

THE WITNESS: Yes, it
24 includes Mutual.

---

**Witness_ Robert Dettery - Vol. 1.txt: 101:18 - 101:21**

You understand, Mr. Dettery, that
19 drug companies retain and maintain
20 ultimate responsibility for the content
21 of their label, correct?

Objection (101:18 to 103:22):
-Argumentative
-402
-403
-Calls for expert opinion from lay witness

Ruling: Sustained.

**Witness_ Robert Dettery - Vol. 1.txt: 101:23 - 102:5**

THE WITNESS: No.
24 BY MR. JENSEN:
25 Q. Okay. So it's your understanding
00102
1 that the FDA has ultimate responsibility
2 for the content and accuracy of a label,
3 not the drug companies who sell the
4 drug? Is that your understanding and
5 claim?

---

**Witness_ Robert Dettery - Vol. 1.txt: 102:7 - 102:16**

THE WITNESS: My
8 understanding is that the brand company,
9 along with FDA, determines what is to be
10 included in the labeling.
11 BY MR. JENSEN:
12 Q. Do you understand that in this
13 case the presiding judge has ruled
14 against Mutual's claim that they cannot
15 change the label to strengthen or add
16 warnings?

---

**Witness_ Robert Dettery - Vol. 1.txt: 103:7 - 103:14**

THE WITNESS: Yes, I was
8 informed of that.
9 BY MR. JENSEN:
10 Q. Do you understand that it was the
11 fourth time this year that a federal
12 judge has ruled that ANDA holders have
13 the unilateral ability to change their
14 labels to add or strengthen warnings?

---

**Witness_ Robert Dettery - Vol. 1.txt: 103:20 - 103:22**

THE WITNESS: I was aware

**Bartlett v Mutual**

---

21  there have been one or two previous
22  cases.

---

**Witness_ Robert Dettery - Vol. 1.txt:  109:18 - 109:24**

Q.  Excluding post-marketing
19  surveillance, excluding keeping your
20  label the same, isn't it true that
21  Mutual never took any affirmative
22  action, from 1991 to 2004, to advocate
23  any enhanced or strengthened warning to
24  the sulindac label?

| Objection (109:18 to 110:13): | Ruling:  Sustained. |
| -Vague | |
| -Ambiguous | |
| -Misstates evidence | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  110:2 - 110:7**

THE WITNESS:  Strengthened
3  warning regarding SJS?
4  BY MR. JENSEN:
5  Q.  Or any adverse reaction, including
6  SJS, TEN, blindness, or coma.
7  A.  No.

---

**Witness_ Robert Dettery - Vol. 1.txt:  110:12 - 110:13**

Q.  No, you never did so, correct?
13  A.  Correct.

---

**Witness_ Robert Dettery - Vol. 1.txt:  110:17 - 110:20**

Q.  You see the fax from the FDA,
18  dated September 2000, advising
19  sulindac -- Mutual of its need to change
20  the sulindac label?

| Objection (110:17 to 112:12): | Ruling:  Sustained. |
| -Vague | |
| -Ambiguous | |
| -Misleading | |
| -402 | |
| -403 (unrelated to whether 2004 warning was adequate) | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  110:22 - 111:3**

THE WITNESS:  Yes.
23  BY MR. JENSEN:
24  Q.  And they are telling Mutual, the
25  FDA, that they need to change the label
00111
1  that was changed more than five years
2  before that to so-called match or be the
3  same as the branded label, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  111:12 - 111:25**

THE WITNESS:  It says that
13  the most recently approved labeling for
14  Clinoril tablets is attached, the
15  reference listed drug for sulindac, it
16  was approved July 10th, 1995.  And then
17  this fax was dated in 2000.
18  BY MR. JENSEN:
19  Q.  So we know from this, that more
20  than five years have gone by since the
21  branded label was updated, and Mutual,
22  according to the FDA, still has not
23  updated its label to match the branded
24  label, correct?
25  A.  Yes.

---

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 112:3 - 112:10**

Q.   And we know from 318 that, seven
4  months later Mutual finally did what the
5  FDA requested it to do more than five
6  years after the Clinoril label was
7  changed, and Mutual then in April 2001
8  submitted a label to have it match or be
9  consistent with the brand name label,
10  correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 112:12 - 112:18**

THE WITNESS:  Yes.
13  BY MR. JENSEN:
14  Q.  So why did it take Mutual nearly
15  six years, from July '95 to April 2001,
16  that's three months short of six years,
17  to get the label the same if it's so
18  important that the labels be the same?

| Objection (112:14 to 112:23): -Vague -Ambiguous -Misleading -402 -403 (unrelated to whether 2004 warning was adequate) | Ruling:  Sustained. |
|---|---|

---

**Witness_ Robert Dettery - Vol. 1.txt: 112:20 - 113:5**

THE WITNESS:  Because we
21  changed our inserts when FDA tells us to
22  change the inserts, and they notified us
23  in 2000 to do so for sulindac.
24  BY MR. JENSEN:
25  Q.  Okay.  So, let's go with that for
00113
1  a second.
2      Why did it take Mutual seven
3  months, from September 2000 to April
4  2001, if it's so important that labels
5  be the same, to do it?

| Objection (112:25 to 114:10): -402 -403 -No impact on 2004 warning -No basis for assumption in question that 7 months is untimely -Consistent with FDA standards | Ruling:  Sustained. |
|---|---|

---

**Witness_ Robert Dettery - Vol. 1.txt: 113:7 - 113:21**

THE WITNESS:  Well, I don't
8  know why it took seven months to change
9  in this particular case.
10  BY MR. JENSEN:
11  Q.  And now let's go back to the first
12  five years.
13      What was Mutual doing in these
14  five years, if it's so important for
15  labels to be the same, and their labels
16  were different in '95 and '96 and '97
17  and '98 and '99, and then in 2000 the
18  FDA has got to tell you your labels are
19  not the same?
20      What happened in those five
21  years?

---

**Witness_ Robert Dettery - Vol. 1.txt: 113:25 - 114:10**

THE WITNESS:  Well, you are
00114
1  making -- you are assuming every label
2  change is a label change that
3  requires -- or is one that is conveying
4  new significant information.

**Bartlett v Mutual**

5      The labeling changes
6  frequently for reference listed drugs,
7  and I can only assume that it took the
8  FDA five years to notify us because it
9  was not -- there were not significant
10  changes in this insert.

---

**Witness_ Robert Dettery - Vol. 1.txt: 126:7 - 126:10**

I already marked the PDR
8  label for Bactrim.
9      Can you reference that again,
10  please, sir, if you have it handy there.

| | Objection (126:7 to 127:15):<br>-402<br>-403 | Ruling: Overruled. |
|---|---|---|

---

**Witness_ Robert Dettery - Vol. 1.txt: 126:17 - 126:20**

And Page 2, just to refresh your
18  recollection, does, in fact, have a
19  bolded, capitalized warning in the
20  Bactrim label for SJS and TEN, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 126:23 - 127:4**

THE WITNESS:  Yes.
24  BY MR. JENSEN:
25  Q.  And it also has a bolded,
00127
1  capitalized warning that says, Bactrim
2  should be discontinued at the first
3  appearance of skin rash or any sign of
4  adverse reaction?

---

**Witness_ Robert Dettery - Vol. 1.txt: 127:6 - 127:12**

THE WITNESS:  Yes.
7  BY MR. JENSEN:
8  Q.  All the way up through 2004, there
9  is nothing ever bolded and capitalized
10  in the warning or contraindication that
11  said either of those two things in the
12  sulindac label, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 127:14 - 127:21**

THE WITNESS:  Well, I think
15  we already established that, yes.
16  BY MR. JENSEN:
17  Q.  Exhibit 301, sir, in the stack,
18  that's the August 1987 letter from the
19  FDA stating -- advising of receipt of
20  the sulindac application from Mutual,
21  correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 127:24 - 128:4**

THE WITNESS:  Well, it
25  acknowledges the receipt.
00128
1  BY MR. JENSEN:
2  Q.  And sulindac's application was
3  filed in 1987 and approved in 1981, why
4  did it take about four years?

| | Objection (128:2 to 128:9):<br>-402<br>-403<br>-Implication of problem that did not exist | Ruling: Overruled. |
|---|---|---|

Page 26

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 128:7 - 128:9**

THE WITNESS: Why did it take
8 four years to get approval? You have to
9 ask FDA. I don't know.

---

**Witness_ Robert Dettery - Vol. 1.txt: 129:25 - 130:16**

Q. Is that an FDA label
00130
1 acknowledging approval of a waiver that
2 was sought by Mutual for certain
3 reporting, correct?
4 A. That's correct.
5 Q. And the waiver that was sought was
6 what?
7 A. To report the adverse events in
8 the periodic reports in just a summary
9 form, rather than submitting the Med --
10 what's called a MedWatch form for the
11 adverse events.
12 Q. Is that the first waiver of
13 reporting requirements of the Food and
14 Drug Administration that Mutual ever
15 sought in relation to sulindac?
16 A. Yes.

| Objection:<br>-402<br>-403 (permitted FDA waiver under regulations for trivial adverse events) | Ruling: Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt: 130:24 - 131:3**

Before this waiver was sought,
25 FDA, without any exceptions granted by a
00131
1 waiver, had to comply with all the FDA
2 reporting requirements?
3 A. Yes.

| Objection:<br>-402<br>-403 (permitted FDA waiver under regulations for trivial adverse events) | Ruling: Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt: 131:17 - 131:21**

And Mutual's reporting
18 requirements included providing medical
19 literature of certain types to the FDA,
20 correct?
21 A. No.

---

**Witness_ Robert Dettery - Vol. 1.txt: 131:24 - 132:8**

Q. So it's your belief that Mutual
25 never had to give any medical literature
00132
1 of any type to the FDA for sulindac?
2 A. No. Generic companies do not have
3 to do that.
4 Q. Is there any regulation that says
5 generic companies don't have to do that?
6 A. I don't see any regulation that
7 says generic companies do have to do
8 that.

---

**Witness_ Robert Dettery - Vol. 1.txt: 132:12 - 132:15**

Q. Is there any regulation that says

Bartlett v Mutual

13  generic companies do not have to provide
14  certain types of medical literature or
15  any medical literature to the FDA?

---

Witness_ Robert Dettery - Vol. 1.txt: 132:20 - 132:21

but I don't recall any
21  regulation to that effect.

---

Witness_ Robert Dettery - Vol. 1.txt: 133:17 - 133:20

Q.  How many NSAIDs have been pulled
18  off the market, in whole or in part, due
19  to the risks of Stevens-Johnson Syndrome
20  or TEN?

> Objection (133:17 to 134:24, See next page for 134:16 to 134:24):
> -402
> -403 (not only other drugs but also drug withdrawals that post-date 12/04)

> Ruling:  Sustained as to lines 135:18 through 136:11 and as to lines 134:23 through 135:15 (taking the passages in the order they are presented). Otherwise overruled.

---

Witness_ Robert Dettery - Vol. 1.txt: 133:23 - 134:3

THE WITNESS:  I don't know.
24  BY MR. JENSEN:
25  Q.  Well, you know Bextra was an NSAID
00134
1  and you know it was withdrawn from the
2  market, in whole or in part, due to SJS
3  or TEN, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 134:7 - 134:15

THE WITNESS:  No.
8  BY MR. JENSEN:
9  Q.  You don't know any of that?
10  A.  I didn't know that Bextra was an
11  NSAID.
12  Q.  Did you know that Bextra, the
13  drug, was pulled from the market due, in
14  part or in whole, to SJS or TEN?
15  A.  No.

---

Witness_ Robert Dettery - Vol. 1.txt: 135:18 - 136:1

THE WITNESS: Yes.
19  BY MR. JENSEN:
20  Q.  And 314.81 is another regulation
21  that you have read before you learned of
22  this lawsuit, correct, sir?
23  A.  Yes.
24  Q.  And you read it in conjunction
25  with needing to comply with it for ANDA
00136
1  and NDA drugs, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 136:3 - 136:15

THE WITNESS:  That's correct.
4  BY MR. JENSEN:
5  Q.  And under 6(a) there, on Page 3,
6  that defines what clinical data needs to
7  be reported to the FDA, correct?
8  A.  I have to find my way here.
9      Oh, you are talking about little
10  Roman numeral vi?
11  Q.  Yes, sir.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 134:16 - 135:15**

Q.   Did you know that isoxicam was
17 withdrawn from the market due, in whole
18 or in part, because of its risks of SJS
19 and TEN?
20 A.   Did I know that?
21 Q.   Yes.
22 A.   No, I did not.
23 Q.   You have seen 314.80, have you
24 not, sir?
25 A.   Yes.
00135
1        MR. JENSEN:  I don't have a
2 copy.  Yes, I do.
3 BY MR. JENSEN:
4 Q.   And you have read this regulation
5 a number of times before you learned
6 about this lawsuit, right?
7 A.   I have read it a few times.
8 Q.   And it pertains to the reporting
9 requirements, in part, for drug
10 companies, correct?
11 A.   Yes.
12 Q.   And, in part, it tells us that
13 when an event is both serious and
14 unlabeled, it has got to be reported on
15 a 15-day basis, correct?

Objection (134:23 to
140:20, See Page 28 for
135:18 to 136:11 and
Page 29 for 136:12 to
140:21):
-Calls for legal opinion;
only Court can interpret
statutes on regulations

Ruling:  Sustained.

**Bartlett v Mutual**

12 A.   Okay.
13 Q.   And 6(a) of that statute defines
14 what needs to be reported as defined as
15 clinical data, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 136:19 - 136:25

THE WITNESS:  Yes.
20 BY MR. JENSEN:
21 Q.   And it includes, as you can see
22 the second parenthetical,
23 epidemiological studies or analyses of
24 experience in a monitored series of
25 patients, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 137:2 - 137:9

THE WITNESS:  That's what it
3 says.
4 BY MR. JENSEN:
5 Q.   And you agree that if such a study
6 or analysis of experience occurs in
7 relation to an ANDA drug, the ANDA
8 holder needs to provide that clinical
9 data publication to the FDA, correct?

---

Witness_ Robert Dettery - Vol. 1.txt: 137:13 - 137:24

THE WITNESS:  No.
14 BY MR. JENSEN:
15 Q.   And what is the regulation upon
16 which you rely on in disagreeing with
17 that?
18 A.   The 314.97, I believe, addresses
19 that to some extent, and also the FDA
20 policy.
21 Q.   How do you think 314.97 in any
22 manner allows an ANDA holder to not
23 comply with what we just reviewed of
24 314.81?

---

Witness_ Robert Dettery - Vol. 1.txt: 138:1 - 138:8

THE WITNESS:  Well, I would
2 need to see 314.97 to refresh my memory.
3 BY MR. JENSEN:
4 Q.   Other than 314.97, is there any
5 other regulation that you know of that
6 you believe supports the proposition
7 that an ANDA holder need not supply such
8 clinical data to the FDA?

---

Witness_ Robert Dettery - Vol. 1.txt: 138:10 - 138:11

THE WITNESS:  Again, only
11 that section

---

Witness_ Robert Dettery - Vol. 1.txt: 138:16 - 138:21

Q.   Here is 314.97.  And don't you
17 agree that it says nothing that any
18 plain read of that one English sentence

**Bartlett v Mutual**

19 can be interpreted to mean that an ANDA
20 holder need not comply with the clinical
21 data production requirements of 314.81?

---

Witness_ Robert Dettery - Vol. 1.txt:  138:23 - 139:9

THE WITNESS:  Well, I don't
24 know if this is the complete citation
25 for 314.97.
00139
1 BY MR. JENSEN:
2 Q.  I represent to you it is, and I
3 ask you to assume for the purposes of my
4 question that it is.
5    Isn't it true that nothing in it
6 provides support for the proposition
7 that an ANDA holder need not supply
8 clinical data, as we just defined it, to
9 the FDA?

---

Witness_ Robert Dettery - Vol. 1.txt:  139:13 - 139:15

THE WITNESS:  It says, the
14 applicant shall comply with requirements
15 of 314.70 and 314.71.

---

Witness_ Robert Dettery - Vol. 1.txt:  139:21 - 140:5

Q.  You just told me that the
22 regulation you relied on to not have to
23 provide clinical data to the FDA was
24 314.97.  Now I have shown it to you,
25 it's one sentence long.
00140
1    Isn't it true, sir, that there is
2 nothing in that sentence from which one
3 might conclude that an ANDA holder need
4 not provide such clinical data to the
5 FDA?

---

Witness_ Robert Dettery - Vol. 1.txt:  140:8 - 140:20

THE WITNESS:  I can't
9 conclude that because this sentence
10 refers to other sections of 314.
11 BY MR. JENSEN:
12 Q.  The bottom line is, you can't
13 identify any regulation upon which you
14 have ever concluded that an ANDA holder
15 need not supply clinical data as we just
16 defined it to the FDA, as we sit here
17 now, correct?
18       MR. COSGROVE:  The same
19 objection.
20       THE WITNESS:  No.

---

Witness_ Robert Dettery - Vol. 1.txt:  141:13 - 141:15

Q.  Has Mutual ever done any post-
14 marketing surveillance of the medical
15 literature for sulindac?

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 1.txt:  141:19 - 142:17

THE WITNESS:  I believe so.
20  BY MR. JENSEN:
21  Q.  When did Mutual first do post-
22  marketing surveillance of the medical
23  literature for sulindac?
24  A.  I believe it was about maybe two
25  years ago.
00142
1  Q.  So why, in 2007, which is two
2  years ago, did Mutual first decide to do
3  its first surveillance of the medical
4  literature regarding sulindac?
5  A.  It was not surveillance of medical
6  literature just for sulindac.  As the
7  company transitioned from a generic
8  company to a branded company, we began
9  to follow the expectations and
10  obligations of a branded company and do
11  the survey of the medical literature for
12  all of our products.
13  Q.  Starting in 2007, when Mutual's
14  related company first got NDA products,
15  did Mutual start surveying the medical
16  literature regarding its ANDA products
17  also?

---

Witness_ Robert Dettery - Vol. 1.txt:  142:20 - 142:22

THE WITNESS:  We began doing
21  medical literature searches for all of
22  our products.

---

Witness_ Robert Dettery - Vol. 1.txt:  143:21 - 143:25

Q.  Okay.  So starting in 2007, when
22  Mutual's related company got NDAs,
23  Mutual started doing surveillance of the
24  medical literature regarding about 50 or
25  60 of its ANDA drugs also, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  144:4 - 144:9

THE WITNESS:  It was around
5  2006, 2007, sometime around there.
6  BY MR. JENSEN:
7  Q.  Definitely not before 2006,
8  though, correct?
9  A.  Correct.

---

Witness_ Robert Dettery - Vol. 1.txt:  146:2 - 146:10

Do you think it's better for the
3  health of the patients who take their
4  drugs and do you think it's better for
5  the information that's potentially
6  provided to the physicians who prescribe
7  drugs, that companies survey the medical
8  literature to find out new information
9  that effects the benefit and risk
10  profile of their drugs?

| Objection (146:2 to 146:14): |
| --- |
| -402 |
| -403 |
| -602 |
| -Calls for opinion |
| -Argumentative |

| Ruling:  Sustained (beginning at line 141:13). |
| --- |

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 146:13 - 147:15**

THE WITNESS:  I really have
14  no opinion on that.
15  BY MR. JENSEN:
16  Q.   Why did Mutual start surveying the
17  medical literature for its ANDA drugs in
18  2006 and 2007 just because its related
19  company was looking into or then got
20  some NDA drugs?
21  A.   Well, as I said, we transitioned
22  from a generic company to a branded
23  company, and as a branded company, even
24  though we may be marketing generic
25  products, it's expected of a branded
00147
1  company to do that surveillance of the
2  literature.
3  Q.   For both its NDA and ANDA drugs,
4  correct?
5  A.   It's --
6        MR. COSGROVE:  Objection.
7        THE WITNESS:  It's expected
8  for the branded drugs, but we went over
9  above and included the generic drugs.
10  BY MR. JENSEN:
11  Q.   Okay.  And Mutual had never gone
12  over and above and ever surveyed the
13  medical literature for any of its ANDA
14  drugs, including sulindac, before 2006,
15  correct?

| Objection (146:16 to 148:16): -402 -403 -407 (Rx date 12/04) -Plaintiff intentionally altered the witness' response, striking some words from his response | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 148, Line 13**

Before 2006

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 148, Line 14**

we

---

**Witness_ Robert Dettery - Vol. 1.txt:  148:15 - 148:16**

did not
16  perform literature surveillance.

---

**Witness_ Robert Dettery - Vol. 1.txt:  148:21 - 149:3**

Q.   You agree that for the 13 years,
22  between 1991 and 2004, that the
23  regulations did not prohibit you,
24  meaning Mutual, from doing what it now
25  you say chooses to do for its ANDA
00149
1  drugs, which is survey the medical
2  literature?
3        Nothing prohibited that, correct?

| Objection (148:21 to 149:16): -Seeks legal opinion | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt:  Page 149, Line 16**

THE WITNESS:  I don't know.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 150:5 - 150:13**

As a regulatory professional, who
6 knows the regulations or should know the
7 regulations, isn't it correct that you
8 can't identify any regulation which
9 prohibited Mutual, in those 13 years,
10 from doing what it now chooses to do as
11 it says for some of its ANDA drugs and
12 survey the medical literature?
13      Isn't that true?

Objection (150:5 to
150:16):
-402
-403 (not relevant to
adequacy of warning)
-Compound
-Vague
-Seeks legal opinion

Ruling: Sustained.

---

**Witness_ Robert Dettery - Vol. 1.txt: 150:16 - 150:23**

THE WITNESS: Correct.
17 BY MR. JENSEN:
18 Q. Does Mutual, after 2006 or '07,
19 now provide the FDA for the 50 or 60 of
20 its ANDA drugs that it surveys the
21 medical literature for some of that
22 medical literature when it deems it
23 reportable?

Objection (150:18 to
151:22):
-402
-403 (not relevant to
whether 2004 warning
was adequate)
-407

Ruling: Sustained.

---

**Witness_ Robert Dettery - Vol. 1.txt: 150:25 - 151:9**

THE WITNESS: Yes.
00151
1 BY MR. JENSEN:
2 Q. And when I just referenced the
3 clinical studies section there in the
4 parenthetical about epidemiological
5 studies or following a monitored series
6 of patients, is that exactly the type of
7 medical literature that Mutual would now
8 provide the FDA for 50 or 60 of its ANDA
9 drugs?

---

**Witness_ Robert Dettery - Vol. 1.txt: 151:14 - 151:22**

THE WITNESS: Yes, I really
15 don't know.
16 BY MR. JENSEN:
17 Q. Well, aren't you the one at Mutual
18 who makes the call of what's
19 reportable? Ultimately, you are where
20 the buck stops?
21 A. I'm the head of the department
22 that makes that decision.

---

**Witness_ Robert Dettery - Vol. 1.txt: 152:17 - 153:4**

Q. Isn't it true that the ultimate
18 decision as to whether something gets
19 reported or not, in an annual report or
20 a periodic report, there's an issue at
21 Mutual, you are the final word on that
22 because you are the head of regulatory
23 affairs, correct?
24 A. Yes.
25 Q. And you agree, as the head of
00153
1 regulatory affairs, that epidemiological

Objection (152:17 to
154:10):
-402
-403
-407

Ruling: Sustained.

---

**Bartlett v Mutual**

2  studies or monitored series of patients
3  must be reported pursuant to the
4  literature we just looked at, right?

---

**Witness_ Robert Dettery - Vol. 1.txt: 153:7 - 153:9**

THE WITNESS:  If it provides
8  new information on serious and
9  unexpected events, then yes.

---

**Witness_ Robert Dettery - Vol. 1.txt: 153:20 - 153:23**

Q.  Isn't it true that Mutual provides
21  such information now to the FDA on its
22  ANDA products that it markets and
23  distributes like sulindac?

---

**Witness_ Robert Dettery - Vol. 1.txt: 153:25 - 154:7**

THE WITNESS:  Well, like I
00154
1  said, we do the literature searches in
2  the medical literature, and if something
3  needs to be reported, we will report it.
4  BY MR. JENSEN:
5  Q.  Including that example, right, an
6  epidemiological study that monitored a
7  series of patients, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: 154:9 - 154:10**

THE WITNESS:  If it results
10  in a serious and unexpected event.

---

**Witness_ Robert Dettery - Vol. 1.txt: 154:20 - 154:24**

| Q.  Is Mutual now a more responsible 21  company as pertains to its 50 or 60 ANDA 22  drugs now that it surveys the medical 23  literature and reports it when 24  appropriate to the FDA? | Objection (154:20 to 155:6):<br>-402<br>-403<br>-407<br>-Seeks improper opinion<br>-Argumentative | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt: 155:4 - 155:6**

THE WITNESS:  Well, you are
5  asking me for an opinion.  I can't -- I
6  have no opinion on that.

---

**Witness_ Robert Dettery - Vol. 1.txt: 157:23 - 158:5**

| Q.  Don't you agree, Mr. Dettery, that 24  it is more responsible for drug 25  companies and in the best and better 00158 1  interest of patients and their 2  physicians when they survey the medical 3  literature and report it as appropriate 4  as Mutual has chosen to do since about 5  '06 or '07 and did not do before that? | Objection (157:23 to 159:24):<br>-402<br>-403<br>-407<br>-602<br>-Calls for opinion | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt: 158:8 - 158:18**

**Bartlett v Mutual**

THE WITNESS:  Again, I can't
9  answer that.  That calls for an
10  opinion.  I really have no opinion on
11  that.
12  BY MR. JENSEN:
13  Q.   Well, if you don't have an opinion
14  on that and you are the top regulatory
15  person at Mutual, please tell the jury
16  why in '06 or '07 Mutual decided to
17  start doing this for their ANDA drugs
18  that it distributes?

---

Witness_ Robert Dettery - Vol. 1.txt:  158:24 - 159:18

THE WITNESS:  I think I
25  already told you that we became a
00159
1  branded company, and we -- as branded
2  companies are obligated to do, then we
3  began to do the literature searches.
4  BY MR. JENSEN:
5  Q.  But that's really a distinction
6  that makes no difference as it pertains
7  to the ANDA drugs.
8      Just, if there is a reason, please
9  tell this jury why it was a good reason
10  for Mutual to start on its ANDA drugs
11  surveying the medical literature and
12  reporting that it was appropriate,
13  forgetting about the fact that you
14  became a branded company.  I'm
15  suggesting, so what?
16      I'm suggesting please tell the
17  jury why it's better that you do that
18  now for your generic drugs.

---

Witness_ Robert Dettery - Vol. 1.txt:  159:20 - 159:24

THE WITNESS:  I'm saying the
21  reason we began doing it for generic
22  drugs is because we began doing it for
23  all of our products once we became a
24  branded company.

---

Q.  If you would flip to Exhibit 13 in
2  here, sir.  In there.
3      And that's a publication in the
4  Journal of Rheumatology in 2003, as you
5  can see from the bottom, correct?
6  A.  Yes.
7  Q.  And it's a publication entitled
8  "The Risk of" -- I will abbreviate --
9  "SJS and TEN from NSAIDs, a
10  Multinational Perspective."  Correct?
11  A.  That's what it says.
12  Q.  And sulindac is an NSAID, right?
13  A.  Yes.

Objection (160:1 to
164:16):
-Improper publishing
-Improper examination
of lay witness on
scientific literature
-602
-702
-Speculation

Ruling:  Sustained.  Mutual's notice of the
Mockenhaupt study is no longer relevant,
since Bartlett's negligence and failure-to-
warn claims have been dismissed.

---

Witness_ Robert Dettery - Vol. 1.txt:  160:15 - 160:19

**Bartlett v Mutual**

**At least we know from the title that**
**16  this article is about the relationship**
**17  or not between these deadly skin**
**18  diseases and NSAIDs, and sulindac is an**
**19  NSAID.  Fair?**

---

**Witness_  Robert Dettery - Vol. 1.txt:  160:22 - 161:3**

**THE WITNESS:  What you asked**
**23  is correct, yes.**
**24  BY MR. JENSEN:**
**25  Q.   Okay.  And this was published the**
**00161**
**1  year before Karen Bartlett was**
**2  prescribed sulindac, she was prescribed**
**3  it at the end of 2004, correct?**

---

**Witness_  Robert Dettery - Vol. 1.txt:  161:6 - 161:7**

**THE WITNESS:  I don't know**
**7  when she was prescribed sulindac.**

---

**Witness_  Robert Dettery - Vol. 1.txt:  161:10 - 161:19**

**I'm asking you to assume she was**
**11  prescribed it December 30, 2004, which**
**12  was the year after this was published,**
**13  correct?**
**14  A.   This was published 2003, so...**
**15  Q.   Okay.  And if we flip to Page 3 of**
**16  the medical publication, it has a table**
**17  there and it lists many NSAIDs and some**
**18  other drugs and their multivariate**
**19  relative risks, correct?**

---

**Witness_  Robert Dettery - Vol. 1.txt:  161:22 - 162:6**

**THE WITNESS:  I can only read**
**23  from the page, and that's what it says.**
**24  BY MR. JENSEN:**
**25  Q.   Thank you, sir.**
**00162**
**1        And the other NSAID category,**
**2  if you follow across, has a cross there,**
**3  and that cross is a footnote, and that**
**4  footnote defines the other NSAID group**
**5  as a number of NSAIDs, which includes**
**6  sulindac, correct?**

---

**Witness_  Robert Dettery - Vol. 1.txt:  162:9 - 162:17**

**THE WITNESS:  That's what it**
**10  says.**
**11  BY MR. JENSEN:**
**12  Q.   And in the next table down, under**
**13  the Other NSAIDs, when taken for less**
**14  than or equal to eight weeks, it reports**
**15  a relative risk of 4.5 to a**
**16  statistically significant degree,**
**17  correct?**

---

**Witness_  Robert Dettery - Vol. 1.txt:  162:20 - 163:4**

**Bartlett v Mutual**

THE WITNESS:  That's what it
21  says.
22  BY MR. JENSEN:
23  Q.  And you understand, do you not,
24  that this publication the year before
25  Karen was prescribed this drug was
00163
1  reporting that this group of other
2  NSAIDs has a 450 percent greater
3  likelihood of resulting in SJS and TEN
4  than the background rate, correct?

---

Witness_  Robert Dettery - Vol. 1.txt:  163:9 - 163:16

THE WITNESS:  I can't agree
10  to that.
11  BY MR. JENSEN:
12  Q.  Is the reason you can't agree to
13  that is because you don't have an
14  understanding of the relationship
15  between a relative risk of 4.5 and a 400
16  percent greater risk?  Is that fair?

---

Witness_  Robert Dettery - Vol. 1.txt:  163:18 - 163:24

THE WITNESS:  Yes.
19  BY MR. JENSEN:
20  Q.  So the reason you can't say that
21  is because you are not clear whether
22  that is true or not from a statistic
23  standpoint, not that you are denying
24  it's true.  Fair?

---

Witness_  Robert Dettery - Vol. 1.txt:  164:1 - 164:3

THE WITNESS:  I'm not denying
2  it is written on this piece of paper.
3  That's all I can testify to.

---

Witness_  Robert Dettery - Vol. 1.txt:  164:6 - 164:12

And this multinational study of
7  NSAIDs, which include two reports of
8  sulindac, is the precise type of
9  clinical data that starting in '06 or
10  '07 that Mutual would have provided to
11  the FDA for its ANDA drugs, including
12  sulindac, correct?

---

Witness_  Robert Dettery - Vol. 1.txt:  164:15 - 164:16

THE WITNESS:  Not
16  necessarily.

---

Witness_  Robert Dettery - Vol. 1.txt:  164:24 - 165:2

Q.  Your interpretation of 314.81 is
25  that epidemiological studies only need
00165
1  be reported when they have -- relate to
2  unexpected, unlabeled events?

| Objection (164:24 to 165:13): | Ruling:  Sustained.  The witness may not testify about the meaning of FDA regulations. |
| -402 | |
| -403 | |
| -Calls for legal opinion | |

Page 37

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 1.txt: 165:6 - 165:7

Q.  That's what you have twice said,
7 right?

---

Witness_ Robert Dettery - Vol. 1.txt: 165:10 - 165:13

THE WITNESS:  Yes.  My
11 understanding is the literature to be
12 reported is for serious and unexpected
13 events.

---

Witness_ Robert Dettery - Vol. 1.txt: 167:11 - 167:16

There is
12 nothing in the text of 314.81 that
13 limits the need to report clinical data,
14 such as epidemiological studies, to ones
15 that are not in the label or not
16 expected.  Isn't that true?

| Objection (167:11 to 168:11): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -Calls for legal opinion | |

Witness_ Robert Dettery - Vol. 1.txt: Page 168, Line 11

THE WITNESS:  That's correct.

---

Witness_ Robert Dettery - Vol. 1.txt: 169:12 - 169:23

Isn't it true the only effect of
13 the distinction that you were talking
14 about, which has nothing to do with
15 whether you provide clinical data or
16 not, whether an event is expected or
17 unexpected, meaning labeled or
18 unlabeled, the only effect of that is
19 that you don't need to give adverse
20 events on a 15-day basis to the FDA, if
21 they are in the label, then they don't
22 need to be provided on a 15-day basis?
23      Isn't that true?

| Objection (169:12 to 171:17): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -Calls for legal opinion | |
| -Improper publishing | |

Witness_ Robert Dettery - Vol. 1.txt: 170:1 - 170:2

THE WITNESS:  That part is
2 true about it being a 15-day report.

---

Witness_ Robert Dettery - Vol. 1.txt: 170:5 - 170:24

Back to Exhibit 362, which is
6 314.80.  Tell me when you are there.
7 A.  Okay.
8 Q.  Page 5, the letter I.  Can you
9 read me where it says Recordkeeping,
10 please.
11 A.  Yes.  You want me to read it?
12 Q.  Please.
13 A.  "Recordkeeping:  The applicant
14 shall maintain for a period of ten years
15 records of all adverse drug experiences
16 known to the applicant, including raw
17 data and any correspondence relating to
18 adverse drug experiences."

**Bartlett v Mutual**

19  Q.   And, first, for the words used, a
20  drug company remains an applicant after
21  they are selling their product, for ten
22  or 20 or 30 years they are still
23  considered an applicant in these
24  regulations, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  171:1 - 171:7

THE WITNESS:  Yes.
2  BY MR. JENSEN:
3  Q.   Right.  Because an NDA or an ANDA
4  is a living document, even after
5  approval occurs, you still file stuff
6  with the application, whether it be an
7  abbreviated one or a new one, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  171:9 - 171:14

THE WITNESS: That's correct.
10  BY MR. JENSEN:
11  Q.   So when they are talking about
12  applicant here, you understand that's
13  talking about drug companies whether
14  pre-approval or post-approval.  Fair?

---

Witness_ Robert Dettery - Vol. 1.txt:  171:16 - 171:17

THE WITNESS: Yes.  That's my
17  definition of an applicant, yes.

---

Witness_ Robert Dettery - Vol. 1.txt:  176:2 - 176:11

Q.   And what is Exhibit 365,
3  Mr. Dettery?
4  A.   It is the -- our complaint file
5  for medical complaint No. 08035.
6  Q.   And who is the patient for that
7  complaint?
8  A.   Karen Bartlett.
9  Q.   Does all of 365 pertain to Karen
10  Bartlett's adverse reactions, SJS, TEN,
11  blindness, coma, to sulindac?

| Objection (176:2 to 177:13): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -407 | |
| -602 | |
| - Handling of plaintiff's complaint file has no bearing on this case | |

---

Witness_ Robert Dettery - Vol. 1.txt:  176:14 - 177:3

THE WITNESS:  Well, the file
15  is our investigation into the reported
16  side effects that were provided to us in
17  the notification of this lawsuit.
18  BY MR. JENSEN:
19  Q.   Okay.  But, obviously, you have
20  all Karen's medical records, and so you
21  know that she has generally been blind
22  in both eyes for the last four years,
23  she was in a medically protective coma
24  for weeks on end, she has had esophageal
25  dilatation because she had an esophageal
00177
1  stricture.
2      Have all those records been
3  provided to the FDA?

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 1.txt:  177:11 - 177:13

A.  I don't know specifically.  I
12  wasn't directly involved in what was
13  submitted to FDA.

---

Witness_ Robert Dettery - Vol. 1.txt:  180:14 - 180:22

Q.   And how long has Mutual been
15  utilizing Prosar to analyze adverse
16  reactions reported to it?
17  A.  Since about 2005.
18  Q.  Definitely not in 2004?
19  A.  No.
20  Q.  Does Prosar also survey the
21  medical literature on Mutual's behalf
22  since 2006 or 2007?

| Objection (180:14 to 181:10): | Ruling:  Sustained. |
| -402 | |
| -403 | |
| -407 (Rx date 12/04) | |

---

Witness_ Robert Dettery - Vol. 1.txt:  180:25 - 181:5

THE WITNESS:  Yes.
00181
1  BY MR. JENSEN:
2  Q.  It's still Mutual's
3  responsibility, but Prosar is Mutual's
4  agent which does that, provides those
5  services for it, correct?

---

Witness_ Robert Dettery - Vol. 1.txt:  181:9 - 181:10

THE WITNESS:  Well, Prosar is
10  our agent.  When

---

Witness_ Robert Dettery - Vol. 1.txt:  184:1 - 184:14

Q.  Exhibit 303, sir.  Tell me when
2  you are there.
3  A.  303?
4  Q.  Yes, sir.
5     Is that the document that
6  authorized Mutual to start manufacturing
7  and distributing sulindac?
8  A.  Yes.
9  Q.  And Mutual is reminded to comply
10  with 314.80 and 314.81 of the
11  regulations, which are the very
12  regulations that you and I have spoken
13  about today, correct?
14  A.  Yes.

| Objection: | Ruling:  Sustained as to lines 184:9 through 184:14.  Otherwise overruled. |
| -402 | |
| -403 (state causes of action are not based upon compliance with federal regulations) | |

---

Witness_ Robert Dettery - Vol. 1.txt:  188:1 - 188:3

Q.   And did you review 367, these
2  Answers to Interrogatories, before they
3  were produced, sir?

| Objection (188:1 to 189:2): | Ruling:  Overruled. |
| -Improper impeachment | |

---

Witness_ Robert Dettery - Vol. 1.txt:  188:9 - 188:10

THE WITNESS:  I don't recall
10  if I saw this before or not.

---

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 188:15 - 189:2**

And do you see
16 Interrogatory No. 6.
17 A.  Yes.
18 Q.  And it says, "Do you contend,"
19 and, of course, you is not a reference
20 to Robert Dettery, it's a reference to
21 Mutual, because that's who it is served
22 to.
23     It says, "Do you contend that
24 sulindac cannot cause SJS or TEN?"  And
25 the answer is "No."
00189
1     Do you see that?
2 A.  That's what it says, yes.

---

**Witness_ Robert Dettery - Vol. 1.txt: 190:12 - 190:15**

Q.  Mutual has a label for its
13 sulindac product that says SJS and TEN
14 are caused by sulindac.  Does Mutual
15 agree that label is true and accurate?

| Objection (190:12 to 190:20): -Misleading (no such label statement) | Ruling:  Overruled. |

**Witness_ Robert Dettery - Vol. 1.txt: 190:18 - 190:20**

THE WITNESS:  As far as I
19 know, our labeling is as true and as
20 accurate as we can make it.

---

**Witness_ Robert Dettery - Vol. 1.txt: 192:13 - 192:20**

You see that Interrogatory 13 asks
14 whether or not Mutual had ever done any
15 safety analyses or reviews or safety
16 signal or pharmacovigilance analyses or
17 reviews for serious skin reactions
18 relating to sulindac, and it says none.
19     Do you understand that to be
20 true?

| Objection (192:13 to 192:23): -Improper impeachment | Ruling:  Sustained. |

**Witness_ Robert Dettery - Vol. 1.txt: 192:23 - 193:12**

THE WITNESS:  Yes.
24 BY MR. JENSEN:
25 Q.  And now go to Page 12.  Tell me
00193
1 when you are there.
2 A.  Page 12?
3 Q.  Yes, sir.
4     And does the answer -- just the
5 answer reads, "Mutual responds that it
6 did not conduct routine scientific
7 literature searches for sulindac
8 products between 1990 and the date of
9 plaintiff's prescription."
10     Representing to you that was 2004,
11 you know that to be true as well,
12 correct?

| Objection (192:25 to 193:14): -Improper impeachment | Ruling:  Sustained. |

---

**Witness_ Robert Dettery - Vol. 1.txt: Page 193, Line 14**

**Bartlett v Mutual**

---

THE WITNESS:  Correct.

---

Witness_ Robert Dettery - Vol. 1.txt:  194:10 - 194:15

| | |
|---|---|
| Q.  You know that Mutual never<br>11  distributed or made any advocacy to<br>12  distribute a medication guide or a<br>13  patient insertion leaflet or a document<br>14  designed for the patient to read before<br>15  2004, correct?<br><br>Witness_ Robert Dettery - Vol. 1.txt:  Page 194, Line 18<br><br>THE WITNESS:  That's correct. | Objection (194:10 to 194:18):<br>-402<br>-403 (no such duty under New Hampshire law - duty to warn learned intermediary) | Ruling:  Sustained. |

---

Witness_ Robert Dettery - Vol. 1.txt:  200:5 - 200:8

| | |
|---|---|
| Do you agree that Mutual has<br>6  always had the ability since the day<br>7  after sulindac was approved to suspend<br>8  sales or take sulindac off the market?<br><br>Witness_ Robert Dettery - Vol. 1.txt:  Page 200, Line 10<br><br>THE WITNESS:  Yes. | Objection (200:5 to 200:10):<br>-402<br>-403 (no such duty under New Hampshire law - duty to warn learned intermediary) | Ruling:  Overruled. |

---

Witness_ Robert Dettery - Vol. 1.txt:  200:12 - 200:14

Q.  Do you agree that Mutual has
13  always had the ability to do CBE label
14  changes?

---

Witness_ Robert Dettery - Vol. 1.txt:  200:16 - 201:9

| | |
|---|---|
| THE WITNESS:  No.<br>17  BY MR. JENSEN:<br>18  Q.  Is a CBE label change something<br>19  that stands for changes being effected?<br>20  A.  That's correct.<br>21  Q.  And a changes being effected label<br>22  changes can be for minor things, like<br>23  dosage or administration, or they can be<br>24  for major things, like enhancing or<br>25  strengthening warnings, correct?<br>00201<br>1  A.  No.<br>2  Q.  Okay.  What is your definition of<br>3  changes being effected label changes?<br>4  A.  The regulations permit the brand<br>5  companies to change their labeling to<br>6  include newly acquired information that<br>7  shows a causal relationship between<br>8  their product and whatever information<br>9  they have. | Objection (200:18 to 201:9):<br>-402<br>-403<br>-Calls for legal opinion | Ruling:  Sustained (beginning at line 200:12). |

---

Witness_ Robert Dettery - Vol. 1.txt:  203:23 - 203:25

| | |
|---|---|
| Q.  314.97, as you understand it,<br>24  applies to ANDA products whether they<br>25  are RLDs or not, correct? | Objection (203:23 to 204:9):<br>-402<br>-403<br>-Calls for legal opinion | Ruling:  Sustained as to lines 203:23 through 204:5.  Otherwise overruled. |

Witness_ Robert Dettery - Vol. 1.txt:  204:2 - 204:14

**Bartlett v Mutual**

THE WITNESS:  It says,
3  changes for approved abbreviated
4  applications, so I would agree with
5  that.
6  BY MR. JENSEN:
7  Q.   And an RLD is the referenced
8  listed drug, correct?
9  A.   Right.
10  Q.   Are any of the Mutual's ANDAs
11  designated RLDs?
12  A.   Yes.
13  Q.   Which drugs, please, in which
14  form?

| Objection (204:10 to 204:25):<br>-402 | Ruling:  Overruled. |
|---|---|

Witness_ Robert Dettery - Vol. 1.txt:  204:17 - 205:14

THE WITNESS:  Quinidine
18  gluconate extended-release tablets.
19  BY MR. JENSEN:
20  Q.   When did Mutual become the RLD for
21  that extended-release drug?
22  A.   Are you asking me like what year?
23  Q.   Best approximation.
24  A.   Approximately seven, eight years
25  ago.
00205
1  Q.   Okay.  When did Mutual first start
2  doing surveying of the medical
3  literature and potentially reporting
4  what it found and deemed appropriately
5  reportable for that drug in that
6  extended-release form?
7  A.   About two years ago.
8  Q.   So, hence, is it correct to state
9  that even after Mutual became the
10  reference listed drug for quinidine, it
11  did not start surveying the literature
12  until approximately three or four years
13  after it became the reference listed
14  drug?

| Objection (205:1 to 206:6):<br>-402<br>-403<br>-407 (occurred after 12/04) | Ruling:  Sustained. |
|---|---|

Witness_ Robert Dettery - Vol. 1.txt:  205:17 - 205:23

THE WITNESS:  That's correct.
18  BY MR. JENSEN:
19  Q.   So, I take it, you did not see a
20  cause-and-effect relationship between
21  being designated the RLD and having to
22  start surveying the literature
23  immediately.  Fair?

Witness_ Robert Dettery - Vol. 1.txt:  206:2 - 206:6

THE WITNESS:  Yes.
3  BY MR. JENSEN:
4  Q.   Yes, that's true, you didn't think
5  one related to the other?
6  A.   Yes.

Witness_ Robert Dettery - Vol. 1.txt:  208:25 - 209:25

**Bartlett v Mutual**

Q.   Approximately how many times has
00209
1  Mutual suspended the sales of or
2  withdrawn an application to stop selling
3  an ANDA drug?
4  A.  Well, suspended sales happened
5  several times, and withdrawing an
6  application happened once, that I
7  remember.
8  Q.   And for the benefit of the jury,
9  is withdrawing an application the same
10  thing as telling the FDA you are no
11  longer going to distribute or market
12  this drug?
13      Does it have that effect?
14  A.  No.
15  Q.  Okay.  Tell us what withdrawing an
16  application means, then, to you.
17  A.  Withdrawing an application means
18  that you are basically doing away with
19  your application and you will not market
20  that product in the future because your
21  application no longer exists.
22  Q.  Is what I said right, then, that
23  when you withdraw an application, you
24  can no longer sell the drug, right?
25  A.  Yes.

Objection:
-402
-403

Ruling:  Overruled.

---

Witness_  Robert Dettery - Vol. 1.txt:  212:17 - 212:22

Q.   Has Mutual ever advocated to the
18  FDA, between, let's pick years, 1991 and
19  2004, that it be permitted to make a
20  change as being effected label change to
21  add to or increase risk information or
22  warning information?

Objection (212:17 to
213:22):
-402
-403
-Vague
-Ambiguous

Ruling:  Sustained.

---

Witness_  Robert Dettery - Vol. 1.txt:  213:1 - 213:7

THE WITNESS:  Between 1991
2  and 2004?
3  BY MR. JENSEN:
4  Q.  Yes, sir.
5  A.  No.
6  Q.  Has Mutual at any time before 1991
7  ever so advocated?

---

Witness_  Robert Dettery - Vol. 1.txt:  213:10 - 213:16

THE WITNESS:  Not to my
11  knowledge.
12  BY MR. JENSEN:
13  Q.  Has Mutual ever advocated to the
14  FDA that all of the labels be changed
15  for a given drug, such as sulindac, at
16  any time between 1991 and 2004?

---

Witness_  Robert Dettery - Vol. 1.txt:  213:19 - 213:22

BY MR. JENSEN:
20  Q.  To add to or strengthen warning or
21  risk information?

**Bartlett v Mutual**

22 A.  No.

---

**Witness_ Robert Dettery - Vol. 1.txt:  214:16 - 215:6**

Q.  Okay.  And which drug did Mutual
17  advocate for a label change to add to or
18  strengthen warnings?
19  A.  Our product Qualaquin.
20  Q.  And what additional or enhanced
21  risk information did Mutual advocate for
22  Qualaquin?
23  A.  We submitted a CBE to strengthen
24  the warnings for thrombocytopenia.
25  Q.  And tell us what thrombocytopenia
00215
1  is, please.
2  A.  My understanding, and, again, I'm
3  not a physician, my understanding is a
4  hematological disorder, meaning the
5  blood, where the person tends to bleed
6  under the skin I think.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 (NDA product) | |
| -407 | |
| -702 | |
| -Calls for medical opinion | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  216:1 - 216:4**

Did Mutual do a CBE
2  label change before the FDA approved the
3  label change for thrombocytopenia?
4  A.  Yes.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 (NDA product) | |
| -407 | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  216:21 - 217:21**

Q.  Chronologically speaking, tell us
22  what happened.
23  A.  Okay.  Going how far back?
24  Q.  From Mutual's determination that
25  new risk or enhanced risk information
00217
1  needed to be in the Qualaquin label.
2  A.  Okay.  We determined that the
3  warnings -- or the information about
4  thrombocytopenia needed to be
5  strengthened in the insert, so we
6  submitted that in June 2009 as a CBE
7  supplement.
8      And at the same time, we submitted
9  a prior approval supplement to do
10  additional labeling changes, such as
11  adding a med guide to the labeling that
12  cannot be submitted as a CBE, so we
13  submitted that as a prior approval
14  supplement.
15      So the changes that were submitted
16  under the CBE, since it went into June,
17  30 days went by, FDA did not tell us not
18  to make it effective, so it became
19  effective.  It has not yet officially
20  been approved by FDA, but it is
21  effective.

| Objection (216:21 to 217:24): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 (NDA product) | |
| -407 | |

---

**Witness_ Robert Dettery - Vol. 1.txt:  217:23 - 217:24**

A.  And the prior approval supplement

**Bartlett v Mutual**

24  has not yet been approved.

---

**Witness_ Robert Dettery - Vol. 1.txt:  218:21 - 219:3**

Q.   And is it correct to state that
22  you understand what happens is, when
23  Mutual took it upon itself to make the
24  label change to enhance the risk
25  information for this drug, is that if
00219
1  the FDA did not do anything within 30
2  days, like reject the proposed change,
3  it became effective at that time?

> Objection (218:21 to
> 221:4):
> -402
> -403 (NDA product)
> -407

> Ruling:  Sustained.

---

**Witness_ Robert Dettery - Vol. 1.txt:  219:7 - 219:13**

THE WITNESS:  Yes.
8  BY MR. JENSEN:
9  Q.   Hence, because we are in August
10  2009, Mutual's unilateral -- defining
11  unilateral as before it was approved by
12  the FDA -- Mutual's unilateral label
13  change is now effective, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  219:17 - 219:22**

THE WITNESS:  Correct.
18  BY MR. JENSEN:
19  Q.   What was the increased or enhanced
20  safety information Mutual found it
21  appropriate to make this label change
22  for?  Tell us, please.

---

**Witness_ Robert Dettery - Vol. 1.txt:  219:24 - 221:4**

THE WITNESS:  We became aware
25  of a number of adverse events in which
00220
1  the patient reported -- or the
2  information that was reported to us
3  claim that the patient suffered
4  thrombocytopenia or some type of a
5  relate blood disorder:
6  BY MR. JENSEN:
7  Q.   How many parts of thrombocytopenia
8  or a related blood disorder did Mutual
9  receive before it determined that a
10  label needed to be changed by its own
11  action?
12  A.   I don't recall the exact number.
13  Q.   What's your best estimate?
14  A.   There may have been about -- there
15  may have been about 30.
16  Q.   And in how many years were these
17  30 received, approximately?  The
18  approximate 30.
19  A.   Well, they covered a time span
20  going back into the 1990s.
21  Q.   Okay.  So in the 1990s, we are
22  talking 15 or so years that 30
23  thrombocytopenia or related blood
24  disorder reports had been received?

Bartlett v Mutual

**25 A. Well, we received them all at the**
**00221**
**1 same time, but the reports were from --**
**2 covering a period back into 1990, which,**
**3 of course, predates our approval of our**
**4 NDA.**

---

Witness_ Robert Dettery - Vol. 1.txt: 221:10 - 221:19

**Q. Tell me then why approximately 30**
**11 were received by Mutual at the same**
**12 time, even though they dated for many**
**13 years back, 15 or so?**
**14 A. It was a lawsuit. We were**
**15 informed of a lawsuit.**
**16 Q. And the adverse reaction**
**17 information came from information**
**18 learned as a result of this lawsuit?**
**19 MR. COSGROVE: Objection.**

| Objection (221:10 to 222:2): | Ruling: Sustained. |
|---|---|
| -402 -403 (NDA, other litigation) -407 | |

---

Witness_ Robert Dettery - Vol. 1.txt: 221:20 - 222:2

**THE WITNESS: Yes.**
**21 BY MR. JENSEN:**
**22 Q. Was the lawsuit on behalf of the**
**23 approximate 30 or so persons?**
**24 A. The lawsuit was on behalf of a**
**25 number of people. I don't remember the**
**00222**
**1 exact number. I think there were more**
**2 than 30.**

---

Witness_ Robert Dettery - Vol. 1.txt: 222:24 - 223:3

**Q. Is Mutual presently waiting for**
**25 its prior approval supplement of the**
**00223**
**1 medication guide for Qualaquin to be**
**2 approved?**
**3 A. Yes.**

| Objection: | Ruling: Sustained. |
|---|---|
| -402 -403 (NDA product) -407 | |

---

Witness_ Robert Dettery - Vol. 1.txt: 223:12 - 224:1

**Q. Was thrombocytopenia mentioned**
**13 anywhere in the Qualaquin label before**
**14 Mutual learned of these cases through**
**15 this lawsuit?**
**16 A. Yes.**
**17 Q. Was it in the adverse reaction**
**18 section?**
**19 A. If I remember correctly, it was in**
**20 more than one section.**
**21 Q. Was thrombocytopenia or related**
**22 blood disorders in the Warnings section**
**23 of the Qualaquin label before Mutual**
**24 learned of this lawsuit and these**
**25 approximate 30 cases?**
**00224**
**1 A. If I remember correctly, it was.**

| Objection: | Ruling: Sustained. |
|---|---|
| -402 -403 (NDA product) -407 | |

---

Witness_ Robert Dettery - Vol. 1.txt: 224:14 - 225:5

Bartlett v Mutual

Tell me what Mutual put in the
15  label through its unilateral action
16  before getting FDA approval that wasn't
17  in there.
18  A.   We moved it -- we expanded on the
19  statement about the warning -- warning
20  regarding the possibility of
21  thrombocytopenia, and we also moved it
22  to the top or the beginning of the
23  Warnings section, rather than it was
24  about halfway in the Warnings section
25  previously.
00225
1  Q.   Is the reason Mutual moved the
2  location within the Warnings section
3  about the possibility of
4  thrombocytopenia so it would be more
5  obvious and more striking to the reader?

| Objection (224:14 to 226:5):<br>-402<br>-403 (NDA product)<br>-407 | Ruling:  Sustained as to lines 224:14 through 225:12 and as to lines 225:21 through 226:5.  Otherwise overruled. |
| --- | --- |

Witness_  Robert Dettery - Vol. 1.txt:  225:9 - 226:1

THE WITNESS:  Well, we moved
10  it to the beginning just to make it more
11  prominent.
12  BY MR. JENSEN:
13  Q.   And when you make things more
14  prominent, that is an attempt to get
15  people to take notice more easily and
16  readily.  Fair?
17      That's why you move it, right?
18  A.   Yes.
19  Q.   Is that fair?
20  A.   Yes.
21          MR. COSGROVE:  Objection.
22  BY MR. JENSEN:
23  Q.   So, you agree, based upon that
24  action you just took two months ago,
25  that where things are in a label are
00226
1  important?  Fair?

Witness_  Robert Dettery - Vol. 1.txt:  Page 226, Line 5

THE WITNESS:  Yes.

Witness_  Robert Dettery - Vol. 1.txt:  228:21 - 229:5

Is Mutual's Qualaquin changes
22  being effected to enhance or add to
23  warning information for a serious
24  adverse reaction the first time, to your
25  knowledge, when they did it in June
00229
1  2009, that the company had ever done it
2  for any drug, NDA or ANDA?
3          MR. COSGROVE:  Objection.
4  Form.
5          THE WITNESS:  Yes.

| Objection (228:21 to 232:5):<br>-402<br>-403 (NDA product)<br>-407 | Ruling:  Sustained. |
| --- | --- |

Witness_  Robert Dettery - Vol. 1.txt:  229:11 - 230:8

Q.   Before Mutual decides to initially

**Bartlett v Mutual**

12 file and initially become an applicant,
13 pre-approval obviously, for an ANDA
14 product, does it assess the risk and
15 benefit profile of the product in
16 relation to the product's label?
17 A.   What do you mean by assess?
18 Q.   I mean make an assessment of
19 whether they believe that the product
20 label as it presently exists for other
21 participants in the market of that drug
22 is a proper reflection of the risk and
23 benefit profile.
24     Obviously, I know they don't have
25 access to the data, the clinical or
00230
1 preclinical trials of the RLD.
2 Obviously, what that assess would entail
3 is a review of the medical literature
4 and an assessment in that regard.
5     So, does Mutual do an assessment
6 of the accuracy of the label for an ANDA
7 drug before it decides to file an ANDA
8 application for a drug?

---

Witness_ Robert Dettery - Vol. 1.txt:  230:12 - 231:6

THE WITNESS:  No.
13 BY MR. JENSEN:
14 Q.   To your knowledge, Mr. Dettery,
15 did anyone at Mutual ever do an
16 assessment of serious skin reactions,
17 including, of course, SJS and TEN, in
18 relation to sulindac before learning of
19 Karen Bartlett?
20 A.   Not to my knowledge.
21 Q.   Let me expand my question.
22     To your knowledge, did Mutual ever
23 do an assessment of severe skin
24 reactions, including, of course, SJS and
25 TEN, in relation to any NSAID or Bactrim
00231
1 before learning of Karen Bartlett --
2     MR. COSGROVE:  Objection.
3 BY MR. JENSEN:
4 Q.   -- i.e., the association of such
5 reactions, obviously, in any of its
6 drugs?

---

Witness_ Robert Dettery - Vol. 1.txt:  231:8 - 231:23

THE WITNESS:  To my
9 knowledge, we haven't done any
10 assessment of the type that you are
11 describing.
12 BY MR. JENSEN:
13 Q.   After Mutual learned of Karen
14 Bartlett's SJS and TEN and over a
15 hundred days hospitalization, weeks,
16 perhaps months, of being in a medically
17 protective coma, doctors' conclusions
18 that for most of the last five years she
19 has been legally blind in both eyes,

**Bartlett v Mutual**

20  after nine or ten surgeries now, what
21  has Mutual done to assess the
22  relationship between sulindac and SJS
23  and TEN?

---

**Witness_ Robert Dettery - Vol. 1.txt:  232:2 - 232:5**

THE WITNESS:  Well, as I
3  stated previously, we now do literature
4  searches, and anything that would show
5  up there would be assessed.

---

**Witness_ Robert Dettery - Vol. 1.txt:  241:4 - 241:13**

And is that a changes being
5  effected for number of tablets in a
6  bottle?
7  A.  Yes.
8  Q.  And that's pursuant to the same
9  general provisions as was utilized on
10  behalf of the NDA drug Qualaquin to make
11  CBE label changes.  They are, obviously,
12  different sections, but it's part of the
13  same 314.70, correct?

Objection (241:4 to 244:1): -402

Ruling:  Sustained.

---

**Witness_ Robert Dettery - Vol. 1.txt:  241:16 - 241:20**

BY MR. JENSEN:
17  Q.  They are both changes being
18  effected, and changes being effected
19  both emanate from the same regulation,
20  which is 314.70, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt:  241:23 - 243:3**

THE WITNESS:  They are both,
24  yes, special supplements changes being
25  effected.
00242
1  BY MR. JENSEN:
2  Q.  Please refer to Exhibit 317.  Tell
3  me when you are there.
4       That also is a special supplement
5  changes being effected by Mutual,
6  correct?
7  A.  Yes.
8  Q.  And that is for moisture
9  specifications, correct?
10  A.  Yes, it is.
11  Q.  And Exhibit 320 is the FDA's
12  response letter telling you that that
13  changes being effected proposal was
14  deficient, correct?
15  A.  Yes.
16  Q.  What is Exhibit 321, please?
17  A.  321 is the summary report of the
18  stability data for several different
19  lots of sulindac.
20  Q.  Okay.  And, again, does this
21  pertain to the 24 versus 36 months, how
22  long you can keep it issue?
23  A.  Yes, it pertains to it.  Sure.

Page 50

**Bartlett v Mutual**

24  Q.  Was this an analysis to see
25  whether or how or on what basis Mutual
00243
1  might again try to increase how long it
2  can keep the drug before it had to
3  dispose of it up to three years?

---

Witness_  Robert Dettery - Vol. 1.txt:  243:6 - 244:1

THE WITNESS:  Well, I don't
7  know if you would call this an
8  analysis.  This is a summary of the
9  results.
10  BY MR. JENSEN:
11  Q.  And this is dated July of '01,
12  correct?  I see by a signature down
13  there, the first page.
14  A.  Yes.
15  Q.  And is there any way to tell from
16  this document where any of these batch
17  shipments went?  For example, were
18  they -- strike that.
19      Does Mutual have a way of going
20  back and determining, from any
21  information, what batches shipped what
22  sulindac product where, or what batches
23  went to where?
24  A.  We have distribution records that
25  would show where specific lots were
00244
1  sent.

---

Witness_  Robert Dettery - Vol. 1.txt:  246:6 - 246:11

BY MR. JENSEN:
7  Q.  So far we have reviewed changes
8  being effected submissions by Mutual for
9  how many tablets could go in a bottle
10  and the moisture of the product and
11  where the supplier might be, correct?

| Objection (246:6 to 246:15): -402 | Ruling:  Sustained. |

Witness_  Robert Dettery - Vol. 1.txt:  Page 246, Line 15

THE WITNESS:  Yes.

---

Witness_  Robert Dettery - Vol. 1.txt:  247:6 - 247:14

Q.  Do you agree that it is more
7  important to patients and physicians
8  that they have the most current risk
9  information regarding risks, such as SJS
10  and TEN and coma and blindness, as
11  opposed to these supplemental changes
12  being effected, which address matters of
13  where the product is produced or
14  moisture specifications?

| Objection (247:6 to 247:25): -402 -403 -602 -Improper lay witness opinion -Argumentative | Ruling:  Sustained. |

Witness_  Robert Dettery - Vol. 1.txt:  247:18 - 247:25

THE WITNESS:  No, I don't
19  necessarily agree with that.
20  BY MR. JENSEN:

Bartlett v Mutual

21 Q. Obviously, physicians want to make
22 sure the product is produced properly.
23 That's your point, correct?
24 A. Yes. They want to make sure the
25 product is not adulterated in any way.

---

Witness_ Robert Dettery - Vol. 1.txt: 248:19 - 249:3

What's more important to
20 physicians and patients, in your view,
21 having done this for over two decades
22 like you have, to have updated risk
23 information regarding deadly diseases,
24 like SJS and TEN, and risks, like coma
25 and blindness, or where the product
00249
1 might be produced, presuming it is going
2 to be just as well produced in either of
3 two places?

Objection (248:19 to 249:10):
-402
-403
-602
-Improper lay witness opinion
-Argumentative

Ruling: Sustained.

---

Witness_ Robert Dettery - Vol. 1.txt: 249:6 - 250:2

THE WITNESS: Well, you are
7 asking me what's important to
8 physicians. I don't -- I'm not a
9 physician. I don't know how to answer
10 that.
11 BY MR. JENSEN:
12 Q. Exhibit 328 is a fourth example of
13 a special supplement label change under
14 314.70 that Mutual sought, correct?
15 A. Yes.
16 Q. Exhibit 330 is a fifth example of
17 a special supplement label change that
18 Mutual sought, this time for thickness
19 of the tablets, right, in August 2002?
20 A. Yes.
21 Q. Exhibit 331 is a sixth example of
22 a special supplement label change --
23 strike that.
24 Exhibit 331, in September 2002, is
25 a sixth example of a special supplement
00250
1 that Mutual sought this time regarding
2 raw material method testing, correct?

Objection (249:12 to 250:8):
-402

Ruling: Sustained.

---

Witness_ Robert Dettery - Vol. 1.txt: 250:5 - 250:8

THE WITNESS: This is a --
6 such a supplement. I have lost track of
7 how many now we have looked at, so I
8 don't know if this is the sixth or not.

---

Witness_ Robert Dettery - Vol. 1.txt: 251:11 - 251:16

Q. And I did not ask you, regarding
12 this risk of SJS and TEN from NSAID 2003
13 publication, is it correct that in 2003
14 Mutual never provided that publication
15 regarding NSAIDs, and specifically
16 sulindac and SJS and TEN, to the FDA?

Objection:
-402
-403 (no state law duty relevant to plaintiff's claims to submit literature to FDA)

Ruling: Sustained.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 1.txt: 251:21 - 251:22**

THE WITNESS: To my
22 knowledge, we haven't submitted it.

---

**Witness_ Robert Dettery - Vol. 1.txt: 252:1 - 252:5**

Is it correct to
2 state that, to your knowledge, Mutual
3 has never submitted a 2003 publication
4 regarding NSAIDs, SJS, TEN, and sulindac
5 to the FDA?

---

**Witness_ Robert Dettery - Vol. 1.txt: Page 252, Line 8**

THE WITNESS: That's correct.

---

**Witness_ Robert Dettery - Vol. 1.txt: 253:18 - 253:23**

Q. You have already reviewed the
19 brand insert for 2004 today, and you
20 know that none of the information from
21 this 2003 publication was in the brand
22 insert or Mutual's insert a year later
23 in 2004, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: Page 254, Line 1**

THE WITNESS: Yes.

---

**Witness_ Robert Dettery - Vol. 1.txt: 254:5 - 254:8**

Q. Yes, it's correct that none of
6 that information from the 2003
7 publication was in the 2004 Mutual
8 label, correct?

---

**Witness_ Robert Dettery - Vol. 1.txt: Page 254, Line 16**

A. That's correct.

---

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 2.txt: 261:1 - 261:22**

VOLUME II,
IN THE UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF NEW HAMPSHIRE
3
4
KAREN L. BARTLETT and
5  GREGORY S. BARTLETT,
Plaintiffs,
6           Case No.: 08-cv-358-JL
Judge Joseph N. Laplante
7    V
8
MUTUAL PHARMACEUTICAL
9  COMPANY, INC. and UNITED
RESEARCH LABORATORIES, INC,
10     Defendants.
11
12
13          SuperDeposition of ROBERT
14  DETTERY, taken at the law offices of
15  Segal, McCambridge, Singer & Mahoney,
16  Ltd., United Plaza, 30 South 17th
17  Street, Suite 1700, Philadelphia,
18  Pennsylvania, on Tuesday, September 1,
19  2009, at 11:32 a.m., before Jennifer L.
20  Bermudez, a Registered Professional
21  Reporter, and Notary Public, pursuant to
22  notice.

---

| **Witness_ Robert Dettery - Vol. 2.txt: 273:13 - 273:19**<br><br>Q.  Mr. Dettery, the benefit/risk<br>14  profile of a drug can change and often<br>15  does change over time, correct?<br>16  A.  I don't know.<br>17  Q.  Why do you not know?<br>18  A.  Well, I'm not an expert in the<br>19  benefit/risk ratio of a product. | Objection:<br>-402<br>-602<br>-702<br>-Vague, ambiguous<br>-Calls for expert opinion<br>-Non-disclosed expert under 26(a)(2) | Ruling:  Overruled. |
| --- | --- | --- |
| **Witness_ Robert Dettery - Vol. 2.txt: 274:24 - 275:1**<br><br>Do you agree, Mr. Dettery, that<br>25  the benefit/risk ratio of a product can<br>00275<br>1  change over the life of the product?<br><br>**Witness_ Robert Dettery - Vol. 2.txt: 275:7 - 275:10**<br><br>THE WITNESS:  Well, to answer<br>8  your question, since FDA acknowledges<br>9  it, then I would have to say that that<br>10  must be the case. | Objection (274:24 to 275:10):<br>-402<br>-602<br>-702<br>-Vague, ambiguous<br>-Calls for expert opinion<br>-Non-disclosed expert under 26(a)(2) | Ruling:  Overruled. |

---

**Witness_ Robert Dettery - Vol. 2.txt: 276:2 - 276:6**

Q.  Do you agree that a new medical
3  report or study can identify a new use
4  for a drug which is beneficial, and when
5  that happens, the benefits of a drug can
6  improve or increase?

Bartlett v Mutual

**Witness_ Robert Dettery - Vol. 2.txt: 276:13 - 277:5**

THE WITNESS:  Well, if a
14  new -- I am aware that with new evidence
15  of safety and effectiveness, that a
16  product may get a new indication, but I
17  can't say if that relates to a better
18  benefit for the product.
19  BY MR. JENSEN:
20  Q.  Can you state on the other side of
21  the coin, that an example of such as a
22  medical report or study can provide
23  information about how a labeled event,
24  like SJS and TEN, might occur or it can
25  provide information about serious
00277
1  complications of a labeled event, like
2  blindness or coma, and that would be
3  providing additional risk information
4  that has been learned of through medical
5  reports or studies?

| Objection (276:2 to 276:18): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -602 | |
| -702 | |
| -Vague, ambiguous | |
| -Calls for expert opinion | |
| -Non-disclosed expert under 26(a)(2) | |

| Objection (276:20 to 277:18): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -602 | |
| -702 | |
| -Vague, ambiguous | |
| -Calls for expert opinion | |
| -Non-disclosed expert under 26(a)(2) | |

**Witness_ Robert Dettery - Vol. 2.txt: 277:12 - 278:1**

THE WITNESS:  Again, I would
13  have to give you the same answer.
14  It's -- I don't necessarily conclude
15  that reports -- new -- new reports of
16  adverse events may relate to a change in
17  the risk profile of a product.
18  BY MR. JENSEN:
19  Q.  Do you recall we had a discussion
20  about the relationship between the
21  Mutual entities, related entities, first
22  acquiring NDAs and the first time
23  Mutual, through Prosar, started doing
24  medical literature surveillance?
25       Do you recall that discussion we
00278
1  had?

| Objection (277:19 to 278:23): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -407 | |

**Witness_ Robert Dettery - Vol. 2.txt: 278:5 - 278:18**

THE WITNESS:  I remember a
6  general discussion about that.
7  BY MR. JENSEN:
8  Q.  Okay.  Let me ask you
9  specifically.
10      Other than the reason you cited,
11  which was the fact that Mutual entities
12  started marketing NDA, also known as
13  brand name drugs, in 2006 or 2007, which
14  led to Mutual, through Prosar, starting
15  to do medical literature surveillance
16  for its ANDA, also known as generic
17  drugs, can you cite any other reason why
18  that occurred?

**Witness_ Robert Dettery - Vol. 2.txt: 278:22 - 279:11**

THE WITNESS:  I'm not aware

Bartlett v Mutual

23  of any other reason.
24  BY MR. JENSEN:
25  Q.  Okay.  Numerous times when I asked
00279
1  questions of you last week about whether
2  or not Mutual should be or should have
3  been surveying the medical literature or
4  assessing the adequacy of its label as
5  it pertained to sulindac before Karen
6  was prescribed it at the end of 2004,
7  you said Mutual was relying on the FDA
8  to ensure the sulindac label fully and
9  accurately set forth the risks and
10  benefits of their drugs in conjunction
11  with the brand name label.  Correct?

| Objection (278:25 to 279:16):<br>-Improper impeachment<br>-402 | Ruling:  Sustained. |
|---|---|

Witness_ Robert Dettery - Vol. 2.txt:  279:16 - 279:22

THE WITNESS:  That's correct.
17  BY MR. JENSEN:
18  Q.  And today, at least three times in
19  response to questions, I asked you about
20  whether you knew things and you talked
21  about your reliance on what the FDA told
22  you, right?

| Objection (279:18 to 279:25):<br>-Improper impeachment<br>-402<br>-Vague<br>-Ambiguous | Ruling:  Sustained. |
|---|---|

Witness_ Robert Dettery - Vol. 2.txt:  279:25 - 280:5

THE WITNESS:  Yes.
00280
1  BY MR. JENSEN:
2  Q.  And you agree that a central
3  mission of the FDA is to ensure the
4  health and safety of the U.S. populous,
5  right?

| Objection (280:2 to 280:21):<br>-402<br>-403<br>-Seeks improper opinion | Ruling:  Overruled. |
|---|---|

Witness_ Robert Dettery - Vol. 2.txt:  280:9 - 280:18

THE WITNESS:  Yes.  My
10  understanding of the mission of FDA is
11  consumer protection.
12  BY MR. JENSEN:
13  Q.  And that mission of consumer
14  protection of the FDA includes drug
15  labels that do not overstate the
16  benefits nor understate the risks
17  associated with drugs in package
18  inserts, also known as labels, right?

Witness_ Robert Dettery - Vol. 2.txt:  Page 280, Line 21

THE WITNESS:  Yes.

Witness_ Robert Dettery - Vol. 2.txt:  281:23 - 282:2

Q.  But you agree that the FDA, to
24  assess medical literature, either needs
25  to go and survey literature themselves
00282
1  or they need to get it from some source
2  so they can assess it, right?

| Objection (281:23 to 282:12):<br>-402<br>-403 (FDA not a defendant)<br>-602<br>-Improper opinion | Ruling:  Sustained. |
|---|---|

Page 3

**Bartlett v Mutual**

---

**Witness_  Robert Dettery - Vol. 2.txt:  282:7 - 282:21**

THE WITNESS:  Well, yes.  My
8  understanding of FDA is that they are
9  relying on scientific information that
10  they either search themselves or receive
11  from the brand -- the NDA holder of the
12  brand product.
13  BY MR. JENSEN:
14  Q.   Hence, part of the FDA's mission
15  for consumer protection, which was your
16  words, was when medical literature is
17  obtained, it needs to be assessed by
18  somebody to determine whether or not
19  that medical information requires or
20  warrants additional risk or additional
21  benefit information in a label, right?

Objection (282:14 to
284:1):
-402
-403
-602
-Seeks improper
opinion

Ruling:  Sustained.

---

**Witness_  Robert Dettery - Vol. 2.txt:  283:15 - 283:20**

THE WITNESS:  Yes.  I think
16  when FDA receives that information, they
17  assess it for the need to address if any
18  labeling changes are required.
19  BY MR. JENSEN:
20  Q.   Or warranted, right?

---

**Witness_  Robert Dettery - Vol. 2.txt:  283:25 - 284:1**

THE WITNESS:  Well, warranted
00284
1  or necessary, I consider it the same.

---

**Witness_  Robert Dettery - Vol. 2.txt:  284:19 - 285:1**

Q.   Before Karen Bartlett ingested
20  sulindac in 2004, Mutual relied on the
21  FDA to have enough medical experts and
22  enough resources to monitor and assess
23  the relevant medical literature and the
24  accuracy and adequacy of drug labels in
25  conjunction with the brand name
00285
1  manufacturers, right?

Objection (284:19
to 285:24):
-402
-403
-602
-Improper opinion
-Argumentative

Ruling:  Sustained as to lines 285:6
through 285:24.  Otherwise overruled.

---

**Witness_  Robert Dettery - Vol. 2.txt:  285:4 - 285:10**

THE WITNESS:  Yes.
5  BY MR. JENSEN:
6  Q.   Now, a generic maker, like Mutual,
7  does not know whether or not the brand
8  name maker is accurately or adequately
9  reporting the medical literature to the
10  FDA, right?

---

**Witness_  Robert Dettery - Vol. 2.txt:  285:13 - 285:20**

THE WITNESS:  No, we would
14  not know that.
15  BY MR. JENSEN:
16  Q.   A generic maker, like Mutual, does
17  not know whether or not the brand name

**Bartlett v Mutual**

18  manufacturer is assessing the medical
19  literature and/or reporting it to the
20  FDA, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  285:23 - 285:24

THE WITNESS:  No, I would not
24  agree with that.

---

Witness_ Robert Dettery - Vol. 2.txt:  286:16 - 286:22

A generic maker, A, doesn't know
17  whether the brand name manufacturer is
18  submitting medical literature to the
19  FDA, and a generic maker also does not
20  know, B, whether the brand name
21  manufacturer is assessing the medical
22  literature, correct?

Objection (286:16 to 288:20):
-402
-403
-602
-Seeks improper opinion
-Argumentative

Ruling:  Sustained as to lines 286:16 through 288:8.  Otherwise overruled.

---

Witness_ Robert Dettery - Vol. 2.txt:  286:25 - 287:15

THE WITNESS:  Well, A, it's
00287
1  the brand company's obligation to report
2  it, so I have to assume that they are.
3  Although, I don't have direct knowledge
4  that they do.
5       And, B, I have to assume that
6  if FDA is receiving it, they are
7  assessing it.
8  BY MR. JENSEN:
9  Q.   And as you pointed out, all a
10  generic company has is the assumptions
11  that the medical literature surveillance
12  and the assumption that medical
13  literature assessment is going on, and
14  it has no knowledge one way or the
15  other, correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  287:19 - 288:5

THE WITNESS:  I have the
20  assumption that the brand companies are
21  fulfilling their obligation to report
22  medical literature, and I'm assuming
23  that FDA is fulfilling its mission in
24  assessing such literature.
25  BY MR. JENSEN:
00288
1  Q.  In short, a generic maker has to
2  assume that those things are happening
3  to conclude that the drug label is a
4  full and accurate statement of the risks
5  and benefits, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  288:8 - 288:15

THE WITNESS:  Yes.
9  BY MR. JENSEN:
10  Q.   Now, if it were the case that the
11  FDA has more than enough qualified
12  experts and more than enough resources

**Bartlett v Mutual**

13 to achieve its mission before 2004, then
14 Mutual's reliance would have been well-
15 placed, right?

---

**Witness_ Robert Dettery - Vol. 2.txt: 288:18 - 289:4**

THE WITNESS:  I have to
19 assume that FDA has such resources
20 available to them.
21 BY MR. JENSEN:
22 Q.  How many times before 2004 did
23 Mutual ever investigate or assess
24 whether or not that was true, whether or
25 not the FDA had sufficient resources to
00289
1 keep up with whether or not drug labels
2 provide full and accurate assessments of
3 the risks and benefits of the thousands
4 of market drugs?

| Objection (288:22 to 291:10): | Ruling:  Overruled. |
|---|---|
| -402 | |
| -403 | |
| -602 | |
| -Seeks improper opinion | |
| -Argumentative | |

---

**Witness_ Robert Dettery - Vol. 2.txt: 289:8 - 289:20**

THE WITNESS:  That is
9 something that the company just -- we
10 don't question FDA on whether or not
11 they are capable of doing their jobs.
12 BY MR. JENSEN:
13 Q.  Okay.  How many times before 2004,
14 a different question, did a Mutual
15 investigator assess whether or not the
16 FDA had sufficient resources and
17 expertise to keep up with, let alone
18 assess, the new medical literature
19 pertaining to thousands of marketed
20 drugs?

---

**Witness_ Robert Dettery - Vol. 2.txt: 289:23 - 290:7**

THE WITNESS:  Same question,
24 it is not a company's -- or same answer,
25 it is not a company's duty to -- or
00290
1 obligation to question FDA if they have
2 the resources or expertise to properly
3 do their job.
4 BY MR. JENSEN:
5 Q.  Don't you agree that Mutual's
6 reliance on the adequacy of the FDA's
7 resources, then, was blind reliance?

---

**Witness_ Robert Dettery - Vol. 2.txt: 290:11 - 290:14**

THE WITNESS:  My experience
12 with FDA and working in the industry is
13 such that FDA is quite capable of doing
14 their job and fulfilling their mission.

---

**Witness_ Robert Dettery - Vol. 2.txt: 290:17 - 291:1**

Q.  You told me what you think you
18 know about the FDA.  You told me that
19 Mutual never has investigated or

Bartlett v Mutual

20 assessed whether or not the FDA has had
21 sufficient resources.
22      So in terms of the assuming that
23 the FDA had sufficient resources to
24 fulfill its mission regarding drug
25 labels, Mutual's reliance was a blind
00291
1 reliance, was it not?

---

Witness_ Robert Dettery - Vol. 2.txt:  291:8 - 291:10

THE WITNESS:  Well, again,
9 we -- I have no reason to believe that
10 FDA is incapable of doing their job.

---

Witness_ Robert Dettery - Vol. 2.txt:  291:14 - 292:8

First, I'm going to show you who
15 cites these studies.  In 2009, the U.S.
16 Supreme Court ruled in a case called
17 Wyeth vs. Levine, and I'm going to flip
18 back here and show you what they cited
19 about the FDA.
20      They first said, in 1955, the year
21 the agency approved a particular drug,
22 an FDA advisory committee issued a
23 report finding conclusively that the
24 budget and staff of the Food and Drug
25 Administration are inadequate to permit
00292
1 the discharge of its existing
2 responsibilities for the protection of
3 the American public.
4      Do you see that, sir?
5 A.  Yes.
6 Q.  Were you aware of that -- I know
7 it's a long time ago, but you might have
8 been aware.

Objection (291:14 to 297:9):
-402 (FDA not a defendant)
-403
-602
-Improper publishing
-Improper opinion
-Argumentative
-801
-802

Ruling:  Sustained.  The plaintiff may present evidence of the FDA's alleged lack of resources or inability to monitor drug safety, but this is not a proper means of doing so.

---

Witness_ Robert Dettery - Vol. 2.txt:  292:15 - 293:3

But were you aware of that finding
16 a long time ago in 1955?
17 A.  No, I was not aware of that.
18 Q.  Thank you, sir.
19      Well, let's step up then to a more
20 recent finding.
21      The U.S. Supreme Court also found
22 it appropriate to tell in this opinion
23 about a report called FDA Science Board
24 Report of the Subcommittee on Science
25 and Technology, "FDA Science and Mission
00293
1 at Risk," and it was a 2007 report.
2      Are you aware of anything to do --
3 or any of the findings of that report?

---

Witness_ Robert Dettery - Vol. 2.txt:  293:19 - 294:12

A.  I'm not aware of the content of
20 that report.
21 Q.  And here is one thing that the

**Bartlett v Mutual**

22  U.S. Supreme Court told us that this
23  2007 report said, they quoted them as
24  saying, "The agency suffers from serious
25  scientific deficiency and is not
00294
1  positioned to meet current or emerging
2  regulatory responsibilities."
3      Did I read that right?
4  A.  That's what it says.
5  Q.  And we are going to get to that
6  very report in a second.  Here it is.
7  It is the "FDA Science and Mission at
8  Risk," published in November 2000.
9      But before we do, sir, I'm going
10  to show you some testimony from one of
11  the main authors of that report, and his
12  name is Dr. Cassell.

---

**Witness_ Robert Dettery - Vol. 2.txt: 295:4 - 297:1**

Q.  I'm going to represent to you,
5  Mr. Dettery, that Dr. Cassell was one of
6  the authors of this 2007 report, "FDA
7  Science and Mission at Risk" and show
8  you some of his testimony to the U.S.
9  Congress.
10      And then I'm going to ask you
11  whether or not the findings or his
12  testimony have any influence upon your
13  long-term reliance on the sufficiency of
14  the FDA's resources.
15      Do you understand what I'm going
16  to ask you to do, sir?
17  A.  I believe so, yes.
18  Q.  Dr. Cassell -- first of all, let's
19  show you who he is.
20      Dr. Cassell says, he is the VP of
21  scientific affairs and a distinguished
22  research scholar of infectious diseases
23  at a drug company called Eli Lilly.
24      Ever heard of that drug company,
25  sir?
00296
1  A.  Yes.
2  Q.  He says -- he testifies to the
3  U.S. Congress, he is a professor and
4  chairman, and I am going to abbreviate,
5  the Department of Microbiology at the
6  Alabama Medical School, he is a member
7  of the Institute of Medicine, the
8  National Academy of Sciences, and is
9  currently serving a second term on the
10  Board of the Institute of Medicine.
11      Do you see that, sir?
12  A.  Yes.
13  Q.  He swears that he appears before
14  the U.S. Congress as a member of the FDA
15  Science Board Advisory Committee to the
16  FDA Commissioner, and he served as the
17  chair of the subcommittee on this.
18      He says, I served on the science
19  and technology, the Science Board, which

Bartlett v Mutual

20  authored the report "FDA Science and
21  Mission at Risk."
22      Do you see that?
23  A.  Yes.
24  Q.  So we understand, if his testimony
25  was honest, that he's a drug industry
00297
1  person.  Fair?

---

Witness_ Robert Dettery - Vol. 2.txt:  297:5 - 297:6

Q.  He's from Eli Lilly company.  He's
6  a drug industry person, correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  297:8 - 297:9

THE WITNESS:  Well, he works
9  for Eli Lilly, yes.

---

Witness_ Robert Dettery - Vol. 2.txt:  297:23 - 299:16

He says the record -- he swears,
24  the record of the proceedings of that
25  meeting will show that due to the
00298
1  seriousness of the deficiencies found
2  and the urgency of the situation, the
3  Science Board was adamant that the
4  report be broadly disseminated among the
5  public and policy makers, including the
6  posting of it in the Federal Register.
7      Do you see that?
8  A.  Yes.
9  Q.  And he describes this report, "FDA
10  Science and Mission at Risk," as only
11  the second time in over a century, long
12  before we were born, that the agency,
13  the FDA, has been reviewed by an
14  external committee as a whole entity.
15      Do you see that?
16  A.  Yes.
17  Q.  And he says, "The expertise and
18  level of accomplishments of the members
19  are almost unprecedented in a single
20  committee."
21      That's what this gentleman swears
22  to, fair?
23  A.  That's what it says.
24  Q.  And he says -- he tells us who
25  this committee comprises.
00299
1      He swears it included a Nobel
2  laureate in pharmacology, 14 members of
3  the National Academy of Sciences, a
4  renowned economist, a leader in
5  healthcare policy, a former CEO of a
6  large pharmaceutical company, a former
7  Assistant Secretary of Health and Human
8  Services, who also headed global
9  regulatory affairs with a large company
10  for over 24 years -- excuse me -- 20
11  years, a former chief counsel for the

| Objection (297:23 to 299:25): |
|---|
| -402 (FDA not a defendant) |
| -403 |
| -602 |
| -Improper publishing |
| -Improper opinion |
| -Argumentative |
| -801 |
| -802 |

| Ruling:  Sustained. |
|---|

Page 9

**Bartlett v Mutual**

12  FDA, and the first Under Secretary For
13  Food Safety at the U.S. Department of
14  Agriculture.
15      That's who he says was on his
16  team, if you will.  Fair?

---

Witness_  Robert Dettery - Vol. 2.txt:  Page 299, Line 25

A.  That's what it says, yes.

---

Witness_  Robert Dettery - Vol. 2.txt:  300:18 - 301:5

Because the question I asked you,
19  sir, is, if you know of a better, bigger
20  analysis of whether or not the FDA can
21  meet its proclaimed mission of consumer
22  protection and public health, whether or
23  not it has sufficient resources.
24      You might know that two years
25  before this there was a bigger or better
00301
1  analysis done.  So you either know that
2  or you don't, sir.
3      Do you know of a better or bigger
4  analysis than what this one appears to
5  be?

| Objection (300:18 to 310:22): |
| -402 (FDA not a defendant) |
| -403 |
| -602 |
| -Improper publishing |
| -Improper opinion |
| -Argumentative |
| -801 |
| -802 |

Ruling:  Sustained.

---

Witness_  Robert Dettery - Vol. 2.txt:  301:11 - 301:13

THE WITNESS:  I am not aware
12  of any other assessment, other than this
13  one that you are presenting here now.

---

Witness_  Robert Dettery - Vol. 2.txt:  301:16 - 302:7

Dr. Cassell went on to testify, he
17  says, "It became readily apparent that
18  the FDA suffers from serious scientific
19  deficiencies and is not positioned to
20  meet current or emerging regulatory
21  responsibilities."
22      Did I read that right?
23  A.  That's what it says, yes.
24  Q.  He goes on to swear to the
25  Congress, "Since every regulatory
00302
1  decision must be based upon the best
2  available scientific evidence in order
3  to protect the public's health, we
4  conclude that American lives are at risk
5  and there's an urgent need to address
6  deficiencies."
7      Is that what it says?

---

Witness_  Robert Dettery - Vol. 2.txt:  302:13 - 302:20

THE WITNESS:  That's what it
14  says.
15  BY MR. JENSEN:
16  Q.  Okay.  He goes on to testify to
17  the Congress, "What we found is quite
18  simply demands of FDA have soared over

**Bartlett v Mutual**

19 the past two decades," and he emphasizes
20 resources have not.  Right?

---

**Witness_ Robert Dettery - Vol. 2.txt:  303:1 - 303:17**

THE WITNESS:  Again, that's
2 what the report says -- or this
3 document.
4 BY MR. JENSEN:
5 Q.   And he says his subcommittee found
6 that -- and he has a number of bullet
7 points.  Let me go to the third one
8 here.
9     He says, "FDA cannot adequately
10 monitor development of new medical
11 products and adequately evaluate the
12 safety of existing products because it
13 is unable to keep up with scientific
14 advances," and then there's a
15 parenthetical.
16     That's what he swore to that his
17 subcommittee found, correct?

---

**Witness_ Robert Dettery - Vol. 2.txt:  Page 304, Line 1**

That's what it says,

---

**Witness_ Robert Dettery - Vol. 2.txt:  304:6 - 304:10**

Q.  The last bullet point reads, "The
7 FDA cannot fulfill its mission because
8 its scientific workforce does not have
9 sufficient capacity or capability.
10 Correct?

---

**Witness_ Robert Dettery - Vol. 2.txt:  304:15 - 304:23**

THE WITNESS:  That's what it
16 says.
17 BY MR. JENSEN:
18 Q.  His next bullet point says, "The
19 FDA cannot fulfill its mission because
20 its information technology
21 infrastructure is sorely inadequate.  It
22 is problematic at best and at worst it
23 is dangerous."  Correct?

---

**Witness_ Robert Dettery - Vol. 2.txt:  305:5 - 305:6**

THE WITNESS:  That's what it
6 says.

---

**Witness_ Robert Dettery - Vol. 2.txt:  305:13 - 305:21**

He testified at Page 6 here,
14 "Specifically we found that the FDA's
15 shortfalls have resulted in a plethora
16 of inadequacies that threaten our
17 society, including, but not limited to,"
18 and then his second bullet point under
19 that is, "a dearth of scientists who
20 understand emerging new technologies."

**Bartlett v Mutual**

21    Is that what he swore to?

---

Witness_ Robert Dettery - Vol. 2.txt:  305:25 - 306:7

THE WITNESS:  That's what the
00306
1  document says.
2  BY MR. JENSEN:
3  Q.  His last bullet point on that page
4  reads, "An information technology
5  infrastructure that was identified as a
6  source of risk in every center and
7  program reviewed by the subcommittee."

---

Witness_ Robert Dettery - Vol. 2.txt:  306:11 - 306:23

THE WITNESS:  That's what's
12  written.
13  BY MR. JENSEN:
14  Q.  Dr. Cassell, this Eli Lilly drug
15  company senior vice president, also
16  swore to the U.S. Congress that,
17  "Without immediate action, injuries and
18  death from an overwhelmed regulatory
19  system are certain and the cost to our
20  society will be far greater than any
21  dollar figure upon which we can arrive
22  at."
23    That's what he said, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  307:6 - 307:13

THE WITNESS:  Again, that's
7  what it says in the document.
8  BY MR. JENSEN:
9  Q.  Do you agree that the portions of
10  the testimony I just read to you of
11  Dr. Cassell, from the Eli Lilly drug
12  company, that he gave last year in 2008,
13  are alarming?

---

Witness_ Robert Dettery - Vol. 2.txt:  307:20 - 308:12

THE WITNESS:  You are asking
21  for my opinion, and I don't have an
22  opinion formed at this moment.
23  BY MR. JENSEN:
24  Q.  Okay.  Well, just as a human
25  being, sir, when Dr. Cassell, this, I
00308
1  represent, distinguished drug company
2  representative, is on a subcommittee
3  that does an obviously intensive,
4  detailed evaluation of whether the FDA
5  can live up to its mission of consumer
6  protection and protection of the public
7  health, and he testifies, this drug
8  company vice president, that without
9  immediate action, injuries and deaths
10  from an overwhelmed regulatory system
11  are certain, don't you find that
12  alarming?

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 2.txt:  308:21 - 308:25

THE WITNESS:  I don't -- I
22  can't answer your question because,
23  again, I don't have an opinion.
24  BY MR. JENSEN:
25  Q.   That's not alarming to you?

---

Witness_ Robert Dettery - Vol. 2.txt:  309:3 - 309:13

THE WITNESS:  No.
4  BY MR. JENSEN:
5  Q.   Okay.  Is it concerning to you
6  that this FDA that you have been putting
7  so much reliance on over the years has
8  been found very recently to be in such a
9  bad situation that unless immediate
10  action is taken, injuries and deaths
11  from an overwhelmed regulatory system
12  are certain?
13       Is that concerning to you, sir?

---

Witness_ Robert Dettery - Vol. 2.txt:  309:20 - 310:13

THE WITNESS:  I have no
21  opinion whether that is concerning or
22  not.
23  BY MR. JENSEN:
24  Q.   I'm not asking for an opinion.
25       I'm just asking for -- as a person
00310
1  who works in regulatory affairs, who
2  works on and has relied on the FDA, as
3  you testified many times last week and
4  today, you rely on the FDA to have
5  enough resources, you rely on them to
6  assess medical literature.
7       And now I'm showing you evidence
8  that this review has found that the FDA
9  has insufficient resources and that
10  deaths and injuries are certain from an
11  overwhelmed regulatory system.
12       I'm just asking, as a person,
13  doesn't that concern you?

---

Witness_ Robert Dettery - Vol. 2.txt:  310:21 - 310:22

THE WITNESS:  I don't have
22  enough evidence to form an opinion.

---

Witness_ Robert Dettery - Vol. 2.txt:  312:8 - 312:17

Q.   Isn't it true, to your knowledge,
9  Mutual has done nothing to look into
10  whether the conclusions of this November
11  2007 report, "FDA Science and Mission at
12  Risk," were correct, and has done
13  nothing to determine whether or not its
14  chairman from the drug industry's
15  conclusion was correct that because of
16  an overwhelmed regulatory system

**Bartlett v Mutual**

17  injuries and deaths are certain?

---

Witness_ Robert Dettery - Vol. 2.txt: 312:21 - 312:22

Q.  To your knowledge, Mutual has done
22  nothing in that regard; isn't that true?

---

Witness_ Robert Dettery - Vol. 2.txt: 313:9 - 313:16

THE WITNESS:  Again, I can't
10  speak on behalf of others in the company
11  if they did anything in regards to this
12  report.
13  BY MR. JENSEN:
14  Q.  To your knowledge, no one at
15  Mutual did anything in regard to these
16  reports and findings, correct?

| Objection (312:8 to 314:15): | Ruling:  Sustained. |
|---|---|
| -402 (FDA not a defendant) -403 -602 -Improper publishing -Improper opinion -Argumentative -801 -802 | |

---

Witness_ Robert Dettery - Vol. 2.txt: 313:21 - 314:5

THE WITNESS:  Like I said
22  before, I have no knowledge of what
23  others in the company may have done.
24  BY MR. JENSEN:
25  Q.  And you don't know that they did
00314
1  anything regarding this, right?
2      You don't have any affirmative
3  knowledge that anyone at Mutual ever did
4  anything to look into the reports,
5  right?

---

Witness_ Robert Dettery - Vol. 2.txt: 314:12 - 314:15

THE WITNESS:  Again, I don't
13  know what others in the company may have
14  done, if anything, possible, as follow-
15  up to this report.

---

Witness_ Robert Dettery - Vol. 2.txt: 316:1 - 316:25

And let's start with the
2  first page.  Exhibit 419 is what we have
3  just been speaking about, the "FDA
4  Science and Mission at Risk" report,
5  published under two years ago, authored
6  in part by its chair, that we just read
7  his testimony, Dr. Cassell.
8        Starting with the first
9  page.  Have you ever seen the first page
10  of this report before, sir?
11  A.  Are you calling the title page the
12  first page?
13  Q.  Yes, sir.
14  A.  No.
15  Q.  Okay.  I'm going to, again, go
16  through some of its findings with you
17  and ask you whether or not these
18  findings affect the propriety or whether
19  it was a good idea to be relying on the
20  FDA to have sufficient resources to
21  carry out its mission of protecting the

| Objection (316:1 to 321:8): | Ruling:  Sustained. |
|---|---|
| -402 (FDA not a defendant) -403 -602 -Improper publishing -Improper opinion -Argumentative -801 -802 | |

**Bartlett v Mutual**

22  public and consumer protection.
23      Do you understand what I'm asking
24  you to do, sir?
25  A.  Yes.

---

Witness_ Robert Dettery - Vol. 2.txt:  317:4 - 317:20

In relation to the things I read
5  to you out of Dr. Cassell's testimony,
6  did some or all of those things,
7  Mr. Dettery, cause you to be concerned
8  about whether it was a good idea for
9  Mutual to be relying on the presumption
10  that the FDA had sufficient resources,
11  without ever looking into it, to protect
12  the consumers and to ensure public
13  health?
14          MR. COSGROVE:  Objection.
15  Form.  Foundation.  Complex.
16  Confusing.  Misleading.
17          THE WITNESS:  I believe you
18  already did ask me that.  And as I
19  replied, at this point, I have no
20  opinion.

---

Witness_ Robert Dettery - Vol. 2.txt:  317:24 - 319:2

Let's start on Page 5.  And tell
25  me when you are there, sir.
00318
1  A.  I'm there.
2  Q.  At the top, you will see this
3  actual report stated, "FDA's failure to
4  retain and motivate its workforce put
5  FDA's mission at risk.
6      "Inadequately trained scientists
7  are generally risk adverse and tend to
8  give no decision, a slow decision or
9  even worse the wrong decision on
10  regulatory approval or disapproval."
11      Is that what it says so far?
12  A.  That's what it says.
13  Q.  It says, "During our encounters
14  with staff and center leadership, we
15  were struck by the mere unanimity that
16  the shortage of science staff due to
17  lack of resources to hire and the
18  inability to recruit and retain needed
19  expertise are serious, long-standing
20  challenges."
21      Is that what they reported?
22  A.  That's what it says.
23  Q.  It says, it goes on, "The
24  subcommittee was extremely disturbed at
25  the state of the FDA, IT --" you
00319
1  understand that stands for information
2  technology -- "infrastructure."  Right?

---

Witness_ Robert Dettery - Vol. 2.txt:  319:6 - 319:12

THE WITNESS:  That's what it

**Bartlett v Mutual**

7 says.
8 BY MR. JENSEN:
9 Q.   And it goes on to say, "The FDA
10 lacks the information technology
11 infrastructure necessary to meet its
12 mandate."  Correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  319:15 - 319:25

THE WITNESS:  That's what it
16 says.
17 BY MR. JENSEN:
18 Q.  It says, "The IT situation at FDA
19 is problematic at best and at worse it
20 is dangerous.  Systems fail" --
21     And it goes on to say, "Systems
22 fail frequently and even e-mail systems
23 are unstable most recently during an E.
24 coli food contamination investigation."
25     Is that what it says in part?

---

Witness_ Robert Dettery - Vol. 2.txt:  320:4 - 320:14

THE WITNESS:  That's what it
5 says in part, yes.
6 BY MR. JENSEN:
7 Q.   Okay.  And it goes on, on the
8 bottom of that page, to report that,
9 "Critical data reside in large
10 warehouses sequestered in piles and
11 piles of paper documents, there is no
12 backup of these records, which include
13 valuable clinical trial data."
14     Is that what it says?

---

Witness_ Robert Dettery - Vol. 2.txt:  320:18 - 321:1

THE WITNESS:  That's what it
19 says.
20 BY MR. JENSEN:
21 Q.  Let's start with this:  If any of
22 these things are true that I just read
23 to you, that's not a good thing for the
24 FDA's attempt to meet its mission to
25 safeguard the public, is it, or are
00321
1 they?

---

Witness_ Robert Dettery - Vol. 2.txt:  Page 321, Line 8

THE WITNESS:  I don't know.

---

Witness_ Robert Dettery - Vol. 2.txt:  322:3 - 322:10

If it's true that the FDA lacks
4 sufficient resources to hire and has an
5 inability to recruit and retain needed
6 expertise, do you agree that that is not
7 a good thing in terms of the FDA's
8 attempts to meet its mission to ensure
9 the health and safety of the American
10 populous?

Bartlett v Mutual

---

**Witness_ Robert Dettery - Vol. 2.txt:  322:19 - 322:22**

THE WITNESS:  I don't have
20  enough information to -- to make a
21  determination whether your statement is
22  correct or not.

| Objection (322:3 to 322:22): | Ruling:  Sustained. |
|---|---|
| -402 (FDA not a defendant) | |
| -403 | |
| -602 | |
| -Improper publishing | |
| -Improper opinion | |
| -Argumentative | |
| -801 | |
| -802 | |

---

**Witness_ Robert Dettery - Vol. 2.txt:  323:8 - 323:19**

if it's true, as
9  was reported by the "FDA Science and
10  Mission at Risk" report, that as they
11  reported that there is insufficient
12  resources to hire and an inability to
13  recruit and retain needed expertise --
14  that's not what I'm saying, that's what
15  the report is saying -- if that is true,
16  do you agree, Mr. Dettery, that that is
17  not a good thing for the FDA's ability
18  to achieve its mission to protect the
19  American public?

| Objection (323:8 to 325:6): | Ruling:  Sustained. |
|---|---|
| -402 (FDA not a defendant) | |
| -403 | |
| -602 | |
| -Improper publishing | |
| -Improper opinion | |
| -Argumentative | |
| -801 | |
| -802 | |

---

**Witness_ Robert Dettery - Vol. 2.txt:  324:1 - 324:19**

THE WITNESS:  I don't have
2  enough information in order to agree or
3  disagree with it.
4  BY MR. JENSEN:
5  Q.  Okay.  Let's go to the IT
6  infrastructure that you referenced.
7     If it's true that the FDA lacks
8  the IT infrastructure necessary to meet
9  its mandate, and if it's true, as
10  Dr. Cassell testified, that the FDA
11  cannot fulfill its mission because its
12  information technology infrastructure is
13  thoroughly inadequate, which is
14  problematic at best and at worst
15  dangerous, in his testimony, do you
16  agree that those are not good things for
17  the FDA's ability to meets its mission
18  to ensure the safety of the American
19  populous?

---

**Witness_ Robert Dettery - Vol. 2.txt:  325:4 - 325:6**

THE WITNESS:  I don't have
5  sufficient information in order to agree
6  or disagree with the report.

---

**Witness_ Robert Dettery - Vol. 2.txt:  326:4 - 327:4**

Q.  The U.S. Supreme Court this year
5  not only quoted a portion of the report
6  that we have been looking at, "FDA
7  Science and Mission at Risk," it also
8  reported some other recent findings.
9     A 2007 report of the National
10  Academies of the Institutes of Medicine,
11  entitled "The Future of Drug Safety,
12  Promoting and Protecting the Health of

**Bartlett v Mutual**

13 the Public."
14      Do you see that, sir?
15 A.  I see where you have just
16 highlighted, yes.
17 Q.  Thank you, sir.
18      And the U.S. Supreme Court quoted
19 the National Academies of Science to
20 say, in 2007, just two years ago, "The
21 FDA lacks the resources needed to
22 accomplish this large and complex
23 mission.
24      "There is widespread agreement
25 that the resources for post marketing
00327
1 drug safety" -- let me stop there.
2      That's what we have been talking
3 about, post-marketing drug safety, today
4 and the last time, in large part, right?

| Objection (326:4 to 328:1): | Ruling:  Sustained. |
|---|---|
| -402 (FDA not a defendant) | |
| -403 | |
| -602 | |
| -Improper publishing | |
| -Improper opinion | |
| -Argumentative | |
| -801 | |
| -802 | |

---

Witness_ Robert Dettery - Vol. 2.txt:  327:9 - 327:11

THE WITNESS:  Well, there are
10 various aspects of post-marketing drug
11 safety.

---

Witness_ Robert Dettery - Vol. 2.txt: 327:17 - 327:20

Q.  In relation to the regulatory
18 affairs aspect of proper labeling, that,
19 of course, relates to post-marketing
20 drug safety, correct?

---

Witness_ Robert Dettery - Vol. 2.txt: 327:23 - 328:9

THE WITNESS:  The labeling
24 could relate to post-marketing drug
25 safety when it's a branded product,
00328
1 that's correct.
2 BY MR. JENSEN:
3 Q.  The reason Mutual unilaterally,
4 prior to FDA approval, found it
5 appropriate to change the Qualaquin
6 label to add additional enhanced risk
7 information regarding the risk of
8 thrombocytopenia was to enhance post-
9 marketing drug safety, correct?

| Objection (328:3 to 328:9): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -407 | |
| -Does not designate the answer | |

---

Witness_ Robert Dettery - Vol. 2.txt: Page 329, Line 3

yes.

| Objection: | Ruling:  Sustained. |
|---|---|
| -402, -403, -407, -Vague, -Did not designate the question | |

---

Witness_ Robert Dettery - Vol. 2.txt: 329:10 - 329:23

Q.  So a U.S. Supreme Court reported
11 that, in 2007, the National Academies of
12 Sciences said, "The FDA lacks the
13 resources needed to accomplish its large
14 and complex mission.
15      "There is widespread agreement
16 that resources for post marketing drug
17 safety work are especially inadequate

**Bartlett v Mutual**

18  and that resource limitations have
19  hobbled the agency's ability to improve
20  and expand this essential component of
21  its mission.''
22       Is that what it was reporting
23  here?

---

Witness_ Robert Dettery - Vol. 2.txt:  330:5 - 330:7

THE WITNESS:  Well, you
6  correctly read the part that you
7  highlighted.

---

Witness_ Robert Dettery - Vol. 2.txt:  330:10 - 330:15

Q.  Do you agree with the quote that
11  is in here, to the extent and to the
12  effect where it says that post-marketing
13  drug safety work is an essential
14  component of its mission, referring to
15  the FDA's mission?

---

Witness_ Robert Dettery - Vol. 2.txt:  330:19 - 330:22

THE WITNESS:  I couldn't
20  agree or disagree with that.  I don't
21  know what the basis of that comment was
22  about.

---

Witness_ Robert Dettery - Vol. 2.txt:  331:23 - 332:7

Do you agree that a part of -- a
24  critical part of FDA's mission of
25  protection of the American populous
00332
1  is -- better if I pronounce the word
2  right.
3       New question:  Do you agree that a
4  critical part and essential part of the
5  FDA's mission of protecting the health
6  of the U.S. populous is post-marketing
7  drug safety?

---

Witness_ Robert Dettery - Vol. 2.txt:  332:17 - 333:5

THE WITNESS:  I don't know if
18  I would be able to answer that.  I don't
19  know everything that FDA does to protect
20  the consumer health.  So I don't know
21  what -- how the post-marketing safety
22  relates to the entire picture of FDA.
23  BY MR. JENSEN:
24  Q.  What did Mutual do to look into
25  whether this finding was justified or
00333
1  not justified, that the lack of
2  resources have hobbled the FDA's ability
3  to improve and expand this essential
4  component of its mission which they
5  refer to as post-marketing drug safety?

---

Witness_ Robert Dettery - Vol. 2.txt:  333:10 - 333:16

| Objection (329:10 to 330:22): |
| --- |
| -402 (FDA not a defendant) |
| -403 |
| -602 |
| -Improper publishing |
| -Improper opinion |
| -Argumentative |
| -801 |
| -802 |

Ruling:  Sustained.

| Objection (331:23 to 332:22): |
| --- |
| -402 |
| -403 |
| -602 |
| -Calls for opinion |

Ruling:  Sustained.

| Objection (332:24 to 335:8): |
| --- |
| -402 (FDA not a defendant) |
| -403 |
| -602 |
| -Improper Publishing |

Ruling:  Sustained.

**Bartlett v Mutual**

| | |
|---|---|
| **And I don't know what Mutual**<br>**11 did.**<br>**12 BY MR. JENSEN:**<br>**13 Q. To your knowledge, Mutual did**<br>**14 nothing to look into that, correct?**<br>**15 A. Again, I don't know what anyone**<br>**16 else in the company may have done.** | -Improper opinion<br>-Argumentative<br>-801<br>-802 |

---

**Witness_ Robert Dettery - Vol. 2.txt: 334:1 - 334:16**

**In**
**2 footnote 11, the U.S. Supreme Court also**
**3 cited a report by the Government**
**4 Accounting Office, drug safety**
**5 improvement needed in FDA's post-**
**6 marketing decision making, and that was**
**7 published in 2006.**
**8    Do you see that, sir?**
**9 A. I see where you just highlighted,**
**10 yes.**
**11 Q. And the quote that the U.S.**
**12 Supreme Court provided from that is,**
**13 "FDA lacks a clear and effective process**
**14 for making decisions about and providing**
**15 management oversight of post market**
**16 safety issues." Correct?**

---

**Witness_ Robert Dettery - Vol. 2.txt: 334:20 - 334:25**

**THE WITNESS: Again, the part**
**21 that you highlighted is what he said.**
**22 BY MR. JENSEN:**
**23 Q. And the part I highlighted is a**
**24 complete highlight of the U.S. Supreme**
**25 Court's quote as it appears here, right?**

---

**Witness_ Robert Dettery - Vol. 2.txt: Page 335, Line 8**

**THE WITNESS: Yes.**

---

| | | |
|---|---|---|
| **Witness_ Robert Dettery - Vol. 2.txt: 336:4 - 336:8**<br><br>**Does this finding**<br>**5 of the FDA, in the same study, concern**<br>**6 you, "FDA does not have the capacity to**<br>**7 ensure the safety of food for the**<br>**8 nation"? Yes or no?** | Objection (336:4 to 336:14):<br>-402 (FDA not a defendant)<br>-403<br>-602<br>-Improper publishing<br>-Improper opinion<br>-Argumentative<br>-801<br>-802 | Ruling: Sustained. |

---

**Witness_ Robert Dettery - Vol. 2.txt: 336:12 - 336:14**

**THE WITNESS: I can't give**
**13 you a yes or no answer. I don't know.**
**14 I don't have an opinion on it.**

---

**Witness_ Robert Dettery - Vol. 2.txt: 338:17 - 338:25**

**In our discussion here, before we**
**18 got to these documents, you pointed out**
**19 that you were not only relying on the**
**20 FDA to do its job and have sufficient**
**21 resources to do its job, but you were**

Bartlett v Mutual

| | |
|---|---|
| 22 relying on the name brand manufacturer<br>23 to do its job and go and get that<br>24 medical literature and assess it,<br>25 correct? | Objection (338:17 to 340:11):<br>-402 (FDA not a defendant)<br>-403<br>-602<br>-Improper publishing<br>-Improper opinion<br>-Argumentative<br>-801<br>-802 |

Ruling:  Sustained.

**Witness_ Robert Dettery - Vol. 2.txt:  339:6 - 339:24**

THE WITNESS:  I believe what
7  I said is that I have no reason to
8  believe FDA is incapable of doing their
9  job, and that it is the branded
10  company's obligation, rather than the
11  generic company's, to provide post-
12  marketing safety information to FDA.
13  BY MR. JENSEN:
14  Q.   Let's just go to the one part of
15  your answer there.
16      If Dr. Cassell from the drug
17  industry, and all these people that he
18  coauthored this report with, got these
19  findings right, his ultimate conclusion
20  that injuries and death are certain from
21  an overwhelmed regulatory system, do you
22  now have reason to be concerned about
23  whether Mutual's reliance on the FDA's
24  adequate resources was well-placed?

**Witness_ Robert Dettery - Vol. 2.txt:  340:7 - 340:11**

THE WITNESS:  Again, my
8  answer is the same as before.  I have --
9  I don't have enough information to be --
10  to form an opinion about whether that is
11  concerning or not.

**Witness_ Robert Dettery - Vol. 2.txt:  344:17 - 344:20**

| | |
|---|---|
| Is it correct<br>18  to state, sir, that for all matters of<br>19  regulatory affairs at Mutual, from 1991<br>20  through 2004, the buck stopped with you? | Objection (344:17 to 345:4):<br>-Vague<br>-Ambiguous<br>-Argumentative |

Ruling:  Overruled.

**Witness_ Robert Dettery - Vol. 2.txt:  344:25 - 345:4**

THE WITNESS:  As I testified
00345
1  previously, since 1993 I have been vice
2  president of the Regulatory Affairs
3  Department, and that is the top position
4  within that department.

**Witness_ Robert Dettery - Vol. 2.txt:  345:15 - 345:18**

There's never been a
16  regulatory affairs person above you from
17  1993 through 2004, correct?
18  A.   That's correct.

**Witness_ Robert Dettery - Vol. 2.txt:  346:9 - 346:12**

Q.   Hence, to the best of your
10  recollection, for those 13 years the

Bartlett v Mutual

| | | Ruling: Overruled. |
|---|---|---|
| 11 regulatory affairs decisions, the buck<br>12 always has stopped with you.  Fair?<br><br>**Witness_  Robert Dettery - Vol. 2.txt:  346:17 - 346:21**<br><br>THE WITNESS:  Well, I don't<br>18 know what you mean by ''the buck stops<br>19 here.''  But, as I said, I was in charge<br>20 of that department for that period of<br>21 time. | Objection (346:9 to<br>346:21):<br>-Vague<br>-Ambiguous<br>-Argumentative | |

**Witness_  Robert Dettery - Vol. 2.txt:  347:4 - 347:12**

| | | Ruling:  Sustained. |
|---|---|---|
| Q.  Flip to Exhibit 11.  Tell me when<br>5  you are there, sir.<br>6  A.  Exhibit 11?<br>7  Q.  Yes, sir.<br>8      And that is a 1987 publication<br>9  entitled, ''A fatal case of sulindac<br>10 induced Lyell syndrome,'' which they<br>11 define as toxic epidermal necrolysis.<br>12 Correct?<br><br>**Witness_  Robert Dettery - Vol. 2.txt:  347:18 - 347:19**<br><br>that is what it appears<br>19 the title is, correct. | Objection (347:4 to<br>347:19):<br>-402<br>-403<br>-602<br>-Improper<br>publishing<br>-Seeks opinion<br>testimony<br>-801<br>-802 | |

**Witness_  Robert Dettery - Vol. 2.txt:  348:14 - 349:7**

Q.   And just so we have a date range,
15 so we know what the date is, does 303
16 allow you to confirm, sir, that the
17 approval date for sulindac was April 17,
18 1991?
19 A.  Yes.
20 Q.  And what date -- that's the
21 approval date.
22     Now, tell us what the initial
23 application date was by Mutual for
24 sulindac.
25 A.  May 20th, 1987.
00349
1 Q.  Thank you, sir.

| | | Ruling:  Sustained. |
|---|---|---|
| 2     Understanding you were not there,<br>3 but understanding you can learn things<br>4 after you arrive, is it correct to state<br>5 that, to the best of your knowledge,<br>6 this 1987 report was never provided by<br>7 Mutual to the FDA? | Objection (349:1 to<br>350:8):<br>-402<br>-403 (state law claims<br>don't rely upon giving<br>literature to FDA) | |

**Witness_  Robert Dettery - Vol. 2.txt:  349:13 - 349:25**

THE WITNESS:  I don't know if
14 this has ever been produced or not.  It
15 says generic company.  It's not likely
16 that we have, but I don't know for sure.
17 BY MR. JENSEN:
18 Q.  And, also, you have no
19 knowledge -- we are only going to do
20 this for about three or four articles.
21     The question is, you have no

**Bartlett v Mutual**

22 knowledge and Mutual would have no
23 knowledge that the brand name holder
24 ever provided this publication to the
25 FDA, correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  350:4 - 350:15

THE WITNESS:  I don't know if
5 anybody at Mutual is aware that this has
6 been submitted to FDA by the brand
7 company or not.
8 BY MR. JENSEN:
9 Q.   Is it correct to state that
10 generic companies typically do not
11 receive the filings of brand name
12 companies when they submit medical
13 literature as post-marketing -- in post-
14 marketing periodic reports?
15 A.   That is correct.

| Objection (350:9 to 350:15): -402 -403 | Ruling:  Sustained. |
|---|---|

---

Witness_ Robert Dettery - Vol. 2.txt:  351:9 - 351:13

Q.   Is the next publication that I'm
10 showing you, Mr. Dettery, appear to you
11 to be a 1988 publication entitled
12 ''Sulindac Induced Toxic Epidermal
13 Necrolysis''?

| Objection (351:9 to 358:6): -402 -403 -602 -801 -802 -702 -Improper publishing -Seeks opinion testimony | Ruling:  Sustained. |
|---|---|

---

Witness_ Robert Dettery - Vol. 2.txt:  351:17 - 352:4

THE WITNESS:  It's a
18 document, I don't know of what type,
19 that has a subtitle that reads as you
20 read.
21 BY MR. JENSEN:
22 Q.   Okay.  And if it's true to what it
23 appears to be, which is a medical
24 publication and clinical pharmacy where
25 they say sulindac induced toxic
00352
1 epidermal necrolysis, we know from those
2 four or five words that somebody is
3 concluding that somebody got TEN from
4 sulindac, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  352:11 - 352:17

THE WITNESS:  I don't know.
12 BY MR. JENSEN:
13 Q.   Okay.  And this was the year --
14 1988 was while, as we just established,
15 Mutual's application was pending before
16 it was approved to market sulindac,
17 correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  352:21 - 353:17

THE WITNESS:  Well, it has
22 the date October 1988 on there.
23 BY MR. JENSEN:
24 Q.   Which is while the application was
25 pending, correct?

**Bartlett v Mutual**

00353
1  A.  I forget what the -- the
2  submission date was May 20th?
3  Q.  It was 1987 --
4  A.  '87.
5  Q.  -- was the submission and '91 was
6  the approval.
7      So this was while the initial
8  application was pending, correct?
9  A.  So October 1988 does fall between
10  those two dates, right.
11  Q.  Thank you.
12      And a statement in this
13  publication is that clinicians should be
14  aware of the risk of TEN with sulindac
15  and should monitor patients
16  appropriately for dermatological
17  reactions, correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  353:23 - 354:8

THE WITNESS:  Well, the
24  portion of the entire document that you
25  highlighted reads that way.
00354
1  BY MR. JENSEN:
2  Q.  Okay.  And, to your knowledge,
3  isn't it true that Mutual never did
4  anything to bring to the attention of
5  the FDA this conclusion that clinicians,
6  meaning doctors, should be aware of the
7  risk that this deadly skin disease is
8  associated with sulindac?

---

Witness_ Robert Dettery - Vol. 2.txt:  354:14 - 355:3

THE WITNESS:  I don't know if
15  that was ever done or not.
16  BY MR. JENSEN:
17  Q.  And you also don't know whether or
18  not the name brand ever provided this to
19  the FDA, correct?
20  A.  Well, as I previously said, we
21  don't get copies of what the brand
22  company submits to FDA, so I would have
23  to rely that they did.
24  Q.  Talking about assumptions and
25  reliances, you don't know the name brand
00355
1  manufacturer provided this to the FDA,
2  correct?
3  A.  As I --

---

Witness_ Robert Dettery - Vol. 2.txt:  355:6 - 355:8

THE WITNESS:  As I answered,
7  I don't know what the name brand company
8  submits to FDA,

---

Witness_ Robert Dettery - Vol. 2.txt:  355:13 - 355:17

Q.  We discussed for a bit, in your

**Bartlett v Mutual**

14 prior day we spoke, this publication
15 which came out -- the jury won't be able
16 to see it, but do you see it says
17 February 2003 at the bottom there?

---

Witness_ Robert Dettery - Vol. 2.txt:  356:4 - 356:12

THE WITNESS:  It says,
5 Revision Accepted February 2003.  I
6 don't know when it was published.
7 BY MR. JENSEN:
8 Q.  Thank you, sir.
9       And it's entitled -- and I am
10 going to abbreviate -- "The risk of SJS
11 and TEN associated with NSAIDs a
12 multinational perspective."  Correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  356:16 - 356:20

THE WITNESS:  That is the
17 header on this document, yes.
18 BY MR. JENSEN:
19 Q.  And as we discussed, sulindac is
20 an NSAID, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  356:24 - 357:20

THE WITNESS:  As I recall,
25 yes.
00357
1 BY MR. JENSEN:
2 Q.  And sulindac is referenced in this
3 document, as we discussed, on page 2771,
4 right where I just highlighted.
5     If you can look at the screen
6 right between the tables there.
7 A.  I see ketoprofen and other NSAIDs.
8 Q.  Yes, sir.  And right here where my
9 thumb is, do you see sulindac?
10 A.  No.  There is something in the
11 way.  Now, move it up a little.
12 Q.  Yes, sir.
13 A.  I see you highlighted the word
14 "sulindac."
15 Q.  Thank you.
16     And you see from here other NSAIDs
17 has a footnote, and the footnote
18 represents a number of NSAIDs including
19 sulindac, as we just referenced,
20 correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  357:25 - 358:6

THE WITNESS:  I see a
00358
1 footnote for Other NSAIDs, and I see
2 approximately 15 or so products included
3 under that footnote under Other NSAIDs.
4 BY MR. JENSEN:
5 Q.  Including sulindac, correct?
6 A.  Including sulindac.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 2.txt: 361:2 - 361:18**

**Mr. Dettery, assume for me the**
3 **following is true, and then I'm going to**
4 **ask you a question:  Assume for me that**
5 **this 2003 study concluded that**
6 **ketoprofen, one NSAID, had no**
7 **relationship with people getting SJS or**
8 **TEN from that particular NSAID.**
9     **And, secondly, this study also**
10 **included that other NSAIDs did have what**
11 **is called a statistically significant**
12 **association with getting SJS or TEN.**
13 **I'm asking you to assume that's true.**
14     **Do you, sir, as a regulatory**
15 **affairs official, agree that that would**
16 **have been important information for**
17 **doctors prescribing NSAIDs to know in**
18 **2003 or 2004?**

| Objection (361:2 to 363:24): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -602 | |
| -801 | |
| -802 | |
| -702 | |
| -Improper publishing | |
| -Seeks opinion testimony | |
| -Plaintiff's counsel changed witness' answer | |

---

**Witness_ Robert Dettery - Vol. 2.txt: 362:2 - 362:5**

**THE WITNESS:  Well, I**
3 **believe, as I testified last week, I'm**
4 **not a physician, I don't know what**
5 **information is important to a physician,**

---

**Witness_ Robert Dettery - Vol. 2.txt: 362:14 - 362:23**

**Is it correct, Mr. Dettery,**
15 **that, to your knowledge, no one at**
16 **Mutual ever assessed, analyzed,**
17 **investigated or questioned whether or**
18 **not this was important information for**
19 **doctors to have, specifically that one**
20 **NSAID had no relationship to these**
21 **highly deadly diseases and that other**
22 **NSAIDs did have strong relationships to**
23 **these highly deadly skin conditions?**

---

**Witness_ Robert Dettery - Vol. 2.txt: 363:7 - 363:9**

**I don't know if this**
8 **document has been assessed by anyone at**
9 **Mutual.**

---

**Witness_ Robert Dettery - Vol. 2.txt: 363:14 - 363:19**

**to the best of your**
15 **knowledge, no one at Mutual ever**
16 **assessed, questioned or investigated**
17 **whether or not this was important**
18 **information for prescribing doctors to**
19 **have, correct?**

---

**Witness_ Robert Dettery - Vol. 2.txt: 363:24 - 364:3**

**THE WITNESS:  I don't know.**
25 **BY MR. JENSEN:**
**00364**
1 **Q.   Are adverse drug reactions a big**
2 **problem for the health of the American**

**Bartlett v Mutual**

3  public, Mr. Dettery?

---

**Witness_ Robert Dettery - Vol. 2.txt:  364:7 - 364:17**

THE WITNESS:  I really have
8  no opinion on that.  I don't know.
9  BY MR. JENSEN:
10  Q.   Okay.  Well, you have frequently
11  given testimony that you rely on the FDA
12  to ensure the health and safety of the
13  American populous.
14      Tell us, you are a regulatory
15  affairs official for some 20 years, are
16  adverse drug reactions a significant
17  cause of death amongst Americans?

| Objection (364:1 to 364:25): -402 -403 -602 -702 -Seeks improper opinion | Ruling:  Sustained. |
|---|---|

---

**Witness_ Robert Dettery - Vol. 2.txt:  364:24 - 365:19**

THE WITNESS:  I don't know if
25  they are or not.
00365
1  BY MR. JENSEN:
2  Q.   422, for the record.  Here is a
3  copy for you, Mr. Dettery.  Exhibit 422,
4  sir, was published in JAMA.
5      And you understand that to be the
6  Journal of the American Medical
7  Association, correct?
8  A.   Yes.
9  Q.   And it was published, as you can
10  see, in 2002, correct?
11  A.   It was, yes, 2002.
12  Q.   And the lead sentence in this
13  Journal of the American Medical
14  Association, 2002 publication, two years
15  before Karen Bartlett is prescribed
16  sulindac, says, "Adverse drug reactions
17  are believed to be a leading cause of
18  death in the United States."
19      Is that what this reports?

| Objection (365:2 to 368:24): -402 -403 -602 -702 -801 -802 -Seeks opinion testimony -Plaintiff's counsel changed witness' answers | Ruling:  Sustained. |
|---|---|

---

**Witness_ Robert Dettery - Vol. 2.txt:  366:2 - 366:10**

The sentence says
3  that "Adverse drug reactions are
4  believed to be a leading cause of death
5  in the United States."
6  BY MR. JENSEN:
7  Q.   Do you have any idea what the
8  estimations are as to how many deaths in
9  the United States are caused yearly by
10  adverse drug reactions?

---

**Witness_ Robert Dettery - Vol. 2.txt:  366:14 - 366:19**

THE WITNESS:  No.
15  BY MR. JENSEN:
16  Q.   Exhibit 423 is another publication
17  in the Journal of the American Medical
18  Association.  This time in 2005.
19  Correct?

**Bartlett v Mutual**

---

Witness_ Robert Dettery - Vol. 2.txt:  366:22 - 367:6

THE WITNESS:  It says 2005 on
23  it.
24  BY MR. JENSEN:
25  Q.   All right.  And it's first
00367
1  sentence tells us that the Journal of
2  the American Medical Association, it
3  says, in 2005, "Adverse drug and device
4  reactions account for as many as one
5  hundred thousand deaths annually."
6  Correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  367:10 - 367:22

THE WITNESS:  The highlighted
11  first sentence reads as you have stated.
12  BY MR. JENSEN:
13  Q.  Let's go back to the prior one in
14  2002.
15      And it says its objective of this
16  study would "determine the frequency and
17  timing of new adverse drug reactions
18  described in black box warnings or
19  necessitating withdrawal of the drug
20  from the market."
21        That's the claimed objective,
22  right?

---

Witness_ Robert Dettery - Vol. 2.txt:  368:1 - 368:13

THE WITNESS:  That's what it
2  says.
3  BY MR. JENSEN:
4  Q.   And, in part, its results are,
5  that 45 drugs, 8.2 percent, acquired one
6  or more black box warnings and 16, 2.9
7  percent, were withdrawn from the market,
8  it goes on, in Kaplan & Meyer analyses,
9  "The estimated probability of acquiring
10  a new black box warning or being
11  withdrawn from the market over 25 years
12  was 20 percent."
13      Do you see that, sir?

---

Witness_ Robert Dettery - Vol. 2.txt:  368:23 - 368:24

what you stated is what the highlighted
24  sentence reads.

---

Witness_ Robert Dettery - Vol. 2.txt:  369:4 - 369:8

Q.   And a black box warning is what,
5  please, Mr. Dettery?
6  A.   It's a section of the labeling
7  with warnings about that particular
8  product.

---

Witness_ Robert Dettery - Vol. 2.txt:  369:13 - 370:17

When a black box

**Bartlett v Mutual**

14  appears on the label it's on the very
15  top, is that correct, right under the
16  drug's listing?
17  A.   I believe it is typically located
18  there, but I believe I have also seen it
19  in other areas of the labeling.
20  Q.   Is a black box, to your
21  estimation, in 20 years of being a
22  regulatory affairs officer, done to make
23  a warning prominent for the reader?
24  A.   My understanding is that FDA
25  requires black box warnings for the sake
00370
1  of prominence.
2  Q.   What's underreporting,
3  Mr. Dettery?
4  A.   In what regard?
5  Q.   Adverse event regard.
6  A.   I can give you my interpretation
7  of what it means.
8  Q.   Okay.
9  A.   That there are more adverse events
10  that occur than there are reports from
11  the patient or the doctor to the company
12  or to FDA.
13  Q.   Fair to say you have seen
14  publications that estimate the amount of
15  reporting at one percent to ten percent,
16  meaning that 99 percent to 90 percent of
17  reactions are not reported?

| Objection (369:13 to 370:1): | Ruling:  Overruled. |
| --- | --- |
| -402 | |
| -403 (only FDA can institute Black Box Warning) | |
| -Seeks opinion testimony | |

| Objection (370:2 to 371:7): | Ruling:  Sustained as to lines 370:13 through 371:7.  Otherwise overruled. |
| --- | --- |
| -402 (reporting rates have no bearing on plaintiff's state law claims) | |
| -403 | |
| -Foundation | |
| -602 | |
| -702 | |
| -Seeks opinion testimony | |

---

Witness_  Robert Dettery - Vol. 2.txt:  370:23 - 371:7

THE WITNESS:  I don't know
24  what the percentages are.
25  BY MR. JENSEN:
00371
1  Q.   Have you ever seen any
2  publications that attempt to estimate
3  how much underreporting occurs, whether
4  it is 90 percent or 99 percent, or any
5  other number?
6  A.   I don't recall if I have seen any
7  such publications or not.

---

Witness_  Robert Dettery - Vol. 2.txt:  371:20 - 372:7

Looking at the adverse reports,
21  you have rash and you have TEN,
22  different ends of the spectrum, I submit
23  to you.
24      Do you have any reason to believe
25  that reports of rash versus TEN might be
00372
1  any higher or lower than one, because
2  TEN is, obviously, a much more serious
3  event and, therefore, one might
4  conclude, hypothetically, that it is
5  reported at a higher percent rate than a
6  rash?
7      Do you know one way or the other?

| Objection (371:20 to 372:18): | Ruling:  Sustained. |
| --- | --- |
| -402 | |
| -403 | |
| -602 | |
| -702 | |
| -Foundation | |
| -Seeks opinion testimony | |

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 2.txt:  372:11 - 372:18**

THE WITNESS:  Are you
12 speaking specifically of sulindac or
13 anything?
14 BY MR. JENSEN:
15 Q.  Let's start with anything.
16 A.  I really don't know.
17 Q.   Then I will speak of sulindac.
18 A.  I really don't know that either.

---

**Witness_ Robert Dettery - Vol. 2.txt:  378:12 - 378:19**

Q.  And does that appear to be a 2004
13 publication in drug safety, sir?
14 A.  That's what it appears to be.
15 Q.   And does it appear to be titled
16 "Evaluation of the extent of
17 underreporting of serious adverse drug
18 reactions the case of toxic epidermal
19 necrolysis"?

| Objection (378:12 to 383:22): | Ruling:  Sustained as to lines 378:12 through 383:9.  Otherwise overruled. |
|---|---|
| -402 -403 -602 -702 -801 -802 -Improper publishing | |

**Witness_ Robert Dettery - Vol. 2.txt:  379:5 - 379:13**

the
6 header states what you said.
7 BY MR. JENSEN:
8 Q.  And just as a reference for CIHI,
9 it's a reference to Canadian Institute
10 for Health Information.
11    Do you see that here in this
12 paragraph, under the Patient Group
13 Studied, sir?

---

**Witness_ Robert Dettery - Vol. 2.txt:  379:16 - 380:6**

THE WITNESS:  Yes.
17 BY MR. JENSEN:
18 Q.  And the results of the study
19 were -- first of all, it talks about
20 objective.  The objective was to examine
21 the extent of underreporting of TEN in
22 the country of Canada, correct?
23 A.  That's what it says.
24 Q.  Its results were 25 TEN cases, six
25 fatal, were reported to this
00380
1 abbreviation, which stands for Canadian
2 adverse drug reaction monitoring
3 program, from January '95 to December
4 2000.
5     So for about five years,
6 correct?

---

**Witness_ Robert Dettery - Vol. 2.txt:  380:9 - 380:24**

THE WITNESS:  That's what it
10 says.
11 BY MR. JENSEN:
12 Q.  It goes on to report that, during
13 this period, 14, about 63 percent, burn
14 treatment sites reported an admission of

**Bartlett v Mutual**

15  250 TEN cases.
16      It goes on to say, "Using the burn
17  facility as a denominator, ten percent,
18  25 of 250, of TEN cases were reported to
19  that entity."
20      Using the other entity, the
21  Canadian Institute for Health
22  Information data as a denominator, only
23  four percent, 25 of 674 cases of TEN
24  were reported.  Correct?

---

Witness_  Robert Dettery - Vol. 2.txt:  381:5 - 381:19

THE WITNESS:  You have
6  accurately stated the highlighted
7  portion of this document that you gave
8  me to read.
9  BY MR. JENSEN:
10 Q.  And the conclusion of this
11 document is, "There is a serious
12 underreporting of TEN.  Lack of
13 reporting of life-threatening adverse
14 drug reactions can compromise population
15 safety.
16      "There is a need to increase
17 awareness of adverse drug reporting
18 programs," as they reported in 2004.
19 Correct?

---

Witness_  Robert Dettery - Vol. 2.txt:  382:11 - 382:13

A.  You have accurately portrayed the
12 highlighted section of this document
13 that you gave me to read.

---

Witness_  Robert Dettery - Vol. 2.txt:  383:10 - 383:22

"QUESTION:  Do you agree,
11 Mr. Dettery, that when one, therefore,
12 has one, two, five reports of TEN in
13 relation to any given drug, that one is
14 not justified in concluding those are
15 the only one, two or five cases that
16 have actually occurred in relation to
17 that drug?")
18      MR. COSGROVE:  The same
19 objection.
20      THE WITNESS:  I have no basis
21 to agree with that -- with that
22 conclusion

---

Witness_  Robert Dettery - Vol. 2.txt:  384:16 - 385:4

The following entities, to your
17 knowledge, all who knew Karen Bartlett
18 had TEN and all of whom knew she took
19 sulindac didn't report it; A, Harvard,
20 B, Northeast Rehab, C, Spaulding
21 Rehabilitation Institute, D, when she
22 went back Caritas Family Hospital.
23      Representing to you those were
24 four places Karen Bartlett was after

| Objection (384:16 to 385:17): |
| -402 |
| -403 |
| -602 |
| -Speculation foundation |
| -Contains commentary of counsel |
| -Facts not in evidence |

| Ruling:  Overruled. |

**Bartlett v Mutual**

25  they knew she took sulindac and after
00385
1  they knew she had TEN, you know because
2  of the absence of a report from them
3  that none of those fine institutions
4  made such a report, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  385:15 - 385:17

THE WITNESS:  All I can say
16  is that until this lawsuit, we were
17  unaware of this event, we had no report.

---

Witness_ Robert Dettery - Vol. 2.txt:  386:9 - 386:13

Q.  Exhibit 425, sir.  This appears to
10  be published in the Journal of American
11  Dermatology in 1989.
12      You see the bottom of the
13  abstract, correct?

| Objection (386:9 to 390:20): | Ruling:  Sustained. |
|---|---|
| -402 | |
| -403 | |
| -602 | |
| -801 | |
| -802 | |
| -Improper publishing | |
| -Plaintiff's counsel altered witness' answer | |

---

Witness_ Robert Dettery - Vol. 2.txt:  386:17 - 386:19

THE WITNESS:  That's what it
18  appears to say at the bottom of the
19  abstract, correct.

---

Witness_ Robert Dettery - Vol. 2.txt:  386:23 - 387:3

And it goes on to state,
24  "Although rare, its germatic nature,
25  extremely high morbidity" -- and you
00387
1  understand morbidity to mean other
2  things that might occur in relation to
3  it, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  387:8 - 387:17

THE WITNESS:  What do you
9  mean by other things in relation to it?
10  BY MR. JENSEN:
11  Q.  Well, I'll give you some examples
12  for TEN.  Sepsis, renal failure, liver
13  failure, all your skin falling off,
14  those are things that are morbidities
15  which happen to be associated with TEN.
16      But you understand that that's
17  what the word "morbidity" means, right?

---

Witness_ Robert Dettery - Vol. 2.txt:  387:21 - 387:25

THE WITNESS:  My
22  understanding of the term "morbidity" is
23  that it's illness or some type of a
24  physiological problem.
25  BY MR. JENSEN:

---

Witness_ Robert Dettery - Vol. 2.txt:  388:2 - 388:8

So it goes on and says, referring
3  to TEN, "And a relatively high

**Bartlett v Mutual**

4 mortality."
5      And you understand that to be the
6 relatively high rate at which people
7 succumb or die from the disease,
8 correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  388:19 - 388:23

THE WITNESS:  Well, if you
20 are asking me what the definition of
21 mortality is, I would agree that the
22 definition of mortality is the -- is a
23 death rate.

---

Witness_ Robert Dettery - Vol. 2.txt:  389:4 - 389:11

And this report says, "Because of
5 extremely high morbidity and a
6 relatively high mortality," referring to
7 TEN, "it perhaps" -- I'll insert the
8 word "is" -- "the most important drug
9 related cutaneous eruption with respect
10 to assessing risk and benefit of a
11 drug."  Correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  389:17 - 389:21

THE WITNESS:  The -- what you
18 stated I believe is an accurate
19 portrayal of the highlighted section of
20 this entire document that you gave me to
21 look at.

---

Witness_ Robert Dettery - Vol. 2.txt:  390:6 - 390:10

Q.  And it lists drugs that it says --
7 the title of Table 3 is, Drugs
8 considered responsible for causing, I
9 will abbreviate, TEN, in present study
10 and some other studies.  Fair?

---

Witness_ Robert Dettery - Vol. 2.txt:  390:13 - 390:20

THE WITNESS:  It says that,
14 and plus French series and Washington
15 series, whatever that means.
16 BY MR. JENSEN:
17 Q.  Thank you.
18      And amongst the drugs that it
19 listed as considered responsible for
20 causing TEN is sulindac, correct?

---

Witness_ Robert Dettery - Vol. 2.txt:  Page 391, Line 1

I see sulindac

---

Witness_ Robert Dettery - Vol. 2.txt:  393:21 - 393:24

Q.  Do you see that this study lists
22 that there are two cases of TEN where
23 sulindac was identified as the drug
24 considered responsible for causing it?

| Objection (393:21 to 394:9): |
| -402 |
| -403 |
| -602 |

**Bartlett v Mutual**

| | Ruling: Sustained. |
|---|---|
| -801<br>-802<br>-Improper publishing<br>-Plaintiff's counsel<br>altered witness' answer | |

Witness_ Robert Dettery - Vol. 2.txt:  394:7 - 394:9

it appears
8  to show to me that there were two cases
9  reported for sulindac.

Witness_ Robert Dettery - Vol. 2.txt:  395:11 - 395:16

This 1989 publication, to your
12  knowledge, this was while Mutual's
13  initial ANDA, also known as generic
14  application, was pending, to the best of
15  your knowledge, was not provided to the
16  FDA by Mutual, correct?

Objection (395:11
to 396:11):
-402
-403 (state law
claims don't
depend on
providing data to
FDA)
-602

Ruling:  Sustained.

Witness_ Robert Dettery - Vol. 2.txt:  395:22 - 396:7

THE WITNESS:  I don't know if
23  it was provided or not.
24  BY MR. JENSEN:
25  Q.   And, to your knowledge, this 1989
00396
1  study was not provided by the FDA --
2  strike that.
3      To your knowledge, this 1989
4  publication was not provided to the FDA
5  by the branded drug company?
6      You might assume that, but you
7  don't know that, right?

Witness_ Robert Dettery - Vol. 2.txt:  396:10 - 396:11

THE WITNESS:  I don't know if
11  it was or not.

Witness_ Robert Dettery - Vol. 2.txt:  396:24 - 397:17

Q.   First, let's start out, the
25  branded name for sulindac is Clinoril.
00397
1  Correct?
2  A.   Yes.
3  Q.   When you speak of Clinoril, you
4  are speaking of the same chemical entity
5  as sulindac, correct?
6  A.   The same active moiety, correct.
7  Q.   Correct.
8      Mutual's sulindac drug has been
9  shown to be bioequivalent to Clinoril's
10  sulindac, correct?
11  A.   Correct.
12  Q.   What that means is, to the best of
13  everyone's knowledge, there will be the
14  same risk and benefit profile associated
15  with Mutual's sulindac as you would
16  presume is associated with the brand
17  name Clinoril.  Fair?

Witness_ Robert Dettery - Vol. 2.txt:  Page 397, Line 18

correct.

**Bartlett v Mutual**

---

**Witness_ Robert Dettery - Vol. 2.txt:  401:9 - 401:23**

Q.  And do you understand the label
10  starting on 2799 to be the label that
11  was being changed pursuant to the FDA's
12  direction?
13  A.  I don't know if this was the label
14  that FDA was referring to or not.
15  Q.  I'm asking you to presume it was
16  for purposes of my question.
17    Let's go ahead and flip to page
18  2805.  Tell me when you are there.
19  A.  I'm there.
20  Q.  And we addressed this language,
21  and it says, "NSAIDs including
22  Clinoril," which we know is sulindac,
23  correct, under Skin Reactions?

| Objection (401:9 to 405:10):  -402  -403  -407 (Rx date 12/04)  -Seeks opinion testimony | Ruling: Overruled. |
| --- | --- |

---

**Witness_ Robert Dettery - Vol. 2.txt:  402:4 - 402:12**

Q.  So where it says, "NSAIDs
5  including Clinoril, which is sulindac,
6  can cause serious adverse events such as
7  exfoliative dermatitis, Stevens-Johnson
8  Syndrome, SJS, and toxic epidermal
9  necrolysis, TEN, which can be fatal,"
10  that's the language that you and Mutual
11  believe and agree is true and accurate,
12  correct?

---

**Witness_ Robert Dettery - Vol. 2.txt:  402:18 - 403:13**

THE WITNESS:  This is a --
19  well, you are asking me to presume that
20  this is an accurate representation of
21  the actual insert.  I don't know.  All I
22  can say is what you said is what is
23  written here.
24  BY MR. JENSEN:
25  Q.  And without showing you the label,
00403
1  I asked you last time we were with each
2  other whether the Mutual label that now
3  says that NSAIDs including sulindac can
4  cause SJS and TEN was true and accurate,
5  and you said, we believe our labels are
6  true and accurate, hence, yes.
7    Now I'm just showing you the very
8  language that you have already agreed
9  to.
10    Do you believe this language,
11  which I have just highlighted and read,
12  is true and accurate, and does Mutual as
13  well?

---

**Witness_ Robert Dettery - Vol. 2.txt:  403:17 - 404:1**

THE WITNESS:  I stated that I
18  believed our labeling was true and
19  accurate, and I don't know if this is
20  the accurate portrayal of the true

**Bartlett v Mutual**

21 label.
22 BY MR. JENSEN:
23 Q.   You do know that Mutual's label,
24 just like this sentence, does say that
25 NSAIDs including sulindac can cause SJS
00404
1 and TEN, right?

---

**Witness_ Robert Dettery - Vol. 2.txt:  404:6 - 405:5**

THE WITNESS:  I would need to
7 refer to our labeling again to answer
8 that.
9 BY MR. JENSEN:
10 Q.   Well, let me read you my question
11 and your answer and see if you still
12 agree to it, Mr. Dettery.
13     I asked you, "Do you agree that
14 Mutual agrees that its label for
15 sulindac is accurate as of March 2006
16 where it states sulindac causes SJS and
17 TEN are accurate and true?"
18     And your answer was, "I would say
19 that our labeling is an accurate
20 representation of the referenced drug's
21 labeling as we can make it."
22     Then I asked, "Mutual has a label
23 for its sulindac product that says SJS
24 and TEN are caused by sulindac.  Does
25 Mutual agree that label is true and
00405
1 accurate?"
2     And you answered, "As far as I
3 know, our labeling is as true and as
4 accurate as we can make it."
5     Do you stand by that testimony?

---

**Witness_ Robert Dettery - Vol. 2.txt:  405:9 - 405:10**

THE WITNESS:  I agree with
10 what you just read to me.

---

**Witness_ Robert Dettery - Vol. 2.txt:  408:21 - 408:24**

does Exhibit 353 appear to
22 you to be sulindac's label by Mutual?
23     Look on Page 22 for the answer.
24 A.  It appears to be.

| Objection (408:21 to 410:3): -402 -403 -407 (Rx date 12/04) -Seeks opinion testimony | Ruling:  Overruled. |
|---|---|

---

**Witness_ Robert Dettery - Vol. 2.txt:  409:7 - 410:3**

Tell me when you are
8 there.
9 A.  There.
10 Q.   And it reads, tell me if I have
11 read it correctly, "NSAIDs including
12 sulindac tablets can cause serious skin
13 adverse reactions such as exfoliative
14 dermatitis, Stevens-Johnson Syndrome,
15 SJS, and toxic epidermal necrolysis,
16 TEN, which can be fatal."
17     Did I read that correctly?

**Bartlett v Mutual**

18 A.  Well, you used the term "skin
19  adverse reactions" and it really says
20  "events."  But other than that, you
21  correctly read it.
22 Q.  Thank you.
23      And this, what I just read with
24  your correction, is in the Warnings
25  section of a label, correct?
**00410**
1 A.  Yes.
2 Q.  Okay.  Let's go back to the
3  sentence that's highlighted on Page 9.

---

**Witness_  Robert Dettery - Vol. 2.txt:  410:23 - 411:1**

Q.  Okay.  And this is your labeling
24  and, as far as you know, it is true and
25  accurate that sulindac causes SJS and
**00411**
1  TEN, correct?

| | |
|---|---|
| Objection (410:23 to 411:8):<br>-402<br>-403<br>-407 (Rx date 12:04)<br>-Seeks opinion testimony | Ruling:  Overruled. |

---

**Witness_  Robert Dettery - Vol. 2.txt:  411:7 - 411:8**

THE WITNESS:  It's as
8  accurate as we can make it.

---