O R I G I N A L

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 08 2010

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

   v.                                     Civil No. 08-cv-358-JL

Mutual Pharmaceutical Company, Inc.

### VERDICT FORM

LIABILITY:  Do you find, by a preponderance of the evidence, that Mrs. Bartlett has proven her claim against Mutual for strict products liability?

                            _yes_
                          (Yes or No)

*(If your answer to the Liability question is "Yes," then proceed to the Damages questions on the next page.  If your answer to the Liability question is "No," then you must conclude your deliberations.)*

DAMAGES: What amount of compensatory damages, if any, do you award to Mrs. Bartlett on her claim for strict products liability? Please state the amounts, if any, for each of the following categories, and then state the total amount on the bottom line. State the amounts in words, not figures.

(1) Past medical expenses:

_One million two hundred fifty thousand_

(2) Future medical expenses:

_Two million three hundred seventy-seven thousand_

(3) Lost wages:

_Nine hundred thirty-three thousand_

(4) Pain, suffering, and loss of enjoyment of life:

_Sixteen million five hundred thousand_

TOTAL DAMAGES (total of the four categories above):

_Twenty-one million sixty thousand_

*(This concludes your deliberations.)*

_____
Foreperson

_September 8, 2010_
Date