UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Karen L. Bartlett, et al.

     v.                                Civil No. 08-cv-358-JL

Mutual Pharmaceutical Co., Inc., et al.


## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:

1. Orders by United States District Judge Joseph N. Laplante dated October 21, 2008, February 25, 2010, May 18, 2010, July 12, 2010 (and orders on reconsideration dated July 30, 2010 and August 12, 2010), August 11, 2010, August 12, 2010, and September 14, 2010; and,

2. The Jury Verdict returned on September 8, 2010, wherein the jury found in favor of the plaintiff, Karen L. Bartlett, as against the defendant, Mutual Pharmaceutical Company, Inc., in the amount of Twenty-One Million Sixty Thousand Dollars ($21,060,000), consisting of One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in past medical expenses, Two Million Three Hundred Seventy-Seven Thousand Dollars ($2,377,000) in future medical expenses, Nine Hundred Thirty-Three Thousand Dollars ($933,000) in lost wages, and Sixteen Million Five Hundred Thousand Dollars ($16,500,000) in pain, suffering, and loss of enjoyment of life, plus (1) pre-judgment interest pursuant to N.H. Rev. Stat. §§ 336:1, 524:1-a, 542:1-b and

computed as directed in <u>Linteau v. Gauthier</u>, 142 N.H. 460 (1997) and <u>Nault v. N & L Development Company</u>, 146 N.H. 35 (2001); and (2) post-judgment interest thereon pursuant to 28 U.S.C. § 1961.

          By the Court,

          */s/ Daniel J. Lynch*

          Daniel J. Lynch
          Chief Deputy Clerk

September 20, 2010

cc:    Keith Jensen, Esq.
       Eric Roberson, Esq.
       Christine Craig, Esq.
       Bryan Ballew, Esq.
       Patrick J. O'Neal, Esq.
       Timothy Beaupre, Esq.
       Stephen Judge, Esq.
       Joseph Thomas, Esq.
       Paul J. Cosgrove, Esq.
       Pierre Chabot, Esq.
       Jeffrey Geoppinger, Esq.
       Linda Maichl, Esq.

Approved As to Form:

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge