UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

    v.                            Civil No. 08-cv-358-JL

Mutual Pharmaceutical
Company, Inc.

**SUMMARY ORDER**

    Mutual has moved under Fed. R. Civ. P. 62(b) to stay the execution of this court's judgment (doc. no. 389) and any proceedings to enforce it pending the disposition of Mutual's anticipated post-trial motions.  The motion is granted on an interim basis.  On or before **October 8, 2010**, Mutual shall show cause in writing for a further extension of the stay.  Specifically, Mutual shall demonstrate that it has taken appropriate steps to provide for Bartlett's security, including the posting of a supersedeas bond or other step(s) that provide security equivalent to that of a supersedeas bond.  See Fed. R. Civ. P. 62(b) (stay must be "[o]n appropriate terms for the opposing party's security); Peacock v. Thomas, 516 U.S. 349, 359 n. 8 (1996) ("The district court may only stay execution of the judgment pending the disposition of certain post-trial motions . . . if the court provides for the security of the judgment creditor").

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: October 1, 2010

cc: Keith M. Jensen, Esq.
    Bryan Ballew, Esq.
    Patrick J. O'Neal, Esq.
    Eric Roberson, Esq.
    Christine M. Craig, Esq.
    Timothy P. Beaupre, Esq.
    Joseph P. Thomas, Esq.
    Paul J. Cosgrove, Esq.
    Jeffrey D. Geoppinger, Esq.
    Linda E. Maichl, Esq.
    Stephen J. Judge, Esq.
    Pierre A. Chabot, Esq.