UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Bartlett

       v.                                    Case No. Civil No. 08-cv-358-JL

Mutual Pharmaceutical Company, Inc.

O R D E R

      One of the parties has requested the transcription of the jury selection in the above-captioned case. The jury selection transcripts (doc. no. Doc. no. 456, 457) contain both juror names and side bar conferences with counsel regarding individual jurors selected for potential empanelment in the case. As a result, pursuant to Fed. R. Civ. P. 5.2(d), and consistent with the Judicial Conference Guidance approved in March 2009, the court orders that bench conferences from the voir dire transcripts and the potential juror names be redacted and that the original transcript be sealed at Level I. The court reporter is directed to prepare a redacted transcript in accordance with this order.

      SO ORDERED.

Date: January 27, 2011

                                             Joseph N. Laplante
                                             United States District Judge

cc:     Counsel of Record