UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen L. Bartlett

    v.                                      Civil No. 08-cv-00358-JL

Mutual Pharmaceutical
Company, Inc.

**ORDER**

The parties shall be advised that the audio recordings referenced in this court's recent order (document no. 477) include the full testimony of witnesses Dr. Nam Heui Kim and Robert Dettery, but only part of the testimony of Dr. Claes Dohlman. If either party has possession, custody, or control of electronic file(s) containing Dr. Dohlman's testimony as presented to the jury, it shall provide copies of such file(s) to this court and the opposing party by **May 31, 2011**, or else shall notify this court and the opposing party by that date that it has no such file(s).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 24, 2011

cc: Bryan Ballew, Esq.
     Keith M. Jensen, Esq.
     Patrick J. O'Neal, Esq.

Eric Roberson, Esq.
Christine M. Craig, Esq.
Timothy P. Beaupre, Esq.
Jeffrey D. Geoppinger, Esq.
Joseph P. Thomas, Esq.
Paul J. Cosgrove, Esq.
Linda E. Maichl, Esq.
Stephen J. Judge, Esq.
Pierre A. Chabot, Esq.